| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Eastern District of Virginia (State) |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's Name**   Toys "R" Us, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   22-3260693

4. **Debtor's address**

   **Principal place of business**
   One Geoffrey Way
   Number   Street

   Wayne, New Jersey 07470
   City     State    Zip Code

   Passaic County, New Jersey
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City     State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City     State    Zip Code

5. **Debtor's website** (URL)   https://www.toysrus.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Toys "R" Us, Inc.**  Case number *(if known)*
_____Name_____

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4521 (Department Stores)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.   District _____ When _____ Case number _____
                                   MM/DD/YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                     MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.   Debtor   **See Rider 1**          Relationship   **Affiliate**

District   **Eastern District of Virginia**

When   **09/18/2017**
       MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

| Debtor | Toys "R" Us, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City    State    Zip Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49               ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99              ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000        ☒ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    Toys "R" Us, Inc.                                                                    Case number *(if known)*
      Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/18/2017**
             MM/ DD / YYYY

✘    **/s/ N. Cornell Boggs, III**            **N. Cornell Boggs, III**
      Signature of authorized representative of debtor    Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

✘    **/s/ Michael A. Condyles**            Date   **09/18/2017**
      Signature of attorney for debtor                    MM/ DD/YYYY

**Michael A. Condyles**
Printed name

**Kutak Rock LLP**
Firm name

**901 East Byrd Street, Suite 1000**
Number          Street

**Richmond**                               **VA**        **23219-4071**
City                                        State     ZIP Code

**804-343-5227**                             **michael.condyles@kutakrock.com**
Contact phone                           Email address

**27807**                           **VA**
Bar number                 State

| **Fill in this information to identify the case**: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Eastern District of Virginia | |
| (State) | |
| Case number *(if known)*: _____  Chapter __11__ | |

☐ Check if this is an amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

      On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Virginia for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Toys "R" Us, Inc.

| |
|---|
| Toys "R" Us, Inc. |
| Geoffrey Holdings, LLC |
| Geoffrey International, LLC |
| Geoffrey, LLC |
| Giraffe Holdings, LLC |
| Giraffe Junior Holdings, LLC |
| MAP 2005 Real Estate, LLC |
| Toys "R" Us – Value, Inc. |
| Toys "R" Us (Canada) Ltd./Toys "R" Us (Canada) Ltee |
| Toys "R" Us – Delaware Inc. |
| Toys "R" Us Europe, LLC |
| Toys "R" Us Property Company II, LLC |
| Toys Acquisition, LLC |
| TRU Asia, LLC |
| TRU Guam, LLC |
| TRU Mobility, LLC |
| TRU of Puerto Rico, Inc. |
| TRU Taj (Europe) Holdings, LLC |
| TRU Taj Finance, Inc. |
| TRU Taj Holdings 1, LLC |
| TRU Taj Holdings 2 Limited |
| TRU Taj Holdings 3, LLC |
| TRU Taj LLC |
| TRU – SVC, Inc. |
| Wayne Real Estate Parent Company, LLC |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| TOYS "R" US, Inc. | § Case No. 17-_____(___) |
| Debtor. | § |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   1-11609

2. The following financial data is the latest available information and refers to the debtor's condition on April 29, 2017[1]

   (i) Total assets                                                                $ 6,572,000,000
   (ii) Total debts (including debts listed in 2.c., below)      $ 7,891,000,000
   (iii) Debt securities held by more than 500 holders

                                                                                                                Approximate number of holders:

   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

   (iv) Number of shares of preferred stock
   (v) Number of shares of common stock                                                                           49,353,943

Comments, if any: _____

3. Brief description of debtor's business:   Toy and baby product retailer.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Affiliates of Bain Capital Investors, LLC; Toybox Holdings, LLC; and Vornado Truck LLC

---

[1] Total assets and total debts reflect the latest available, unaudited information and are based solely on the Debtor's book values.

49364979_1.docx

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., | ) | Case No. 17-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Toys "R" Us, Inc. | Toybox Holdings, LLC | One Geoffrey Way Wayne, New Jersey 07470 | 32.50% |
| | Vornado Truck LLC | One Geoffrey Way Wayne, New Jersey 07470 | 32.50% |
| | Affiliates of Bain Capital Investors, LLC | One Geoffrey Way Wayne, New Jersey 07470 | 32.50% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TOYS "R" US, INC., ) | Case No. 17-_____(___) |
| ) | |
| Debtor. ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Toybox Holdings, LLC | 32.50% |
| Vornado Truck LLC | 32.50% |
| Affiliates of Bain Capital Investors, LLC | 32.50% |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Toys "R" Us, Inc., *et al.* |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number *(If known)*: | (State) |

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 1 | BANK OF NEW YORK<br>225 LIBERTY STREET<br>NEW YORK, NY  10286 | KEVIN MCCARTHY<br>GENERAL COUNSEL<br><br>PHONE: 212-495-1784<br>FAX: 212-635-1799 | 7.375% SENIOR NOTES, DUE FISCAL 2018 | N/A | | | $208,340,000 |
| 2 | MATTEL<br>333 CONTINENTAL BOULEVARD<br>EL SEGUNDO, CA  90245 | MARGARET H. GEORGIADIS<br>CEO<br><br>PHONE: 310-252-4455<br>FAX: 310-252-2567<br>EMAIL: margo@mattel.com | TRADE PAYABLE | N/A | | | $135,639,021 |
| 3 | HASBRO INC.<br>ONE HASBRO PLACE<br>PROVIDENCE, RI  02903 | BRIAN D. GOLDNER<br>CEO<br><br>PHONE: 401-727-5202<br>FAX: 401-431-8535<br>EMAIL: brian.goldner@hasbro.com | TRADE PAYABLE | N/A | | | $59,092,155 |
| 4 | GRACO CHILDREN'S PRODUCTS INC.<br>221 RIVER STREET<br>HOBOKEN, NJ  07030<br>CANADA | MARK TARCHETTI<br>PRESIDENT<br><br>PHONE: 201-610-6600<br>EMAIL: mark.tarchetti@newellco.com | TRADE PAYABLE | N/A | | | $59,081,865 |
| 5 | SPIN MASTER<br>121 BLOOR STREET EAST<br>TORONTO, ON  M4W 3M5<br>CANADA | ANTON RABIE<br>CEO<br><br>PHONE: 416-364-6002<br>FAX: 416-364-5097<br>EMAIL: antonr@spinmaster.com | TRADE PAYABLE | N/A | | | $32,768,564 |

---

[1] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 6 | LEGO<br>555 TAYLOR ROAD<br>PO BOX 1600<br>ENFIELD, CT  06083 | NIELS CHRISTIANSEN<br>CEO<br><br>PHONE: 860-749-2291<br>FAX: 860-763-0522<br>EMAIL: niels.christiansen@lego.com | TRADE PAYABLE | N/A | | | $31,593,125 |
| 7 | JUST PLAY (HK) LIMITED<br>1900 NW CORPORATE BLVD.<br>SUITE 100W<br>BOCA RATON, FL  33431 | CHARLIE EMBY<br>GEOFFREY GREENBERG<br>CO-OWNER & PRESIDENT<br><br>PHONE: 561-988-2323<br>FAX: 561-988-2324<br>EMAIL: cemby@justplayproducts.com | TRADE PAYABLE | N/A | | | $28,966,333 |
| 8 | BANK OF NEW YORK<br>225 LIBERTY STREET<br>NEW YORK, NY  10286 | KEVIN MCCARTHY<br>GENERAL COUNSEL<br><br>PHONE: 212-495-1784<br>FAX: 212-635-1799 | 8.750% DEBENTURES, DUE FISCAL 2021 | N/A | | | $21,673,000 |
| 9 | MGA ENTERTAINMENT INC.<br>16300 ROSCOE BLVD.<br>SUITE 150<br>VAN NUYS, CA  91406 | ISAAC LARIAN<br>CEO<br><br>PHONE: 818-894-3150<br>FAX: 818-895-0771<br>EMAIL: isaac.larian@mgae.com | TRADE PAYABLE | N/A | | | $21,369,966 |
| 10 | VTECH ELECTRONICS LIMITED1156 W SHURE DRIVESUITE 200ARLINGTON HEIGHTS, IL  60004 | WILLIAM TO<br>PRESIDENT<br><br>PHONE: 847-400-3600<br>FAX: 847-400-3601<br>EMAIL: william_to@vtechkids.com | TRADE PAYABLE | N/A | | | $17,707,740 |
| 11 | JAKKS PACIFIC INC<br>2951 28TH STREET<br>SANTA MONICA, CA  90405 | STEPHEN G. BERMAN<br>CEO<br><br>PHONE: 310-455-6218<br>FAX: 310-317-8527<br>EMAIL: stephanb@jakks.net | TRADE PAYABLE | N/A | | | $14,058,896 |
| 12 | RADIO FLYER INC.<br>6515 WEST GRAND AVENUE<br>CHICAGO, IL  60707 | ROBERT PASIN<br>CEO<br><br>PHONE: 800-621-7613<br>FAX: 773-637-8874<br>EMAIL: rfpasin@radioflyer.com | TRADE PAYABLE | N/A | | | $12,204,464 |
| 13 | SKYROCKET TOYS LLC<br>12910 CULVER BLVD.<br>LOS ANGELES, CA  90066 | NELO LUCICH<br>CEO<br><br>PHONE: 310-822-0515<br>FAX: 310-736-6176<br>EMAIL: nelol@skyrockettoys.com | TRADE PAYABLE | N/A | | | $11,004,986 |
| 14 | KIDS II FAR EAST LIMITED.<br>333 PIEDMONT ROAD<br>SUITE 1800<br>ATLANTA, GA  30305 | RYAN GUNNIGLE<br>CEO<br><br>PHONE: 800-230-8190<br>FAX: 770-751-0543<br>EMAIL: rgunnigle@kidsii.com | TRADE PAYABLE | N/A | | | $10,070,510 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 15 | PACIFIC CYCLE LLC<br>4902 HAMMERSLEY ROAD<br>MADISON, WI 53711 | JEFF FEHNER<br>CEO<br><br>PHONE: 608-268-2468<br>FAX: 608-268-8352<br>EMAIL: jfehner@pacific-cycle.com | TRADE PAYABLE | N/A | | | $9,969,131 |
| 16 | MOOSE TOYS PTY LTD<br>29 GRANGE RD CHELTENHAM<br>MELBOURNE, VIC 3192<br>AUSTRALIA | MANNY STUL<br>CHAIRMAN & CO-CEO<br><br>PHONE: 03 9579 7377<br>FAX: (+61) 03 9579 7355<br>EMAIL: manny@moosetoys.com | TRADE PAYABLE | N/A | | | $9,538,166 |
| 17 | DOREL JUVENILE GROUP INC<br>2525 STATE STREET<br>COLUMBUS, IN 47201 | PAUL POWERS<br>PRESIDENT & CEO<br><br>PHONE: 800-295-1980<br>FAX: 812-372-0977<br>EMAIL: ppowers@djgusa.com | TRADE PAYABLE | N/A | | | $9,197,609 |
| 18 | JAZWARES, INC<br>963 SHOTGUN ROAD<br>SUNRISE, FL 33326 | JUDD ZEBERSKY<br>CEO<br><br>PHONE: 800-845-0800<br>FAX: 954-368-8740<br>EMAIL: judd@jazwares.com | TRADE PAYABLE | N/A | | | $9,065,743 |
| 19 | C & T INTERNATIONAL, INC.<br>46 WHELAN RD<br>EAST RUTHERFORD, NJ 07073 | GEORGE IVALDI<br>PRESIDENT<br><br>PHONE: 201-531-1919<br>FAX: 201-531-1920<br>EMAIL: georgeicnt@aol.com | TRADE PAYABLE | N/A | | | $8,683,876 |
| 20 | DELTA ENTERPRISE CORP<br>114 WEST 26TH STREET<br>8TH FLOOR<br>NEW YORK, NY 10001 | JOESPH SHAMIE<br>PRESIDENT<br><br>PHONE: 212-736-7000<br>FAX: 212-645-9032<br>EMAIL: jshamie@deltaenterprise.com | TRADE PAYABLE | N/A | | | $8,001,386 |
| 21 | ZURU INC.ENERGY PLAZA92<br>GRANVILLE ROADTSIM SHA TSUI,<br>HONG KONG | NICK MOWBRAY<br>CEO<br>PHONE: 86-20-6661-6100 x8088<br>FAX: 86-55-8221-4077<br>EMAIL: nick@zuru.com | TRADE PAYABLE | N/A | | | $7,855,722 |
| 22 | BANDAI AMERICA INC.<br>2120 PARK PLACE, SUITE #120<br>EL SEGUNDO, CA 90245 | ASHER TAKEUCHI<br>CEO<br><br>PHONE: 714-816-9560<br>FAX: 714-816-6710<br>EMAIL: takeuchia@bandai.com | TRADE PAYABLE | N/A | | | $7,798,951 |
| 23 | CEPIA LLC<br>121 HUNTER AVE<br>SUITE 103<br>ST. LOUIS, MO 63124 | RUSSELL HORNSBY<br>PRESIDENT & CEO<br><br>PHONE: 314-725-4900 x3712<br>FAX: 314-725-4919<br>EMAIL: rhornsby@cepiallc.com | TRADE PAYABLE | N/A | | | $6,737,106 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 24 | INTERNATIONAL PLAYTHINGS 75D LACKAWANNA AVENUE PARSIPPANY, NJ  07054 | MIKE VARDA PRESIDENT PHONE: 973-316-2500 FAX: 973-316-5883 EMAIL: michael.varda@intplay.com | LITIGATION | N/A | | | $6,473,425 |
| 25 | CABEN ASIA PACIFIC LTD. 12/F, TAL BUILDING JORDAN KOWLOON, HONG KONG | MONA LAM EXECUTIVE OFFICER PHONE: 0852-27369880 FAX: 0852-23754411 EMAIL: sandy@caben.com.hk | TRADE PAYABLE | N/A | | | $6,449,641 |
| 26 | HUFFY CORPORATION 6551 CENTERVILLE BUSINESS PARKWAY CENTERVILLE, OH  45459 | WILLIAM A. SMITH CEO PHONE: 937-865-2800 FAX: 937-865-5470 EMAIL: bill.smith@huffybikes.com | TRADE PAYABLE | N/A | | | $6,262,973 |
| 27 | WILLIAM CARTER CO. 3438 PEACHTREE ROAD NE SUITE 1800 ATLANTA, GA  30326 | MICHAEL CASSEY CEO PHONE: 678-791-1000 FAX: 404-892-0968 EMAIL: michael.cassey@carters.com | TRADE PAYABLE | N/A | | | $5,221,247 |
| 28 | KENT INTERNATIONAL 60 EAST HALSEY ROAD PARSIPPANY, NJ  07054-3705 | ARNOLD KAMLER CEO PHONE: 973-434-8224 FAX: 973-434-8189 EMAIL: arnold@kent.bike.com | TRADE PAYABLE | N/A | | | $5,166,133 |
| 29 | EVENFLO COMPANY, INC. 225 BYERS ROAD MIAMISBURG, OH  45342 | JON CHAMBERLAIN CEO PHONE: 937-773-3971 FAX: 937-778-5429 | TRADE PAYABLE | N/A | | | $4,967,763 |
| 30 | BABY TREND, INC. 1607 S. CAMPUS AVENUE ONTARIO, CA  91761 | DENNY TSAI PRESIDENT PHONE: 800-328-7363 FAX: 909-773-0108 EMAIL: dennyt@babytrend.com | TRADE PAYABLE | N/A | | | $4,923,181 |
| 31 | PLAYMATES TOYS INC 909 N. SEPULVEDA BLVD, STE 800 EL SEGUNDO, CA  90245 | THOMAS CHAN CEO PHONE: 855-807-9515 FAX: 310-252-8084 EMAIL: Thomas.chan@playmates.net | TRADE PAYABLE | N/A | | | $4,537,883 |
| 32 | BEST CHAIRS INCONE BEST DRIVEFERDINAND, IN  47532 | GLENN LANGE CEO PHONE: 314-894-9922 FAX: 812-367-0370 EMAIL: glange@besthf.com | TRADE PAYABLE | N/A | | | $4,268,065 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 33 | WOWWEE GROUP LIMITED<br>ENERGY PLAZA, 3F<br>92 GRANVILLE ROAD<br>T.S.T EAST<br>HONG KONG | RICHARD YANOFSKY<br>CEO<br><br>PHONE: 843-216-6298<br>FAX: 852 2724 6931<br>EMAIL: richard@wowwee.com | TRADE PAYABLE | N/A | | | $4,112,245 |
| 34 | RAZOR USA INC<br>12723 EAST 166TH STREET<br>CERRITOS, CA 90703 | CARLTON CALVIN<br>CEO<br><br>PHONE: 562-345-6000<br>FAX: 562-345-6084<br>EMAIL: ccalvin@razorusa.com | TRADE PAYABLE | N/A | | | $4,072,270 |
| 35 | AMERICAN GREETINGS CORP.<br>ONE AMERICAN BOULEVARD<br>CLEVELAND, OH 44145 | ZEV WEISS<br>CO-CEO<br><br>PHONE: 216-252-7300 x1440<br>FAX: 216-252-6778<br>EMAIL: jeff.weiss@amgreetings.com | TRADE PAYABLE | N/A | | | $3,868,077 |
| 36 | ONTEL PRODUCTS CORP<br>21 LAW DRIVE<br>FAIRFIELD, NJ 7004 | AMAR KHUBANI<br>CEO<br><br>PHONE: 973-439-9000<br>FAX: 973-439-9024<br>EMAIL: Amar@ontel.com | TRADE PAYABLE | N/A | | | $3,796,943 |
| 37 | CHAP MEI PLASTIC TOYS MFY. LTD.<br>UNIT 541, 5/F, SINO INDUSTRIAL PLAZA<br>9 KAI CHEUNG ROAD<br>KOWLOON BAY, KOWLOON<br>HONG KONG | SIMON LAM<br>DIRECTOR<br><br>PHONE: 852-2756 0185<br>FAX: 852-2796 5840<br>EMAIL: cmsimon@chapmei.com | TRADE PAYABLE | N/A | | | $3,779,529 |
| 38 | FUNKO LLC<br>2802 WETMORE AVENUE<br>EVERETT, WA 98201 | BRIAN MARIOTTI<br>CEO<br><br>PHONE: 425-783-3616<br>FAX: 425-252-2454<br>EMAIL: contact@funko.com | TRADE PAYABLE | N/A | | | $3,690,587 |
| 39 | GOODBABY (HONG KONG) LIMITED<br>NO.20, LUXI RD<br>LUJIA TOWN, KUNSHAN CITY<br>JIANGSU PROVINCE, 215331<br>CHINA | GREG MANSKER<br>CEO<br><br>PHONE: +86 21 3376 3622<br>FAX: 86-512-5767-1515<br>EMAIL: Gmansker@gbgdesign.com | TRADE PAYABLE | N/A | | | $3,688,467 |
| 40 | SKIP HOP INC<br>146 W 29TH ST 8TH FLR<br>NEW YORK, NY 10001 | MICHAEL DIAMANT<br>CEO<br><br>PHONE: 212-868-9850<br>FAX: 646-607-1989<br>EMAIL: michael@skiphop.com | TRADE PAYABLE | N/A | | | $3,474,778 |
| 41 | MUNCHKIN INC<br>7835 GLORIA AVENUE<br>VAN NUYS, CA 91406 | ANDY KIEMACH<br>PRESIDENT<br><br>PHONE: 800-344-2229<br>FAX: 818-893-6243<br>EMAIL: andy.keimach@munchkin.com | TRADE PAYABLE | N/A | | | $3,185,049 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 42 | SINGING MACHINE CO<br>6301 NW 5TH WAY, SUITE 2900<br>FORT LAUDERDALE, FL 33309 | GARY ATKINSON<br>CEO<br><br>PHONE: 954-596-1000<br>FAX: 954-596-2000<br>EMAIL: garyatkinson@singingmachine.com | TRADE PAYABLE | N/A | | | $2,987,798 |
| 43 | EXEL INC570 POLARIS PKWY<br>WESTERVILLE, OH 43082 | JOHN GILBERT<br>CEO<br><br>PHONE: 614-865-8500<br>FAX: 614-865-8503 | TRADE PAYABLE | N/A | | | $2,890,043 |
| 44 | INGRAM ENTERTAINMENT INC<br>TWO INGRAM BLVD.<br>LA VERGNE, TN 37089 | BOB WEBB<br>CEO & PRESIDENT<br><br>PHONE: 615-287-4000<br>FAX: 615-287-4982<br>EMAIL: bob.webb@ingramentertainment.com | TRADE PAYABLE | N/A | | | $2,881,708 |
| 45 | SUPER TECHNOLOGY LIMITED<br>77 MODY ROAD<br>RM 1203-04, 12/F, CHINACHEM GOLDEN PLAZA<br>TSIM SHA TSU<br>EAST KOWLOON,<br>HONG KONG | ALBERT CHAN<br><br>PHONE: 852-27239111<br>FAX: 852-27235886 | TRADE PAYABLE | N/A | | | $2,765,075 |
| 46 | THE STEP2 COMPANY LLC<br>10010 AURORA-HUDSON ROAD<br>STREETSBORO, OH 44241 | LAWTON BLOOM<br>INTERIM CEO<br><br>PHONE: 646-321-2008<br>FAX: 330-528-0954<br>EMAIL: Lbloom@step2.net | TRADE PAYABLE | N/A | | | $2,757,456 |
| 47 | WARNER BROTHERS<br>4001 W OLIVE AVE<br>BURBANK, CA 91505 | PAM LIFFORD<br>PRESIDENT<br><br>PHONE: 818-954-6111<br>FAX: 212-954-7667<br>EMAIL: Pam.Lifford@warnerbros.com | TRADE PAYABLE | N/A | | | $2,618,732 |
| 48 | CRAYOLA LLC<br>1100 CHURCH LANE<br>EASTON, PA 18044-0431 | SMITH HOLLAND<br>CEO<br><br>PHONE: 610-253-6271<br>FAX: 610-250-5768<br>EMAIL: sholland@crayola.com | TRADE PAYABLE | N/A | | | $2,586,743 |
| 49 | PLAYMOBIL USA, INC.<br>26 COMMERCE DRIVE<br>CRANBURY, NJ 8512 | SILKE HEINRICH<br>CEO<br><br>PHONE: 609-395-5566<br>FAX: 609-395-3015<br>EMAIL: silke_heinrich@playmobil.de | TRADE PAYABLE | N/A | | | $2,541,308 |
| 50 | KOLCRAFT PROD<br>1100 W. MONROE<br>CHICAGO, IL 60607 | SANFRED KOLTUN<br>CEO<br><br>PHONE: 312-361-6490<br>FAX: 910-944-3536<br>EMAIL: anfred.koltun@kolcraft.com | TRADE PAYABLE | N/A | | | $2,455,330 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Toys "R" Us, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration____List of Equity Security Holders, Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**09/18/2017**         ☒ /s/ *N. Cornell Boggs, III*
MM/ DD/YYYY            Signature of individual signing on behalf of debtor
                       **N. Cornell Boggs, III**
                       Printed name
                       **Authorized Signatory**
                       Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# TOYS "R" US, INC.

# OMNIBUS RESOLUTIONS

# SEPTEMBER 18, 2017

Effective as of the date written above, the undersigned members of the board of directors, members of the board of managers, individual managers, sole managers and sole members (collectively, the "Board"), as applicable, of the entity first set forth above (the "Company") **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to the Company's bylaws or limited liability company agreement, as applicable, and the applicable laws of the jurisdiction in which the Company is organized:

**Chapter 11 Filing**

WHEREAS, the Board of the Company has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to them and the effect of the foregoing on the Company's business; and

WHEREAS, the Board of the Company has consulted with the management and the financial and legal advisors of the Company and fully considered each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the Board of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"); and

**RESOLVED**, that any officers of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**Retention of Professionals**

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings;

1

and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Goodmans LLP ("Goodmans") as general bankruptcy counsel to represent and assist the Company in carrying out its duties in connection with possible Canadian insolvency proceedings, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Goodmans.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Munger, Tolles & Olson LLP ("MTO") as general bankruptcy counsel to represent and assist each independent director, manager, or member of the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of MTO.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Lazard Frères & Co., LLC ("Lazard") as investment banker and financial advisor to, among other things, assist the Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Board, creditors, or other third parties, in each case, as requested by the Company, evaluating the Company's capital structure, responding to issues related to the Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of the Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lazard.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Alvarez & Marsal North America, LLC ("A&M") as restructuring advisor to, among other things, assist the Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Board, creditors, or other third parties, in each case as requested by the Company, evaluating the Company's capital structure, responding to issues related to the Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of the Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of A&M.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC ("Prime Clerk") as notice and claims agent and administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Joele Frank, Wilkinson Brimmer Katcher ("Joele Frank") as communications consultant to represent and assist the Company in conducting crisis and restructuring communications; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Joele Frank.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of each such case.

**General**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

3

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of the Company.

**RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

\* \* \* \* \* \* \* \* \* \* \* \* \*

**IN WITNESS WHEREOF,** this resolution having been passed unanimously at a telephonic board meeting, the authorized signatory signs below.

*/s/ N. Cornell Boggs, III*
———————————————————
N. Cornell Boggs, III
Executive Vice President - General Counsel & Corporate Secretary

[*Signature Page - Omnibus Written Consent*]