Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:       (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (*pro hac vice* admission pending)
Robert A. Britton (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., | ) | Case No. 17-34665 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3260693 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GEOFFREY HOLDINGS, LLC, | ) | Case No. 17-34660 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0565219 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GEOFFREY INTERNATIONAL, LLC, | ) | Case No. 17-34666 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3671072 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GEOFFREY, LLC, | ) Case No. 17-34667 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 32-0232046 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GIRAFFE HOLDINGS, LLC, | ) Case No. 17-34661 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 37-1512912 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GIRAFFE JUNIOR HOLDINGS, LLC, | ) Case No. 17-34662 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 37-1512913 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MAP 2005 REAL ESTATE, LLC | ) Case No. 17-34663 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3880512 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US - VALUE, INC., | ) Case No. 17-34664 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-3663019 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TOYS "R" US (CANADA) LTD., | ) |
| | ) Case No. 17-34668 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US - DELAWARE INC., | ) Case No. 17-34669 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 13-5159250 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US EUROPE, LLC, | ) Case No. 17-34670 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-2498445 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US PROPERTY COMPANY II, LLC, | ) Case No. 17-34671 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 37-1512919 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS ACQUISITION, LLC, | ) Case No. 17-34672 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0209866 | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU ASIA, LLC, | ) |
| | ) Case No. 17-34673 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 45-3417603 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU GUAM, LLC, | ) |
| | ) Case No. 17-34674 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-2386720 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU MOBILITY, LLC, | ) |
| | ) Case No. 17-34675 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-4144518 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU OF PUERTO RICO, INC., | ) |
| | ) Case No. 17-34676 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 52-1573925 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ (EUROPE) HOLDINGS, LLC, | ) |
| | ) Case No. 17-34677 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-3013834 | ) |

4

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| TRU TAJ FINANCE, INC., | ) |
|  | ) Case No. 17-34678 |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 81-3248312 | ) |
|  | ) |
| In re: | ) |
|  | ) Chapter 11 |
| TRU TAJ HOLDINGS 1, LLC, | ) |
|  | ) Case No. 17-34679 |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 81-3004810 | ) |
|  | ) |
| In re: | ) |
|  | ) Chapter 11 |
| TRU TAJ HOLDINGS 2 LIMITED, | ) |
|  | ) Case No. 17-34680 |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 98-1313915 | ) |
|  | ) |
| In re: | ) |
|  | ) Chapter 11 |
| TRU TAJ HOLDINGS 3, LLC, | ) |
|  | ) Case No. 17-34681 |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 81-3013730 | ) |
|  | ) |
| In re: | ) |
|  | ) Chapter 11 |
| TRU TAJ LLC | ) |
|  | ) Case No. 17-34682 |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 81-3007788 | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU-SVC, INC. | ) |
| | ) Case No. 17-34659 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 03-0565215 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| WAYNE REAL ESTATE PARENT | ) |
| COMPANY, LLC | ) |
| | ) Case No. 17-34683 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1671030 | ) |

**DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[1]

respectfully state as follows in support of this motion (this "Motion"):

**Relief Requested**

1.      The Debtors seek entry of an order, substantially in the form attached hereto as

**Exhibit A** (the "Order"):  (a) directing procedural consolidation and joint administration of these

chapter 11 cases; and (b) granting related relief.  The Debtors request that one file and one

docket be maintained for all of the jointly administered cases under the case of Toys "R" Us, Inc.

---

[1]     A detailed description of the Debtors and their business, and the facts and circumstances supporting the Debtors' chapter 11 cases, are set forth in greater detail in (i) the *Declaration of David A. Brandon, Chairman of the Board and Chief Executive Officer of Toys "R" Us, Inc., in Support of Chapter 11 Petitions and First Day Motions* (the "Brandon Declaration") and (ii) the *Declaration of Michael J. Short, Chief Financial Officer of Toys "R" Us, Inc., in Support of First Day Motions* (the "Short Declaration" and together with the Brandon Declaration, the "First Day Declarations"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), on September 18, 2017 (the "Petition Date").  Capitalized terms used, but not otherwise defined in this Motion shall have the meanings ascribed to them in the First Day Declarations.

(the direct or indirect parent company for each of the Debtors aside from Giraffe Intermediate B, Inc.) and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34667 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

2.    The Debtors further request that this Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

3.    The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors other than Toys "R" Us, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration for procedural purposes only of the chapter 11 cases of:  Toys "R" Us, Inc., Case No. 17-34665; Geoffrey Holdings, LLC, Case No. 17-34660; Geoffrey International, LLC, Case No. 17-34666; Geoffrey, LLC, Case No. 17-34667; Giraffe Holdings, LLC, Case No. 17-34661; Giraffe Junior Holdings, LLC, Case No. 17-34662; MAP 2005 Real Estate, LLC, Case No. 17-34663; Toys "R" Us - Value, Inc., Case No. 17-34664; Toys "R" Us (Canada) Ltd., Case No. 17-34668; Toys "R" Us - Delaware Inc., Case No. 17-34669; Toys "R" Us Europe, LLC, Case No. 17-34670; Toys "R" Us Property Company II, LLC, Case No. 17-34671; Toys Acquisition, LLC, Case No. 17-34672; TRU Asia, LLC, Case No. 17-34673; TRU Guam, LLC, Case No. 17-34674; TRU Mobility, LLC, Case No. 17-34675; TRU of Puerto Rico, Inc., Case No. 17-34676; TRU Taj (Europe) Holdings, LLC, Case No. 17-34677; TRU Taj Finance, Inc., Case No. 17-34678; TRU Taj Holdings 1, LLC, Case No. 17-34679; TRU Taj Holdings 2 Limited, Case No. 17-34680; TRU Taj Holdings 3, LLC, Case No. 17-34681; TRU Taj LLC, Case No. 17-34682; TRU-SVC, Inc., Case No. 17-34659; Wayne Real Estate Parent Company, LLC, Case No. 17-34683.  The docket in Case No. 17-34665 should be consulted for all matters affecting this case.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed contemporaneously herewith. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

4.      Finally, the Debtors seek authority to file the monthly operating reports required by the *Operating Guidelines and Reporting Requirements of the United States Trustee for Chapter 11 Debtors in Possession and Chapter 11 Trustees*, issued by the Office of the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee"), on a consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

## Jurisdiction and Venue

5.      The United States Bankruptcy Court for the Eastern District of Virginia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984.  The Debtors confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

6.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The bases for the relief requested herein are sections 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and rules 1015-1 and 9013-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules").

## Basis for Relief

8.      Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015.  The [twenty-five (25)]

Debtor entities that commenced chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

9.      Further, Local Bankruptcy Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> In all joint petitions filed with the Court, the case will be administered through joint administration of the estates unless the trustee or other interested party files an objection to joint administration within 14 days after the meeting of creditors and gives notice of a hearing date on such objection.

Local Bankr. R. 1015-1.

10.      Joint administration is generally non-controversial, and courts in this jurisdiction routinely order joint administration in cases with multiple related debtors.  *See, e.g.*, *In re The Gymboree Corp.*, No. 17-32986 (KLP) (Bankr. E.D. Va. June 2, 2017) (directing joint administration of chapter 11 cases); *In re Penn Va. Corp.*, No. 16-32395 (KLP) (Bankr. E.D. Va. May 13, 2016) (same); *In re Eidos, LLC*, No. 16-10385 (BFK) (Bankr. E.D. Va. Mar. 2, 2016) (same); *In re Alpha Nat. Res., Inc.*, No. 15-33896 (KRH) (Bankr. E.D. Va. Aug. 5, 2015) (same); *In re Patriot Coal Corp.*, No. 15-32450 (KLP) (Bankr. E.D. Va. May 13, 2015) (same); *In re James River Coal Co.*, No. 14-31848 (KRH) (Bankr. E.D. Va. Apr. 10, 2014) (same); *In re AMF Bowling Worldwide, Inc.*, No. 12-36495 (KRH) (Bankr. E.D. Va. Nov. 14, 2012) (same); *In re Workflow Mgmt., Inc.*, No. 10-74617 (SCS) (Bankr. E.D. Va. Oct. 1, 2010) (same).[2]

11.      Given the integrated nature of the Debtors' operations, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders in these

---

[2]      Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Motion. Copies of these orders are available upon request to the Debtors' proposed counsel.

chapter 11 cases will affect each Debtor entity.   The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections.  Joint administration also will allow the U.S. Trustee and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

12.      Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.   Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases.  Furthermore, as discussed more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany transactions, and (II) Granting Related Relief*, the Debtors intend to separately fund and allocate their overhead expenses between the separate Debtor entities.  Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

## Waiver of Memorandum of Points and Authorities

13.      The Debtors respectfully request that this Court treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Local Bankruptcy Rule 9013-1(G).

## Notice

14.      The Debtors will provide notice of this Motion via first class mail and email (where available) to: (a) the Office of the United States Trustee for the Eastern District of

Virginia, Attn: Robert B. Van Arsdale and Lynn A. Kohen; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) DIP ABL Agent and the advisors and counsel thereto; (d) DIP Taj Term Loan Agent and the advisors and counsel thereto; (e) DIP Delaware Term Loan Agent and the advisors and counsel thereto; (f) the indenture trustee for the TRU Taj 12.00% Senior Notes and the advisors and counsel thereto; (g) the administrative agent for the prepetition Secured Revolving Credit Facility and the advisors and counsel thereto; (h) the administrative agent for the prepetition Secured Term Loan B Facility and the advisors and counsel thereto; (i) the prepetition administrative agent for the Propco I Unsecured Term Loan Facility and the advisors and counsel thereto; (j) the agent for the Propco II Mortgage Loan and the advisors and counsel thereto; (k) the agent for the Giraffe Junior Mezzanine Loan and the advisors and counsel thereto; (l) the administrative agent for the prepetition European and Australian Asset-Based Revolving Credit Facility ("Euro ABL") and the advisors and counsel thereto; (m) the administrative agent for the Senior Unsecured Term Loan Facility and the advisors and counsel thereto; (n) the indenture trustee for the Debtors' 7.375% Senior Notes and the advisors and counsel thereto; (o) the indenture trustee for the Debtors' 8.75% Unsecured Notes and the advisors and counsel thereto; (p) counsel to the ad hoc group of the Term B-4 Holders; (q) counsel to the Ad Hoc Committee of Taj Noteholders; (r) the monitor in the CCAA proceeding and counsel thereto; (s) the Debtors' Canadian Counsel, (t) the Internal Revenue Service; (u) the office of the attorneys general for the states in which the Debtors operate; (v) the Securities and Exchange Commission; and (w) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## **No Prior Request**

15.      No prior request for the relief sought in this Motion has been made to this or any

other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Richmond, Virginia
Dated:  September 19, 2017

/s/ *Jeremy S. Williams*

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
              Peter.Barrett@KutakRock.com
              Jeremy.Williams@KutakRock.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
(*pro hac vice* admission pending)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                joshua.sussberg@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C.
(*pro hac vice* admission pending)
Robert A. Britton (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                anup.sathy@kirkland.com
                chad.husnick@kirkland.com
                robert.britton@kirkland.com
                emily.geier@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (*pro hac vice* admission pending)
Robert A. Britton (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., | ) | Case No. 17-34665 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3260693 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GEOFFREY HOLDINGS, LLC, | ) | Case No. 17-34660 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0565219 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GEOFFREY INTERNATIONAL, LLC, | ) | Case No. 17-34666 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3671072 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEOFFREY, LLC, | ) | Case No. 17-34667 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 32-0232046 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GIRAFFE HOLDINGS, LLC, | ) | Case No. 17-34661 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1512912 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GIRAFFE JUNIOR HOLDINGS, LLC, | ) | Case No. 17-34662 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 37-1512913 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MAP 2005 REAL ESTATE, LLC | ) | Case No. 17-34663 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-3880512 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US - VALUE, INC., | ) | Case No. 17-34664 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 22-3663019 | ) | |

2

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TOYS "R" US (CANADA) LTD., | ) |
| | ) Case No. 17-34668 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US - DELAWARE INC., | ) Case No. 17-34669 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 13-5159250 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US EUROPE, LLC, | ) Case No. 17-34670 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-2498445 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS "R" US PROPERTY COMPANY II, LLC, | ) Case No. 17-34671 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 37-1512919 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOYS ACQUISITION, LLC, | ) Case No. 17-34672 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0209866 | ) |

3

|  |  |
|---|---|
| In re:<br><br>TRU ASIA, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 45-3417603 | )<br>)<br>) Chapter 11<br>)<br>) Case No. 17-34673<br>)<br>)<br>) |
| In re:<br><br>TRU GUAM, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 46-2386720 | )<br>)<br>) Chapter 11<br>)<br>) Case No. 17-34674<br>)<br>)<br>) |
| In re:<br><br>TRU MOBILITY, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 46-4144518 | )<br>)<br>) Chapter 11<br>)<br>) Case No. 17-34675<br>)<br>)<br>) |
| In re:<br><br>TRU OF PUERTO RICO, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 52-1573925 | )<br>)<br>) Chapter 11<br>)<br>) Case No. 17-34676<br>)<br>)<br>) |
| In re:<br><br>TRU TAJ (EUROPE) HOLDINGS, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 81-3013834 | )<br>)<br>) Chapter 11<br>)<br>) Case No. 17-34677<br>)<br>)<br>) |

4

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ FINANCE, INC., | ) |
| | ) Case No. 17-34678 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-3248312 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ HOLDINGS 1, LLC, | ) |
| | ) Case No. 17-34679 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-3004810 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ HOLDINGS 2 LIMITED, | ) |
| | ) Case No. 17-34680 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 98-1313915 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ HOLDINGS 3, LLC, | ) |
| | ) Case No. 17-34681 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-3013730 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU TAJ LLC | ) |
| | ) Case No. 17-34682 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-3007788 | ) |

5

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| TRU-SVC, INC. | ) |
| | ) Case No. 17-34659 |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 03-0565215 | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| WAYNE REAL ESTATE PARENT | ) |
| COMPANY, LLC | ) |
| | ) Case No. 17-34683 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1671030 | ) |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

6

having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion

were appropriate under the circumstances and that no other notice need be provided; and this

Court having reviewed the Motion and having heard the statements in support of the relief

requested therein at a hearing before this Court (the "Hearing"); and this Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein; and upon all of the proceedings had before this Court; and

after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth in this Order.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by the Court under Case No. 17-34665 (KLP).

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of

the Bankruptcy Code.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed contemporaneously herewith. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

7

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Toys "R" Us, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration for procedural purposes only of the chapter 11 cases of:  Toys "R" Us, Inc., Case No. 17-34665; Geoffrey Holdings, LLC, Case No. 17-34660; Geoffrey International, LLC, Case No. 17-34666; Geoffrey, LLC, Case No. 17-34667; Giraffe Holdings, LLC, Case No. 17-34661; Giraffe Junior Holdings, LLC, Case No. 17-34662; MAP 2005 Real Estate, LLC, Case No. 17-34663; Toys "R" Us - Value, Inc., Case No. 17-34664; Toys "R" Us (Canada) Ltd., Case No. 17-34668; Toys "R" Us - Delaware Inc., Case No. 17-34669; Toys "R" Us Europe, LLC, Case No. 17-34670; Toys "R" Us Property Company II, LLC, Case No. 17-34671; Toys Acquisition, LLC, Case No. 17-34672; TRU Asia, LLC, Case No. 17-34673; TRU Guam, LLC, Case No. 17-34674; TRU Mobility, LLC, Case No. 17-34675; TRU of Puerto Rico, Inc., Case No. 17-34676; TRU Taj (Europe) Holdings, LLC, Case No. 17-34677; TRU Taj Finance, Inc., Case No. 17-34678; TRU Taj Holdings 1, LLC, Case No. 17-34679; TRU Taj Holdings 2 Limited, Case No. 17-34680; TRU Taj Holdings 3, LLC, Case No. 17-34681; TRU Taj LLC, Case No. 17-34682; TRU-SVC, Inc., Case No. 17-34659; Wayne Real Estate Parent Company, LLC, Case No. 17-34683.  The docket in Case No. 17-34665 should be consulted for all matters affecting this case.

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      The Debtors are authorized to file the monthly operating reports required by the *Operating Guidelines and Reporting Requirements of the United States Trustee for Chapter 11 Debtors in Possession and Chapter 11 Trustees*, issued by the Office of the United States Trustee for the Eastern District of Virginia, on a consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, the Debtors, or the Debtors' estates, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8

9.      Nothing contained in the Motion or this Order shall be deemed or construed as precluding the Debtors from causing any of their non-Debtor, wholly owned subsidiaries from commencing voluntary cases under the Bankruptcy Code.

10.     The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is waived.

11.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

12.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

14.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2017                    _____
Richmond, Virginia                                     United States Bankruptcy Judge

WE ASK FOR THIS:


/s/ Jeremy S. Williams

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192


- and -

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900


- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (*pro hac vice* admission pending)
Robert A. Britton (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*


## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


                        /s/ Jeremy S. Williams