## EXHIBIT A

## Summary of Invoices

The Singing Machine Company Inc  
Toys R US 503(b)(9) Claims  
Goods Received after 8/29/2017

Cutoff Date 503(b)(9) Claim        8/29/2017

| Inv.Date | Received date | Inv.No | CustomerPONo | BillToName | Item Code | Qty.Shipped | Invoice Amount | Direct Import - DI Domestic - DM |
|---|---|---|---|---|---|---|---|---|
| 8/16/2017 | 9/6/2017 | 0919552 | 6001746991 | TOYS R US | SMK480M | 428 | 10,186.40 | DM |
| 8/16/2017 | 9/6/2017 | 0919552 | 6001746991 | TOYS R US | SMK250PB | 540 | 14,175.00 | DM |
| 8/16/2017 | 9/6/2017 | 0919552 | 6001746991 | TOYS R US | SMK250BG | 540 | 14,175.00 | DM |
| 8/16/2017 | 9/6/2017 | 0919553 | 6001768100 | TOYS R US | SML605BKA | 140 | 9,345.00 | DM |
| 8/16/2017 | 8/30/2017 | 0919580 | 5801768098 | TOYS R US | SML605BKA | 74 | 4,939.50 | DM |
| 8/18/2017 | 8/30/2017 | 0919741 | 8801768100 | TOYS R US | SML605BKA | 152 | 10,146.00 | DM |
| 8/18/2017 | 8/30/2017 | 0919742 | 8801746991 | TOYS R US | SMK250BG | 916 | 24,045.00 | DM |
| 8/18/2017 | 8/30/2017 | 0919742 | 8801746991 | TOYS R US | SMK250PB | 916 | 24,045.00 | DM |
| 8/18/2017 | 8/30/2017 | 0919742 | 8801746991 | TOYS R US | SMK480M | 296 | 7,044.80 | DM |
| 8/21/2017 | 9/4/2017 | 0919886 | 5801751650 | TOYS R US | SMK445 | 328 | 4,952.80 | DM |
| 8/21/2017 | 9/4/2017 | 0919887 | 5801746991 | TOYS R US | SMK250PB | 368 | 9,660.00 | DM |
| 8/21/2017 | 9/4/2017 | 0919887 | 5801746991 | TOYS R US | SMK480M | 332 | 7,901.60 | DM |
| 8/21/2017 | 9/4/2017 | 0919887 | 5801746991 | TOYS R US | SMK250BG | 368 | 9,660.00 | DM |
| 8/22/2017 | 9/5/2017 | 0920010 | 8801721458 | TOYS R US | SML682BTBK | 794 | 37,516.50 | DM |
| 8/22/2017 | 9/5/2017 | 0920010 | 8801721458 | TOYS R US | SML682BTP | 1,232 | 58,212.00 | DM |
| 8/22/2017 | 9/4/2017 | 0920012 | 8301721458 | TOYS R US | SML682BTP | 816 | 38,556.00 | DM |
| 8/22/2017 | 9/4/2017 | 0920012 | 8301721458 | TOYS R US | SML682BTBK | 522 | 24,664.50 | DM |
| 8/23/2017 | 9/9/2017 | 0920033 | 8238302001 | TOYS R US | SML283BKD | 1 | 32.45 | DM |
| 8/23/2017 | 9/2/2017 | 0920070 | 9501721458 | TOYS R US | SML682BTP | 388 | 18,333.00 | DM |
| 8/23/2017 | 9/2/2017 | 0920070 | 9501721458 | TOYS R US | SML682BTBK | 254 | 12,001.50 | DM |
| 8/25/2017 | 9/2/2017 | 0920231 | 7701721458 | TOYS R US | SML682BTP | 914 | 43,186.50 | DM |
| 8/25/2017 | 9/2/2017 | 0920231 | 7701721458 | TOYS R US | SML682BTBK | 582 | 27,499.50 | DM |
| 8/28/2017 | 9/12/2017 | 0920381 | 8301751650 | TOYS R US | SMK445 | 500 | 7,550.00 | DM |
| 8/28/2017 | 9/7/2017 | 0920382 | 8801751650 | TOYS R US | SMK445 | 676 | 10,207.60 | DM |
| 8/29/2017 | 9/3/2017 | 0920431 | 7701751650 | TOYS R US | SMK445 | 484 | 7,308.40 | DM |
| 8/29/2017 | 8/29/2017 | 0920432 | 6001751650 | TOYS R US | SMK445 | 468 | 7,066.80 | DM |
| 8/29/2017 | 9/9/2017 | 0920433 | 9501751650 | TOYS R US | SMK445 | 224 | 3,382.40 | DM |
| 9/5/2017 | 8/29/2017 | 0920744 | 9506156001 | TOYS R US | SML283BKD | 1 | 32.45 | DM |
| 9/7/2017 | 9/8/2017 | 0920977 | 5601758135 | TOYS R US | SMM465P | 6 | 93.60 | DM |
| 9/7/2017 | 9/1/2017 | 0920978 | 5801758135 | TOYS R US | SMM465P | 6 | 93.60 | DM |
| 9/7/2017 | 9/11/2017 | 0920979 | 7701758135 | TOYS R US | SMM465P | 24 | 374.40 | DM |
| 9/7/2017 | 9/13/2017 | 0920980 | 6201758135 | TOYS R US | SMM465P | 18 | 280.80 | DM |
| 9/8/2017 | 9/21/2017 | 0921042 | 6001758135 | TOYS R US | SMM465P | 90 | 1,404.00 | DM |
| 9/8/2017 | 9/8/2017 | 0921043 | 6301758135 | TOYS R US | SMM465P | 276 | 4,305.60 | DM |
| 9/8/2017 | 9/20/2017 | 0921044 | 8301758135 | TOYS R US | SMM465P | 138 | 2,152.80 | DM |
| 9/8/2017 | 9/18/2017 | 0921045 | 8801758135 | TOYS R US | SMM465P | 210 | 3,276.00 | DM |
| 9/8/2017 | 9/11/2017 | 0921046 | 9501758135 | TOYS R US | SMM465P | 198 | 3,088.80 | DM |
| 9/11/2017 | 9/11/2017 | 0921246 | 5601769253 | TOYS R US | SMM465B | 612 | 9,547.20 | DM |
| 9/11/2017 | 9/11/2017 | 0921246 | 5601769253 | TOYS R US | SMM465P | 618 | 9,640.80 | DM |
| 9/11/2017 | 9/11/2017 | 0921279 | 7701769253 | TOYS R US | SMM465P | 720 | 11,232.00 | DM |
| 9/11/2017 | 9/11/2017 | 0921279 | 7701769253 | TOYS R US | SMM465B | 714 | 6,069.00 | DM |
| 9/11/2017 | 9/11/2017 | 0921280 | 5801769253 | TOYS R US | SMM465P | 474 | 7,394.40 | DM |
| 9/11/2017 | 9/11/2017 | 0921280 | 5801769253 | TOYS R US | SMM465B | 468 | 7,300.80 | DM |
| 8/28/2017 | 9/5/2017 | I17070 | 735670 | TOYS R US | ISM398BT | 2,616 | 67,174.96 | DI |
| 8/29/2017 | 9/4/2017 | I17071 | 732623 | TOYS R US | STVG785BTW | 9,000 | 751,716.00 | DI |
| 8/29/2017 | 9/4/2017 | I17072 | 732622 | TOYS R US | SML505 | 5,000 | 178,500.00 | DI |
| 8/29/2017 | 9/4/2017 | I17073 | 732622 | TOYS R US | SML505P | 5,000 | 171,475.00 | DI |
| 9/5/2017 | 9/12/2017 | I17074 | 732627 | TOYS R US | SMK250PB | 4,500 | 105,293.25 | DI |
| 9/4/2017 | 9/11/2017 | I17075 | 743815 | TOYS R US | STVG785BTW | 7,000 | 584,668.00 | DI |

Total 503(b)(9) Claim        2,370,906.71