

**Sony Interactive Entertainment**

Sony Interactive Entertainment America LLC
2207 Bridgepointe Parkway
San Mateo, CA. 94404-2175
(650) 655-8000

EDI INVOICE

| Document Type | Invoice |
|---|---|
| Number Desc | 11705443 |
| Document Date | 29-AUG-17 |
| Ship Date | 29-AUG-17 |
| Payment Terms | 45 NET DOI |
| Due Date | 13-OCT-17 |
| Customer# | 9509035 |
| Page | 1 of 1 |

OCT 27 2017

Bill To: 9306416
Attn: Accounts Payable
TOYS'R'US
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE NJ 07470

Ship To: 9306424
TOYS'R'US
TOYS'R'US WHSE #5001
3505 NATURALLY FRESH BL
ATLANTA GA 30349

MR

| Customer PO# | Shipped From | Ship Via | | Packing Slip | Sales Order# | Container# | |
|---|---|---|---|---|---|---|---|
| 5001775338 | BOLINGBROOK | N1: CUSTOMER P\U | | 70803603 | 10782238 | | |
| Item # | Description | | Serial# | Customer SKU | Quantity | Unit Price | Extended Amount |
| 3000306 | PS4 Knack 2 | | | 163077 | 1350 | 32.00 | 43,200.00 |
| | | | | Item Subtotal | 1,350 | | 43,200.00 |

Customer Pickup 8/29/17

OCT 30 2017

Please Remit To:
Sony Interactive Entertainment America
LLC P.O. Box 733367
Dallas, TX 75373-3367
FID # 27-1942844 TX # 815742259

| Sub-Total | 43,200.00 |
|---|---|
| Tax @0.00% | 0.00 |
| Total | 43,200.00 |
| Currency | USD |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence :**
70803603

Page 1 of 2

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 5001775338 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | LTANLIM | IDEJESUS | Third Party |

**Ship To:** 9306424
TOYS'R'US WHSE #5001
3505 NATURALLY FRESH BL
ATLANTA, GA 30349
US

**Bill To:** 9306416
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**
orddts@agility.com
10782238

10782238

**Carrier Routing:** CUSTOMER P/U

**Container #:** 94036584

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLU RAY PS4 KNACK 2 | 163077 1P4S3000306 | 1350 | * | 1350 | 0 | | 00 | | 70803603 | 5001775338 |
| | 94036584 ( 1350 ) | | | | | | | | | | |
| | **Product Type** | | | | **Qty** | | | | | | |
| | BLU RAY | | | | 1350 | | | | | | |
| | **Total** | | | | 1350 | | | | | | |
| | **Order Total** | | 1350 | | 1350 | 0 | | | | | |
| | | **Container #** | | | **Qty** | **Cartons** | **Pallets** | | | | |
| | **Number of Containers : 1** | 94036584 | PL | | 1350 | 45 | 1 | | | | |
| | **Pallet Type** | SMD | Total : | | 1350 | 45 | 1 | | | | |

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence :**
70803603

**Page 2 of 2**

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 5001775338 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | LTANLIM | IDEJESUS | Third Party |

**Ship To:** 9306424
TOYS'R'US WHSE #5001
3505 NATURALLY FRESH BL
ATLANTA, GA 30349
US

**Bill To:** 9306416
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**
orddts@agility.com
10782238

10782238

**Carrier Routing:** CUSTOMER P/U

**Container # :** **94036584**

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ship Date | : 08/29/2017 | | | | | | | | | |
| | Order Type | : SIEA N/R BULK | | | | | | | | | |
| | Carrier | : CUSTOMER P/U | | | | | | | | | |
| | BOL Number | : 588960 | | | | | | | | | |
| | Container No. 94036584 | Order No. 70803603 | | | Qty 1350 | | | | | | |

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |

DATE: 08/29/2017 PAGE: 1 OF 1

### SHIP FROM
- NAME: SDA
- ADDRESS: 430 GIBRALTAR DR
- CITY/STATE/ZIP: BOLINGBROOK-IL-60440
- SID #: 044-SIEA N/R BULK
- FOB: ☐

Bill of Lading Number: 588960

### SHIP TO
- NAME: TOYS'R'US WHSE #5001
- ADDRESS: 3505 NATURALLY FRESH BL
- CITY/STATE/ZIP: ATLANTA-GA-30349
- FOB: ☐

Shipment Reference #:

CARRIER NAME: CUSTOMER P/U
Trailer number: / 113996
Seal number(s):
SCAC: CPU1
Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:
- NAME:
- ADDRESS:
- CITY/STATE/ZIP:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
(freight charges are prepaid unless marked otherwise)

**COLLECT**

Carrier must return copy of bill of lading with invoice.

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | NO. PKGS. | WEIGHT | PLT/SLIP | Affiliate # | DADC Order # |
|---|---|---|---|---|---|
| 5001775338 | 45 ctns | 270 lbs | Y | 0009045609 | 70803603 |
| **GRAND TOTALS** ▶ | 45 ctns | 270 lbs | | | |

### CARRIER INFORMATION

| HANDLING UNIT QTY | TYPE | PACKAGE QTY | TYPE | WEIGHT (INCL.PLTS.) | H.M. X | COMMODITY DESCRIPTION / NMFC # | CLASS LTL ONLY |
|---|---|---|---|---|---|---|---|
| 1 | plts | 45 | ctns | 270 lbs | | VIDEODISCS, ITEM / 168905-02 | 70 |
| 1 | | 45 | | 310 lbs | ◀ GRAND TOTALS | | |

REMIT COD PAYMENT TO:

COD AMOUNT: $

FEE TERMS:
☐ Collect  ☐ PrePaid
☐ Customer check acceptable

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
— Shipper Signature

SHIPPER SIGNATURE / DATE: Pascual Mtz  8-29-17

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE & TIME: [signature] 8/29/17

Property described above is received in good order, except as noted. Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.



**STRAIGHT BILL OF LADING - SHORT FORM**
**ORIGINAL - NOT NEGOTIABLE**

491 Supreme Drive  
Bensenville, IL 60106  
630-350-3711

SHIPPER REF:

**CARRIER:** amtrans

**DATE OF ISSUE:** 8/29/2017

**AGILITY'S REF:**

**FREIGHT CHARGES:**

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ signature.

**SHIPPER:**  
Sony Dadc  
333 Gibraltar Dr  
Bolingbrook  
Il, 60440

**BILL TO:**  
AGILITY LOGISTICS  
491 SUPREME DRIVE  
BENSENVILLE IL, 60106

**CONSIGNED TO:**  
AGILITY LOGISTICS  
491 SUPREME DRIVE  
BENSENVILLE IL, 60106

**CONTENTS:**

TOTAL WT (LBS): 270.00     TOTAL SKIDS: 1
SEAL #:                     TOTAL pcs:

| PART # | DESCRIPTION OF MATERIALS | Carton | Item Qty | WEIGHT |
|---|---|---|---|---|
| 5001775338 | 5001775338 | 45 | 1350 | 270 |

pick up number 70803603

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good except as noted (contents and conditions of package unknown) marked, consigned and destined as indicated above which said carrier (the word ca being understood throughout this contract to mean any person or corporation in possession of the property under the contract agrees to carry to it usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agre to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or a said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classificat the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and t terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Dept. of Transportation.

The agreed or declined value of the property is hereby specifically stated by the shipper to be not exceeding _____

Shipper Per Agility _Pascual Mtz_ Date 8-29-17

Consignee Signature _____ Printed Name _____ Date _____ Time _____

Driver's Signature _Kevin R Helfer_ Printed Name _Kevin R Helfer_ Date 8/29/17

Time _____ #Skids _____ #Ctns _____

**Copy of Driver's License Required**

INSTRUCTIONS: NOT ALL THE SKIDS ARE THE SAME DIFFERENT LOT#ABELS



**Sony Interactive Entertainment**

Sony Interactive Entertainment America LLC
2207 Bridgepointe Parkway
San Mateo, CA. 94404-2175
(650) 655-8000

EDI INVOICE

| Document Type | Invoice |
|---|---|
| Number | 11705452 |
| Document Date | 29-AUG-17 |
| Ship Date | 29-AUG-17 |
| Payment Terms | 45 NET DOI |
| Due Date | 13-OCT-17 |
| Customer# | 9509035 |
| Page | 1 of 1 |

Case 17-34665-KLP   Doc 943-1   Filed 11/14/17   Entered 11/14/17 15:49:55   Desc Exhibit(s) Ex. A - Invoices   Page 6 of 20

Bill To: 9251892
Attn: Accounts Payable
TOYS'R'US
TOYS'R'US
ACCOUNT PAYABLE
1 GEOFFREY WAY
WAYNE NJ 07470

Ship To: 9261101
TOYS'R'US
TOYS'R'US WHSE #6201
2829 ROHR ROAD
GROVEPORT OH 43125

OCT 27 2017

MR

| Customer PO# | Shipped From | Ship Via | | Packing Slip | Sales Order# | Container# | | |
|---|---|---|---|---|---|---|---|---|
| 6201772474 | BOLINGBROOK | P6: FEDEX FGT EAST | | 70803566 | 10781338 | | | |
| Item # | Description | | Serial# | Customer SKU | Quantity | | Unit Price | Extended Amount |
| 3002210 | PS4 Pro HW 1TB (CUH-7015B) Destiny 2 - Limited Edition - US | | | 355693 | 501 | | 428.00 | 214,428.00 |
| | | | | Item Subtotal | 501 | | | 214,428.00 |

**CLEAR POD**

OCT 30 2017

Please Remit To:
Sony Interactive Entertainment America
LLC P.O. Box 733367
Dallas, TX  75373-3367
FID # 27-1942844 TX # 815742259

| Sub-Total | 214,428.00 |
|---|---|
| Tax @0.00% | 0.00 |
| Total | 214,428.00 |
| Currency | USD |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence :**
70803566

Page 1 of 2

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 6201772474 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | LTANLIM | IDEJESUS | Prepaid |

**Ship To:** 9261101
TOYS'R'US WHSE #6201
2829 ROHR ROAD
GROVEPORT, OH 43125
US

**Bill To:** 9251892
TOYS'R'US
ACCOUNT PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**

10781338

10781338

**Carrier Routing:** FEDEX LTL PRIORITY

**Container # :** 94036577

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SCEA HARDWARE<br>PS4 PRO HW 1TB (CUH-7015B) DESTINY 2 LIMITED EDITION - US | 355693<br><br>1P4H3002210 | 501 | * | 501 | 0 | | | | 70803566 | 6201772474 |

94036577 ( 51 ), 94036579 ( 90 ), 94036580 ( 90 ), 94036581 ( 90 ), 94036582 ( 90 )

94036583 ( 90 )

**Product Type**     **Qty**
SCEA HARDWARE     501
**Total**     501

**Order Total**     501     501     0

**Number of Containers : 6**

| Container # | Qty | Cartons | Pallets |
|---|---|---|---|
| 94036579 | 90 | 30 | 1 |
| 94036580 | 90 | 30 | 1 |
| 94036581 | 90 | 30 | 1 |
| 94036582 | 90 | 30 | 1 |
| 94036583 | 90 | 30 | 1 |
| 94036577   PL | 51 | 17 | 1 |
| **Total :** | 501 | 167 | 6 |

**Pallet Type**     SMD

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence :**
70803566

**Page 2 of 2**

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 6201772474 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | LTANLIM | IDEJESUS | Prepaid |

**Ship To:** 9261101
TOYS'R'US WHSE #6201
2829 ROHR ROAD
GROVEPORT, OH 43125
US

**Bill To:** 9251892
TOYS'R'US
ACCOUNT PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**
10781338

10781338

**Carrier Routing:** FEDEX LTL PRIORITY

**Container # :** **94036577**

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ship Date | : 08/29/2017 | | | | | | | | | |
| | Order Type | : SIEA N/R BULK | | | | | | | | | |
| | Carrier | : FEDEX LTL PRIORITY | | | | | | | | | |
| | BOL Number | : 588957 | | | | | | | | | |
| | Container No. | Order No. | | | Qty | | | | | | |
| | 94036577 | 70803566 | | | 51 | | | | | | |
| | 94036579 | 70803566 | | | 90 | | | | | | |
| | 94036580 | 70803566 | | | 90 | | | | | | |
| | 94036581 | 70803566 | | | 90 | | | | | | |
| | 94036582 | 70803566 | | | 90 | | | | | | |
| | 94036583 | 70803566 | | | 90 | | | | | | |

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |

DATE 08/29/2017 PAGE 1 OF 1

### SHIP FROM
- NAME: SDA
- ADDRESS: 430 GIBRALTAR DR
- CITY/STATE/ZIP: BOLINGBROOK-IL-60440
- SID #: 044-SIEA N/R BULK
- FOB: ☐

**Bill of Lading Number:** 588957

Shipment Reference #:

### SHIP TO
- NAME: TOYS R US WHSE #6201
- ADDRESS: 2829 ROHR ROAD
- CITY/STATE/ZIP: GROVEPORT-OH-43125
- FOB: ☐

CARRIER NAME: FEDEX LTL PRIORITY
Trailer number: / 113968
Seal number(s):
SCAC: FXFE
Pro number: 4440111126

0936
1025

### THIRD PARTY FREIGHT CHARGES BILL TO
- NAME: SIEA C/O SONY DADC/CFM
- ADDRESS: 430 GIBRALTAR DRIVE
- CITY/STATE/ZIP: BOLINGBROOK-IL-60440

SPECIAL INSTRUCTIONS:

**Freight Charge Terms**
(freight charges are prepaid unless marked otherwise)

**THIRD PARTY**

Carrier must return copy of bill of lading with invoice

☐ (check box) Master Bill of Lading with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | NO PKGS | WEIGHT | PLT/SLIP | Affiliate # | DADC Order # |
|---|---|---|---|---|---|
| 6201772474 | 167 ctns | 5,945 lbs | Y | 0009045441 | 70803566 |
| **GRAND TOTALS** ▶ | 167 ctns | 5,945 lbs | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H M | COMMODITY DESCRIPTION / NMFC # | CLASS |
| QTY | TYPE | QTY | TYPE | (INCL PLTS) | X | | LTL ONLY |
|---|---|---|---|---|---|---|---|
| 6 | plts | 167 | ctns | 5,945 lbs | | P4H-GAMES OR TOYS NOI, ITEM / 84260-08 | 85 |
| 6 | | 167 | | 6,185 lbs | | ◀ GRAND TOTALS | |

### REMIT COD PAYMENT TO

COD AMOUNT: $

FEE TERMS
☐ Collect   ☐ PrePaid
☐ Customer check acceptable

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shipper Signature

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper if applicable otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper on request and to all applicable state and federal regulations

### SHIPPER SIGNATURE / DATE
Pascual Ruiz  8-29-17

This is to certify that the above named materials are properly classified packaged marked and labeled and in proper condition for transportation according to the applicable regulations

**Trailer Loaded**
☒ By Shipper
☐ By Driver

**Freight Counted**
☐ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE & TIME

Property described above is received in good order except as noted. Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle



# WEIGHT VALIDATION CERTIFICATE



Freight Bill Number: 4440111126    R0

866.393.4585

| Date | Location | Billed Weight | Ship Date | Origin | Dest |
|---|---|---|---|---|---|
| 08/29/17 | BOL | 6185 lbs | 08/29/17 | BOL | CMH |

**CONSIGNEE**
TOYS R US
2829 ROHR RD
GROVEPORT    OH    43125

**SHIPPER**
SDA
333 GIBRALTAR DR
BOLINGBROOK    IL    60440

| Description | Scale | Operator | Weight |
|---|---|---|---|
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 1100 lbs |
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 1115 lbs |
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 1100 lbs |
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 1115 lbs |
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 1100 lbs |
| 1 HANDLING UNIT(S) | FORKLIFT # FL6083 | OSO3927 | 755 lbs |
| | | TOTAL ACTUAL VERIFIED WEIGHT | 6285 lbs |

Verification of the actual weight of this shipment was accomplished in accordance with FedEx Freight Rules Tariff.

Total Billed Weight: 6185 lbs
Total Actual Verified Weight: 6285 lbs
Weight Difference: 100 lbs

Page 2 of 2

142



# DELIVERY RECEIPT



| Freight Bill | 4440111126 R0 |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1 866 393 4585

| Ship Date 08/29/2017 | Bill of Lading 588957 |
| P O  6201772474 | Shipper Reference |
| Origin BOL | Destination CMH |

**Consignee**
TOYS R US
2829 ROHR RD
GROVEPORT
OH 43125-9432

Trailer # X7293

Date 9/1/17   Time 0748
Trailer# X7293   Seal# N/A
Guard Initial fc   Intact Y or (N)

**Shipper**
SDA
333 GIBRALTAR DR
BOLINGBROOK
IL 60440    US

**FedEx Freight Priority**

| PIECES | PKG | H/U | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER COPY  6 SKDS  STC | | | | FUEL SURCHG LTL SHPT 7 50%<br>65122-9300-FXF-900<br>CZAR    805         ILS 00320<br>** FAK RATES APPLIED **<br>APPOINTMENT FROM 07 30 TO 10 00<br>APPT 090117 10 00SETUP083017 10 20<br>DEANDRA US (614)662-9270<br>***0830 AM FRI 9/1/17<br>***APPT# 47738 | | | | | | |
| 167 | | 6 | | PREPAID - WILL INVOICE THIRD PARTY  6285 | | | | | | |

BY ACCEPTING THE SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY SERVICES RENDERED INCLUDING BUT NOT LIMITED TO DETENTION

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS  2 ☐ LIFT GATE    ☐ OTHERS

Delv Driver & #
Date 9-1-17    Arrive 0747    Depart 0817
# of Skids 6   # of Pcs    OS&D #

Shipment received in apparent good order with wrap intact unless otherwise noted
Received by  BMatheson
☐ Over  ☐ Damage    Exceptions
☐ Short ☐ Wrap Broken

**PREPAID - WILL INVOICE RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction
APPOINTMENT FROM 07 30 TO 10 00
APPT 090117 10 00SETUP083017 10 20
DEANDRA US (614)662-9270
***0830 AM FRI 9/1/17
***APPT# 47738



# DELIVERY RECEIPT

**Freight Bill  4440111126  R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1 866 393 4585

| Ship Date 08/29/2017 | Bill of Lading 588957 |
|---|---|
| P O  6201772474 | Shipper Reference |
| Origin  BOL | Destination  CMH |

**Consignee**
TOYS R US
2829 ROHR RD
GROVEPORT
OH 43125-9432    US

Trailer # X7293

**Shipper**
SDA
333 GIBRALTAR DR
BOLINGBROOK
IL 60440    US

**FedEx Freight Priority**

| PIECES | PKG | H/U | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| 167 | | | | PO# 6201772474
DO NOT DOUBLE STACK
PERISHABLE TIME SENSITIVE
FOR ANY OSD OR DELV ISSUES CONTACT
SONY-REP@FEDEX COM
877-918-6012 X 509 1078
"DO NOT DOUBLE STACK"
PERISHABLE TIME SENSITIVE
GAMES
** APPOINTMENT DELIVERY **
70803566                          OR#
BOL         INSPECTING TERMINAL
006185        ORIGINAL WEIGHT
**SHIPMENT REWEIGHED AS ABOVE**
   WEIGHT VALIDATION FEE | 6285 | | | 085 | | |

* BY ACCEPTING THE SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY SERVICES RENDERED INCLUDING BUT NOT LIMITED TO DETENTION

**PREPAID - WILL INVOICE THIRD PARTY**

**ACCESSORIAL SERVICES PERFORMED**
- ☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE        ☐ DETENTION
- ☐ RESIDENTIAL LIMITED ACCESS    ☐ LIFT GATE        ☐ OTHERS

Delv  Driver & #

| Date | Arrive | Depart |
|---|---|---|
| # of Skids | # of Pcs | OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by _____

☐ Over  ☐ Damage    Exceptions
☐ Short ☐ Wrap Broken

**PREPAID - WILL INVOICE RESPONSIBLE PARTY**

**Customer Requirements/Appointment Instruction**
APPOINTMENT FROM 07 30 TO 10 00
APPT 090117 10 00SETUP083017 10 20
DEANDRA US (614)662-9270
***0830 AM FRI 9/1/17
***APPT# 47738

DRIVER COPY



**Sony Interactive Entertainment**

Sony Interactive Entertainment America LLC
2207 Bridgepointe Parkway
San Mateo, CA. 94404-2103
(650) 655-8000

EDI INVOICE

| Document Type | Invoice |
|---|---|
| Number Desc | 11705479 |
| Document Date | 29-AUG-17 |
| Ship Date | 29-AUG-17 |
| Payment Terms | 45 NET DOI |
| Due Date | 13-OCT-17 |
| Customer# | 9509035 |
| Page | 1 of 1 |

Bill To: 9306416
Attn: Accounts Payable
TOYS'R'US
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE NJ 07470

Ship To: 9308867
TOYS'R'US
TOYS'R'US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT MO 64082

OCT 27 2017

MR

| Customer PO# | Shipped From | Ship Via | | Packing Slip | Sales Order# | Container# | | |
|---|---|---|---|---|---|---|---|---|
| 9501774521 | BOLINGBROOK | 44: SCEA/FEDEX GROUND | | 70803602 | 10782242 | | | |
| Item # | Description | | Serial# | Customer SKU | Quantity | | Unit Price | Extended Amount |
| 3000306 | PS4 Knack 2 | | | 163077 | 150 | | 32.00 | 4,800.00 |
| | | | | Item Subtotal | 150 | | | 4,800.00 |

CLEAR POD

OCT 3 0 2017

Please Remit To:
Sony Interactive Entertainment America
LLC P.O. Box 733367
Dallas, TX 75373-3367
FID # 27-1942844 TX # 815742259

| Sub-Total | 4,800.00 |
|---|---|
| Tax @0.00% | 0.00 |
| Total | 4,800.00 |
| Currency | USD |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence :**
70803602

Page 1 of 2

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 9501774521 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | JLASKOWS | JLASKOWS | Prepaid |

**Ship To:** 9308867
TOYS'R'US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082
US

**Bill To:** 9306416
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**

10782242

10782242

**Carrier Routing:** GAMES FEDEX GROUND

**Container # :** 98057916

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLU RAY PS4 KNACK 2 | 163077 1P4S3000306 | 150 | * | 150 | 0 | | 00 | | 70803602 | 9501774521 |

98057912 ( 30 ), 98057913 ( 30 ), 98057914 ( 30 ), 98057915 ( 30 ), 98057916 ( 30 )

**Product Type**       **Qty**
BLU RAY                 150
**Total**               150

**Order Total**    150    150    0

**Number of Containers : 5**

| Container # | Qty | Cartons | Pallets |
|---|---|---|---|
| 98057912 | 30 | 1 | 0 |
| 98057913 | 30 | 1 | 0 |
| 98057914 | 30 | 1 | 0 |
| 98057915 | 30 | 1 | 0 |
| 98057916 PL | 30 | 1 | 0 |
| **Total :** | 150 | 5 | 0 |

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |

# HLC PACKING LIST

**Shipped From:**

SONY DADC
430 GIBRALTAR DR
BOLINGBROOK, IL 60440

**Show This number on ALL Correspondence:**
70803602

**Page 2 of 2**

| P.O. Number | Order Date | Pack Date | Type of Order | Picker | Packer | Freight |
|---|---|---|---|---|---|---|
| 9501774521 | 08/28/2017 | 08/29/2017 | SIEA N/R BULK | JLASKOWS | JLASKOWS | Prepaid |

**Ship To:** 9308867
TOYS'R'US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082
US

**Bill To:** 9306416
TOYS'R'US
ACCOUNTS PAYABLE
1 GEOFFREY WAY
WAYNE, NJ 07470
US

**Special Instructions:**

10782242

10782242

**Carrier Routing:** GAMES FEDEX GROUND

**Container #:** **98057916**

| Ref No. | Description | Selection # | Qty Ordered | * | Qty Shipped | Qty to Follow | Prog Code | Mkt Code | Bulk Price | Original Order | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ship Date | : 08/29/2017 | | | | | | | | | |
| | Order Type | : SIEA N/R BULK | | | | | | | | | |
| | Container No. | Order No. | | | Qty | Weight | | | | | |
| | 98057912 | 70803602 | | | 30 | 6.00 | | | | | |
| | 98057913 | 70803602 | | | 30 | 6.00 | | | | | |
| | 98057914 | 70803602 | | | 30 | 6.00 | | | | | |
| | 98057915 | 70803602 | | | 30 | 6.00 | | | | | |
| | 98057916 | 70803602 | | | 30 | 6.00 | | | | | |
| | Tracking Number | : 98057912 | 728976683631581 | | | | | | | | |
| | | 98057913 | 728976683631598 | | | | | | | | |
| | | 98057914 | 728976683631604 | | | | | | | | |
| | | 98057915 | 728976683631611 | | | | | | | | |
| | | 98057916 | 728976683631628 | | | | | | | | |
| | Total Package Weight | : | 30.00 LB | | | | | | | | |

| * = Odd Carton Lot | B = Backorder | C = Cutout | H = Temporarily Not Available |
|---|---|---|---|
| K = No Backorder | N = New Release | X = Cancelled | Z = No Such |



October 27,2017

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **728976683631581**.  Our records reflect the following information.

This tracking number is 1 out of a 5 multiple-piece shipment.  The Master tracking number for this multiple-piece shipment is 728976683631581.  If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 420 SE THOMPSON DR |
| | | | Lee's Summit, MO 64082 |
| **Signed for by:** | ASMITH | **Delivery date:** | Aug 31, 2017 11:46 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

*[Signature image: A. SMITH, #5, 10:55, 166 Del, 0 NonDel]*

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 728976683631581 | **Ship date:** | Aug 29, 2017 |
| | | **Weight:** | 6.0 lbs/2.7 kg |

**Recipient:**
TOYS`R`US WHSE #9501
TOYS`R`US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082 US

**Shipper:**
SCEA
430 GIBRALTAR DR
BOLINGBROOK, IL 60440 US

**Reference**  70803602
**Purchase order number:**  9501774521
**Shipment Id**  728976683631581

Thank you for choosing FedEx.



October 27,2017

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **728976683631598**.  Our records reflect the following information.

This tracking number is 2 out of a 5 multiple-piece shipment.  The Master tracking number for this multiple-piece shipment is 728976683631581.  If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 420 SE THOMPSON DR |
| | | | Lee's Summit, MO 64082 |
| **Signed for by:** | ASMITH | **Delivery date:** | Aug 31, 2017 11:46 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

[signature image: A. SMITH #5, 10:55, 166 Del, 0 NonDel]

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 728976683631598 | **Ship date:** | Aug 29, 2017 |
| | | **Weight:** | 6.0 lbs/2.7 kg |

**Recipient:**  
TOYS`R`US WHSE #9501  
TOYS`R`US WHSE #9501  
420 SOUTH EAST THOMPSON  
LEES SUMMIT, MO 64082 US

**Shipper:**  
SCEA  
430 GIBRALTAR DR  
BOLINGBROOK, IL 60440 US

**Reference**  
**Purchase order number:**  
**Shipment Id**

70803602  
9501774521  
728976683631581

Thank you for choosing FedEx.



October 27, 2017

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **728976683631604**. Our records reflect the following information.

This tracking number is 3 out of a 5 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 728976683631581. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 420 SE THOMPSON DR |
| | | | Lee's Summit, MO 64082 |
| **Signed for by:** | ASMITH | **Delivery date:** | Aug 31, 2017 11:46 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

*A. SMITH*
*#5, 10:55, 166 Del, 0 NonDel*

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 728976683631604 | **Ship date:** | Aug 29, 2017 |
| | | **Weight:** | 5.8 lbs/2.6 kg |

**Recipient:**
TOYS`R`US WHSE #9501
TOYS`R`US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082 US

**Shipper:**
SCEA
430 GIBRALTAR DR
BOLINGBROOK, IL 60440 US

**Reference**                         70803602
**Purchase order number:**            9501774521
**Shipment Id**                       728976683631581

Thank you for choosing FedEx.



October 27, 2017

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **728976683631611**. Our records reflect the following information.

This tracking number is 4 out of a 5 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 728976683631581. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 420 SE THOMPSON DR<br>Lee's Summit, MO 64082 |
| **Signed for by:** | ASMITH | **Delivery date:** | Aug 31, 2017 11:46 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

*[Signature image: A. SMITH, #5, 10:55, 166 Del, 0 NonDel]*

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 728976683631611 | **Ship date:** | Aug 29, 2017 |
| | | **Weight:** | 6.0 lbs/2.7 kg |

**Recipient:**
TOYS`R`US WHSE #9501
TOYS`R`US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082 US

**Shipper:**
SCEA
430 GIBRALTAR DR
BOLINGBROOK, IL 60440 US

**Reference** 70803602
**Purchase order number:** 9501774521
**Shipment Id** 728976683631581

Thank you for choosing FedEx.

# FedEx

October 27, 2017

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **728976683631628**. Our records reflect the following information.

This tracking number is 5 out of a 5 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 728976683631581. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 420 SE THOMPSON DR Lee's Summit, MO 64082 |
| **Signed for by:** | ASMITH | **Delivery date:** | Aug 31, 2017 11:46 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

A. SMITH
#5, 10:55, 166 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 728976683631628 | **Ship date:** | Aug 29, 2017 |
| | | **Weight:** | 11.7 lbs/5.3 kg |

**Recipient:**
TOYS`R`US WHSE #9501
TOYS`R`US WHSE #9501
420 SOUTH EAST THOMPSON
LEES SUMMIT, MO 64082 US

**Shipper:**
SCEA
430 GIBRALTAR DR
BOLINGBROOK, IL 60440 US

**Reference**                       70803602
**Purchase order number:**          9501774521
**Shipment Id**                     728976683631581

Thank you for choosing FedEx.