Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DEBTORS' APPLICATION FOR
## ENTRY OF AN ORDER, PURSUANT TO
## SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY
## CODE, (I) AUTHORIZING EMPLOYMENT AND RETENTION
## OF MALFITANO ADVISORS, LLC AS THE DEBTORS' ASSET
## DISPOSITION ADVISOR AND CONSULTANT, *NUNC PRO TUNC*
## TO DECEMBER 11, 2017 AND (II) GRANTING RELATED RELIEF

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2]

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

2    A detailed description of the Debtors and their business, and the facts and circumstances supporting the Debtors' chapter 11 cases, are set forth in greater detail in (i) the *Declaration of David A. Brandon, Chief Executive Officer of Toys "R" Us, Inc., in Support of Chapter 11 Petitions and First Day Motions*

hereby submit this application (this "Application") for entry of an order (the "Proposed Order"),

substantially in the form attached hereto as **Exhibit A**, pursuant to sections 327(a) and 328(a) of

title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1

of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia

(the "Local Bankruptcy Rules"): (i) authorizing the Debtors to retain and employ Malfitano

Advisors, LLC ("Malfitano") as their asset disposition advisor and consultant, *nunc pro tunc* to

December 11, 2017, in accordance with the terms and conditions set forth in the Services

Agreement (as defined below); (ii) approving under section 328(a) of the Bankruptcy Code the

provisions of the Services Agreement, including, but not limited to, the proposed compensation

arrangement and indemnification provision; and (iii) granting related relief.  In support of this

Application, the Debtors rely upon and incorporate by reference the declaration of Joseph

Malfitano, attached hereto as **Exhibit B** (the "Malfitano Declaration"). In further support of this

Application, the Debtors respectfully represent:

### Relief Requested

1.      The Debtors seek entry of an order: (a) authorizing the employment and retention

of Malfitano as the Debtors' asset disposition advisor and consultant, *nunc pro tunc* to

December 11 2017, on the terms and conditions set forth in the engagement agreement between

Malfitano and the Debtors, dated December 11, 2017, a copy of which is attached hereto as

**Exhibit C** and incorporated by reference herein (the "Services Agreement"); (b) approving the

---

(the "Brandon Declaration") and (ii) the *Declaration of Michael J. Short, Chief Financial Officer of Toys "R" Us, Inc., in Support of First Day Motions* (the "Short Declaration" and together with the Brandon Declaration, the "First Day Declarations"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), on September 18, 2017 (the "Petition Date").  Capitalized terms used, but not otherwise defined in this Motion shall have the meanings ascribed to them in the First Day Declarations.

provisions of the Services Agreement, including, but not limited to, the proposed compensation arrangement and indemnification provisions; and (c) granting related relief, as more fully described below.

## Jurisdiction and Venue

2.      The United States Bankruptcy Court for the Eastern District of Virginia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984.  The Debtors confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a) and 328(a) of the Bankruptcy Code, Rules 2014(a) and 2016 of the Bankruptcy Rules, and Local Bankruptcy Rules 2014-1 and 2016-1.

## Retention of Malfitano

5.      The Debtors seek approval of the retention and employment of Malfitano as their asset disposition advisor and consultant pursuant to sections 327(a) and 328(a) of the Bankruptcy Code. Section 327(a) of the Bankruptcy Code provides that a debtor in possession "may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist" the debtor in possession in carrying out its duties. 11 U.S.C.§ 327(a).

3

6.      The Debtors seek approval of the Services Agreement (including its compensation structure and the Indemnification Provision, (as defined below) pursuant to section 328(a) of the Bankruptcy Code, which provides, in relevant part, that the Debtors "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis" subject to later re-evaluation by the Court. *See* 11 U.S.C. § 328(a).

7.      As detailed below, the Debtors submit that the employment and retention of Malfitano, *nunc pro tunc* to December 11, 2017 and on the terms and conditions set forth herein and in the Services Agreement, is in the best interest of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest, and therefore, should be approved.

**<u>Malfitano's Qualifications</u>**

8.      Malfitano is well-qualified to provide asset disposition advice and consulting services to the Debtors. Malfitano is a boutique firm that provides clients around the globe with asset acquisition and disposition advice. Malfitano helps formulate asset disposition plans for a range of assets, such as retail inventory, real estate, accounts receivable, furniture, fixtures and equipment, and industrial machinery and equipment.  Leveraging almost two decades of experience structuring complex asset acquisition and disposition transactions, both from the sell and buy side, Malfitano assists clients by (a) identifying non-core assets, (b) formulating a program to dispose of those assets in order to maximize the assets' value, including the preparation of due diligence and related offering materials, (c) implementing the agreed upon program and assisting in the solicitation and evaluation of disposition proposals, and (d) monitoring the disposition process to its conclusion.  Malfitano's expertise will be critical in

4

ensuring that any disposition of the Debtors' assets is done in a fashion that maximizes the value

of such assets and thereby preserves and maximizes, to the fullest extent possible, the value of

the Debtors' estates.

9.      As set forth in the Malfitano Declaration, Joseph Malfitano, the principal leading

this engagement, has principally been involved, either as a lawyer or as a business executive, in

some of the largest retail bankruptcies in this country's history and is intimately familiar with the

structure and metrics that drive a successful retail liquidation.   Here, and as further detailed

below, Malfitano has assisted the Debtors with soliciting and evaluating proposals to liquidate

the inventory and furniture, fixtures, and equipment in certain store locations that the Debtors

have identified for closing. Malfitano will be primarily responsible for all negotiations and other

matters related to these stores.

## Services to be Rendered and Compensation

10.      Upon the Court's authorization, Malfitano will perform the services set forth in

the Services Agreement (the "Services"), including, but not limited to, the following:[3]

(a)      Advising the Debtors regarding the disposition of selected business assets, including designated inventory, furniture, fixtures, and equipment.

(b)      Reviewing and advising with respect to issues associated with any planned closures, including timing and coordination.

(c)      Identifying and contacting proposed purchasers of select business operations or assets, including stores selected for closure:

  (i)      assist in the preparation of an appropriate information package for distribution to potential bidders;

  (ii)      review bid proposals and assist in negotiations with the various parties to ensure recoveries are maximized;

---

[3]  Any description of the terms of the Services Agreement contained in this Application is provided for convenience purposes only. In the event of any inconsistency between this Application and the Services Agreement, the Services Agreement shall control.

(iii)   assist in the documentation of any transaction involving the liquidation of inventory and review the pleadings that may need to be filed with a court in order to effectuate the same;

(iv)   monitor the conduct and results of any third party selected to liquidate any inventory and fixed assets; and

(v)   advise the Debtors with respect to the reconciliation of any inventory counts and/or sales and assist the Debtors as it relates to any negotiations with respect thereto.

(d)   Reviewing and inspecting the Debtors' assets as may be requested by the Debtors, including, but not limited to inventory and fixed assets.

(e)   Attending meetings, as requested, with the Debtors, their lenders, any official or unofficial committee of creditors that may be appointed (including the official committee of unsecured creditors in these cases), potential investors, and other parties in interest.

11.     Subject to the Court's approval, the Debtors will compensate Malfitano in accordance with the terms and conditions set forth in the Services Agreement. As described more fully in the Services Agreement, the Debtors have agreed to pay the following hourly rates for Malfitano's services:

| | |
|---|---|
| Joseph Malfitano (Principal) | $725.00/hr |
| Senior Consultants | $475.00-550.00/hr |
| Junior Consultants | $225.00-450.00/hr |
| Support Staff | $100.00-200.00/hr |

12.     In addition to these hourly fees, Malfitano may request additional compensation in the nature of a "success fee," in an amount to be agreed upon by the Debtors and Malfitano; *provided*, *however*, that the amount and payment of such "success fee" shall be in the sole discretion of the Debtors and shall be subject to the filing of a fee application, and payment thereof shall be subject to Court approval.

13.     Furthermore, in addition to Malfitano's fees, the Debtors will reimburse Malfitano for its reasonable and documented out-of-pocket expenses related to Malfitano's retention.

Malfitano will invoice the Debtors on a monthly basis and payment shall be made promptly upon submission of an invoice therefor.

14.     Malfitano records its time with complete and detailed descriptions of its activity in one-tenth of an hour intervals.  Furthermore, Malfitano will submit monthly fee statements and interim fee applications for compensation for Services rendered and reimbursement of expenses incurred in connection with these Cases.

15.     The Debtors believe that the compensation structure described above and set forth in the Services Agreement is comparable to compensation generally charged by asset disposition advisors of similar stature and similar engagements, both in and out of bankruptcy.  Furthermore, the Debtors understand that the compensation structure is consistent with Malfitano's normal and customary billing practices for cases of comparable size and complexity that require the level and scope of services to be provided in these chapter 11 cases.

## Indemnification

16.     As part of the overall compensation payable to Malfitano under the Services Agreement, the Services Agreement provides Malfitano certain indemnification rights (the "Indemnification Provision"). The Indemnification Provision was negotiated between the Debtors and Malfitano at arm's length and in good faith.

17.     Under the terms of the Indemnification Provision, the Debtors have agreed to indemnify, defend, and hold harmless Malfitano from any and all losses, expenses, damages, penalties, costs, or claims of any kind of nature whatsoever that may be imposed on, incurred by, or asserted against Malfitano as a result of its services provided pursuant to the Services Agreement; *provided*, *however*, that the Debtors shall have no obligation to indemnify Malfitano for any claim or expense to the extent such claim or expense arises from Malfitano's gross

7

negligence, bad faith, breach of fiduciary duty, self-dealing, fraud, or willful misconduct. Accordingly, the Debtors believe that the Indemnification Provision is reasonable and in the best interests of the Debtors, their estates, and their creditors.

### Efforts to Avoid Duplication of Services

18.     The Debtors believe that Malfitano's services will be complementary, rather than duplicative, of the services to be performed by other professionals retained in these Cases. The Debtors and Malfitano will coordinate with the Debtors' other professionals to minimize unnecessary duplication of efforts among the Debtors' professionals.

### Malfitano's Disinterestedness

19.     To the best of the Debtors' knowledge, information, and belief, and except to the extent disclosed herein and in the Malfitano Declaration, Malfitano (a) does not hold any interest materially adverse to the Debtors' estates, (b) has no connection with the Debtors, their creditors, equity security holders, or related parties, and (c) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code). The Debtors' knowledge, information, and belief regarding the matters set forth herein are based, and made in reliance, upon the Malfitano Declaration.

20.     Malfitano is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of Malfitano's engagement, if Malfitano should discover any facts bearing on the matters described herein, Malfitano will supplement the information provided in the Malfitano Declaration.

21.     In light of the foregoing, and given that implementing and executing an optimal asset disposition plan is critical to the Debtors' ability to preserve the value of their estates, the Debtors believe that the terms and conditions of the Services Agreement are fair, reasonable, and

market-based and should be approved under the standards set forth in section 328(a) of the Bankruptcy Code.

### Basis for Relief

22.    The Debtors submit that the retention of Malfitano under the terms described herein is appropriate under sections 327(a) and 328 of the Bankruptcy Code.  Section 327(a) of the Bankruptcy Code empowers the trustee, with the Court' s approval, to employ professionals "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."  11 U.S.C. § 327(a).  Section 101(14) of the Bankruptcy Code defines a "disinterested person" as a person that:

      a.      is not a creditor, an equity security holder, or an insider;

      b.      is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

      c.      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. § 101(14).

23.    In addition, section 328(a) of the Bankruptcy Code authorizes the employment of a professional person "on any reasonable terms and conditions of employment, including on a retainer . . ." 11 U.S.C. § 328(a).  The Debtors submit that the terms and conditions of Malfitano's retention as described herein, including the proposed compensation and indemnification terms, are reasonable and in keeping with the terms and conditions typical for engagements of this size and character.  Since the Debtors will require substantial assistance with the store-closing process, it is reasonable for the Debtors to seek to employ and retain Malfitano

to serve as their asset disposition advisor and consultant on the terms and conditions set forth herein.

### Waiver of Separate Memorandum of Points and Authorities

24.     The Debtors respectfully request that the Court regard any argument and citations set forth herein as a written memorandum of facts, reasons and authorities that has been combined with the relief requested herein, as permitted by Local Bankruptcy Rule 9013-1(G)(1). Alternatively, the Debtors respectfully request that the Court waive any requirement set forth in Local Bankruptcy Rule 9013-1(G)(1) that this Application be accompanied by such a written memorandum.

### Notice

25.     The Debtors will provide notice of this application via first class mail and email (where available) to the: (a) Office of the United States Trustee for the Eastern District of Virginia, Attn: Robert B. Van Arsdale and Lynn A. Kohen; (b) counsel to the official committee of unsecured creditors; (c) DIP ABL Agent and the advisors and counsel thereto; (d) DIP Taj Term Loan Agent and the advisors and counsel thereto; (e) DIP Delaware Term Loan Agent and the advisors and counsel thereto; (f) indenture trustee for the TRU Taj 12.00% Senior Notes and the advisors and counsel thereto; (g) administrative agent for the prepetition Secured Revolving Credit Facility and the advisors and counsel thereto; (h) administrative agent for the prepetition Secured Term Loan B Facility and the advisors and counsel thereto; (i) prepetition administrative agent for the Propco I Unsecured Term Loan Facility and the advisors and counsel thereto; (j) agent for the Propco II Mortgage Loan and the advisors and counsel thereto; (k) agent for the Giraffe Junior Mezzanine Loan and the advisors and counsel thereto; (l) administrative agent for the prepetition European and Australian Asset-Based Revolving Credit Facility and the advisors

10

and counsel thereto; (m) administrative agent for the Senior Unsecured Term Loan Facility and

the advisors and counsel thereto; (n) indenture trustee for the Debtors' 7.375% Senior Notes and

the advisors and counsel thereto; (o) indenture trustee for the Debtors' 8.75% Unsecured Notes

and the advisors and counsel thereto; (p) counsel to the ad hoc group of the Term B-4 Holders;

(q) counsel to the Ad Hoc Committee of Taj Noteholders; (r) monitor in the CCAA proceeding

and counsel thereto; (s) Debtors' Canadian Counsel; (t) Internal Revenue Service; (u) office of

the attorneys general for the states in which the Debtors operate; (v) Securities and Exchange

Commission; and (w) other parties that have requested notice pursuant to Bankruptcy Rule 2002

(collectively, the "Notice Parties").  The Debtors submit that, in light of the nature of the relief

requested, no other or further notice need be given.

### No Prior Request

26.     No prior request for the relief sought in this application has been made to this or

any other court.


[*Remainder of page intentionally left blank*]

Dated:  January 2, 2018

/s/ *James Young*

James Young
General Counsel - Toys "R" Us, Inc.


Submitted by:

/s/ *Jeremy S. Williams*

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

- and -

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

### **Proposed Order**

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:       (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER, PURSUANT TO SECTIONS 327(a)
### AND 328(a) OF THE BANKRUPTCY CODE,
### (I) AUTHORIZING EMPLOYMENT AND RETENTION
### OF MALFITANO ADVISORS, LLC AS THE DEBTORS'
### ASSET DISPOSITION ADVISOR AND CONSULTANT, *NUNC*
### *PRO TUNC* TO DECEMBER 11, 2017, AND (II) GRANTING RELATED RELIEF

Upon the application (the "Application")[2] of the above-captioned Debtors for entry of an

order (this "Order") pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1: (i) authorizing the employment and retention of Malfitano Advisors, LLC ("Malfitano") to serve as the Debtors' asset dispositions advisor and consultant, *nunc pro tunc* to December 11, 2017, in accordance with the terms and conditions set forth in the Services Agreement, a copy of which is attached to the Application as **Exhibit C**; (ii) approving the terms of Malfitano's employment and retention, including the fee and expense structure and the indemnification, reimbursement, and related provisions set forth in the Services Agreement; and (iii) granting certain related relief; and upon consideration of the declaration of Joseph Malfitano in support of the Application (the "Malfitano Declaration"); and having found that: (i) Malfitano does not hold or represent an interest adverse to the Debtors' estates; and (ii) Malfitano is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish

2

just cause for the relief granted herein; and upon all of the proceedings had before this Court; and

after due deliberation and sufficient cause appearing therefor, it is HEREBY:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1.       The Application is **GRANTED** to the extent set forth herein.

2.       Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy

Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, the Debtors are

authorized to retain and employ Malfitano as their asset disposition advisor and consultant, *nunc*

*pro tunc* to December 11, 2017, on the terms and conditions set forth in the Application and the

Services Agreement.

3.       The terms of the Services Agreement, including the Indemnification Provision,

are reasonable terms and conditions of employment and are approved.

4.       Malfitano shall file fee applications for monthly, interim, and final allowance of

compensation and reimbursement of expenses pursuant to the procedures set forth in Bankruptcy

Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and any other applicable

procedures and orders of the Court; *provided*, *however*, that Malfitano shall be compensated and

reimbursed pursuant to Bankruptcy Code section 328(a) and that Malfitano's fees and expenses

shall not be evaluated under the standard set forth in Bankruptcy Code section 330.

5.       Any success fee earned by Malfitano shall be payable solely pursuant to a final

order entered by this Court.

6.       Notwithstanding any provision to the contrary in this Order, the Application, or

the Services Agreement, the United States Trustee for the Eastern District of Virginia shall have

the right to object to Malfitano's request for compensation and reimbursement based on the

reasonableness standard provided in section 330 of the Bankruptcy Code, and not section 328(a)

of the Bankruptcy Code.  This Order and the record relating to the Court's consideration of the Application shall not prejudice the U.S. Trustee to challenge the reasonableness of Malfitano's fees under section 330 of the Bankruptcy Code.  Accordingly, nothing in this Order or the record relating to this Court's consideration of the Application shall constitute a finding of fact or conclusion of law binding on the U.S. Trustee with respect to the reasonableness of Malfitano's fees.

7.      In the event of any inconsistency between the Services Agreement, the Application, and this Order, this Order shall govern.

8.      Notice of the Application as provided therein is deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the local rules of this Court are satisfied by such notice.

9.      The relief granted herein shall be binding upon any chapter 11 trustee appointed in any of these chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of any of these chapter 11 cases to cases under chapter 7.

10.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11.     The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Application is waived.

12.     The Debtors and Malfitano are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

13.    This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.


Dated: _____, 2018
Richmond, Virginia                    _____
                                      THE HONORABLE KEITH L. PHILLIPS
                                      UNITED STATES BANKRUPTCY JUDGE

## Exhibit B

**Malfitano Declaration**

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF JOSEPH A. MALFITANO
## IN SUPPORT OF DEBTORS' APPLICATION FOR
## ENTRY OF ORDER, PURSUANT TO SECTIONS 327(a)
## AND 328(a) OF THE BANKRUPTCY CODE, (I) AUTHORIZING
## EMPLOYMENT AND RETENTION OF MALFITANO ADVISORS, LLC
## AS THE DEBTORS' ASSET DISPOSITION ADVISOR AND CONSULTANT,
## *NUNC PRO TUNC* TO DECEMBER 11, 2017 AND (II) GRANTING RELATED RELIEF

I, Joseph A. Malfitano, hereby declare under penalty of perjury and pursuant to 28 U.S.C.

§ 746 that the following is true and correct to the best of my knowledge, information, and belief:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

1.      I am the Founder and Managing Member of Malfitano Advisors, LLC ("Malfitano").

2.      I am duly authorized to make and submit this declaration (this "Declaration") on behalf of Malfitano in support of the *Debtors' Application for Entry of Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing Employment and Retention of Malfitano Advisors, LLC as the Debtors' Asset Disposition Advisor and Consultant,* Nunc Pro Tunc *to December 11, 2017, and (II) Granting Related Relief* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Malfitano's Qualifications

3.      Malfitano is well-qualified to provide asset disposition and consulting services to the Debtors. Malfitano is a boutique firm that provides clients around the globe with asset acquisition and disposition advice. Malfitano helps formulate asset disposition plans for a range of assets, such as retail inventory, real estate, accounts receivable, furniture, fixtures and equipment, and industrial machinery and equipment. Leveraging almost two decades of experience structuring complex asset acquisition and disposition transactions, both from the sell and buy side, Malfitano assists clients by (i) identifying non-core assets, (ii) formulating a program to dispose of those assets in order to maximize the assets' value, including the preparation of due diligence and related offering materials, (iii) implementing the agreed upon program and assisting in the solicitation and evaluation of disposition proposals, and (iv) monitoring the disposition process to its conclusion.

4.      I personally have been involved, either as a lawyer or as a business executive, in some of the largest retail bankruptcies in this country's history including, but not limited to,

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Linens 'n Things, Borders Group, The Sharper Image, hhgregg, Eastern Outfitters, Boater's World, Goody's Family Clothing, and Golfsmith International. I am intimately familiar with the structure and metrics that drive a successful retail liquidation and have been involved in the creation and evolution of retail liquidation agreements since 2007.

5.      Consistent with the turnaround industry practice, as well as consulting practices in general, Malfitano augments its full-time professional staff from time to time with qualified professionals as independent contractors who assist Malfitano in the performance of the services to be provided to its clients.  Financial advisory firms, such as Malfitano, hire independent contractors for various reasons ranging from the need for specialized industry and functional expertise to the manpower needs of a particular engagement.

6.      With respect to any independent contractor used by Malfitano in connection with a client engagement, Malfitano bears complete responsibility for both (a) the performance of the independent contractor and (b) payment of all amounts due to the independent contractor, regardless of whether Malfitano is paid by the ultimate client.  Any independent contractor is directly supervised by employees of Malfitano and is restricted from working on any matter that would deemed adverse to the client.

7.      Accordingly, I believe Malfitano is well-qualified to perform all services contemplated by the Services Agreement, and to represent the Debtors' interests in these Cases in a cost-effective, efficient, and timely manner.

## Services to be Rendered and Compensation

8.      The scope of services to be performed by Malfitano is accurately set forth in the Application and Services Agreement.

9.      Subject to this Court's approval, the Debtors will compensate Malfitano in accordance with the terms set forth in the Services Agreement.

10.     Malfitano records its time with complete and detailed descriptions of its activity in one-tenth of an hour intervals.  Furthermore, Malfitano will submit monthly fee statements and interim fee applications for compensation for Services rendered and reimbursement of expenses incurred in connection with these Cases.

11.     I believe that the compensation structure described above and set forth in the Services Agreement is comparable to compensation generally charged by asset disposition advisors of similar stature and similar engagements, both in and out of bankruptcy. Furthermore, I believe that the compensation structure is consistent with Malfitano's normal and customary billing practices for cases of comparable size and complexity that require the level and scope of services to be provided in these Cases.

## Disclosures Concerning Connections with the Debtors and Parties in Interest

12.     In the ordinary course of its business, Malfitano and its affiliates maintain a database for purposes of performing "conflicts checks." The database contains information regarding its present and past representations and transactions.

13.     I obtained a list of the Debtors, certain of the Debtors' creditors, and other parties in interest in the above-captioned cases from Debtors' counsel for purposes of searching the aforementioned database and determining the connection(s) which Malfitano or its affiliates has with such entities, which list is attached hereto as **Schedule 1**.

4

14.     Malfitano's search of the aforementioned database identified the connections listed on the attached **Schedule 2**.

15.     Except as set forth herein, neither I, Malfitano, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Malfitano has agreed to share or will share any portion of the compensation to be received from the Debtors by Malfitano with any other person other than members, partners, or regular associates of Malfitano.

16.     To the best of my knowledge, neither I, Malfitano, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Malfitano, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Malfitano is engaged.

17.     Neither I, Malfitano, nor any principal, partner, director, officer, or employee thereof, nor professional retained by Malfitano, insofar as I have been able to ascertain, is (or within two (2) years before the date the Debtors filed these chapter 11 cases) a director or officer of the Debtors.

18.     To the best of my knowledge, Malfitano is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

19.     Malfitano is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of Malfitano's engagement, if Malfitano should discover any facts bearing on the matters described herein, Malfitano will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: January 2, 2018

MALFITANO ADVISORS, LLC


*Joseph A. Malfitano*_____

Joseph A. Malfitano Founder & Managing
Member

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors and Debtor Affiliates |
| 1(b) | Current and Former Directors, Officers, Members, and Managers |
| 1(c) | 5% or More Equity Holders |
| 1(d) | Banking Relationships |
| 1(e) | Bankruptcy Professionals |
| 1(f) | Contract Counterparties |
| 1(g) | Insurers |
| 1(h) | Landlords |
| 1(i) | Taxing Authorities |
| 1(j) | U.S. Trustees, Judges, Clerks, and Court Contacts for the Eastern District of Virginia |
| 1(k) | Utilities |
| 1(l) | Vendors |

## SCHEDULE 1(a)

### Debtors and Debtor Affiliates

Babies "R" Us (Australia) Pty Ltd.
Geoffrey Funds, Inc.
Geoffrey Holdings, LLC
Geoffrey International, LLC
Geoffrey, LLC
Giraffe Holdings, LLC
Giraffe Junior Holdings, LLC
Magic Group Investments Ltd.
MAP 2005 Real Estate, LLC
MAP Real Estate, LLC
SALITRU Associates JV
Toys "R" Us Inc.
Toys (Labuan) Holding Ltd.
Toys (Labuan) Holding Ltd. (BVI)
Toys (Labuan) Ltd.
Toys 'R' Us Holdings (UK) Ltd.
Toys 'R' Us Holdings (UK) Ltd. (UK)
Toys "R" Us - Delaware, Inc.
Toys "R" Us – Japan Ltd.
Toys "R" Us - Value Inc.
Toys "R" Us (Asia) Ltd.
Toys "R" Us (Australia) Pty Ltd.
Toys "R" Us (Canada) Ltd.
Toys "R" Us (Canada) Ltee
Toys "R" Us (China) Limited dba Fan Dou
    Cheng Commercial Consulting
    (Shenzhen) Co. Ltd.
Toys "R" Us (Hong Kong) Ltd.
Toys "R" Us (Ireland) Unlimited (Ireland)
Toys "R" Us (Taiwan) Trading Ltd.
Toys "R" Us (UK) Ltd.
Toys "R" Us AG
Toys "R" Us Children's Fund
Toys "R" Us Europe, LLC
Toys "R" Us Financial Services Ltd.
Toys "R" Us France Real Estate SAS
Toys "R" Us GmbH
Toys "R" Us Handelsgesellschaft mbH
Toys "R" Us Holdings (China) Ltd.
Toys "R" Us Holdings Ltd.
Toys "R" Us Inc. Sucursal en España
Toys "R" Us Ltd.

Toys "R" Us Poland sp. ZOO
Toys "R" Us Properties (UK) Ltd.
Toys "R" Us Properties Ltd.
Toys "R" Us Property Company I, LLC
Toys "R" Us Property Company II, LLC
Toys "R" Us Retailing (China) Ltd.
Toys "R" Us SARL
Toys Acquisition, LLC
Toys R Us Iberia Real Estate SLU
Toys R Us Iberia SAU
Toys R Us Madrid SLU
Toys R Us Portugal Brinquedos e Artigos
    Juvenis Lda.
Toys Retailing (Thailand) Ltd.
Toys'R'Us (Malaysia) Sdn. Bhd.
Toys'R'Us (Singapore) Pte. Ltd.
Toys"R"Us Sklep Internetowy Sp. ZOO
Toys"R"Us Sklep Internetowy Sp. ZOO
    SpK
TRU – SVC Inc.
TRU (BVI) Asia 1 Ltd.
TRU (BVI) Asia 2 Ltd.
TRU (BVI) Finance I Ltd.
TRU (BVI) Finance II Ltd.
TRU (France) Finance Ltd.
TRU (France) Holdings Ltd.
TRU (HK) Ltd. (Hong Kong)
TRU (Holdings) Ltd.
TRU (Ireland) Holdings Unlimited
TRU (Japan) Holdings Parent Ltd.
TRU (UK) Asia Ltd.
TRU (UK) H4 Ltd.
TRU (UK) H5 Ltd.
TRU (UK) H6, LLC
TRU (UK) H7 Ltd.
TRU (UK) H8 Ltd.
TRU (UK) H9 Ltd.
TRU (UK) Holdings Limited (UK)
TRU (UK) Holdings Ltd.
TRU (UK) Noteholder Ltd.
TRU (Vermont) Inc.
TRU 2005 RE I, LLC

TRU 2005 RE II Trust
TRU 2016-1 Depositor, LLC
TRU Asia, LLC
TRU Australia Holdings, LLC
TRU BVI Ltd.
TRU Capital, LLC[1]
TRU China Holdings, LLC
TRU China Retail Holdings, LLC
TRU Europe Ltd.
TRU Global Imports BV
TRU Global Sourcing Ltd.
TRU Global Tooling, LLC
TRU GSO (HK) Ltd.
TRU GSO, LLC
TRU Guam, LLC
TRU Holdings 1 Ltd.
TRU Holdings 1 Ltd. (BVI)
TRU Holdings 2 Unlimited
TRU Holdings 2 Unlimited (BVI)
TRU Hong Kong Holdings, LLC
TRU Hong Kong Ltd.
TRU Iberia Holdings 1 SLU
TRU Iberia Holdings 2 SLU
TRU Japan Holdings 2, LLC
TRU Japan Holdings, LLC (converted from
    TRU Japan Holdings, Inc. on 7-28-16)
TRU Mexico Holdings 1, LLC
TRU Mexico Holdings 2, LLC
TRU Mobility, LLC
TRU Netherlands Holdings BV
TRU of Puerto Rico Inc.
TRU Taj (Europe) Holdings, LLC (name
    amended from TRU Taj (Spain)
    Holdings, LLC on 7-28-16)
TRU Taj Finance, Inc.
TRU Taj Holdings 1, LLC
TRU Taj Holdings 2 Ltd.
TRU Taj Holdings 3, LLC
TRU Taj LLC
TRU Thailand Ltd.
TRU Thailand, LLC
TRUINC Giraffe
TRUINC Giraffe fka TRU (Ireland)
    Holdings Unlimited (Ireland)
TRU-SVC LLC
TRUToys (UK) Ltd.

Wayne Real Estate Company, LLC
Wayne Real Estate Holding Company, LLC
Wayne Real Estate Parent Company, LLC
    (fka WREHC amended on 9-5-15)
Y.K. Babiesrus Internet Japan
Y.K. Toysrus Internet Japan
ZT-Winston Salem-Associates JV

**SCHEDULE 1(b)**

<u>**Current and Former Directors, Officers, Members, and Managers**</u>

Barry, Richard
Begeman, Gary D.
Bekenstein, Joshua
Boggs, N. Cornell
Brandon, David
Carr, Alan J.
Cellar, Kurt M.
Foster, Jonathan F.
Goldman, Neal P.
Goodman, Richard
Grace, Timothy
Hassan, Carla
Leand, Paul M., Jr.
Levin, Matthew
MacNab, Keven
MacNow, Joseph
Megjhi, Moshin Y.
Miller, Alan B.
Preston, Diana
Raether, Paul
Short, Michael
Silverstein, Wendy
Stein, Jeffrey S.
Taylor, Nathaniel
Venezia, Patrick
Von Walter, Amy
Weinstein, David N.
Wills, Lance

## SCHEDULE 1(c)

### 5% or More Equity Holders

Bain Capital
KKR Millennium Fund LP
Kohlberg Kravis Roberts & Co. LP
Toybox Holdings LLC
Vornado Realty
Vornado Truck LLC

**SCHEDULE 1(d)**

**Banking Relationships**

Banco Popular
Banco Popular de Puerto Rico
Bank of America
Bank of America NA
Bank of Hawaii
Bank of Hawaii Corp.
Bank of New York
Brigade Capital Management LP
Citi
Citibank NA
Debussy DTC PLC
Dechert LLP Cira Centre
Deutsche
Deutsche Bank
Deutsche Bank AG New York Branch
Elavon Financial Services Ltd. UK Branch
Fifth Third
Fifth Third Bancorp
Goldman
Goldman Sachs
Goldman Sachs Lending Partners LLC
Goldman Sachs Mortgage Co.
ICD
Institutional Cash Distributors LLC
JPMorgan Chase
JPMorgan Chase & Co.
Key Bank
Key Bank of VT
Milbank Tweed Hadley & McCloy LLP
Regions
Regions Financial Corp.
Situs Asset Management Ltd.
United Jersey Bank
US Bank
US Bank NA
US Bank Trustees Ltd.
Wells Fargo Bank NA
Wilmington Trust NA

## SCHEDULE 1(e)

### **Bankruptcy Professionals**

Alvarez & Marsal Inc.
Joele Frank, Wilkinson Brimmer Katcher
Lazard Ltd.
Prime Clerk LLC

## SCHEDULE 1(f)

## <u>Contract Counterparties</u>

Al Futtaim Sons
Amic Trading Pty. Ltd.
Keshet - Hypertoy Ltd.
Lotte Shopping Co. Ltd.
Marketing Services & Commercial Projects Operation Co.
Tablez Food Co.
Top Toy

## SCHEDULE 1(g)

### Insurers

Ace American Insurance Co.
Ace Property & Casualty Insurance Co.
Allied World Assurance Co.
American Zurich Insurance Co.
Barbican Consortium 9354 - London
Continental Insurance Co. of NJ
Federal Insurance Co.
Great American Assurance Co.
Ironshore Indemnity Inc.
Liberty Surplus Insurance Co.
Lloyds of London
Monopolistic
National Union Fire Insurance Co. of Pittsburgh PA
Nationwide
Navigators Insurance Co.
Ohio Casualty Insurance Co.
PICC Property & Casualty Co. Ltd.
Starr Indemnity & Liability Co.
Starr Syndicate Limited at Lloyds of London
Steadfast Insurance Co.
Tokio Marine
Tokio Marine - HCC
Travelers Casualty & Surety Co.
TRU Vermont Inc.
US Specialty Insurance
US Specialty Insurance Co. HCC
Wright National Flood Insurance Co.
XL Insurance America Inc.
Zurich American Insurance Co.
Zurich Insurance Co. Ltd.
Zurich Insurance plc UK Branch

## SCHEDULE 1(h)

### Landlords

101 & Scottsdale LLC
1189 STCW LLC
12535 SE 82nd Ave.
157th Kendall LLC
18601 Alderwood Mall Parkway LLC
209 South Point Blvd LLLP
2201 Gallatin Pike LLC
3500 48th Street Associates
3680 Partnership
4000 Oxford Drive Associates LP
6711 Glen Burnie Retail LLC
6851 Veterans LLC
9801 GB Associates LLC
A&W Acquisitions LLC
Acadia Mad River Property LLC
ACF Paramus Plaza LLC
Adam Eidemiller Inc.
Albany Mall LLC
Alisan LLC
Alisue LLC
Alisue Trust Fundamentals Co.
Almaden-Blossom Hill LLC
Anthony M. Cafaro Trust
ARC Spsantx001 LLC
AREP III BT LLC
Ashment Shopping Center
Asset Acquisition LLC
Atomic Investments Inc.
August America LLC
Aursan Co. LLC
AVR CPC Associates LLC
B. Square SC Co. Ltd.
Baby Fields LLC
Bai Glenbrook LLC
Bali Properties Inc.
Basser-Kaufman 226 LLC
Bayer Development Co. LLC
BBB Corp.
Bel Air Square LLC
Bell Towne Centre Associates LLC
Bellingham North Main Street II LLC
Ben Richman CS Coen & Angelo

Benderson-Wainberg Associates LP
Benenson Capital Partners LLC
Bensalem 11 LLC
Berwick-Krausz
Best Buy Stores LP
Bey Lea Joint Venture
Bloomington Commons LLC
BLT Realty Inc.
Blvdcon LLC
Brass Mill Center LLC
BRE DDR BR West Valley MI LLC
BRE DDR Crocodile Sycamore Plaza LLC
BRE DDR Erie Marketplace DST
BRE DDR Shoppers World LLC
BRE RC Las Palmas MP TX LP
BRE/Pearlridge LLC
Brea Union Plaza I LLC
Bricktown Square LLC
Brixmor Arborland LLC
Brixmor GA Galleria LLC
Brixmor GA Kingston Overlook LLC
Brixmor GA Waterford Commons LLC
Brixmor GA Westminster LLC
Brixmor Grand Traverse I LLC
Brixmor Hale Road LLC
Brixmor Property Owner II LLC
Brixmor Wendover Place LP
Brixmor/IA Delco Plaza LLC
Broadstone Plaza O2 LP
Brookline Northtown LLC
Brown - 19 LLC
Brown, David A.
BSM Suburban Plaza LLC
BT Hull Street LLC
BTM Development Partners LLC
Burbank Realty Co. LLC
Burlington Coat Factory
Burlington Coat Factory Realty Of Dublin
Inc.
BVK Courtyard Commons LLC
Cafaro Governors Square Partnership
Cafaro NW Partnership, The

Canyon Crossing Dunhill LLC
Castle & Cooke Corona Crossings LLC
Cay Properties
Centercap Associates
Centerpoint Owner LLC
Century Plaza Corp.
CFT NV Developments LLC
Chandler Pavilions LLC
Chapman Cole Attleboro Babies No. Two
Partnership Ltd.
Chee, David
Cianciolo, Edith J.
Cianciolo, Philip A.
Cincinnati Holding Co. LLC
City Bay Plaza LLC
City National Bank of Miami
City View Towne Crossing Shopping Center
Clearwater Crossing LP
Clifton Country Road Assoc. RT CM 6341
CLPF-Tukwila LP
CM Morris Corners LLC
Cole Mt. Beavercreek OH LLC
Cole Mt. San Antonio (Highway 151) TX
LLC
Cole Mt. San Jose CA LP
Cole Mt. Sunset Valley TX LLC
Cole Mt. West Covina Lakes CA LP
Cole TY Coral Springs FL LLC
Colonial Heights Land Associates LP
Colonies-Pacific 19A LLC, The
Columbia Crossing 1700 LLC
Columbia Mall Partnership
Columbia Plaza Shopping Center JV
Connie L. Sillen Family Trust
Cooper Olshan Co.
Cooper Smolen Joint Venture
Cor Route 7 Co. LLC
Cordano Associates
Cosmo Eastgate Ltd.
Cottonwood Corners TIC
CP Venture Two LLC
CPT Creekside Town Center LLC
CPT Shops At Rossmoor LLC
CRP II - Horizon Park LLC
CSM Shops Inc.
Cumberland Mall Associates

CW Dover LLC
CW Park Hills Plaza LP
Danforth Holdings LLC
Daniel G. Kamin Lima Enterprises
DDR Carolina Pavilion LP
DDR Gateway LLC
DDR Millenia Plaza LLC
DDR Nassau Pavilion Associates LP
DDR Norte LLC SE
DDR Perimeter Pointe LLC
DDR Poyner Place LP
DDR Southeast Union LLC
DDRA Ahwatukee Foothills LLC
DDRM Springfield Commons LLC
DDRTC Fayette Pavilion I & II LLC
DDRTC McFarland Plaza LLC
De Arellano, Zorahayda Ramirez
Deptford Plaza Associates
Derito Talking Stick South LLC
DG Retail Leaseco LLC
Diajeff LLC
Diajeff Trust, The
DJA Olathe LP
Donahue Schriber Realty Group LP
Douglaston Shopping Center Owner LLC
DSF Motels
Dsvegas II LLC
DTD-Devco 8W LLC
Dunning Farms LLC
Durham Westgate Plaza Investors LLC
Eatontown 36-LLC
EDK Toys LLC
Edmark IV LLC
EEC Park Place Cerritos LLC
El Dorado MP #1 LP
Empire Mall LLC
Equity One Florida Portfolio Inc.
Equity One JV Sub Northborough LLC
Esan LLC
Escondido Mission Village
Excel Ft. Union LLC
Excel Stockton LLC
Exton/Whiteland Devco
Facchino/Labarbera Blossom Hill LLC
Family Center Orem Shopping Center LLC
Fay Estates

Festival of Hyannis LLC
Fidelity Syndications Co. LLC
Floit Properties
Forest Plaza LLC
Fort Smith Ventures LLC
Forum Lone Star LP
Fringe Area (PLA) Inc.
Frit Escondido Promenade LLC
FTT Village Fair North LLC
FW CA-Pleasant Hill Shopping Center LLC
FW CT-Corbins Corner Shopping Center LLC
FW Il - Riverview Plaza LLC
G&I VIII Lakeshore Marketplace LLC
Galleria Alpha Plaza Ltd.
Garden Fair Realty Associates
Gateway Center Properties III LLC
Gateway DC Properties
Gateway Pinole Vista LLC
Gator Swansea Property LLC
GCTC Holdings LLC
GEJ Realty Co.
Gemini Place Towne Center LLC
General Auto Outlet of Evansville LLC
GG Lawruk Pleasant Valley 2000 LP
GGP Ivanhoe II Inc.
GGP Staten Island Mall LLC
GGPA State College 1998 LP
GKKL LLC
Golde Creek Plaza LP
Golden Mile Marketplace LLC
Goldsmith, John
Goodrich Cicero LLC
GP Development Corp.
Grand Central Parkersburg LLC
Great East Mall
Great Northern Mall Holding LLC
Greenwood 153 LLC
GS Centennial LLC
GW Real Estate of Georgia LLC
Hamilton Village Station LLC
HAP Property Owner LP
Hareff Trust
Hart Pacific Commons LLC
Hawthorne Theatre LLC
HCL Goodyear Centerpointe LLC

Hersch 2003 LLC
Hickory Corners 16B LLC
High Ridge LLC
Hillview CH LLC
Hines Global REIT 4875 Town Center LLC
Hines Global REIT San Antonio Retail I LP
HM-Up Development Alafaya Trails LLC
Homestead Co., The
Horn Pond Plaza LLC
Horsham Realty Partners LP
HRE Properties
Huntington Oaks Delaware Partners LLC
IA Lithonia Stonecrest LLC
IG LC
Ikea Center Urban Renewal Inc.
Ikea Property Inc.
Imbus Enterprises LP
IMI Huntsville LLC
In Retail Fund Woodfield Commons LLC
Independence Plaza Center LP
Indio Jackson LLC
Inland Southeast King's Grant LLC
Inland Western Charleston North Rivers LLC
Inland Western Concord King's
Inland Western Cranberry Dst.
Inland Western Fort Myers Page Field LLC
Inland Western Hickory Catawba LLC
Inland Western Newnan Crossing II LLC
Inland Western Southlake Corners Kimball LP
Interstate 5 Center LLC
IRC Turfway Commons LLC
IRC University Crossing LLC
Irvine Co. LLC
IVT Price Plaza Katy LLC
IVT Renaissance Center Durham II LLC
Jantzen Dynamic Corp.
Jefan Trust, The
Jesue LLC
JJD-HOV Elk Grove LLC
JLP-Cranberry LLC
JLP-Lynnhaven VA LLC
Johnann LLC
Kentucky Oaks Mall Co.
Kimco Bayshore LLC

Kimco Cross Creek 607 Inc.
Kimco Lewisville LP
Kimco Lexington 140 LLC
Kimco North Brunswick 617 Inc.
Kimco Realty Corp.
Kin Properties
Kin Properties Inc.
Kingstowne Parcel O LP
Kir Arboretum Crossing LP
Kir Bridgewater 573 LLC
Kir Maple Grove LP
Kir Minnetonka LP
Kir Montebello LP
Kir Tampa 003 LLC
KRG Belle Isle LLC
KRG Cedar Hill Plaza LP
KRG Evans Mullins LLC
KRG Port St. Lucie Landing LLC
KRG South Elgin Commons LLC
KRG White Plains City Center LLC
L Enterprises LLC
La Cienega - Sawyer Ltd.
Lake Grove Owners LLC
Lansing Mall LLC
LBG Portage Center LLC
Lea Co.
Levco Associates
Levin Properties LP
Lexington Toy Tulsa LP
Lightman, Michael A.
Loop West (Orlando) LLC
LVP Oakview Strip Center LLC
Macerich Southridge Mall LLC
Macomb Center Partners LLC
Madison Waldorf LLC
Madison/West Towne LLC
Magnolia Park LLC
Main Street at Exton LP
Mall At Leigh Valley LP
Mall at Northshore LLC
Mallview Plaza Co. Ltd.
Manana-Cdit LLC
Mann Enterprises Inc.
Market Plaza Associates
Marketplace Center LLC
Marvin L. Lindner Associates LLC

Mascot Trust, The
Mascott LLC
Master E. Squared Laredo LLC
Mattone Group Raceway LLC
McLain, V.B.
MD Management Inc.
MDL Realty LLC
Meno, Frederick J.
Meridian Centercal LLC
MGP IX Properties LLC
Midmall Resources LP
Mikeone Houston Holdings LLC
Mill Creek Mall LLC
Mira Mesa Shopping Center-West
MM17 LLC
Monmouth Plaza Enterprises LLC
Moore, Billy E.
Moore, Heather
MSA Montrose LP
MSKP Gateway LLC
Murray Bart Associates
Nare High Grove Management LLC
National Land Resources
National Retail Properties Inc.
National Retail Properties LP
New York Department Stores De Puerto
Rico Inc.
Newage PHM LLC
Newington Gross LLC
Newington-Westfarms TMC LLC
Nine Mall Investors LLC
NNN Tru Gastonia LLC
Noland Fashion SC LLC
Northwest Target LLC
Northwoods LP
NPMC Retail LLC
NTH 250 E LLC
NW Village LLC
Oakley Grove Development LLC
Oakridge Court LLC
OCW Retail-Dedham LLC
Ohio Valley Mall
Orange Park Associates
OWRF Baybrook LLC
Oxford Valley Road Associates LP
Pacific Petc-Miami LLC

Pacific Youngman-Torrance
Pacific/Dsla No. 2
Palm Springs Mile Associates Ltd.
Palms Crossing Town Center LLC
Pappas Union City LP
Park Brooke Hazlet LLC
Parkway Crossing East Shopping Center LP
Pasadena Partners LP
PBA II LLC
PCG Burbank Gl LLC
PCG Woodland Hills Topanga
Peabody Center LLC
Petty, George S.
Pine Tree Properties
Pipeline 13 A LLC
Pipeline 13 A LP
PK I Fullerton Town Center LP
Plaza at Buckland Hills LLC
PNN Holdings LP
Porto Bella Apartment Co. LP
Portsmouth Plaza LP
Potomac Run LLC
PR Valley LP
Pregamant Mall of Staten Island LLC
Prudential Insurance Co. of America, The
Pyramid Company of Holyoke
R&J Baileys LLC
Rabanus Center LCC
RAF Flowood LLC
Rainbow Arroyo Commons LLC
Raintree Realty LLC
Ramco Jackson Crossing SPE LLC
Ramco-Gershenson Inc.
RB Tech Ridge LLC
RCG-Lithonia Marketplace LLC
Real McKeever LLC, The
Redlands Town Center Retail III LLC
Rego II Borrower LLC
Riddle Group
Ridge Line Inc.
RJ Realty LP
Rockaway Center Associates LP
Rockstep Meridian LLC
Route 146 Millbury LLC
Rpai Sugar Land Colony LP
RTP Comm Way LLC

Running Hill SP LLC
Rushmore Oaks Mall LLC
S Klein Family LLC
Saico Gateway Co. LLC
Saltru
Samjenn Associates LLC
Sandelman, Elyse
Sandelman, Sanford
Sandelman, Steven
Sandleman, Susan
SAS Family Trust
Sayville Plaza Development LLC
SBAF Running Fox Inc.
Schaumburg Corners LLC
Schreier, Alison
SCI ITC South Fund LLC
SDC Pacific Youngman-Santa Ana
SDR Associates Toys Kids RT CM 5646
Seaboard Commons Holdings LLC
Section 14 Development Co., The
SFERS Real Estate Corp. II
Shackleford Crossings Investors LLC
Shafer Plaza 06A LLC
Shanri Holdings Corp.
Shaw-Marty Associates
Shorewood Station LLC
Short Pump Investors LLC
Siegen Lane Properties LLC
Simon Property Group (Texas) LP
Site C LLC
Sizeler Family LP
SM Eastland Mall LLC
SM Rushmore Mall LLC
Smith Interests General Partnership LLP
Smith Land & Improvement Corp.
Smithtown Venture LLC
Somerville Circle
Sorenson, Richard W.
Southpoint Plaza LLC
Sparky Baby LLC
Spirit Properties Ltd.
Spring Ridge LP
Springsan Co. LLC
SS Capital LLC
State & 59th Partners LLC
Sterling Realty Organization

Stone Ridge Plaza LLC
Stowsan LP
Strip Delaware LLC, The
Sully LP, The
Summerhill Square LLC
Sun Center Ltd.
Sunland West Joint Venture
Sunrise Mass LLC
Sunrise Promenade Associates
Sunset Hills Owner LLC
Svap II Pasadena Crossroads LLC
T Douglasville GA Retail LLC
T Southland Crossing OH LLC
T&T Enterprises LP
Tacoma Mall Partnership
Taft Corners Associates
Talisman Towson LP
Tamarack Village Shopping Center LP
Tanurb Burnsville LP
Taylor Square Owner LLC
Tech One Associates
THF Chesterfield Dev LLC
THG Bluegrass Manor LLC
Thousand Oaks Marketplace LP
Timbers 2 LLC
TKG Paxton Towne Center Development LP
TMT Pointe Plaza Inc.
Top Terraces Inc.
Towne Center West Associates
Toys WD Co. LLC
TPP 306 First Colony LLC
Treeco/Soder Royal Palm LLC
Triangle Plaza I LLC
Triangle Plaza II LLC
UE Hudson Mall Holding LLC
UE Mundy Street LP
UE Property Management LLC
Union Bank of California
University Park Improvements LLC
University Town Plaza LLC
Upper Glen Street Associates LLC
Urban Edge Properties
Urstadt Biddle Properties Inc.
US 41 & I 285 Co.
Valencia Marketplace I LLC

Valley View (Unit 1) LLC
Vallorbe Inc.
VCG Whitney Field LLC
Vertical Industrial Park Associates
Vickery Realty Co. Trust
Viking Partners Overland Pointe Marketplace LLC
Village At Allen LP, The
VPBH Associates LP
Wachs New Hartford Development LLC
Wal-Mart Realty Co.
Wat Marital Trust
Watt-Elkhorn Center
Weingarten Nostat Inc.
Weingarten Realty Investors
Westgate Village LLC
Westlake Shopping Center LLC
White Oaks Plaza LLC
Williams Parkway LLC
Wilson Gardens Havana LLC
Winrock Partners LLC
Winston Salem Hanes LLC
Wood Asheville Center LLC
Woodcock Properties Inc.
Wrexham Associates LP
Wright Oracle LLC, The
Yacoel Investments III LLC
Yah Investments
Yuba Shopping Center
Zelman Ontario LLC

**SCHEDULE 1(i)**

**Taxing Authorities**

Alameda, County of (CA)
Anchorage, Municipality of (AK)
Anne Arundel, County of (MD)
Aurora, City of (CO)
Baltimore, County of (MD)
Baton Rouge, City of (LA)
Berkheimer Outsourcing Inc.
Bexar, County of (TX)
Birmingham, City of (AL)
Braintree, Town of (MA)
Brockton, City of (MA)
Brookfield, City of (WI)
Broome, County of (NY)
Broward, County of (FL)
Calcasieu, Parish of (LA)
Carrollton Farmers Branch Independent
School District (TX)
Centennial, City of (CO)
Charleston, County of (SC)
Cherry Hill UE LLC
City View Towne Crossing
Clackamas, County of (OR)
Clark, County of (NV)
Clarkstown, Town of (NY)
Cobb, County of (GA)
Colorado Springs, City of (CO)
Concord, City of (NC)
Concord, City of (NH)
Cook, County of (IL)
Cooper Olshan Co.
Cooper Smolen Joint Venture
Cuyahoga, County of (OH)
Dallas, County of (TX)
Delaware, State of
Denton, County of (TX)
Deptford, Township of (NJ)
Douglas, County of (CO)
Douglas, County of (NE)
Dupage, County of (IL)
Ellis, County of (TX)
Fairfax, County of (VA)
Fidelity Totowa Associates LLC

Florida, State of
Fort Collins, City of (CO)
Franklin, County of (OH)
Freehold, Township of (NJ)
Fresno, County of (CA)
Fulton, County of (GA)
Georgia, State of
Glendale, City of (AZ)
Glendale, City of (CA)
Guam, Territory of (United States),
Department of Revenue
Hamburg, Town of (NY)
Hamilton, Township of (NJ)
Harris, County of (TX)
Hempstead, Town of (NY)
Henry, County of (GA)
Hidalgo, County of (TX)
Hillsborough, County of (FL)
Hinds, County of (MS)
Hoover, City of (AL)
Houston County & City of Dothan Pash
Return (AL)
Illinois, State of
Jackson, County of (MO)
Jefferson, County of (AL)
Jefferson, County of (CO)
Jefferson, Parish of (LA)
Johnson, County of (KS)
Kane, County of (IL)
Keystone Collections Group
King, County of (WA)
Lafayette Parish School Board
Lake, County of (IL)
Lake, County of (IN)
Lakewood, City of (CO)
Lawrence, Township of (NJ)
Lexington, County of (SC)
Linn, County of (IA)
Livingston, Township of (NJ)
Los Angeles, County of (CA)
Lucas, County of (OH)
Madison Heights, City of (MI)

Madison, City of (WI)
Mahoning, County of (OH)
Maricopa, County of (AZ)
Marion, County of (IN)
Mark Monitor
Maryland, State of
Massachusetts, Commonwealth of
Mayagüez, Municipio de (PR)
McAndrew Conboy & Prisco LLP
McLennan, County of (TX)
Mesa, City of (AZ)
Miami-Dade, County of (FL)
Michigan, State of
Middletown, Township of (PA)
Milford, City of (CT)
Milwaukee, City of (WI)
Monroe, City of (LA)
Monroeville, Municipality of (PA)
Monterey, County of (CA)
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (PA)
Mount Olive, Township of (NJ)
Nashua, City of (NH)
Nevada, State of
New Jersey, State of
New York, City of (NY)
New York, State of
North Attleborough, Town of (MA)
North Carolina, State of
North Dakota, State of
Northmarq Capital
Norwalk, City of (CT)
Ohio, State of
Oklahoma, County of (OK)
Orange, County of (FL)
Palm Beach, County of (FL)
Paramus, Borough of (NJ)
Pennsylvania, Commonwealth of
Philadelphia, City of (PA)
Phoenix, City of (AZ)
Pierce, County of (WA)
Pima, County of (AZ)
PK I North County Plaza LP
Placer, County of (CA)
Polk, County of (IA)

Poughkeepsie, Town of (NY)
Prince George's, County of (MD)
Prince William, County of (VA)
Puerto Rico, Commonwealth of
Pulaski, County of (AR)
Racine, City of (WI)
Ramsey, County of (MN)
Riverhead, Town of (NY)
Riverview Management Co.
Rockaway, Township of (NJ)
Roseville, City of (MI)
Sacramento, County of (CA)
Salem, Town of (MA)
San Bernardino, County of (CA)
San Diego, County of (CA)
San Joaquin, County of (CA)
San Mateo, County of (CA)
Santa Clara, County of (CA)
Scott, County of (IA)
Sedgwick, County of (KS)
Seminole, County of (FL)
Shawnee, County of (KS)
Snohomish, County of (WA)
Solano, County of (CA)
South Dakota, State of
South Portland, City of (ME)
SPI Property Management Corp.
Springfield, City of (MA)
Springfield, Township of (PA)
St. Clair, County of (IL)
St. Louis, County of (MO)
Stanislaus, County of (CA)
Sterling Heights, City of (MI)
Tarrant, County of (TX)
Tax Recourse LLC
Texas, State of
Thornton, City of (CO)
Toms River, Township of (NJ)
Travis, County of (TX)
Tucson, City of (AZ)
Tulsa, County of (OK)
Tuscaloosa, County of (AL)
United States, Government of the, Internal
Revenue Service
Upper Merion, Township of (PA)
Vanderburgh, County of (IN)

Ventura, County of (CA)
Washington, County of (OR)
Washington, State of
Waterford, Town of (CT)
Waukesha, County of (WI)
Wayne, Township of (NJ)
West Hartford, Town of (CT)
West Mifflin, Borough of (PA)
Westminster, City of (CO)
Whitehall, Township of (PA)
Will, County of (IL)
Yonkers, City of (NY)

**SCHEDULE 1(j)**

**U.S. Trustees, Judges, Clerks, and Court Contacts for the Eastern District of Virginia**

Blades, Paula F.
Bloom, Margaret L.
Charboneau, Joel
Flinchum, Peggy T.
Frankel, Jack I.
Franklin, Lisa D.
Garber, Margaret K.
Guzinski, Joseph A.
Herron, Nicholas S.
Huennekens, Kevin R.
Jones, Bradley D.
Kenney, Brian F.
Kidd, Karen
Kindred, Klinette H.
King, B. Webb
Legum, Jay W.
Mann, Evertte
Mcpherson, Theresa E.
Oliver, Betty
Pecoraro, Shannon F.
Phillips, Keith L.
Pika, Tony
Poda, Heidi
Redden, William C.
Rintye, Peggy
Santoro, Frank J.
Sims, Ilene M.
St. John, Stephen C.
Steven, Mark E.
Turner, June E.
Van Arsdale, Robert B.
Watson, Martha J.
Weschler, Cecelia A.
Whitehurst, Kenneth N., III
Wilson, Sheryl D.

**SCHEDULE 1(k)**

**Utilities**

Alabama Power Co.
Ameren Missouri
Arizona Public Service Electric Co.
ConEdison Solutions
Consolidated Edison Inc.
Constellation NewEnergy Inc.
Consumers Energy
Dominion Energy Inc.
DTE Energy Co.
Duke Energy
Duke Energy Progress
Eversource Energy
Florida Power & Light Co.
Georgia Power
Jersey Central Power & Light Co.
Los Angeles, City of (CA), Department of Water & Power
New Jersey Natural Gas Co.
Northern States Power Co.
Pacific Gas & Electric Co.
Public Service Electric & Gas Co.
Puerto Rico, Territory of, Electric Power Authority
San Diego Gas & Electric Co.
Southern California Edison Co.
WE Energies
XCEL Energy Inc.

## SCHEDULE 1(l)

### Vendors

| | |
|---|---|
| 2 Dogs Distribution LLC | Baby Trend |
| Abbott Nutrition | Baby Vision Inc. |
| ABG Accessories | Babys Journey Inc. |
| Accessory Innovations LLC | Babyswede LLC |
| Ace Metrix Inc. | Bag Bazaar/Confetti DV |
| Ace3 Group LLC | Ball Bounce & Sport |
| Acuative Corp. | Bandai America Inc. |
| Ad Sutton & Sons | Bandai Creation |
| Aden & Anais Inc. | Bank of America Merchant |
| Alex Toys LLC | Bap Investors LC |
| Alexander Doll | Bassett Furniture Ind. |
| Alliance Distributors Holding Inc. | Battalia Winston |
| Almar Sales Co. | Bbdo NY |
| Altis Global Ltd. | Beechnut Nutrition Co. |
| Amazing Toys Ltd. | Bell Sports Inc. |
| Amerex | Bensussen Deutsch & Associates Inc. |
| American Boy & Girl Hwr. Inc. | Bentex Group Inc. |
| American Girl Publishing Inc. | Berger MZ & Co. Inc. |
| American Greetings Corp. | Berkshire Fashions |
| American Marketing Enterprise | Best Accessory Group |
| Ameriwood Industries Inc. | Best Chairs Inc. |
| Animal Adventure LLC | Best Made Toys Int Ulc |
| Anki Inc. | Bestway HK International Ltd. |
| Apple Inc. | Better Sourcing WW Ltd. |
| Aptaris Software LLC | Beverly Hills Teddy Bear Co. |
| Aqua-Leisure Industries Inc. | Big Time Toys LLC |
| Arco Toys Ltd. | Bio World Merchandising Inc. |
| Arm's Reach Concepts | Bivona & Co. LLC |
| Artoy Industrial Ltd. | Bladez Toyz Ltd. |
| Asa Products Inc. | Blank Rome LLP |
| Asmodee Editions LLC | Boba Inc. |
| Asphalt Specialist Inc. | Bonkers Toy Co. LLC |
| Assa Abloy Entrance Systems US Inc. | BooginHead LLC |
| Audiovox Electronics Corp. | Boon Inc. |
| Auldey Toys of North America LLC | Boppy Co. LLC, The |
| Avent America Inc. | Brands Four Kids LLC |
| Ayablu Inc. | Bravo Sports |
| Baby Björn | BreathableBaby LLC |
| Baby Boom Consumer Product Inc. | Brickman Facility Solutions |
| Baby Brezza Enterprises | Bridge Direct Inc., The |
| Baby Jogger LLC | Bright Kingdom Dev Ltd. |
| Baby Ktan LLC | Brinco Mechanical Management |

Britax Child Safety Inc.
Buffalo Games
Bugaboo North America Inc.
Bumbo Distribution USA LLC
Bumkins Finer Baby Products
Burt's Bees Inc.
Buzz Bee Toys HK Ltd.
C&T International
C.R. Gibson
Caden Co.
California Innovations
Calisson Inc.
CamelBak Products LLC
Canal Toys
Candy Planet
CandyRific
Capital Brands LLC
Cardinal Ind Inc.
Casio America Inc.
Castline Inc.
Ceaco Inc.
Cella Consulting LLC
Centresky Craft Shantou Co. Ltd.
Cepia LLC
Ceva Freight LLC
Chance Productions
Chap Mei Plastic Toys Mfy. Ltd.
Charter Ltd.
Cherry Group Co. Ltd.
Cheuk Yip Plastic Fty. Ltd.
Chicco BRU
Children's Apparel Network
Chit Shing PVC Products Mfy. Ltd.
Church & Dwight Co. Inc.
Circus World Displays Ltd.
CJ Products
Claire's Boutiques Inc.
Clementoni SpA
Cleveland Footwear Mfg. Ltd.
COKeM International Ltd.
Columbus Trading Partner USA Inc.
Comic Images
ComNet Services LLC
Comotomo Inc.
Continental Concession Supplies
Conversant LLC

Crane USA Inc.
Crayola LLC
Cra-Z-Art
Creative Agency Services Team
Creative Baby Inc.
Creative Design International Ltd.
Criteo Corp.
Crown Equipment
Cuddle Factory Ltd.
Danbar Cool Things Inc.
Dell Marketing LP
Delta Enterprises Corp.
Dematic Corp.
Diamond Select Toys
Diaper Dekor
Dickie Toys HK Ltd.
Diggin Active Inc.
Digital Complex Inc. - Big Toys
Digital Media Cartridge Ltd.
Diono LLC
Disguise Inc.
DK Selections
Dorel Asia Ltd.
Dorel Juvenile Group Inc.
Dream On Me Inc.
Dreamgear LLC
Duracell Distributing Inc.
Dust Studio Ltd.
Dutailier Inc.
Dynacraft BSC Inc.
Dynamic Scientific Ltd.
Earth Mama Angel Baby LLC
eKids LLC
Elements Business Services
Emerson Healthcare LLC
Energy Management Collaborative LLC
Enesco LLC
Entertainment Retail Enterprises LLC
Epsilon Data Management
Ergobaby Inc.
Ernst & Young LLP
Evenflo Co. Inc.
Evenflo Co. Inc. Pvl.
Evenflo Feeding Inc.
Evermax Global Resource Co. Ltd.
Excel Building Services LLC

Exclusive Group LLC
Expanscience Laboratories
Explore Scientific LLC
FABCO Hygienic Products Co. Ltd.
Facility Services of America Inc.
Fairhaven Health LLC
Famosa North America Inc.
Fantasia Accessories Ltd.
Fantasma Toys Inc.
Farallon Brands
Fashion Accessory Bazaar
Fashion Angels Enterprises
Fast Forward LLC
Federal Express Corp.
Fisher Price Inc.
Fisher Price Juvenile Products Division
Fisher Price Power Wheels
Fisher Price Toys
Fit & Fresh Inc.
Floppy Products Inc.
Footsteps Technology Ltd.
Fotorama USA
Foundations Worldwide Inc.
Franco Mfg. Co.
Franklin Sports Inc.
Fridababy LLC
Fujifilm North America Corp.
Funko LLC
Funrise Inc.
Fusion Manufacturing Group Ltd.
GA Gertmenian & Sons LLC
GBG Beauty LLC
General Lion Footwear International
Genesis TechSystems Inc.
Geometric Results Inc.
Georex Asia Ltd.
Georgia Pacific Corrugated LLC
Gerber Childrenswear Inc.
Gerber Childrenswear LLC
Gi-Go Toy Co.
Ginsey Industries Inc.
Global Design Concepts
Gold Inc.
Goldlok Toys Holding Guangdong
Goliath Games LLC
Good Art Ltd.

Goodbaby Hong Kong Ltd.
Grace Home Fashions
Graco Children's Product Inc.
Graphic Communications
Greenlight LLC
Grid Dynamics International Inc.
Group III International Inc.
Grow'n Up Ltd.
Guangdong Textiles Import & Export Co.
    Ltd.
Hain Celestial Group Inc., The
Hallmark Marketing Co. LLC
Halo Innovations Inc.
Hamco
Handcraft Manufacturing Corp.
Handi-Craft Co.
Happy Kid Toy GroupYTN
Happy Threads LLC
Hasbro Inc.
Hauck Hong Kong Ltd.
HCL America Inc.
Heritage Baby Products LLC
Hi Mark International Co. Ltd.
HIS Juveniles Inc.
Honest Co. Inc., The
Hong Kong City Toys
Hong Kong Xin Yao
Hori USA Inc.
HTI Toys HK Ltd.
Huffy Bicycles
Hugfun International Hongkong Ltd.
Humble Crew Inc.
Hunglow Ltd.
IBM Corp.
IdeaVillage Products Corp.
InComm
Infantino LLC
Infor US Inc.
Ingram Entertainment Inc.
Innovation First Labs Inc.
Innovative Designs LLC
Instant Web Inc.
International Playthings LLC
Invodo Inc.
Ipsos Insight LLC
Irish Breeze Ltd.

Jackson Lewis LLP
Jada Toys Inc.
Jakks Pacific Inc.
Ja-Ru Inc.
Jay at Play International HK Ltd.
Jay Franco & Sons Inc.
Jazwares Inc.
JCH HK Technology Trading Ltd.
Jiangsu Guotai Guomao Co. Ltd.
Johnson & Johnson
Jojo Designs LLC
Jolly Far East Ltd.
Joovy
Just Play LLC
Kai Yuan Ltd.
Kalencom Corp., The
Kallidus Inc.
Kano Computing Ltd.
KAS Direct LLC
Kaz Inc.
KDM POP Solutions Group
Kent Displays Inc.
Kent International
Kenyield International Group Ltd.
Kiddieland Industries Ltd.
KidKraft Inc.
Kids II Far East Ltd.
Kids II Inc.
Kids Only Inc.
Kids Preferred LLC
Kids Station Toys Inc.
Kidsrock Ltd.
Kidz Delight
Kidz Toyz HK Ltd.
Kidztech Toys Mfg. Ltd.
Kiinde LLC
Kimberly Clark Corp.
Kitex Garments Ltd.
KKW Trucking Inc.
KLL Dolls Inc.
K'Nex Industries Inc. Co.
Kolcraft Products
KPMG LLP
Lambs & Ivy Bedtime Originals Division
Lansinoh Laboratories Inc.
LaRose Industries

Latham & Watkins LLP
Leachco CJ Inc.
Learning Journey International LLC, The
Learning Resources
Lego
Lennox Industries Inc.
Leosco International Ltd.
Levatoy LLC
Levtex LLC
LF Products Pte. Ltd.
Lifetime Products Inc.
Lillebaby LLC
Lin R. Rogers Electrical Contractors
Lincoln Hill Construction
Lionel LLC
LollyTogs Ltd.
Loyal Subjects LLC, The
Lozier Corp.
LS Parry Inc.
LSC Communication US LLC
LulyBoo LLC
Luv N' Care
M Design Village LLC
Macari Baby Inc.
Madix Inc.
Magformers LLC
Maisto International Inc.
Make It Real LLC
MAM USA
Manhattan Associates Inc.
Manley Toys Ltd. USA
Marpac LLC
Matson Navigation Co.
Mattel Girls MS ML-0609
Mattel Sales Corp.
Maxim Co. Taiwan Ltd.
May Cheong Toy YTN
Maya Group Inc., The
Mayborn USA
Medela Inc.
Mega Brands America Inc.
Melissa & Doug LLC
Merchant Ambassador Holdings Ltd.
MerchSource LLC
Mezco Toyz LLC
MGA Entertainment

Million Dollar Baby
Minds In Sync Inc.
MindWare Wholesale
MJ Holding Co. LLC
Mom Enterprises Inc.
Monogram International
Monotype Imaging Inc.
Moose Mountain Toymakers Ltd.
Moose Toys Pty. Ltd.
Morgan Lewis & Bockius LLP
Multi Toys Corp.
Multi-Link Apparel
Munchkin Inc.
Nantong A&C Accessories Co. Ltd.
National Importers Inc.
Naturepedic
NECA
Nestle Co. USA
New Adventures LLC
New Bright Industrial Co. Ltd.
Nice-Pak Products Inc.
Nina Footwear Corp.
Nintendo Hardware
No Jo/Red Calliope
North States Industries Inc.
Northwest Co. Inc., The
Nowstalgic Toys Inc.
NSI International Inc.
NUK USA LLC
Nurture Inc.
Olson & Co. Inc.
OMD USA LLC
Ontel Products Corp.
Orora Visual LLC
Oshkosh B'Gosh
Ovation Toys Co. Ltd.
OXO International Inc.
Pacific Cycle LLC
Pacific Cycle Mongoose Division
Pacific Cycle Schwinn Division
Papyrus
Parkfield Industries Ltd.
PBM Products LLC
Pearhead International
Peg-Perego USA Inc.
Performance Designed Products

Pez-Haas Inc.
Phoenix International Publications
Playgo Toys Enterprises Ltd.
Playhut Inc.
Playmates Toys Inc.
Playmind Ltd.
Playmobil USA Inc.
PlayMonster LLC
Playtex Family Products
Pressman Toy Corp.
Prime Time Toys LLC
Prince Lionheart Inc.
Procter & Gamble Corp.
Protective Technologies
Protiviti Inc.
Qingdao Tangbuy International
Quarto Publishing Group USA
Quintessential Tots LLC
Rack Furniture Group
Radio Flyer Inc.
Ravensburger North America Inc.
Rawlings Sporting Goods Inc.
Razor USA Inc.
RDS Industries Inc.
ReaderLink Distribution Services LLC
Ready to Assemble Co.
RealTime Media Inc.
Red Box Toy Factory Ltd.
Red Star Holdings Ltd.
Reeves International Inc.
Regal Lager Inc.
Regalo International LLC
Regent Oriental Industrial Ltd.
Register Print Group
Rehrig International Inc.
Retail Printing Group Inc.
Ricoda Ltd.
Rimini Street Inc.
Rodco Services Inc.
RoofConnect
Rooftop Group USA Inc.
RR Donnelley Receivables Inc.
RTP Technology Corp.
Rubie's Costume Co. Inc.
Sakar International Inc.
Salland Industries Ltd.

Samsung C&T America Inc.
Sassy 14 LLC
Schleich North America Inc.
School Zone Publishing Co.
Scientific Toys Ltd.
Scott Specialties Inc.
SDX Acquisitions LLC
Second Play LLC
Securitas Security Services USA Inc.
Seventh Generation Inc.
Sewco Toys & Novelty Ltd.
Shaghal Ltd.
Shanghai Sunwin Industry Group Co. Ltd.
Shermag Inc.
Shine Way Textile & Trading Co. Ltd.
Singing Machine Co. Inc., The
Sitel Operating Corp.
SJF Division Children's Products
Skip Hop Inc.
Skyhigh International LLC
Skyrocket Toys LLC
Skywalker Holdings LLC
Smart Trike Mnf. Pte. Ltd.
SMS Systems Maintenance Services Inc.
Soft Style Inc.
Solowave Design Corp.
Solutions 2 Go LLC MS ACC
Solutions 2 Go LLC MS HW
Soma International Ltd.
Sony Computer Entertainment
SOS Security LLC
South Shore Industries Ltd.
Spencer Technologies Inc.
Sphero Inc.
Spin Master Inc.
Sports Connection Asia Ltd.
Step2 Co. LLC, The
Stokke LLC
Stork Craft Manufacturing Ltd.
Stork Craft Manufacturing USA
Summer Infant Inc.
Summer Infant Products Inc.
Sun Lin Toys Manufacturing Co. Ltd.
Swimways Corp.
Taiwan Joca Corp.
Tangible Play Inc.

Tara Toy Corp.
Tasia Toys HK Co. Ltd.
Team Beans LLC
Tech 4 Kids Inc.
Tee-Zed Products LLC
Tervis Tumbler Co.
Thames & Kosmos LLC
Theme Party Culture HK Co. Ltd.
Thermos Co.
Think Fun Inc.
Thinkway
Thorley Industries Inc. LLC
TMP International
Toby Enterprises II Corp.
Tollytots Ltd.
TOMY Corp.
TOMY International Inc. JJC
TOMY International Inc. LCI
TOMY International Inc. TFY
Top Bright Animation Group Co. Ltd.
Topps Co. Inc., The
Toy Major Trading Co. Ltd.
Toy State Industrial Corp.
Toy State International Ltd.
Toy Teck Ltd.
Toysmith
Trend Lab LLC
Tri Coastal Design
Tri Great International Ltd.
Triboro Quilt Mfg. Co.
Trifecta Industries LLC
Triple Eight Distribution Inc.
Troxel Products LLC
Turnstyle Brands LLC
UCC Distributing Inc.
United Legwear Co. LLC
United Parcel Service
University Games
Upanaway LLC
UpSpring Ltd.
USA Helmet Sub Kent International Inc.
USAopoly Inc.
USM Norristown
Vector Security Inc.
Verdes Toys Corp.
Veritiv Operating Co.

Visco Entertainment Inc.
Vivid Imaginations Far East Ltd.
VTech Communications Inc.
VTech Electronics North America
Wai Tec Far East Industrial Co. Ltd.
Warner Home Video
Watch Us Inc.
What Kids Want
Wicked Cool Toys LLC
William Carter Co.
William Carter Co., The
Wilson Team Sports
Windsor Marketing Group Inc.
Winfat Industrial Co. Ltd.
Winner Ford Products Ltd.
Winning Moves Inc.
WNR Industries Ltd.
WorkWise LLC
Wow Wee Ltd.
Xi Fu Toys Co. Ltd.
Xiamen Well-East Import & Export
XPO Last Mile Inc.
Yamaha Consumer Products
Yeelein Textile Co. Ltd.
Yesmail Inc.
YF Development Ltd.
York Wall Coverings
Yvolution USA Inc.
Zak Designs Inc.
Zasia Ltd.
Zenoff Products Inc.
Zhucheng Yinghua Clothes Making
Zuru Inc.

## SCHEDULE 2

a.  Malfitano's founder and managing member, Joseph Malfitano, was previously employed by Hilco Trading, LLC (d/b/a Hilco Global), the parent company for approximately 22 entities operating around the globe ("Hilco Global"), from August 2007 to December 2015.  While employed at Hilco Global, Joseph Malfitano served as the Deputy General Counsel and later as an Executive Vice President.  One or more entities under Hilco Global may be a bidder for some or all of the Debtors' assets.

b.  In matters unrelated to the Debtors, an affiliate of Malfitano has provided legal services to various entities owned or controlled by Hilco Global.  Unrelated to Malfitano, upon information and belief, Hilco Appraisal Services, LLC previously performed certain appraisal services for the Debtors or their lenders.

c.  In matters unrelated to the Debtors, an affiliate of Malfitano has provided legal services to Gordon Brothers Retail Partners, LLC ("GBRP").  GBRP may be a bidder for some or all of the Debtors' assets.

d.  In matters unrelated to the Debtors, an affiliate of Malfitano has provided legal services to various entities owned or controlled by Tiger Capital Group, LLC ("Tiger").  One or more entities owned or controlled by Tiger may be a bidder for some or all of the Debtors' assets.

e.  In matters unrelated to the Debtors, an affiliate of Malfitano has provided legal services to various entities owned or controlled by Great American Group ("GA").  One or more entities owned or controlled by GA may be a bidder for some or all of the Debtors' assets.

f.  In the ordinary course of the business of Malfitano, Malfitano utilizes the services of certain independent contractors to perform certain specialized functions, including analytical and field services.  Except as set forth below, none of these independent contractors have any connections to the Debtors or other creditors in these cases.

g.  In matters unrelated to the Debtors, Donna Ryan, a field consultant and one of the independent contractors utilized by Malfitano, previously was an independent contractor for Hilco Merchant Resources, LLC performing certain store closing related functions.  Hilco Merchant Resources, LLC may be a bidder for some or all of the Debtors' assets.

2

h. In matters unrelated to the Debtors, Allen Wong, a project analyst and one of the independent contractors utilized by Malfitano, previously was associated with AlixPartners, Grant Thorton LLP, and Deloitte.

i. Malfitano's founder and managing member, Joseph Malfitano, through his legal practice with Joseph A. Malfitano, PLLC, his previous association with Young Conaway Stargatt & Taylor, LLP and/or through his previous employment with Hilco Global, currently does, has in the past, and will continue from time to time to represent certain of the national inventory liquidation firms in matters unrelated to the Debtors.

j. Because of the magnitude of the entire creditor list in these cases, it is possible that Malfitano may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with these cases. Malfitano presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants, and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.

## **Exhibit C**

## **Services Agreement**

**MALFITANO PARTNERS**
ACQUISITION & DISPOSITION ADVISORS

December 11, 2017

**BY ELECTRONIC MAIL**

James M. Young
Toys "R" Us, Inc.
One Geoffrey Way
Wayne, NJ 07470

Re:   **Engagement of Malfitano Advisors, LLC/ Toys "R" Us, Inc., et al; Case No. 17-34665 (KLP)**

Dear James:

This letter will confirm the terms under which Malfitano Advisors, LLC (the "Firm") has agreed to be engaged to provide certain advisory and consulting services to Toys "R" Us, Inc. and its subsidiaries (collectively, the "Company"), in connection with the Company's restructuring and reorganization efforts.

We appreciate the trust you have placed in our Firm by selecting us for this engagement, and we are committed to providing you with quality service.

The purpose of this letter is to set forth the scope of our services, to state the financial arrangements regarding our engagement and to verify our mutual agreement with respect to the following:

**Description of Services**

The scope of this Firm's engagement shall be limited to the following specific areas: (1) coordinating the closing of certain locations selected by the Company, and assisting the Company in developing a program to dispose of the assets in these locations in order to maximize their value for the benefit of the Company and its creditors; (2) consulting with the Company and its advisors on the formulation of an asset disposition solicitation sale package, including the preparation of due diligence and related offering materials; and (3) assist the Company and its advisors in the evaluation of any offers that may be received.

In particular, the Firm will provide the following services:

- Advise the Company regarding the disposition of selected business assets, including designated inventory, furniture, fixtures and equipment;

- Review and advise with respect to issues associated with any planned closures, including timing and coordination.

747 Third Avenue
2nd Floor
New York, NY 10017

+1 (646) 776-0155 office
info@malfitanopartners.com

MALFITANOPARTNERS.COM



- Identify and contact proposed purchasers of select business operations or assets, including stores selected for closure:

    - assist in the preparation of an appropriate information package for distribution to potential bidders;

    - review bid proposals and assist in negotiations with the various parties to ensure recoveries are maximized;

    - assist in the documentation of any transaction involving the liquidation of inventory and review pleadings that may need to be filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in order to effectuate the same;

    - monitor the conduct and results of any third party selected to liquidate any inventory and fixed assets; and

    - advise the Company with respect to the reconciliation of any inventory counts and/or sales and assist the Company as it relates to any negotiations with respect thereto.

- Review and inspect the Company's assets as may be requested from time to time by the Company, including, but not limited to inventory and fixed assets.

- Attend meetings, as requested, with the Company, its lenders, the official committee of creditors appointed, potential investors, and other parties in interest.

The Firm will provide services to the Company in these matters as may be directed, or as may be necessary to anticipate and respond to the Company's needs. All the services rendered by the Firm are designed to provide operational and strategic assistance to the Company in the restructuring process, so that management can focus its primary efforts on the other business requirements. The Firm is not providing any legal services in connection with this engagement and all legal matters shall be under the control of the Company and its selected advisors. The Firm will coordinate closely with the Company's other retained professionals to ensure duplication of effort is avoided.

## Staffing, Fees, Retainer and Expenses

Joseph Malfitano, principal of the Firm, will lead this engagement. Additional staffing, if and when required, will be provided by other personnel possessing the requisite skills and experience necessary to achieve the objectives set forth above in the most expeditious and effective manner. In exchange for the services you request, we shall be paid based upon our usual and customary hourly rates. The Firm's current hourly rates are as follows:

| | |
|---|---|
| Joseph Malfitano | $725.00/hr |
| Senior Consultants | $475.00-550.00/hr |
| Junior Consultants | $225.00-450.00/hr |
| Support Staff | $100.00 to $200.00/hr |

### Discretionary Bonus

In addition to our entitlement to receive compensation based upon our customary hourly rates, in the event of a successful outcome in this engagement, we may request that we be paid certain additional compensation in the nature of a "success fee," in an amount to be agreed upon by us and the Company; provided, however, the amount and payment of any such "success fee" shall be in the sole discretion of the Company, and any such request shall be subject to the filing of a fee application and approval and payment thereof shall be subject to court approval.

In addition to the foregoing, we shall be entitled to prompt reimbursement of our actual and reasonable out-of-pocket expenses. We will not bill you for the ordinary use of local or domestic long-distance telephone service, cellular service or for facsimile copies. Fax transmissions that are of an extraordinary duration and cost (e.g. actual cost of $10 or more) and international calls will be billed at our cost without markup. Travel expenses will be billed at our cost without markup. We will invoice the Company on a monthly basis for amounts due hereunder and payment shall be made promptly upon submission of an invoice therefor.

### Additional Terms

The Company shall file an application with the Bankruptcy Court seeking the issuance and entry of an order, pursuant to sections 327 and 328 of title 11 of the United States Code, *inter alia*, authorizing and approving the Company's retention and employment of the Firm pursuant to the terms and provisions of this agreement. This agreement is subject to the entry of an order by the Bankruptcy Court approving such application.

The Firm agrees that it will act as an independent contractor pursuant to this agreement and that nothing herein shall create an agency relationship between the Company and the Firm. Furthermore, the Firm understands that it has no authority to make or imply any commitments that are binding upon the Company,



and agrees that it will act only at the Company's direction, and that the Company will have full decision-making authority with respect to all matters within the scope of this agreement.

The Company consents to use of Company's name in any promotional materials used by the Firm, provided that such use shall not disclose any confidential information.

The Firm shall be indemnified and held harmless by the Company from and against any and all losses, expenses, damages, penalties, costs, or claims of any kind or nature whatsoever that may be imposed on, incurred by or asserted against the Firm arising out of or in any way relating to the Firm's performance hereunder or the consulting arrangement contemplated hereby, provided that the Company shall not be liable for any of the foregoing to the extent it arises from the gross negligence, breach of fiduciary duty, self-dealing, fraud, or willful misconduct of the Firm  All requests by the Firm for payment of indemnity pursuant to this agreement shall be subject to review and approval by the Bankruptcy Court.

Any failure on the Company's part to meet its obligation of timely payments under this agreement will constitute authorization for the Firm to withdraw from this engagement.  This agreement is also subject to termination by either party upon reasonable written notice for any reason.  Upon such termination, however, the Company will remain liable for any unpaid fees and costs through the date of such termination.

This agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to its conflict-of-law rules.  Any dispute relating to this agreement shall be heard in the Bankruptcy Court, and the parties hereto hereby irrevocably consent to the exclusive jurisdiction of such court over any such dispute.

747 Third Avenue
2nd Floor
New York, NY 10017

+1 (646) 776-0155 office

info@malfitanopartners.com

MALFITANOPARTNERS.COM



**Additional Disclosure**

For full disclosure, please note that, Joseph Malfitano, through his legal practice with Joseph A. Malfitano, PLLC, his previous law firm Young Conaway Stargatt & Taylor, LLP and/or through his previous employment as in-house counsel with Hilco Global, currently does, has in the past, and will continue from time to time to represent certain of the national inventory liquidation firms in matters unrelated to the Company or its assets.  However, the Firm submits that notwithstanding these unrelated representations, no conflicts exist that would preclude or interfere with the Firm's ability to provide consulting services to the Company in this matter.

We are prepared to commence this engagement immediately, and look forward to working with you and your team.

Very truly yours,

Joseph A. Malfitano
On behalf of MALFITANO ADVISORS, LLC

AGREED TO AND ACCEPTED:

TOYS "R" US, Inc. on behalf of itself and its subsidiaries

By: _____
Name:
Its: