# Exhibit F

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Kon Asimacopoulos | Partner | Restructuring | 1999 | $387,450.00 | 258.30 | N/A | $1,500.00 | $1,500.00 | $387,450.00 |
| Jon A. Ballis, P.C. | Partner | Corporate | 1994 | $1,917.50 | 1.30 | N/A | $1,475.00 | $1,475.00 | $1,917.50 |
| Jonathan Birks | Partner | Corporate | 2005 | $23,200.00 | 16.00 | N/A | $1,450.00 | $1,450.00 | $23,200.00 |
| Rachel L. Cantor, P.C. | Partner | Taxation | 2003 | $712.50 | 0.50 | N/A | $1,425.00 | $1,425.00 | $712.50 |
| Thad Davis | Partner | Taxation | 2005 | $36,450.00 | 32.40 | N/A | $1,125.00 | $1,125.00 | $36,450.00 |
| Chad J. Husnick, P.C. | Partner | Restructuring | 2004 | $442,099.50 | 355.10 | N/A | $1,245.00 | $1,245.00 | $442,099.50 |
| Jonathan Kandel | Partner | Taxation | 2001 | $15,600.00 | 9.60 | N/A | $1,625.00 | $1,625.00 | $15,600.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate | 2002 | $128,502.50 | 104.90 | N/A | $1,225.00 | $1,225.00 | $128,502.50 |
| Sean Lacey | Partner | Restructuring | 2003 | $148,625.00 | 102.50 | N/A | $1,450.00 | $1,450.00 | $148,625.00 |
| Todd F. Maynes, P.C. | Partner | Taxation | 1988 | $2,437.50 | 1.50 | N/A | $1,625.00 | $1,625.00 | $2,437.50 |
| Andrew R. McGaan, P.C. | Partner | Litigation | 1986 | $520,327.50 | 392.70 | N/A | $1,325.00 | $1,325.00 | $520,327.50 |
| Mark McKane, P.C. | Partner | Litigation | 1999 | $10,927.50 | 9.30 | N/A | $1,175.00 | $1,175.00 | $10,927.50 |
| Bernd Meyer-Loewy | Partner | Restructuring | 1997 | $128,371.00 | 127.10 | N/A | $1,010.00 | $1,010.00 | $128,371.00 |
| Dennis M. Myers, P.C. | Partner | Corporate | 1996 | $265,591.00 | 183.80 | N/A | $1,445.00 | $1,445.00 | $265,591.00 |
| Wolfgang Nardi | Partner | Corporate | 2002 | $12,876.00 | 14.80 | N/A | $870.00 | $870.00 | $12,876.00 |
| Elaine Nolan | Partner | Restructuring | 2004 | $502,734.00 | 364.30 | N/A | $1,380.00 | $1,380.00 | $502,734.00 |
| Jeffery S. Norman, P.C. | Partner | Intellectual Property | 1992 | $73,455.00 | 49.80 | N/A | $1,475.00 | $1,475.00 | $73,455.00 |
| Daniel Perlman, P.C. | Partner | Real Estate | 1985 | $1,614.00 | 1.20 | N/A | $1,345.00 | $1,345.00 | $1,614.00 |
| Leo Plank | Partner | Restructuring | 2001 | $21,210.00 | 21.00 | N/A | $1,010.00 | $1,010.00 | $21,210.00 |
| Scott D. Price | Partner | Executive Compensation | 1998 | $21,977.50 | 14.90 | N/A | $1,475.00 | $1,475.00 | $21,977.50 |
| David Rosenberg | Partner | Real Estate | 2005 | $318.00 | 0.30 | N/A | $1,060.00 | $1,060.00 | $318.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Edward O. Sassower, P.C. | Partner | Restructuring | 2000 | $5,272.50 | 3.70 | N/A | $1,425.00 | $1,425.00 | $5,272.50 |
| Anup Sathy, P.C. | Partner | Restructuring | 1995 | $16,530.00 | 11.60 | N/A | $1,425.00 | $1,425.00 | $16,530.00 |
| Andrew Small, P.C. | Partner | Real Estate | 1989 | $18,426.50 | 13.70 | N/A | $1,345.00 | $1,345.00 | $18,426.50 |
| James H.M. Sprayregen, P.C. | Partner | Restructuring | 1985 | $255,322.50 | 173.10 | N/A | $1,475.00 | $1,475.00 | $255,322.50 |
| Joshua A. Sussberg, P.C. | Partner | Restructuring | 2004 | $565,114.50 | 405.10 | N/A | $1,395.00 | $1,395.00 | $565,114.50 |
| Katherine Bolanowski | Partner | Corporate | 2009 | $14,283.00 | 13.80 | N/A | $1,035.00 | $1,035.00 | $14,283.00 |
| Sarah Brewer | Partner | Corporate | 1997 | $1,625.00 | 1.30 | N/A | $1,250.00 | $1,250.00 | $1,625.00 |
| Robert Britton | Partner | Restructuring | 2008 | $93,530.00 | 94.00 | N/A | $995.00 | $995.00 | $93,530.00 |
| | | | | $425,225.00 | 365.00 | N/A | $1,165.00 | $995.00 | $363,175.00 |
| John G. Caruso | Partner | Real Estate | 1992 | $25,453.50 | 21.30 | N/A | $1,195.00 | $1,195.00 | $25,453.50 |
| Tobias D. Chun | Partner | Environmental | 2003 | $2,472.50 | 2.30 | N/A | $1,075.00 | $1,075.00 | $2,472.50 |
| Thomas Dobleman | Partner | Corporate | 2011 | $270,043.00 | 271.40 | N/A | $995.00 | $995.00 | $270,043.00 |
| Ian Ferreira | Partner | Taxation | 2009 | $414.00 | 0.30 | N/A | $1,380.00 | $1,380.00 | $414.00 |
| Emma Flett | Partner | Intellectual Property | 2009 | $1,125.00 | 0.90 | N/A | $1,250.00 | $1,250.00 | $1,125.00 |
| Craig J. Garvey | Partner | Corporate | 2010 | $362,664.00 | 350.40 | N/A | $1,035.00 | $1,035.00 | $362,664.00 |
| Emily Geier | Partner | Restructuring | 2012 | $833,113.50 | 837.30 | N/A | $995.00 | $995.00 | $833,113.50 |
| Frixos Hatjantonas | Partner | Taxation | 2004 | $14,766.00 | 10.70 | N/A | $1,380.00 | $1,380.00 | $14,766.00 |
| Erik Hepler | Partner | Corporate | 1990 | $239.00 | 0.20 | N/A | $1,195.00 | $1,195.00 | $239.00 |
| Natalie H. Keller | Partner | Taxation | 1997 | $15,654.50 | 13.10 | N/A | $1,195.00 | $1,195.00 | $15,654.50 |
| Vladimir Khodosh | Partner | Intellectual Property | 2002 | $62,415.00 | 57.00 | N/A | $1,095.00 | $1,095.00 | $62,415.00 |
| Devon M. Largio | Partner | Litigation | 2007 | $10,455.00 | 10.20 | N/A | $1,025.00 | $1,025.00 | $10,455.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Scott Lerner | Partner | Litigation | 2010 | $273,978.00 | 294.60 | N/A | $930.00 | $930.00 | $273,978.00 |
| Christine Payne | Partner | Litigation | 2006 | $214,469.50 | 211.30 | N/A | $1,015.00 | $1,015.00 | $214,469.50 |
| Carl Pickerill | Partner | Restructuring | 2008 | $131,035.00 | 179.50 | N/A | $730.00 | $730.00 | $131,035.00 |
| William T. Pruitt | Partner | Litigation | 2004 | $8,627.50 | 8.50 | N/A | $1,015.00 | $1,015.00 | $8,627.50 |
| Jeffrey Rheeling | Partner | Real Estate | 1997 | $11,607.00 | 10.60 | N/A | $1,095.00 | $1,095.00 | $11,607.00 |
| Anthony Sexton | Partner | Taxation | 2011 | $146,744.00 | 141.10 | N/A | $1,040.00 | $1,040.00 | $146,744.00 |
| Steven M. Toth | Partner | Corporate | 2005 | $8,362.50 | 7.50 | N/A | $1,115.00 | $1,115.00 | $8,362.50 |
| James Watson | Partner | Restructuring | 2007 | $327,237.50 | 278.50 | N/A | $1,175.00 | $1,175.00 | $327,237.50 |
| Wayne E. Williams | Partner | Corporate | 2006 | $26,337.50 | 24.50 | N/A | $1,075.00 | $1,075.00 | $26,337.50 |
| Robert M. Kimmitt, Jr. | Of Counsel | Litigation | 1977 | $124,375.50 | 224.10 | N/A | $555.00 | $555.00 | $124,375.50 |
| Josh M. Altman | Associate | Restructuring | 2015 | $557,028.50 | 667.10 | N/A | $835.00 | $835.00 | $557,028.50 |
| Asif Attarwala | Associate | Restructuring | 2016 | $133,182.00 | 181.20 | N/A | $735.00 | $735.00 | $133,182.00 |
| Rachael Bazinski | Associate | Restructuring | 2017 | $131,451.00 | 203.80 | N/A | $645.00 | $645.00 | $131,451.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | $23,129.50 | 27.70 | N/A | $835.00 | $835.00 | $23,129.50 |
| Ian Clarke | Associate | Restructuring | 2015 | $295,035.00 | 347.10 | N/A | $850.00 | $850.00 | $295,035.00 |
| Hannah Crawford | Associate | Restructuring | 2015 | $425.00 | 0.50 | N/A | $850.00 | $850.00 | $425.00 |
| Matthew C. Darch | Associate | Intellectual Property | 2013 | $16,758.00 | 22.80 | N/A | $735.00 | $735.00 | $16,758.00 |
| Helen Davies | Associate | Corporate | 2013 | $2,047.50 | 2.10 | N/A | $975.00 | $975.00 | $2,047.50 |
| Andy Dykstra | Associate | Intellectual Property | 2016 | $10,378.50 | 18.70 | N/A | $555.00 | $555.00 | $10,378.50 |
| Robert Earles | Associate | Litigation | 2012 | $236,929.00 | 261.80 | N/A | $905.00 | $905.00 | $236,929.00 |
| Whitney Fogelberg | Associate | Restructuring | 2012 | $94,355.00 | 113.00 | N/A | $835.00 | $835.00 | $94,355.00 |
| Kevin Frank | Associate | Corporate | 2014 | $149,053.50 | 164.70 | N/A | $905.00 | $905.00 | $149,053.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Zahreen Ghaznavi | Associate | Litigation | 2015 | $122,148.00 | 150.80 | N/A | $810.00 | $810.00 | $122,148.00 |
| Kyle Gillen | Associate | Corporate | 2013 | $60,001.50 | 66.30 | N/A | $905.00 | $905.00 | $60,001.50 |
| Jennifer Gong | Associate | Executive Compensation | 2016 | $2,793.00 | 3.80 | N/A | $735.00 | $735.00 | $2,793.00 |
| Russell Gray | Associate | Corporate | 2015 | $220.50 | 0.30 | N/A | $735.00 | $735.00 | $220.50 |
| Caleb Hanlon | Associate | Corporate | 2013 | $3,167.50 | 3.50 | N/A | $905.00 | $905.00 | $3,167.50 |
| Gabe Harley | Associate | Restructuring | 2016 | $295,950.00 | 394.60 | N/A | $750.00 | $750.00 | $295,950.00 |
| Garry Hartlieb | Associate | Litigation | 2015 | $218,809.50 | 297.70 | N/A | $735.00 | $735.00 | $218,809.50 |
| Todd L Herst | Associate | Intellectual Property | 2014 | $27,638.50 | 33.10 | N/A | $835.00 | $835.00 | $27,638.50 |
| Maximilian Heufelder | Associate | Restructuring | 2016 | $742.50 | 1.50 | N/A | $495.00 | $495.00 | $742.50 |
| Heidi Hockberger | Associate | Restructuring | 2017 | $179,376.00 | 323.20 | N/A | $555.00 | $555.00 | $179,376.00 |
| Derek Hunter | Associate | Restructuring | 2017 | $210,657.00 | 326.60 | N/A | $645.00 | $645.00 | $210,657.00 |
| Kevin Jacobsen | Associate | Intellectual Property | 2016 | $43,731.00 | 67.80 | N/A | $645.00 | $645.00 | $43,731.00 |
| Lloyd Jones | Associate | Corporate | 2014 | $442.50 | 0.50 | N/A | $885.00 | $885.00 | $442.50 |
| Catherine Jun | Associate | Restructuring | 2014 | $160,153.00 | 191.80 | N/A | $835.00 | $835.00 | $160,153.00 |
| Karim Kassam | Associate | Restructuring | 2013 | $195,390.00 | 200.40 | N/A | $975.00 | $975.00 | $195,390.00 |
| Gary J. Kavarsky | Associate | Restructuring | Pending | $2,053.50 | 3.70 | N/A | $555.00 | $555.00 | $2,053.50 |
| Michael Keeley | Associate | Corporate | 2012 | $127,397.00 | 133.40 | N/A | $955.00 | $955.00 | $127,397.00 |
| Eric J. Langston | Associate | Restructuring | 2016 | $134,809.50 | 242.90 | N/A | $555.00 | $555.00 | $134,809.50 |
| Daniel Latona | Associate | Restructuring | 2016 | $190,984.50 | 296.10 | N/A | $645.00 | $645.00 | $190,984.50 |
| Matthew N. Leist | Associate | Corporate | 2015 | $240,639.00 | 327.40 | N/A | $735.00 | $735.00 | $240,639.00 |
| Mark S. Lipschultz | Associate | Real Estate | 2017 | $11,821.50 | 21.30 | N/A | $555.00 | $555.00 | $11,821.50 |
| Fritz Ludwig | Associate | Corporate | 2016 | $40,837.50 | 82.50 | N/A | $495.00 | $495.00 | $40,837.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Kevin McClelland | Associate | Restructuring | 2016 | $131,644.50 | 204.10 | N/A | $645.00 | $645.00 | $131,644.50 |
| Allison McDonald | Associate | Litigation | 2013 | $160,634.50 | 190.10 | N/A | $845.00 | $845.00 | $160,634.50 |
| Rositsa Nacheva | Associate | Corporate | 2011 | $12,775.00 | 17.50 | N/A | $730.00 | $730.00 | $12,775.00 |
| Aaron J. Newell | Associate | Environmental | 2013 | $3,234.00 | 4.40 | N/A | $735.00 | $735.00 | $3,234.00 |
| Alice Nofzinger | Associate | Restructuring | 2017 | $57,598.50 | 89.30 | N/A | $645.00 | $645.00 | $57,598.50 |
| Cian O'Connor | Associate | Taxation | 2014 | $11,505.00 | 13.00 | N/A | $885.00 | $885.00 | $11,505.00 |
| Dustin Paige | Associate | Real Estate | 2012 | $34,093.50 | 35.70 | N/A | $955.00 | $955.00 | $34,093.50 |
| Josef Parzinger | Associate | Restructuring | 2014 | $58,779.00 | 93.30 | N/A | $630.00 | $630.00 | $58,779.00 |
| Trudy Smith | Associate | Restructuring | 2016 | $146,076.00 | 263.20 | N/A | $555.00 | $555.00 | $146,076.00 |
| Ben Ward | Associate | Restructuring | 2014 | $1,416.00 | 1.60 | N/A | $885.00 | $885.00 | $1,416.00 |
| Nicholas Warther | Associate | Taxation | 2017 | $7,412.00 | 10.90 | N/A | $680.00 | $680.00 | $7,412.00 |
| India Williams | Associate | Corporate | 2012 | $161,180.50 | 178.10 | N/A | $905.00 | $905.00 | $161,180.50 |
| Alison Wirtz | Associate | Restructuring | 2016 | $192,418.50 | 346.70 | N/A | $555.00 | $555.00 | $192,418.50 |
| Christopher J. Worek | Associate | Taxation | 2015 | $34,664.00 | 61.90 | N/A | $560.00 | $560.00 | $34,664.00 |
| Kaiwen Zeng | Associate | Restructuring | 2015 | $37,230.00 | 43.80 | N/A | $850.00 | $850.00 | $37,230.00 |
| David Zobell | Associate | Corporate | 2015 | $86,656.50 | 117.90 | N/A | $735.00 | $735.00 | $86,656.50 |
| Totals | | | | $12,070,167.00 | $12,949.10 | | | | $12,008,117.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Johannes Lappe | Law Clerk | Corporate | N/A | $2,600.00 | 8.00 | N/A | $325.00 | $325.00 | $2,600.00 |
| Thomas Scheffer | Law Clerk | Restructuring | N/A | $8,844.00 | 26.40 | N/A | $335.00 | $335.00 | $8,844.00 |
| Arwyn Davies | Law Clerk | Restructuring | N/A | $134,310.00 | 242.00 | N/A | $555.00 | $555.00 | $134,310.00 |
| Anthony C. Abate | Paralegal | Restructuring | N/A | $18,024.00 | 75.10 | N/A | $240.00 | $240.00 | $18,024.00 |
| Sharon Alvizu | Paralegal | Corporate | N/A | $18,564.00 | 47.60 | N/A | $390.00 | $390.00 | $18,564.00 |
| Kathleen E. Cawley | Paralegal | Litigation | N/A | $9,126.00 | 23.40 | N/A | $390.00 | $390.00 | $9,126.00 |
| Beth Friedman | Paralegal | Restructuring | N/A | $126.00 | 0.30 | N/A | $420.00 | $420.00 | $126.00 |
| Robert A. Jannusch | Paralegal | Corporate | N/A | $236.00 | 0.80 | N/A | $295.00 | $295.00 | $236.00 |
| Maureen McCarthy | Paralegal | Restructuring | N/A | $57,759.00 | 148.10 | N/A | $390.00 | $390.00 | $57,759.00 |
| Adam X. Nodzenski | Paralegal | Litigation | N/A | $97,344.00 | 249.60 | N/A | $390.00 | $390.00 | $97,344.00 |
| Michelle Nowicki | Paralegal | Intellectual Property | N/A | $17,877.00 | 60.60 | N/A | $295.00 | $295.00 | $17,877.00 |
| Robert Orren | Paralegal | Restructuring | N/A | $170.00 | 0.50 | N/A | $340.00 | $340.00 | $170.00 |
| Amanda Solis | Paralegal | Restructuring | N/A | $295.00 | 1.00 | N/A | $295.00 | $295.00 | $295.00 |
| Robin F. Soneson | Paralegal | Intellectual Property | N/A | $726.00 | 2.20 | N/A | $330.00 | $330.00 | $726.00 |
| Christine Soriano | Paralegal | Real Estate | N/A | $37,590.00 | 89.50 | N/A | $420.00 | $420.00 | $37,590.00 |
| Ryan Besaw | Junior Paralegal | Restructuring | N/A | $19,728.00 | 82.20 | N/A | $240.00 | $240.00 | $19,728.00 |
| Alexa M. Fifield | Junior Paralegal | Litigation | N/A | $41,784.00 | 174.10 | N/A | $240.00 | $240.00 | $41,784.00 |
| Julia Foster | Junior Paralegal | Restructuring | N/A | $11,664.00 | 48.60 | N/A | $240.00 | $240.00 | $11,664.00 |
| Angela Gallagher | Junior Paralegal | Litigation | N/A | $360.00 | 1.50 | N/A | $240.00 | $240.00 | $360.00 |
| Riana Morales | Junior Paralegal | Litigation | N/A | $120.00 | 0.50 | N/A | $240.00 | $240.00 | $120.00 |
| Ashley Pflaumer | Junior Paralegal | Litigation | N/A | $25,320.00 | 105.50 | N/A | $240.00 | $240.00 | $25,320.00 |
| Daniel J. Varn | Junior Paralegal | Restructuring | N/A | $17,736.00 | 73.90 | N/A | $240.00 | $240.00 | $17,736.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Jenna Wojcicki | Junior Paralegal | Corporate | N/A | $3,784.00 | 17.60 | N/A | $215.00 | $215.00 | $3,784.00 |
| Carita D. Anderson | Junior Paralegal | Corporate | N/A | $575.00 | 2.50 | N/A | $230.00 | $230.00 | $575.00 |
| Nancy L. Johnson | Junior Paralegal | Litigation | N/A | $230.00 | 1.00 | N/A | $230.00 | $230.00 | $230.00 |
| Rebecca A. Kurysz | Junior Paralegal | Litigation | N/A | $230.00 | 1.00 | N/A | $230.00 | $230.00 | $230.00 |
| Jessica A. Morrissey | Junior Paralegal | Intellectual Property | N/A | $1,845.00 | 9.00 | N/A | $205.00 | $205.00 | $1,845.00 |
| Barbara M. Siepka | Junior Paralegal | Corporate | N/A | $15,226.00 | 66.20 | N/A | $230.00 | $230.00 | $15,226.00 |
| Michael Y. Chan | Conflicts Analyst I | Administrative Services | N/A | $8,505.00 | 40.50 | N/A | $210.00 | $210.00 | $8,505.00 |
| Eileen Drabek | Debt Finance Knowledge management Information Administrative Assistant | Administrative Services | N/A | $345.00 | 1.50 | N/A | $230.00 | $230.00 | $345.00 |
| Stephen P. Garoutte | Conflicts Analyst Supervisor | Administrative Services | N/A | $3,100.50 | 11.70 | N/A | $265.00 | $265.00 | $3,100.50 |
| Allison Graybill | Conflicts Analyst Coordinator | Administrative Services | N/A | $4,505.00 | 17.00 | N/A | $265.00 | $265.00 | $4,505.00 |
| Kate McCarthy | Conflicts Analyst II | Administrative Services | N/A | $352.50 | 1.50 | N/A | $235.00 | $235.00 | $352.50 |
| Peter Mott | Conflicts Analyst I | Administrative Services | N/A | $423.00 | 1.80 | N/A | $235.00 | $235.00 | $423.00 |
| Eunice Tejeda | Conflicts Analyst II | Administrative Services | N/A | $235.00 | 1.00 | N/A | $235.00 | $235.00 | $235.00 |
| Megan Buenviaje | Litigation Support Specialist | Litigation | N/A | $28,365.00 | 91.50 | N/A | $310.00 | $310.00 | $28,365.00 |
| Jeremy Piniak | Litigation Support Specialist | Litigation | N/A | $1,085.00 | 3.50 | N/A | $310.00 | $310.00 | $1,085.00 |
| Olivia Weyers | Litigation Support Specialist | Litigation | N/A | $420.00 | 1.50 | N/A | $280.00 | $280.00 | $420.00 |
| Toni Anderson | Litigation Support Consultant | Litigation | N/A | $102.00 | 0.30 | N/A | $340.00 | $340.00 | $102.00 |
| Kenneth Gazda | Litigation Support Consultant | Litigation | N/A | $170.00 | 0.50 | N/A | $340.00 | $340.00 | $170.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Wendy D. Mitchell | Litigation Support Consultant | Litigation | N/A | $1,020.00 | 3.00 | N/A | $340.00 | $340.00 | $1,020.00 |
| Antonio Soto | Litigation Support Consultant | Litigation | N/A | $10,098.00 | 29.70 | N/A | $340.00 | $340.00 | $10,098.00 |
| Roman Bielski | Senor Trial Technology Specialist | Litigation | N/A | $1,320.00 | 4.00 | N/A | $330.00 | $330.00 | $1,320.00 |
| Joshua L. Urban | Senor Trial Technology Specialist | Litigation | N/A | $877.50 | 2.70 | N/A | $325.00 | $325.00 | $877.50 |
| Library Factual Research | Research Specialist | Administrative Services | N/A | $4,389.00 | 13.30 | N/A | $330.00 | $330.00 | $4,389.00 |
| Library Business Research | Research Specialist | Administrative Services | N/A | $990.00 | 3.00 | N/A | $330.00 | $330.00 | $990.00 |
| Library IP Research | Research Specialist | Administrative Services | N/A | $2,013.00 | 6.10 | N/A | $330.00 | $330.00 | $2,013.00 |
| Library Statistical | Research Specialist | Administrative Services | N/A | $660.00 | 2.00 | N/A | $330.00 | $330.00 | $660.00 |
| Totals | | | | $611,168.50 | $1,794.80 | | | | $611,168.50 |