## FELD ENTERTAINMENT, INC.
800 Feld Way Palmetto, Florida 34221

### COMMERCIAL INVOICE/ PACKING LIST

**Sold to Messrs./Cosignee:** Toys R Us – Delaware, Inc
.DBA Toys R Us
One Geoffrey Way
Wayne, NJ 07470-2030, USA

**Invoice No.** 5820
**Date** 1-Sep-17
**Payment Terms** Net 60 Days
**Purchase Order Number** 755562

**Shipped from:** Shanghai, China to Any U.S Port
**Shipped via:** A vessel on or about September 1, 2017

| Marks & Nos. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TOYS "R" US IMPORT<br>TRU<br>U.S. IMPORT<br>DIECAST CARS /ACTION VEHICLES<br>FELD ENTERTAINMENT, INC.<br>MONSTER JAM TRUCKIN PALS PLUSH<br><br>P.O. 755562    Date Code: 07/05/2017<br>CTN. NO. 1- 584    TRU STYLE # 050825<br>MADE IN CHINA    MFR # 23130<br>    12 PCS | TOYS AS PER PO 755562<br><br>ITEM # 050825 (STYLE # 23130)<br>MONSTER JAM TRUCKIN PALS PLUSH<br>HTS#9503.00.0073<br><br>12 PCS PER CARTON<br>TOTAL NO OF CTNS: 584<br>TOTAL NO OF PCS : 7008<br>GROSS WEIGHT PER CTN: 12.89lbs<br>TOTAL GROSS WEIGHT: 7527.76<br>CTN DIMENSION IN INCH: 17.9x 17.75 x 20.58"<br>CUBIC FEET PER CTN: 3.78 CU FT<br>TOTAL CUBIC FEET: 2207.52<br>MANUFACTURER NAME:<br>Yangzhou Rich Arts & Crafts Co.,Ltd<br>ADDRESS:<br>1-2, No.939,North Yangzijiang Road,<br>Yangzhou City,Jiangsu Province,<br>P.R.China | 7008 | F.O.B. SHANGHAI,CHINA<br><br>US$<br><br><br>$9.90<br><br>less .63<br><br><br><br><br><br>TOTAL | US$<br><br><br>$69,379.20<br><br>$    437.09<br><br><br><br><br><br>$68,942.11 |

TOTAL UNITED STATES DOLLARS SIXTY EIGHT THOUSAND NINE HUNDRED FORTY TWO DOLLARS AND ELEVEN CENTS

COUNTRY OF ORIGIN:CHINA

THE SHIPMENT DOES NOT CONTAIN SOLID WOOD PACKING MATERIAL.



*Jeffrey D Zelman*
*VP & Corporate Controller*

EXHIBIT B