# EXHIBIT A – Section 503(b)(9) Invoice List

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 8/21/17 | IN000511245 | $ 157.50 | 8/22/17 | IN000511779 | $ 134.10 |
| 8/21/17 | IN000511248 | $ 14.58 | 8/22/17 | IN000511780 | $ 14.58 |
| 8/21/17 | IN000511249 | $ 145.80 | 8/22/17 | IN000511781 | $ 145.80 |
| 8/21/17 | IN000511250 | $ 93.31 | 8/22/17 | IN000511782 | $ 326.59 |
| 8/21/17 | IN000511251 | $ 157.50 | 8/22/17 | IN000511783 | $ 145.80 |
| 8/21/17 | IN000511252 | $ 306.00 | 8/22/17 | IN000511784 | $ 145.80 |
| 8/21/17 | IN000511253 | $ 306.00 | 8/22/17 | IN000511785 | $ 326.59 |
| 8/21/17 | IN000511254 | $ 276.30 | 8/22/17 | IN000511786 | $ 8.75 |
| 8/21/17 | IN000511255 | $ 19.44 | 8/22/17 | IN000511787 | $ 14.58 |
| 8/21/17 | IN000511256 | $ 6.80 | 8/22/17 | IN000511788 | $ 326.59 |
| 8/21/17 | IN000511257 | $ 425.74 | 8/22/17 | IN000511789 | $ 145.80 |
| 8/21/17 | IN000511258 | $ 303.75 | 8/22/17 | IN000511790 | $ 52.97 |
| 8/21/17 | IN000511259 | $ 157.50 | 8/22/17 | IN000511791 | $ 12.15 |
| 8/21/17 | IN000511261 | $ 93.31 | 8/22/17 | IN000511792 | $ 145.80 |
| 8/21/17 | IN000511262 | $ 14.58 | 8/22/17 | IN000511793 | $ 157.50 |
| 8/21/17 | IN000511263 | $ 186.62 | 8/22/17 | IN000511794 | $ 8.75 |
| 8/21/17 | IN000511264 | $ 12.15 | 8/22/17 | IN000511795 | $ 145.80 |
| 8/21/17 | IN000511265 | $ 145.80 | 8/22/17 | IN000511796 | $ 559.87 |
| 8/21/17 | IN000511266 | $ 460.69 | 8/22/17 | IN000511797 | $ 134.10 |
| 8/21/17 | IN000511267 | $ 145.80 | 8/22/17 | IN000511798 | $ 122.40 |
| 8/21/17 | IN000511268 | $ 145.80 | 8/22/17 | IN000511799 | $ 379.08 |
| 8/21/17 | IN000511269 | $ 145.80 | 8/22/17 | IN000511800 | $ 105.30 |
| 8/22/17 | IN000511753 | $ 157.50 | 8/22/17 | IN000511801 | $ 276.30 |
| 8/22/17 | IN000511763 | $ 296.10 | 8/22/17 | IN000511802 | $ 157.50 |
| 8/22/17 | IN000511764 | $ 105.30 | 8/22/17 | IN000511803 | $ 276.30 |
| 8/22/17 | IN000511765 | $ 12.15 | 8/22/17 | IN000511804 | $ 145.80 |
| 8/22/17 | IN000511766 | $ 14.58 | 8/22/17 | IN000511805 | $ 244.80 |
| 8/22/17 | IN000511767 | $ 6.80 | 8/22/17 | IN000511806 | $ 122.40 |
| 8/22/17 | IN000511769 | $ 157.50 | 8/22/17 | IN000512038 | $ 10,017.00 |
| 8/22/17 | IN000511770 | $ 145.80 | 8/22/17 | IN000512053 | $ 11,955.60 |
| 8/22/17 | IN000511771 | $ 6.80 | 8/22/17 | IN000512078 | $ 31,217.40 |
| 8/22/17 | IN000511772 | $ 157.50 | 8/22/17 | IN000512120 | $ 45,701.10 |
| 8/22/17 | IN000511773 | $ 157.50 | 8/23/17 | IN000512356 | $ 296.10 |
| 8/22/17 | IN000511774 | $ 8.75 | 8/23/17 | IN000512357 | $ 145.80 |
| 8/22/17 | IN000511775 | $ 14.58 | 8/23/17 | IN000512358 | $ 296.10 |
| 8/22/17 | IN000511776 | $ 414.07 | 8/23/17 | IN000512359 | $ 145.80 |
| 8/22/17 | IN000511777 | $ 14.58 | 8/23/17 | IN000512360 | $ 425.74 |
| 8/22/17 | IN000511778 | $ 326.59 | 8/23/17 | IN000512581 | $ 18,086.40 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 8/23/17 | IN000512617 | $ 16,082.10 | 8/24/17 | IN000512878 | $ 261.90 |
| 8/23/17 | IN000512621 | $ 3,402.00 | 8/24/17 | IN000512879 | $ 55.89 |
| 8/23/17 | IN000512623 | $ 648.00 | 8/24/17 | IN000512880 | $ 261.90 |
| 8/24/17 | IN000512832 | $ 261.90 | 8/24/17 | IN000512881 | $ 157.50 |
| 8/24/17 | IN000512844 | $ 414.07 | 8/24/17 | IN000512882 | $ 105.30 |
| 8/24/17 | IN000512845 | $ 261.90 | 8/24/17 | IN000512883 | $ 145.80 |
| 8/24/17 | IN000512846 | $ 157.50 | 8/24/17 | IN000513046 | $ 3,672.00 |
| 8/24/17 | IN000512847 | $ 261.90 | 8/24/17 | IN000513081 | $ 35,559.00 |
| 8/24/17 | IN000512848 | $ 425.74 | 8/25/17 | IN000513223 | $ 157.50 |
| 8/24/17 | IN000512849 | $ 261.90 | 8/25/17 | IN000513229 | $ 414.07 |
| 8/24/17 | IN000512850 | $ 523.80 | 8/25/17 | IN000513230 | $ 157.50 |
| 8/24/17 | IN000512851 | $ 38.88 | 8/25/17 | IN000513231 | $ 145.80 |
| 8/24/17 | IN000512852 | $ 425.74 | 8/25/17 | IN000513232 | $ 306.00 |
| 8/24/17 | IN000512853 | $ 653.18 | 8/25/17 | IN000513233 | $ 13.61 |
| 8/24/17 | IN000512854 | $ 157.50 | 8/25/17 | IN000513234 | $ 6.80 |
| 8/24/17 | IN000512855 | $ 291.60 | 8/25/17 | IN000513235 | $ 14.58 |
| 8/24/17 | IN000512856 | $ 414.07 | 8/25/17 | IN000513236 | $ 12.15 |
| 8/24/17 | IN000512857 | $ 425.74 | 8/25/17 | IN000513237 | $ 6.80 |
| 8/24/17 | IN000512858 | $ 157.50 | 8/25/17 | IN000513238 | $ 276.30 |
| 8/24/17 | IN000512859 | $ 157.50 | 8/25/17 | IN000513239 | $ 34.02 |
| 8/24/17 | IN000512860 | $ 1,306.37 | 8/25/17 | IN000513240 | $ 14.58 |
| 8/24/17 | IN000512861 | $ 839.81 | 8/28/17 | IN000513511 | $ 14.58 |
| 8/24/17 | IN000512862 | $ 425.74 | 8/28/17 | IN000513512 | $ 16.77 |
| 8/24/17 | IN000512863 | $ 425.74 | 8/28/17 | IN000513513 | $ 145.80 |
| 8/24/17 | IN000512864 | $ 326.59 | 8/28/17 | IN000513514 | $ 145.80 |
| 8/24/17 | IN000512865 | $ 414.07 | 8/28/17 | IN000513515 | $ 145.80 |
| 8/24/17 | IN000512866 | $ 291.60 | 8/28/17 | IN000513516 | $ 14.58 |
| 8/24/17 | IN000512867 | $ 425.74 | 8/28/17 | IN000513517 | $ 296.10 |
| 8/24/17 | IN000512868 | $ 631.80 | 8/28/17 | IN000513518 | $ 276.30 |
| 8/24/17 | IN000512869 | $ 157.50 | 8/28/17 | IN000513519 | $ 306.00 |
| 8/24/17 | IN000512870 | $ 425.74 | 8/28/17 | IN000513520 | $ 157.50 |
| 8/24/17 | IN000512871 | $ 326.59 | 8/28/17 | IN000513521 | $ 8.75 |
| 8/24/17 | IN000512872 | $ 315.90 | 8/28/17 | IN000513522 | $ 6.80 |
| 8/24/17 | IN000512873 | $ 315.90 | 8/28/17 | IN000513523 | $ 414.07 |
| 8/24/17 | IN000512874 | $ 947.70 | 8/28/17 | IN000513524 | $ 145.80 |
| 8/24/17 | IN000512875 | $ 315.90 | 8/28/17 | IN000513525 | $ 291.60 |
| 8/24/17 | IN000512876 | $ 315.90 | 8/28/17 | IN000513526 | $ 326.59 |
| 8/24/17 | IN000512877 | $ 315.90 | 8/28/17 | IN000513527 | $ 291.60 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 8/28/17 | IN000513528 | $ 291.60 | 8/31/17 | IN000515450 | $ 157.50 |
| 8/28/17 | IN000513529 | $ 134.10 | 8/31/17 | IN000515451 | $ 93.31 |
| 8/31/17 | IN000515183 | $ 24,219.00 | 8/31/17 | IN000515452 | $ 291.60 |
| 8/31/17 | IN000515191 | $ 12,004.20 | 8/31/17 | IN000515453 | $ 326.59 |
| 8/31/17 | IN000515185 | $ 25,890.30 | 8/31/17 | IN000515454 | $ 145.80 |
| 8/31/17 | IN000515417 | $ 145.80 | 8/31/17 | IN000515455 | $ 145.80 |
| 8/31/17 | IN000515418 | $ 291.60 | 8/31/17 | IN000515456 | $ 145.80 |
| 8/31/17 | IN000515419 | $ 8.75 | 8/31/17 | IN000515458 | $ 145.80 |
| 8/31/17 | IN000515420 | $ 16.77 | 8/31/17 | IN000515459 | $ 145.80 |
| 8/31/17 | IN000515421 | $ 291.60 | 8/31/17 | IN000515460 | $ 145.80 |
| 8/31/17 | IN000515422 | $ 261.90 | 8/31/17 | IN000515461 | $ 122.40 |
| 8/31/17 | IN000515423 | $ 16.77 | 8/31/17 | IN000515462 | $ 145.80 |
| 8/31/17 | IN000515424 | $ 261.90 | 8/31/17 | IN000515463 | $ 16.77 |
| 8/31/17 | IN000515425 | $ 414.07 | 8/31/17 | IN000515464 | $ 145.80 |
| 8/31/17 | IN000515426 | $ 134.10 | 8/31/17 | IN000515465 | $ 145.80 |
| 8/31/17 | IN000515427 | $ 134.10 | 8/31/17 | IN000515466 | $ 276.30 |
| 8/31/17 | IN000515428 | $ 326.59 | 8/31/17 | IN000515467 | $ 326.59 |
| 8/31/17 | IN000515429 | $ 414.07 | 8/31/17 | IN000515468 | $ 12.15 |
| 8/31/17 | IN000515430 | $ 414.07 | 8/31/17 | IN000515469 | $ 145.80 |
| 8/31/17 | IN000515431 | $ 145.80 | 8/31/17 | IN000515470 | $ 198.00 |
| 8/31/17 | IN000515432 | $ 16.77 | 8/31/17 | IN000515471 | $ 308.37 |
| 8/31/17 | IN000515433 | $ 105.30 | 8/31/17 | IN000515472 | $ 145.80 |
| 8/31/17 | IN000515434 | $ 16.77 | 8/31/17 | IN000515473 | $ 145.80 |
| 8/31/17 | IN000515435 | $ 34.02 | 8/31/17 | IN000515474 | $ 145.80 |
| 8/31/17 | IN000515436 | $ 145.80 | 8/31/17 | IN000515475 | $ 145.80 |
| 8/31/17 | IN000515437 | $ 145.80 | 8/31/17 | IN000515476 | $ 145.80 |
| 8/31/17 | IN000515438 | $ 134.10 | 8/31/17 | IN000515477 | $ 326.59 |
| 8/31/17 | IN000515439 | $ 326.59 | 8/31/17 | IN000515478 | $ 198.00 |
| 8/31/17 | IN000515440 | $ 291.60 | 8/31/17 | IN000515479 | $ 326.59 |
| 8/31/17 | IN000515441 | $ 379.08 | 8/31/17 | IN000515480 | $ 145.80 |
| 8/31/17 | IN000515442 | $ 306.00 | 8/31/17 | IN000515481 | $ 425.74 |
| 8/31/17 | IN000515443 | $ 86.99 | 8/31/17 | IN000515482 | $ 145.80 |
| 8/31/17 | IN000515444 | $ 13.61 | 8/31/17 | IN000515483 | $ 134.10 |
| 8/31/17 | IN000515445 | $ 262.44 | 8/31/17 | IN000515484 | $ 122.40 |
| 8/31/17 | IN000515446 | $ 414.07 | 8/31/17 | IN000515485 | $ 326.59 |
| 8/31/17 | IN000515447 | $ 145.80 | 8/31/17 | IN000515486 | $ 268.20 |
| 8/31/17 | IN000515448 | $ 291.60 | 8/31/17 | IN000515487 | $ 315.90 |
| 8/31/17 | IN000515449 | $ 145.80 | 8/31/17 | IN000515488 | $ 414.07 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 8/31/17 | IN000515489 | $ 52.97 | 8/31/17 | IN000515543 | $ 145.80 |
| 8/31/17 | IN000515490 | $ 145.80 | 8/31/17 | IN000515544 | $ 134.10 |
| 8/31/17 | IN000515491 | $ 8.75 | 8/31/17 | IN000515545 | $ 122.40 |
| 8/31/17 | IN000515492 | $ 145.80 | 8/31/17 | IN000515546 | $ 14.58 |
| 8/31/17 | IN000515493 | $ 145.80 | 8/31/17 | IN000515547 | $ 276.30 |
| 8/31/17 | IN000515494 | $ 145.80 | 8/31/17 | IN000515548 | $ 414.07 |
| 8/31/17 | IN000515495 | $ 145.80 | 8/31/17 | IN000515549 | $ 16.77 |
| 8/31/17 | IN000515496 | $ 145.80 | 8/31/17 | IN000515550 | $ 157.50 |
| 8/31/17 | IN000515497 | $ 145.80 | 8/31/17 | IN000515552 | $ 145.80 |
| 8/31/17 | IN000515498 | $ 145.80 | 8/31/17 | IN000515554 | $ 19.44 |
| 8/31/17 | IN000515499 | $ 145.80 | 8/31/17 | IN000515555 | $ 134.10 |
| 8/31/17 | IN000515500 | $ 145.80 | 8/31/17 | IN000515557 | $ 145.80 |
| 8/31/17 | IN000515501 | $ 14.58 | 8/31/17 | IN000515559 | $ 145.80 |
| 8/31/17 | IN000515502 | $ 145.80 | 8/31/17 | IN000515561 | $ 291.60 |
| 8/31/17 | IN000515503 | $ 134.10 | 8/31/17 | IN000515562 | $ 244.80 |
| 8/31/17 | IN000515504 | $ 105.30 | 8/31/17 | IN000515564 | $ 145.80 |
| 8/31/17 | IN000515505 | $ 145.80 | 8/31/17 | IN000515565 | $ 296.10 |
| 8/31/17 | IN000515507 | $ 414.07 | 8/31/17 | IN000515567 | $ 145.80 |
| 8/31/17 | IN000515508 | $ 145.80 | 8/31/17 | IN000515568 | $ 145.80 |
| 8/31/17 | IN000515509 | $ 145.80 | 8/31/17 | IN000515570 | $ 291.60 |
| 8/31/17 | IN000515510 | $ 145.80 | 8/31/17 | IN000515571 | $ 326.59 |
| 8/31/17 | IN000515511 | $ 145.80 | 8/31/17 | IN000515573 | $ 145.80 |
| 8/31/17 | IN000515512 | $ 261.90 | 8/31/17 | IN000515575 | $ 461.70 |
| 8/31/17 | IN000515513 | $ 12.15 | 8/31/17 | IN000515577 | $ 326.59 |
| 8/31/17 | IN000515514 | $ 145.80 | 8/31/17 | IN000515579 | $ 326.59 |
| 8/31/17 | IN000515516 | $ 262.44 | 8/31/17 | IN000515581 | $ 28.92 |
| 8/31/17 | IN000515524 | $ 145.80 | 8/31/17 | IN000515583 | $ 122.40 |
| 8/31/17 | IN000515527 | $ 198.00 | 8/31/17 | IN000515584 | $ 145.80 |
| 8/31/17 | IN000515529 | $ 145.80 | 8/31/17 | IN000515585 | $ 145.80 |
| 8/31/17 | IN000515531 | $ 16.77 | 8/31/17 | IN000515587 | $ 145.80 |
| 8/31/17 | IN000515533 | $ 145.80 | 8/31/17 | IN000515588 | $ 105.30 |
| 8/31/17 | IN000515535 | $ 14.58 | 8/31/17 | IN000515590 | $ 145.80 |
| 8/31/17 | IN000515537 | $ 134.10 | 8/31/17 | IN000515591 | $ 145.80 |
| 8/31/17 | IN000515538 | $ 414.07 | 8/31/17 | IN000515593 | $ 14.58 |
| 8/31/17 | IN000515539 | $ 414.07 | 8/31/17 | IN000515595 | $ 145.80 |
| 8/31/17 | IN000515540 | $ 12.15 | 8/31/17 | IN000515597 | $ 326.59 |
| 8/31/17 | IN000515541 | $ 414.07 | 8/31/17 | IN000515599 | $ 145.80 |
| 8/31/17 | IN000515542 | $ 414.00 | 8/31/17 | IN000515600 | $ 414.07 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 8/31/17 | IN000515601 | $ 145.80 | 9/5/17 | IN000516008 | $ 145.80 |
| 8/31/17 | IN000515602 | $ 157.50 | 9/5/17 | IN000516009 | $ 198.00 |
| 8/31/17 | IN000515603 | $ 425.74 | 9/5/17 | IN000516010 | $ 414.07 |
| 8/31/17 | IN000515604 | $ 291.60 | 9/5/17 | IN000516011 | $ 105.30 |
| 8/31/17 | IN000515605 | $ 296.10 | 9/5/17 | IN000516012 | $ 122.40 |
| 8/31/17 | IN000515606 | $ 145.80 | 9/5/17 | IN000516013 | $ 157.50 |
| 8/31/17 | IN000515607 | $ 145.80 | 9/5/17 | IN000516014 | $ 414.07 |
| 8/31/17 | IN000515608 | $ 145.80 | 9/5/17 | IN000516015 | $ 19.44 |
| 8/31/17 | IN000515609 | $ 145.80 | 9/5/17 | IN000516016 | $ 326.59 |
| 8/31/17 | IN000515610 | $ 326.59 | 9/5/17 | IN000516017 | $ 163.30 |
| 8/31/17 | IN000515611 | $ 157.50 | 9/5/17 | IN000516018 | $ 145.80 |
| 8/31/17 | IN000515612 | $ 145.80 | 9/5/17 | IN000516019 | $ 425.74 |
| 8/31/17 | IN000515613 | $ 145.80 | 9/5/17 | IN000516020 | $ 251.10 |
| 8/31/17 | IN000515614 | $ 134.10 | 9/5/17 | IN000516021 | $ 262.44 |
| 8/31/17 | IN000515615 | $ 16.77 | 9/5/17 | IN000516022 | $ 134.10 |
| 8/31/17 | IN000515616 | $ 414.07 | 9/5/17 | IN000516024 | $ 93.31 |
| 8/31/17 | IN000515617 | $ 157.50 | 9/5/17 | IN000516025 | $ 145.80 |
| 8/31/17 | IN000515618 | $ 291.60 | 9/5/17 | IN000516026 | $ 276.30 |
| 8/31/17 | IN000515619 | $ 134.10 | 9/5/17 | IN000516027 | $ 145.80 |
| 8/31/17 | IN000515620 | $ 145.80 | 9/5/17 | IN000516029 | $ 145.80 |
| 8/31/17 | IN000515621 | $ 145.80 | 9/5/17 | IN000516030 | $ 291.60 |
| 8/31/17 | IN000515622 | $ 145.80 | 9/5/17 | IN000516031 | $ 134.10 |
| 8/31/17 | IN000515623 | $ 291.60 | 9/5/17 | IN000516032 | $ 145.80 |
| 8/31/17 | IN000515624 | $ 145.80 | 9/5/17 | IN000516033 | $ 145.80 |
| 8/31/17 | IN000515625 | $ 145.80 | 9/5/17 | IN000516034 | $ 145.80 |
| 8/31/17 | IN000515626 | $ 414.07 | 9/5/17 | IN000516035 | $ 93.31 |
| 8/31/17 | IN000515627 | $ 145.80 | 9/5/17 | IN000516036 | $ 379.08 |
| 8/31/17 | IN000515628 | $ 34.02 | 9/5/17 | IN000516037 | $ 122.40 |
| 9/1/17 | IN000515843 | $ 1,186.20 | 9/5/17 | IN000516038 | $ 145.80 |
| 9/5/17 | IN000515993 | $ 425.74 | 9/5/17 | IN000516039 | $ 122.40 |
| 9/5/17 | IN000515994 | $ 157.50 | 9/5/17 | IN000516040 | $ 134.10 |
| 9/5/17 | IN000516001 | $ 145.80 | 9/5/17 | IN000516041 | $ 291.60 |
| 9/5/17 | IN000516002 | $ 122.40 | 9/5/17 | IN000516042 | $ 145.80 |
| 9/5/17 | IN000516003 | $ 145.80 | 9/5/17 | IN000516043 | $ 296.10 |
| 9/5/17 | IN000516004 | $ 145.80 | 9/5/17 | IN000516044 | $ 296.10 |
| 9/5/17 | IN000516005 | $ 134.10 | 9/5/17 | IN000516045 | $ 296.10 |
| 9/5/17 | IN000516006 | $ 291.60 | 9/5/17 | IN000516173 | $ 1,215.00 |
| 9/5/17 | IN000516007 | $ 296.10 | 9/5/17 | IN000516171 | $ 7,009.20 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/5/17 | IN000516177 | $ 1,134.00 | 9/6/17 | IN000516371 | $ 157.50 |
| 9/6/17 | IN000516332 | $ 145.80 | 9/6/17 | IN000516372 | $ 326.59 |
| 9/6/17 | IN000516333 | $ 145.80 | 9/6/17 | IN000516373 | $ 145.80 |
| 9/6/17 | IN000516334 | $ 276.30 | 9/6/17 | IN000516374 | $ 296.10 |
| 9/6/17 | IN000516335 | $ 145.80 | 9/6/17 | IN000516375 | $ 145.80 |
| 9/6/17 | IN000516337 | $ 145.80 | 9/6/17 | IN000516376 | $ 134.10 |
| 9/6/17 | IN000516338 | $ 105.30 | 9/6/17 | IN000516377 | $ 12.15 |
| 9/6/17 | IN000516339 | $ 326.59 | 9/6/17 | IN000516378 | $ 145.80 |
| 9/6/17 | IN000516340 | $ 12.15 | 9/6/17 | IN000516379 | $ 134.10 |
| 9/6/17 | IN000516341 | $ 145.80 | 9/6/17 | IN000516380 | $ 291.60 |
| 9/6/17 | IN000516342 | $ 145.80 | 9/6/17 | IN000516381 | $ 306.00 |
| 9/6/17 | IN000516343 | $ 276.30 | 9/6/17 | IN000516382 | $ 296.10 |
| 9/6/17 | IN000516344 | $ 16.77 | 9/6/17 | IN000516383 | $ 145.80 |
| 9/6/17 | IN000516345 | $ 296.10 | 9/6/17 | IN000516384 | $ 291.60 |
| 9/6/17 | IN000516346 | $ 12.15 | 9/6/17 | IN000516385 | $ 105.30 |
| 9/6/17 | IN000516347 | $ 276.30 | 9/6/17 | IN000516386 | $ 134.10 |
| 9/6/17 | IN000516348 | $ 326.59 | 9/6/17 | IN000516387 | $ 261.90 |
| 9/6/17 | IN000516349 | $ 145.80 | 9/6/17 | IN000516388 | $ 145.80 |
| 9/6/17 | IN000516350 | $ 306.00 | 9/6/17 | IN000516389 | $ 134.10 |
| 9/6/17 | IN000516351 | $ 134.10 | 9/6/17 | IN000516390 | $ 134.10 |
| 9/6/17 | IN000516352 | $ 145.80 | 9/6/17 | IN000516392 | $ 93.31 |
| 9/6/17 | IN000516353 | $ 276.30 | 9/6/17 | IN000516394 | $ 145.80 |
| 9/6/17 | IN000516354 | $ 145.80 | 9/6/17 | IN000516395 | $ 105.30 |
| 9/6/17 | IN000516355 | $ 145.80 | 9/6/17 | IN000516396 | $ 276.30 |
| 9/6/17 | IN000516356 | $ 274.10 | 9/6/17 | IN000516397 | $ 425.74 |
| 9/6/17 | IN000516357 | $ 16.77 | 9/6/17 | IN000516398 | $ 326.59 |
| 9/6/17 | IN000516358 | $ 122.40 | 9/6/17 | IN000516399 | $ 134.10 |
| 9/6/17 | IN000516359 | $ 296.10 | 9/6/17 | IN000516400 | $ 306.00 |
| 9/6/17 | IN000516360 | $ 134.10 | 9/6/17 | IN000516401 | $ 157.50 |
| 9/6/17 | IN000516361 | $ 145.80 | 9/6/17 | IN000516402 | $ 134.10 |
| 9/6/17 | IN000516362 | $ 157.50 | 9/6/17 | IN000516403 | $ 157.50 |
| 9/6/17 | IN000516363 | $ 93.31 | 9/6/17 | IN000516404 | $ 157.50 |
| 9/6/17 | IN000516364 | $ 326.59 | 9/6/17 | IN000516405 | $ 134.10 |
| 9/6/17 | IN000516365 | $ 296.10 | 9/6/17 | IN000516406 | $ 93.31 |
| 9/6/17 | IN000516367 | $ 145.80 | 9/6/17 | IN000516407 | $ 414.07 |
| 9/6/17 | IN000516368 | $ 198.00 | 9/6/17 | IN000516408 | $ 134.10 |
| 9/6/17 | IN000516369 | $ 105.30 | 9/6/17 | IN000516409 | $ 303.30 |
| 9/6/17 | IN000516370 | $ 16.77 | 9/6/17 | IN000516410 | $ 134.10 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/6/17 | IN000516411 | $ 326.59 | 9/7/17 | IN000516935 | $ 105.30 |
| 9/6/17 | IN000516412 | $ 157.50 | 9/7/17 | IN000516936 | $ 21.38 |
| 9/6/17 | IN000516413 | $ 157.50 | 9/7/17 | IN000516937 | $ 13.61 |
| 9/6/17 | IN000516414 | $ 279.90 | 9/7/17 | IN000516938 | $ 276.30 |
| 9/6/17 | IN000516415 | $ 122.40 | 9/7/17 | IN000516939 | $ 296.10 |
| 9/6/17 | IN000516416 | $ 157.50 | 9/7/17 | IN000516940 | $ 14.58 |
| 9/6/17 | IN000516417 | $ 157.50 | 9/7/17 | IN000516941 | $ 414.07 |
| 9/6/17 | IN000516418 | $ 134.10 | 9/7/17 | IN000516942 | $ 157.50 |
| 9/6/17 | IN000516419 | $ 134.10 | 9/7/17 | IN000516944 | $ 16.77 |
| 9/6/17 | IN000516420 | $ 198.00 | 9/7/17 | IN000516945 | $ 276.30 |
| 9/6/17 | IN000516421 | $ 134.10 | 9/7/17 | IN000516946 | $ 276.30 |
| 9/6/17 | IN000516422 | $ 145.80 | 9/7/17 | IN000516947 | $ 157.50 |
| 9/6/17 | IN000516423 | $ 145.80 | 9/7/17 | IN000516948 | $ 296.10 |
| 9/6/17 | IN000516424 | $ 93.31 | 9/7/17 | IN000516949 | $ 379.08 |
| 9/6/17 | IN000516426 | $ 145.80 | 9/7/17 | IN000516950 | $ 326.59 |
| 9/6/17 | IN000516427 | $ 145.80 | 9/7/17 | IN000516951 | $ 16.77 |
| 9/6/17 | IN000516428 | $ 145.80 | 9/7/17 | IN000516952 | $ 12.15 |
| 9/6/17 | IN000516429 | $ 145.80 | 9/7/17 | IN000516953 | $ 296.10 |
| 9/6/17 | IN000516430 | $ 296.10 | 9/7/17 | IN000516954 | $ 8.75 |
| 9/6/17 | IN000516431 | $ 105.30 | 9/7/17 | IN000516955 | $ 145.80 |
| 9/6/17 | IN000516432 | $ 276.30 | 9/7/17 | IN000516956 | $ 145.80 |
| 9/6/17 | IN000516433 | $ 296.10 | 9/7/17 | IN000516957 | $ 326.59 |
| 9/6/17 | IN000516434 | $ 296.10 | 9/7/17 | IN000516958 | $ 157.50 |
| 9/6/17 | IN000516701 | $ 48,438.00 | 9/7/17 | IN000516959 | $ 105.30 |
| 9/7/17 | IN000516893 | $ 145.80 | 9/7/17 | IN000516960 | $ 291.60 |
| 9/7/17 | IN000516896 | $ 315.90 | 9/7/17 | IN000516961 | $ 16.77 |
| 9/7/17 | IN000516897 | $ 157.50 | 9/7/17 | IN000516962 | $ 145.80 |
| 9/7/17 | IN000516898 | $ 93.31 | 9/7/17 | IN000516963 | $ 326.59 |
| 9/7/17 | IN000516900 | $ 326.59 | 9/7/17 | IN000516964 | $ 414.07 |
| 9/7/17 | IN000516901 | $ 145.80 | 9/7/17 | IN000516965 | $ 8.75 |
| 9/7/17 | IN000516911 | $ 157.50 | 9/7/17 | IN000516966 | $ 134.10 |
| 9/7/17 | IN000516927 | $ 12.15 | 9/7/17 | IN000516967 | $ 145.80 |
| 9/7/17 | IN000516929 | $ 28.92 | 9/7/17 | IN000516968 | $ 296.10 |
| 9/7/17 | IN000516930 | $ 16.77 | 9/7/17 | IN000516969 | $ 291.60 |
| 9/7/17 | IN000516931 | $ 296.10 | 9/7/17 | IN000516970 | $ 291.60 |
| 9/7/17 | IN000516932 | $ 16.77 | 9/7/17 | IN000516971 | $ 122.40 |
| 9/7/17 | IN000516933 | $ 16.77 | 9/7/17 | IN000516972 | $ 105.30 |
| 9/7/17 | IN000516934 | $ 308.37 | 9/7/17 | IN000516973 | $ 145.80 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/7/17 | IN000516974 | $ 306.00 | 9/8/17 | IN000517366 | $ 122.40 |
| 9/7/17 | IN000516975 | $ 8.75 | 9/8/17 | IN000517367 | $ 261.90 |
| 9/7/17 | IN000516976 | $ 157.50 | 9/8/17 | IN000517369 | $ 145.80 |
| 9/7/17 | IN000516977 | $ 414.07 | 9/8/17 | IN000517370 | $ 6.80 |
| 9/7/17 | IN000516978 | $ 414.07 | 9/8/17 | IN000517371 | $ 276.30 |
| 9/7/17 | IN000516979 | $ 390.74 | 9/8/17 | IN000517372 | $ 8.75 |
| 9/7/17 | IN000516980 | $ 379.08 | 9/8/17 | IN000517373 | $ 145.80 |
| 9/7/17 | IN000516981 | $ 296.10 | 9/8/17 | IN000517375 | $ 145.80 |
| 9/7/17 | IN000516982 | $ 134.10 | 9/8/17 | IN000517376 | $ 326.59 |
| 9/7/17 | IN000516983 | $ 145.80 | 9/8/17 | IN000517377 | $ 16.77 |
| 9/7/17 | IN000516984 | $ 276.30 | 9/8/17 | IN000517378 | $ 291.60 |
| 9/7/17 | IN000516985 | $ 276.30 | 9/8/17 | IN000517379 | $ 6.80 |
| 9/7/17 | IN000516986 | $ 296.10 | 9/8/17 | IN000517380 | $ 145.80 |
| 9/7/17 | IN000516987 | $ 414.07 | 9/8/17 | IN000517381 | $ 145.80 |
| 9/7/17 | IN000516988 | $ 157.50 | 9/8/17 | IN000517382 | $ 145.80 |
| 9/7/17 | IN000516989 | $ 425.70 | 9/8/17 | IN000517383 | $ 291.60 |
| 9/7/17 | IN000516990 | $ 157.50 | 9/8/17 | IN000517384 | $ 145.80 |
| 9/7/17 | IN000516991 | $ 19.44 | 9/8/17 | IN000517385 | $ 157.50 |
| 9/7/17 | IN000516992 | $ 105.30 | 9/8/17 | IN000517386 | $ 157.50 |
| 9/7/17 | IN000516993 | $ 122.40 | 9/8/17 | IN000517387 | $ 145.80 |
| 9/7/17 | IN000516994 | $ 134.10 | 9/8/17 | IN000517388 | $ 14.58 |
| 9/7/17 | IN000516995 | $ 8.75 | 9/8/17 | IN000517389 | $ 145.80 |
| 9/7/17 | IN000516996 | $ 425.70 | 9/8/17 | IN000517390 | $ 134.10 |
| 9/7/17 | IN000516997 | $ 6.80 | 9/8/17 | IN000517391 | $ 16.77 |
| 9/7/17 | IN000516998 | $ 122.40 | 9/8/17 | IN000517392 | $ 157.50 |
| 9/7/17 | IN000516999 | $ 145.80 | 9/8/17 | IN000517393 | $ 93.31 |
| 9/7/17 | IN000517000 | $ 134.10 | 9/8/17 | IN000517394 | $ 291.60 |
| 9/7/17 | IN000517001 | $ 93.31 | 9/8/17 | IN000517395 | $ 291.60 |
| 9/7/17 | IN000517003 | $ 145.80 | 9/8/17 | IN000517396 | $ 134.10 |
| 9/7/17 | IN000517004 | $ 145.80 | 9/8/17 | IN000517397 | $ 414.07 |
| 9/7/17 | IN000517005 | $ 157.50 | 9/8/17 | IN000517398 | $ 114.05 |
| 9/7/17 | IN000517006 | $ 157.50 | 9/8/17 | IN000517399 | $ 276.30 |
| 9/7/17 | IN000517007 | $ 261.90 | 9/8/17 | IN000517400 | $ 296.10 |
| 9/7/17 | IN000517008 | $ 291.60 | 9/8/17 | IN000517401 | $ 105.30 |
| 9/7/17 | IN000517009 | $ 6.80 | 9/8/17 | IN000517402 | $ 308.37 |
| 9/7/17 | IN000517010 | $ 16.77 | 9/8/17 | IN000517403 | $ 145.80 |
| 9/7/17 | IN000517011 | $ 145.80 | 9/8/17 | IN000517404 | $ 425.74 |
| 9/8/17 | IN000517365 | $ 145.80 | 9/8/17 | IN000517548 | $ 7,160.40 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/11/17 | IN000517706 | $ 6.80 | 9/12/17 | IN000517996 | $ 296.10 |
| 9/11/17 | IN000517707 | $ 291.60 | 9/12/17 | IN000517997 | $ 291.60 |
| 9/11/17 | IN000517708 | $ 145.80 | 9/12/17 | IN000517998 | $ 145.80 |
| 9/11/17 | IN000517709 | $ 145.80 | 9/12/17 | IN000517999 | $ 291.60 |
| 9/11/17 | IN000517710 | $ 93.31 | 9/12/17 | IN000518000 | $ 291.60 |
| 9/11/17 | IN000517711 | $ 28.92 | 9/12/17 | IN000518001 | $ 145.80 |
| 9/11/17 | IN000517712 | $ 425.74 | 9/12/17 | IN000518002 | $ 172.08 |
| 9/11/17 | IN000517713 | $ 145.80 | 9/12/17 | IN000518003 | $ 17.50 |
| 9/11/17 | IN000517714 | $ 122.40 | 9/12/17 | IN000518004 | $ 414.07 |
| 9/11/17 | IN000517715 | $ 16.77 | 9/12/17 | IN000518005 | $ 164.30 |
| 9/11/17 | IN000517716 | $ 291.60 | 9/12/17 | IN000518006 | $ 198.00 |
| 9/11/17 | IN000517718 | $ 134.10 | 9/12/17 | IN000518007 | $ 38.88 |
| 9/11/17 | IN000517719 | $ 414.07 | 9/12/17 | IN000518008 | $ 134.10 |
| 9/11/17 | IN000517720 | $ 93.31 | 9/12/17 | IN000518009 | $ 472.39 |
| 9/11/17 | IN000517721 | $ 134.10 | 9/12/17 | IN000518010 | $ 105.30 |
| 9/11/17 | IN000517723 | $ 134.10 | 9/12/17 | IN000518011 | $ 145.80 |
| 9/11/17 | IN000517724 | $ 93.31 | 9/12/17 | IN000518012 | $ 28.92 |
| 9/11/17 | IN000517725 | $ 105.30 | 9/12/17 | IN000518013 | $ 296.10 |
| 9/11/17 | IN000517726 | $ 145.80 | 9/12/17 | IN000518014 | $ 105.30 |
| 9/11/17 | IN000517727 | $ 198.00 | 9/12/17 | IN000518015 | $ 414.07 |
| 9/11/17 | IN000517729 | $ 145.80 | 9/12/17 | IN000518016 | $ 145.80 |
| 9/11/17 | IN000517730 | $ 122.40 | 9/12/17 | IN000518017 | $ 145.80 |
| 9/11/17 | IN000517731 | $ 145.80 | 9/12/17 | IN000518018 | $ 276.30 |
| 9/11/17 | IN000517732 | $ 291.60 | 9/12/17 | IN000518019 | $ 134.10 |
| 9/11/17 | IN000517733 | $ 16.77 | 9/12/17 | IN000518020 | $ 145.80 |
| 9/12/17 | IN000517982 | $ 296.10 | 9/12/17 | IN000518021 | $ 198.00 |
| 9/12/17 | IN000517983 | $ 145.80 | 9/12/17 | IN000518023 | $ 145.80 |
| 9/12/17 | IN000517984 | $ 145.80 | 9/12/17 | IN000518024 | $ 145.80 |
| 9/12/17 | IN000517985 | $ 134.10 | 9/12/17 | IN000518025 | $ 93.31 |
| 9/12/17 | IN000517986 | $ 296.10 | 9/12/17 | IN000518026 | $ 154.55 |
| 9/12/17 | IN000517987 | $ 145.80 | 9/12/17 | IN000518027 | $ 296.10 |
| 9/12/17 | IN000517988 | $ 12.15 | 9/12/17 | IN000518029 | $ 262.44 |
| 9/12/17 | IN000517989 | $ 145.80 | 9/12/17 | IN000518030 | $ 145.80 |
| 9/12/17 | IN000517990 | $ 134.10 | 9/12/17 | IN000518031 | $ 157.50 |
| 9/12/17 | IN000517991 | $ 414.07 | 9/12/17 | IN000518032 | $ 16.77 |
| 9/12/17 | IN000517992 | $ 16.77 | 9/12/17 | IN000518033 | $ 145.80 |
| 9/12/17 | IN000517994 | $ 425.74 | 9/12/17 | IN000518034 | $ 326.59 |
| 9/12/17 | IN000517995 | $ 145.80 | 9/12/17 | IN000518035 | $ 315.90 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/12/17 | IN000518036 | $ 145.80 | 9/12/17 | IN000518076 | $ 14.58 |
| 9/12/17 | IN000518037 | $ 291.60 | 9/12/17 | IN000518077 | $ 145.80 |
| 9/12/17 | IN000518038 | $ 134.10 | 9/12/17 | IN000518078 | $ 13.61 |
| 9/12/17 | IN000518039 | $ 134.10 | 9/12/17 | IN000518079 | $ 198.00 |
| 9/12/17 | IN000518040 | $ 105.30 | 9/12/17 | IN000518080 | $ 105.30 |
| 9/12/17 | IN000518042 | $ 93.31 | 9/12/17 | IN000518081 | $ 93.31 |
| 9/12/17 | IN000518043 | $ 145.80 | 9/12/17 | IN000518082 | $ 145.80 |
| 9/12/17 | IN000518044 | $ 16.77 | 9/12/17 | IN000518083 | $ 145.80 |
| 9/12/17 | IN000518045 | $ 198.00 | 9/12/17 | IN000518084 | $ 134.10 |
| 9/12/17 | IN000518046 | $ 198.00 | 9/12/17 | IN000518269 | $ 11,161.80 |
| 9/12/17 | IN000518047 | $ 134.10 | 9/12/17 | IN000518273 | $ 7,792.20 |
| 9/12/17 | IN000518048 | $ 145.80 | 9/12/17 | IN000518275 | $ 1,080.00 |
| 9/12/17 | IN000518049 | $ 296.10 | 9/12/17 | IN000518276 | $ 2,980.80 |
| 9/12/17 | IN000518050 | $ 145.80 | 9/13/17 | IN000518534 | $ 105.30 |
| 9/12/17 | IN000518051 | $ 134.10 | 9/13/17 | IN000518540 | $ 105.30 |
| 9/12/17 | IN000518052 | $ 145.80 | 9/13/17 | IN000518541 | $ 134.10 |
| 9/12/17 | IN000518053 | $ 134.10 | 9/13/17 | IN000518543 | $ 12.15 |
| 9/12/17 | IN000518054 | $ 134.10 | 9/13/17 | IN000518544 | $ 105.30 |
| 9/12/17 | IN000518055 | $ 52.97 | 9/13/17 | IN000518545 | $ 414.07 |
| 9/12/17 | IN000518056 | $ 134.10 | 9/13/17 | IN000518546 | $ 134.10 |
| 9/12/17 | IN000518057 | $ 326.59 | 9/13/17 | IN000518547 | $ 145.80 |
| 9/12/17 | IN000518059 | $ 145.80 | 9/13/17 | IN000518548 | $ 93.31 |
| 9/12/17 | IN000518060 | $ 134.10 | 9/13/17 | IN000518549 | $ 361.34 |
| 9/12/17 | IN000518061 | $ 291.60 | 9/13/17 | IN000518550 | $ 276.30 |
| 9/12/17 | IN000518062 | $ 414.07 | 9/13/17 | IN000518551 | $ 145.80 |
| 9/12/17 | IN000518063 | $ 6.80 | 9/13/17 | IN000518552 | $ 198.00 |
| 9/12/17 | IN000518064 | $ 154.55 | 9/13/17 | IN000518553 | $ 276.30 |
| 9/12/17 | IN000518065 | $ 315.90 | 9/13/17 | IN000518554 | $ 276.30 |
| 9/12/17 | IN000518066 | $ 145.80 | 9/13/17 | IN000518555 | $ 291.60 |
| 9/12/17 | IN000518067 | $ 145.80 | 9/13/17 | IN000518556 | $ 296.10 |
| 9/12/17 | IN000518068 | $ 326.59 | 9/13/17 | IN000518557 | $ 52.97 |
| 9/12/17 | IN000518069 | $ 291.60 | 9/13/17 | IN000518558 | $ 145.80 |
| 9/12/17 | IN000518070 | $ 105.30 | 9/13/17 | IN000518559 | $ 6.80 |
| 9/12/17 | IN000518071 | $ 306.00 | 9/13/17 | IN000518560 | $ 122.40 |
| 9/12/17 | IN000518072 | $ 145.80 | 9/13/17 | IN000518561 | $ 134.10 |
| 9/12/17 | IN000518073 | $ 145.80 | 9/13/17 | IN000518562 | $ 326.59 |
| 9/12/17 | IN000518074 | $ 145.80 | 9/13/17 | IN000518563 | $ 105.30 |
| 9/12/17 | IN000518075 | $ 145.80 | 9/13/17 | IN000518564 | $ 145.80 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/13/17 | IN000518565 | $ 93.31 | 9/14/17 | IN000519001 | $ 276.30 |
| 9/13/17 | IN000518566 | $ 291.60 | 9/14/17 | IN000519002 | $ 326.59 |
| 9/13/17 | IN000518567 | $ 145.80 | 9/14/17 | IN000519003 | $ 145.80 |
| 9/13/17 | IN000518568 | $ 105.30 | 9/14/17 | IN000519004 | $ 276.30 |
| 9/13/17 | IN000518569 | $ 296.10 | 9/14/17 | IN000519005 | $ 296.10 |
| 9/13/17 | IN000518570 | $ 414.07 | 9/14/17 | IN000519006 | $ 276.30 |
| 9/13/17 | IN000518571 | $ 291.60 | 9/14/17 | IN000519007 | $ 296.10 |
| 9/13/17 | IN000518572 | $ 145.80 | 9/14/17 | IN000519009 | $ 134.10 |
| 9/13/17 | IN000518573 | $ 52.97 | 9/14/17 | IN000519010 | $ 93.31 |
| 9/13/17 | IN000518574 | $ 326.59 | 9/14/17 | IN000519011 | $ 122.40 |
| 9/13/17 | IN000518575 | $ 145.80 | 9/14/17 | IN000519012 | $ 12.15 |
| 9/13/17 | IN000518711 | $ 23,797.80 | 9/14/17 | IN000519013 | $ 296.10 |
| 9/13/17 | IN000518730 | $ 17,479.80 | 9/14/17 | IN000519014 | $ 145.80 |
| 9/13/17 | IN000518745 | $ 16,426.80 | 9/14/17 | IN000519015 | $ 93.31 |
| 9/13/17 | IN000518752 | $ 486.00 | 9/15/17 | IN000519437 | $ 4,287.60 |
| 9/13/17 | IN000518763 | $ 1,933.20 | 9/18/17 | IN000519610 | $ 157.50 |
| 9/14/17 | IN000518967 | $ 122.40 | 9/18/17 | IN000519611 | $ 134.10 |
| 9/14/17 | IN000518979 | $ 145.80 | 9/18/17 | IN000519612 | $ 145.80 |
| 9/14/17 | IN000518980 | $ 198.00 | 9/18/17 | IN000519614 | $ 93.31 |
| 9/14/17 | IN000518981 | $ 6.80 | 9/18/17 | IN000519615 | $ 296.10 |
| 9/14/17 | IN000518982 | $ 14.58 | 9/18/17 | IN000519616 | $ 145.80 |
| 9/14/17 | IN000518983 | $ 122.40 | 9/18/17 | IN000519617 | $ 145.80 |
| 9/14/17 | IN000518984 | $ 306.00 | 9/18/17 | IN000519618 | $ 145.80 |
| 9/14/17 | IN000518985 | $ 157.50 | 9/18/17 | IN000519619 | $ 105.30 |
| 9/14/17 | IN000518986 | $ 414.07 | 9/18/17 | IN000519620 | $ 291.60 |
| 9/14/17 | IN000518987 | $ 276.30 | 9/18/17 | IN000519621 | $ 414.07 |
| 9/14/17 | IN000518988 | $ 326.59 | 9/18/17 | IN000519622 | $ 276.30 |
| 9/14/17 | IN000518989 | $ 145.80 | 9/18/17 | IN000519623 | $ 105.30 |
| 9/14/17 | IN000518990 | $ 134.10 | 9/18/17 | IN000519624 | $ 6.80 |
| 9/14/17 | IN000518991 | $ 291.60 | 9/18/17 | IN000519625 | $ 16.77 |
| 9/14/17 | IN000518992 | $ 6.80 | 9/18/17 | IN000519626 | $ 198.00 |
| 9/14/17 | IN000518993 | $ 93.31 | 9/18/17 | IN000519627 | $ 16.77 |
| 9/14/17 | IN000518994 | $ 145.80 | 9/18/17 | IN000519628 | $ 93.31 |
| 9/14/17 | IN000518996 | $ 390.74 | 9/18/17 | IN000519629 | $ 6.80 |
| 9/14/17 | IN000518997 | $ 145.80 | 9/18/17 | IN000519630 | $ 291.60 |
| 9/14/17 | IN000518998 | $ 276.30 | 9/18/17 | IN000519631 | $ 283.10 |
| 9/14/17 | IN000518999 | $ 198.00 | 9/18/17 | IN000519632 | $ 276.30 |
| 9/14/17 | IN000519000 | $ 145.80 | 9/18/17 | IN000519633 | $ 6.80 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 9/18/17 | IN000519634 | $ 6.80 | 9/18/17 | IN000519660 | $ 12.15 |
| 9/18/17 | IN000519635 | $ 16.77 | 9/18/17 | IN000519661 | $ 16.77 |
| 9/18/17 | IN000519636 | $ 145.80 | 9/18/17 | IN000519662 | $ 145.80 |
| 9/18/17 | IN000519637 | $ 276.30 | 9/18/17 | IN000519663 | $ 145.80 |
| 9/18/17 | IN000519638 | $ 6.80 | 9/18/17 | IN000519664 | $ 12.15 |
| 9/18/17 | IN000519639 | $ 93.31 | 9/18/17 | IN000519665 | $ 276.30 |
| 9/18/17 | IN000519640 | $ 414.07 | 9/18/17 | IN000519666 | $ 145.80 |
| 9/18/17 | IN000519641 | $ 414.07 | 9/18/17 | IN000519667 | $ 16.77 |
| 9/18/17 | IN000519642 | $ 134.10 | 9/18/17 | IN000519668 | $ 296.10 |
| 9/18/17 | IN000519643 | $ 198.00 | 9/18/17 | IN000519669 | $ 145.80 |
| 9/18/17 | IN000519644 | $ 276.30 | 9/18/17 | IN000519670 | $ 276.30 |
| 9/18/17 | IN000519645 | $ 145.80 | 9/18/17 | IN000519671 | $ 452.95 |
| 9/18/17 | IN000519646 | $ 134.10 | 9/18/17 | IN000519672 | $ 145.80 |
| 9/18/17 | IN000519647 | $ 296.10 | 9/18/17 | IN000519673 | $ 296.10 |
| 9/18/17 | IN000519648 | $ 34.02 | 9/18/17 | IN000519674 | $ 326.59 |
| 9/18/17 | IN000519649 | $ 414.07 | 9/18/17 | IN000519675 | $ 145.80 |
| 9/18/17 | IN000519650 | $ 198.00 | 9/18/17 | IN000519676 | $ 262.44 |
| 9/18/17 | IN000519651 | $ 28.92 | 9/18/17 | IN000519677 | $ 93.31 |
| 9/18/17 | IN000519652 | $ 157.50 | 9/18/17 | IN000519678 | $ 315.90 |
| 9/18/17 | IN000519653 | $ 134.10 | 9/18/17 | IN000519679 | $ 414.07 |
| 9/18/17 | IN000519654 | $ 296.10 | 9/18/17 | IN000519680 | $ 291.60 |
| 9/18/17 | IN000519655 | $ 134.10 | 9/18/17 | IN000519681 | $ 296.10 |
| 9/18/17 | IN000519656 | $ 14.58 | 9/18/17 | IN000519682 | $ 134.10 |
| 9/18/17 | IN000519657 | $ 122.40 | | **Total** | **$ 554,372.64** |
| 9/18/17 | IN000519658 | $ 296.10 | | | |
| 9/18/17 | IN000519659 | $ 315.90 | | | |