EXHIBIT C – Post-Petition Invoice List

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 09/27/17 | IN000523055 | $ 1,533.60 | 01/26/18 | IN000557646 | $ 2,063.40 |
| 11/02/17 | IN000534755 | $ 12.15 | 01/26/18 | IN000557643 | $ 4,984.74 |
| 11/02/17 | IN000534751 | $ 157.50 | 01/26/18 | IN000557651 | $ 162.90 |
| 11/02/17 | IN000534781 | $ 6.80 | 01/26/18 | IN000557654 | $ 7,749.15 |
| 11/02/17 | IN000534798 | $ 157.50 | 01/26/18 | IN000557659 | $ 2,241.69 |
| 11/02/17 | IN000534807 | $ 306.00 | 01/26/18 | IN000557662 | $ 9,277.16 |
| 11/02/17 | IN000534820 | $ 414.07 | 01/26/18 | IN000557664 | $ 3,344.88 |
| 11/02/17 | IN000534832 | $ 186.62 | 01/26/18 | IN000557665 | $ 7,073.48 |
| 11/02/17 | IN000534830 | $ 34.02 | 01/26/18 | IN000557666 | $ 2,850.75 |
| 11/02/17 | IN000534827 | $ 198.00 | 01/26/18 | IN000557839 | $ 11.98 |
| 11/02/17 | IN000534835 | $ 34.02 | 01/29/18 | IN000558057 | $ 9,760.50 |
| 11/02/17 | IN000534834 | $ 12.15 | 01/29/18 | IN000558067 | $ 756.00 |
| 11/02/17 | IN000534860 | $ 340.20 | 01/29/18 | IN000558031 | $ 42,037.97 |
| 11/13/17 | IN000538381 | $ 2,187.00 | 01/29/18 | IN000558098 | $ 3,036.60 |
| 11/13/17 | IN000538384 | $ 1,593.90 | 01/29/18 | IN000558178 | $ 6,507.00 |
| 01/08/18 | IN000552218 | $ 1,944.00 | 01/29/18 | IN000558196 | $ 9,109.80 |
| 01/08/18 | IN000552263 | $ 4,374.00 | 01/29/18 | IN000558258 | $ 28,847.70 |
| 01/15/18 | IN000554002 | $ 9,396.00 | 01/29/18 | IN000558317 | $ 16.77 |
| 01/15/18 | IN000554075 | $ 1,519.56 | 01/29/18 | IN000558322 | $ 276.30 |
| 01/15/18 | IN000554084 | $ 13,510.80 | 01/29/18 | IN000558312 | $ 12.15 |
| 01/15/18 | IN000554111 | $ 11,124.00 | 01/29/18 | IN000558326 | $ 157.50 |
| 01/15/18 | IN000554125 | $ 1,900.80 | 01/29/18 | IN000558308 | $ 27.94 |
| 01/19/18 | IN000555438 | $ 54.00 | 01/29/18 | IN000558335 | $ 170.10 |
| 01/19/18 | IN000555464 | $ 14,652.90 | 01/29/18 | IN000558361 | $ 12.15 |
| 01/19/18 | IN000555487 | $ 4,738.50 | 01/29/18 | IN000558362 | $ 12.15 |
| 01/22/18 | IN000555829 | $ 1,606.50 | 01/29/18 | IN000558373 | $ 53.46 |
| 01/22/18 | IN000555826 | $ 1,242.00 | 01/29/18 | IN000558364 | $ 145.80 |
| 01/22/18 | IN000555822 | $ 7,128.00 | 01/29/18 | IN000558371 | $ 16.77 |
| 01/22/18 | IN000555857 | $ 1,188.00 | 01/29/18 | IN000558370 | $ 291.60 |
| 01/22/18 | IN000555917 | $ 6,609.60 | 01/29/18 | IN000558376 | $ 12.15 |
| 01/23/18 | IN000556406 | $ 8,470.98 | 01/29/18 | IN000558383 | $ 157.50 |
| 01/23/18 | IN000556410 | $ 1,404.00 | 01/29/18 | IN000558316 | $ 19.06 |
| 01/23/18 | IN000556415 | $ 10,436.40 | 01/29/18 | IN000558380 | $ 12.15 |
| 01/23/18 | IN000556487 | $ 33,213.24 | 01/29/18 | IN000558399 | $ 198.00 |
| 01/25/18 | IN000557353 | $ 19,663.56 | 01/29/18 | IN000558405 | $ 16.77 |
| 01/25/18 | IN000557448 | $ 5,919.48 | 01/29/18 | IN000558402 | $ 19.80 |
| 01/26/18 | | $ (47,163.62) | 01/29/18 | IN000558403 | $ 16.77 |
| 01/26/18 | IN000557644 | $ 434.40 | 01/29/18 | IN000558401 | $ 52.97 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 01/29/18 | IN000558396 | $ 326.59 | 01/30/18 | IN000558663 | $ 14,871.60 |
| 01/29/18 | IN000558384 | $ 306.00 | 01/30/18 | IN000558696 | $ 18,268.74 |
| 01/29/18 | IN000558400 | $ 6.80 | 01/30/18 | IN000558698 | $ 74,523.24 |
| 01/29/18 | IN000558404 | $ 296.10 | 01/30/18 | IN000558786 | $ 36,005.40 |
| 01/29/18 | IN000558406 | $ 134.10 | 01/30/18 | IN000558818 | $ 414.07 |
| 01/29/18 | IN000558412 | $ 12.15 | 01/30/18 | IN000558834 | $ 27.94 |
| 01/29/18 | IN000558415 | $ 27.94 | 01/30/18 | IN000558848 | $ 12.15 |
| 01/29/18 | IN000558442 | $ 93.31 | 01/30/18 | IN000558846 | $ 122.40 |
| 01/29/18 | IN000558435 | $ 27.94 | 01/30/18 | IN000558856 | $ 12.15 |
| 01/29/18 | IN000558436 | $ 28.67 | 01/30/18 | IN000558874 | $ 145.80 |
| 01/29/18 | IN000558446 | $ 320.52 | 01/30/18 | IN000558877 | $ 12.15 |
| 01/29/18 | IN000558432 | $ 14.58 | 01/30/18 | IN000558892 | $ 12.15 |
| 01/29/18 | IN000558428 | $ 14.58 | 01/30/18 | IN000558891 | $ 134.10 |
| 01/29/18 | IN000558431 | $ 12.15 | 01/30/18 | IN000558886 | $ 145.80 |
| 01/29/18 | IN000558423 | $ 276.30 | 01/30/18 | IN000558883 | $ 170.10 |
| 01/29/18 | IN000558429 | $ 157.50 | 01/30/18 | IN000558896 | $ 145.80 |
| 01/29/18 | IN000558452 | $ 19.44 | 01/31/18 | IN000559062 | $ 47,919.60 |
| 01/29/18 | IN000558465 | $ 27.94 | 01/31/18 | IN000559099 | $ 31,693.68 |
| 01/29/18 | IN000558453 | $ 122.40 | 01/31/18 | IN000559162 | $ 42,456.96 |
| 01/29/18 | IN000558467 | $ 93.31 | 01/31/18 | IN000559224 | $ 12.15 |
| 01/29/18 | IN000558464 | $ 261.90 | 01/31/18 | IN000559232 | $ 8.75 |
| 01/29/18 | IN000558466 | $ 16.77 | 01/31/18 | IN000559247 | $ 52.97 |
| 01/29/18 | IN000558463 | $ 14.58 | 01/31/18 | IN000559281 | $ 145.80 |
| 01/29/18 | IN000558474 | $ 14.58 | 01/31/18 | IN000559299 | $ 414.07 |
| 01/29/18 | IN000558475 | $ 27.94 | 01/31/18 | IN000559305 | $ 12.15 |
| 01/29/18 | IN000558476 | $ 122.40 | 01/31/18 | IN000559304 | $ 326.59 |
| 01/29/18 | IN000558478 | $ 134.10 | 01/31/18 | IN000559316 | $ 27.94 |
| 01/29/18 | IN000558479 | $ 16.77 | 01/31/18 | IN000559314 | $ 8.75 |
| 01/29/18 | IN000558477 | $ 145.80 | 01/31/18 | IN000559327 | $ 12.15 |
| 01/29/18 | IN000558484 | $ 8.75 | 02/01/18 | IN000559509 | $ 3,564.00 |
| 01/29/18 | IN000558485 | $ 16.77 | 02/01/18 | IN000559519 | $ 3,024.00 |
| 01/29/18 | IN000558491 | $ 16.77 | 02/01/18 | IN000559520 | $ 4,592.70 |
| 01/29/18 | IN000558494 | $ 16.77 | 02/01/18 | IN000559525 | $ 37,077.85 |
| 01/29/18 | IN000558498 | $ 13.61 | 02/01/18 | IN000559533 | $ 3,994.20 |
| 01/29/18 | IN000558501 | $ 12.15 | 02/01/18 | IN000559558 | $ 17.50 |
| 01/29/18 | IN000558506 | $ 28.10 | 02/01/18 | IN000559569 | $ 16.77 |
| 01/30/18 | IN000558683 | $ 2,538.00 | 02/01/18 | IN000559571 | $ 12.15 |
| 01/30/18 | IN000558664 | $ 3,367.98 | 02/01/18 | IN000559572 | $ 414.07 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/01/18 | IN000559582 | $ 16.77 | 02/05/18 | IN000560175 | $ 326.59 |
| 02/01/18 | IN000559596 | $ 16.77 | 02/05/18 | IN000560192 | $ 326.59 |
| 02/01/18 | IN000559602 | $ 12.15 | 02/05/18 | IN000560188 | $ 38.88 |
| 02/01/18 | IN000559599 | $ 157.50 | 02/05/18 | IN000560190 | $ 291.60 |
| 02/01/18 | IN000559614 | $ 34.02 | 02/05/18 | IN000560181 | $ 8.75 |
| 02/01/18 | IN000559609 | $ 145.80 | 02/05/18 | IN000560177 | $ 306.00 |
| 02/01/18 | IN000559615 | $ 134.10 | 02/05/18 | IN000560182 | $ 34.02 |
| 02/01/18 | IN000559621 | $ 291.60 | 02/05/18 | IN000560200 | $ 198.00 |
| 02/01/18 | IN000559624 | $ 16.77 | 02/05/18 | IN000560195 | $ 296.10 |
| 02/01/18 | IN000559626 | $ 145.80 | 02/05/18 | IN000560202 | $ 93.31 |
| 02/02/18 |  | $ (12,482.12) | 02/05/18 | IN000560210 | $ 14.58 |
| 02/02/18 | IN000559693 | $ 1,512.00 | 02/05/18 | IN000560214 | $ 12.15 |
| 02/02/18 | IN000559692 | $ 27,429.84 | 02/05/18 | IN000560209 | $ 12.15 |
| 02/02/18 | IN000559706 | $ 27,352.08 | 02/05/18 | IN000560212 | $ 145.80 |
| 02/02/18 | IN000559711 | $ 22,249.08 | 02/05/18 | IN000560211 | $ 145.80 |
| 02/02/18 | IN000559761 | $ 291.60 | 02/05/18 | IN000560215 | $ 291.60 |
| 02/02/18 | IN000559768 | $ 8.75 | 02/05/18 | IN000560219 | $ 326.59 |
| 02/02/18 | IN000559765 | $ 14.58 | 02/05/18 | IN000560224 | $ 145.80 |
| 02/02/18 | IN000559779 | $ 12.15 | 02/05/18 | IN000560228 | $ 326.59 |
| 02/02/18 | IN000559790 | $ 170.10 | 02/05/18 | IN000560230 | $ 291.60 |
| 02/05/18 | IN000560148 | $ 145.80 | 02/05/18 | IN000560236 | $ 198.00 |
| 02/05/18 | IN000560134 | $ 134.10 | 02/05/18 | IN000560231 | $ 6.80 |
| 02/05/18 | IN000560130 | $ 134.10 | 02/05/18 | IN000560238 | $ 145.80 |
| 02/05/18 | IN000560145 | $ 157.50 | 02/05/18 | IN000560237 | $ 145.80 |
| 02/05/18 | IN000560142 | $ 34.02 | 02/05/18 | IN000560235 | $ 145.80 |
| 02/05/18 | IN000560138 | $ 16.77 | 02/05/18 | IN000560245 | $ 276.30 |
| 02/05/18 | IN000560146 | $ 170.10 | 02/05/18 | IN000560241 | $ 157.50 |
| 02/05/18 | IN000560137 | $ 306.00 | 02/05/18 | IN000560246 | $ 38.88 |
| 02/05/18 | IN000560141 | $ 291.60 | 02/05/18 | IN000560251 | $ 134.10 |
| 02/05/18 | IN000560139 | $ 414.07 | 02/05/18 | IN000560253 | $ 12.15 |
| 02/05/18 | IN000560150 | $ 14.58 | 02/05/18 | IN000560255 | $ 157.50 |
| 02/05/18 | IN000560174 | $ 306.00 | 02/06/18 | IN000560436 | $ 2,160.00 |
| 02/05/18 | IN000560166 | $ 52.97 | 02/06/18 | IN000560437 | $ 1,944.00 |
| 02/05/18 | IN000560169 | $ 12.15 | 02/06/18 | IN000560447 | $ 4,941.00 |
| 02/05/18 | IN000560168 | $ 145.80 | 02/06/18 | IN000560455 | $ 23,991.55 |
| 02/05/18 | IN000560165 | $ 145.80 | 02/06/18 | IN000560460 | $ 6,007.50 |
| 02/05/18 | IN000560173 | $ 276.30 | 02/06/18 | IN000560479 | $ 1,620.00 |
| 02/05/18 | IN000560170 | $ 276.30 | 02/06/18 | IN000560481 | $ 810.00 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/06/18 | IN000560477 | $ 46,256.22 | 02/07/18 | IN000560969 | $ 16.77 |
| 02/06/18 | IN000560501 | $ 2,808.00 | 02/08/18 | IN000561145 | $ 745.20 |
| 02/06/18 | IN000560529 | $ 145.80 | 02/08/18 | IN000561150 | $ 29,662.28 |
| 02/06/18 | IN000560526 | $ 145.80 | 02/08/18 | IN000561156 | $ 189.00 |
| 02/06/18 | IN000560549 | $ 157.50 | 02/08/18 | IN000561167 | $ 4,797.00 |
| 02/06/18 | IN000560546 | $ 8.75 | 02/08/18 | IN000561174 | $ 24,209.66 |
| 02/06/18 | IN000560550 | $ 414.07 | 02/08/18 | IN000561182 | $ 35,769.22 |
| 02/06/18 | IN000560554 | $ 34.02 | 02/08/18 | IN000561208 | $ 216.00 |
| 02/06/18 | IN000560560 | $ 198.00 | 02/08/18 | IN000561216 | $ 145.80 |
| 02/06/18 | IN000560577 | $ 8.75 | 02/08/18 | IN000561215 | $ 296.10 |
| 02/06/18 | IN000560576 | $ 134.10 | 02/08/18 | IN000561214 | $ 134.10 |
| 02/06/18 | IN000560584 | $ 291.60 | 02/08/18 | IN000561212 | $ 134.10 |
| 02/06/18 | IN000560593 | $ 27.94 | 02/08/18 | IN000561241 | $ 35.48 |
| 02/06/18 | IN000560590 | $ 276.30 | 02/08/18 | IN000561238 | $ 122.40 |
| 02/06/18 | IN000560587 | $ 170.10 | 02/08/18 | IN000561235 | $ 12.15 |
| 02/06/18 | IN000560609 | $ 306.00 | 02/08/18 | IN000561230 | $ 93.31 |
| 02/06/18 | IN000560613 | $ 308.37 | 02/08/18 | IN000561254 | $ 145.80 |
| 02/06/18 | IN000560620 | $ 440.10 | 02/08/18 | IN000561249 | $ 6.80 |
| 02/07/18 | IN000560747 | $ 18,102.72 | 02/08/18 | IN000561257 | $ 16.77 |
| 02/07/18 | IN000560741 | $ 621.00 | 02/08/18 | IN000561253 | $ 296.10 |
| 02/07/18 | IN000560770 | $ 32,061.44 | 02/08/18 | IN000561252 | $ 122.40 |
| 02/07/18 | IN000560782 | $ 1,350.00 | 02/08/18 | IN000561272 | $ 16.77 |
| 02/07/18 | IN000560800 | $ 4,860.00 | 02/08/18 | IN000561267 | $ 12.15 |
| 02/07/18 | IN000560809 | $ 18,268.20 | 02/08/18 | IN000561265 | $ 134.10 |
| 02/07/18 | IN000560820 | $ 864.00 | 02/08/18 | IN000561271 | $ 296.10 |
| 02/07/18 | IN000560833 | $ 20,804.40 | 02/08/18 | IN000561283 | $ 16.77 |
| 02/07/18 | IN000560884 | $ 414.07 | 02/08/18 | IN000561286 | $ 12.15 |
| 02/07/18 | IN000560898 | $ 27.94 | 02/09/18 | IN000561390 | $ 540.00 |
| 02/07/18 | IN000560886 | $ 14.58 | 02/09/18 | IN000561389 | $ 43,839.11 |
| 02/07/18 | IN000560914 | $ 14.58 | 02/09/18 | IN000561398 | $ 10,469.04 |
| 02/07/18 | IN000560906 | $ 134.10 | 02/09/18 | IN000561424 | $ 22,327.56 |
| 02/07/18 | IN000560916 | $ 296.10 | 02/09/18 | IN000561439 | $ 16.77 |
| 02/07/18 | IN000560927 | $ 145.80 | 02/09/18 | IN000561435 | $ 27.94 |
| 02/07/18 | IN000560944 | $ 134.10 | 02/09/18 | IN000561453 | $ 12.15 |
| 02/07/18 | IN000560941 | $ 16.77 | 02/09/18 | IN000561448 | $ 306.00 |
| 02/07/18 | IN000560938 | $ 27.94 | 02/09/18 | IN000561450 | $ 414.07 |
| 02/07/18 | IN000560940 | $ 396.00 | 02/09/18 | IN000561466 | $ 12.15 |
| 02/07/18 | IN000560954 | $ 326.59 | 02/09/18 | IN000561462 | $ 28.92 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/09/18 | IN000561464 | $ 27.94 | 02/12/18 | IN000561933 | $ 441.90 |
| 02/09/18 | IN000561478 | $ 157.50 | 02/12/18 | IN000561938 | $ 27.94 |
| 02/09/18 | IN000561476 | $ 145.80 | 02/12/18 | IN000561940 | $ 14.58 |
| 02/09/18 | IN000561477 | $ 157.50 | 02/12/18 | IN000561942 | $ 414.07 |
| 02/09/18 | IN000561484 | $ 16.77 | 02/12/18 | IN000561941 | $ 12.15 |
| 02/09/18 | IN000561491 | $ 276.30 | 02/12/18 | IN000561943 | $ 145.80 |
| 02/12/18 | IN000561814 | $ 21.87 | 02/12/18 | IN000561947 | $ 157.50 |
| 02/12/18 | IN000561828 | $ 27.94 | 02/12/18 | IN000561967 | $ 396.00 |
| 02/12/18 | IN000561823 | $ 291.60 | 02/12/18 | IN000561970 | $ 594.00 |
| 02/12/18 | IN000561825 | $ 12.15 | 02/13/18 | IN000562265 | $ 326.59 |
| 02/12/18 | IN000561829 | $ 414.07 | 02/13/18 | IN000562276 | $ 122.40 |
| 02/12/18 | IN000561816 | $ 291.60 | 02/13/18 | IN000562266 | $ 326.59 |
| 02/12/18 | IN000561826 | $ 122.40 | 02/13/18 | IN000562273 | $ 291.60 |
| 02/12/18 | IN000561824 | $ 179.82 | 02/13/18 | IN000562262 | $ 315.90 |
| 02/12/18 | IN000561827 | $ 198.00 | 02/13/18 | IN000562270 | $ 134.10 |
| 02/12/18 | IN000561852 | $ 326.59 | 02/13/18 | IN000562302 | $ 122.40 |
| 02/12/18 | IN000561854 | $ 16.77 | 02/13/18 | IN000562289 | $ 27.94 |
| 02/12/18 | IN000561853 | $ 296.10 | 02/13/18 | IN000562299 | $ 93.31 |
| 02/12/18 | IN000561876 | $ 326.59 | 02/13/18 | IN000562304 | $ 315.90 |
| 02/12/18 | IN000561871 | $ 14.58 | 02/13/18 | IN000562300 | $ 198.00 |
| 02/12/18 | IN000561870 | $ 14.58 | 02/13/18 | IN000562297 | $ 326.59 |
| 02/12/18 | IN000561877 | $ 134.10 | 02/13/18 | IN000562326 | $ 326.59 |
| 02/12/18 | IN000561880 | $ 198.00 | 02/13/18 | IN000562315 | $ 28.92 |
| 02/12/18 | IN000561879 | $ 198.00 | 02/13/18 | IN000562321 | $ 16.77 |
| 02/12/18 | IN000561882 | $ 134.10 | 02/13/18 | IN000562335 | $ 291.60 |
| 02/12/18 | IN000561890 | $ 326.59 | 02/13/18 | IN000562332 | $ 425.74 |
| 02/12/18 | IN000561902 | $ 306.00 | 02/13/18 | IN000562329 | $ 198.00 |
| 02/12/18 | IN000561896 | $ 12.15 | 02/13/18 | IN000562334 | $ 306.00 |
| 02/12/18 | IN000561901 | $ 134.10 | 02/13/18 | IN000562359 | $ 12.15 |
| 02/12/18 | IN000561899 | $ 296.10 | 02/13/18 | IN000562349 | $ 38.88 |
| 02/12/18 | IN000561903 | $ 12.15 | 02/13/18 | IN000562356 | $ 414.07 |
| 02/12/18 | IN000561905 | $ 414.07 | 02/13/18 | IN000562350 | $ 145.80 |
| 02/12/18 | IN000561908 | $ 145.80 | 02/13/18 | IN000562348 | $ 145.80 |
| 02/12/18 | IN000561921 | $ 326.59 | 02/13/18 | IN000562357 | $ 157.50 |
| 02/12/18 | IN000561932 | $ 396.00 | 02/13/18 | IN000562364 | $ 326.59 |
| 02/12/18 | IN000561930 | $ 24.30 | 02/13/18 | IN000562375 | $ 134.10 |
| 02/12/18 | IN000561927 | $ 157.50 | 02/13/18 | IN000562365 | $ 27.94 |
| 02/12/18 | IN000561934 | $ 414.07 | 02/13/18 | IN000562363 | $ 16.77 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/13/18 | IN000562374 | $ 291.60 | 02/16/18 | IN000563247 | $ 12.15 |
| 02/13/18 | IN000562376 | $ 145.80 | 02/16/18 | IN000563253 | $ 198.00 |
| 02/13/18 | IN000562367 | $ 27.94 | 02/16/18 | IN000563269 | $ 122.40 |
| 02/13/18 | IN000562373 | $ 414.07 | 02/16/18 | IN000563277 | $ 134.10 |
| 02/13/18 | IN000562378 | $ 296.10 | 02/16/18 | IN000563278 | $ 134.10 |
| 02/13/18 | IN000562381 | $ 326.59 | 02/19/18 | IN000563519 | $ 326.59 |
| 02/13/18 | IN000562385 | $ 414.07 | 02/19/18 | IN000563529 | $ 145.80 |
| 02/13/18 | IN000562386 | $ 414.07 | 02/19/18 | IN000563518 | $ 157.50 |
| 02/13/18 | IN000562384 | $ 296.10 | 02/19/18 | IN000563531 | $ 145.80 |
| 02/13/18 | IN000562387 | $ 16.77 | 02/19/18 | IN000563523 | $ 276.30 |
| 02/13/18 | IN000562389 | $ 315.90 | 02/19/18 | IN000563512 | $ 12.15 |
| 02/13/18 | IN000562390 | $ 261.90 | 02/19/18 | IN000563513 | $ 326.59 |
| 02/14/18 | IN000562704 | $ 27.94 | 02/19/18 | IN000563526 | $ 198.00 |
| 02/14/18 | IN000562710 | $ 16.77 | 02/19/18 | IN000563503 | $ 12.15 |
| 02/14/18 | IN000562708 | $ 6.80 | 02/19/18 | IN000563500 | $ 306.00 |
| 02/14/18 | IN000562729 | $ 306.00 | 02/19/18 | IN000563528 | $ 145.80 |
| 02/14/18 | IN000562736 | $ 414.07 | 02/19/18 | IN000563539 | $ 19.44 |
| 02/14/18 | IN000562740 | $ 12.15 | 02/19/18 | IN000563538 | $ 326.59 |
| 02/14/18 | IN000562738 | $ 396.00 | 02/19/18 | IN000563548 | $ 145.80 |
| 02/14/18 | IN000562747 | $ 6.80 | 02/19/18 | IN000563557 | $ 93.31 |
| 02/14/18 | IN000562748 | $ 8.75 | 02/19/18 | IN000563558 | $ 296.10 |
| 02/14/18 | IN000562759 | $ 14.58 | 02/19/18 | IN000563546 | $ 14.58 |
| 02/14/18 | IN000562765 | $ 145.80 | 02/19/18 | IN000563549 | $ 12.15 |
| 02/14/18 | IN000562770 | $ 291.60 | 02/19/18 | IN000563552 | $ 157.50 |
| 02/15/18 | IN000563009 | $ 134.10 | 02/19/18 | IN000563551 | $ 157.50 |
| 02/15/18 | IN000563010 | $ 276.30 | 02/19/18 | IN000563555 | $ 134.10 |
| 02/15/18 | IN000563026 | $ 414.07 | 02/19/18 | IN000563556 | $ 134.10 |
| 02/15/18 | IN000563028 | $ 157.50 | 02/19/18 | IN000563561 | $ 414.07 |
| 02/15/18 | IN000563039 | $ 198.00 | 02/19/18 | IN000563564 | $ 198.00 |
| 02/15/18 | IN000563041 | $ 145.80 | 02/19/18 | IN000563577 | $ 198.00 |
| 02/15/18 | IN000563051 | $ 14.58 | 02/19/18 | IN000563578 | $ 145.80 |
| 02/15/18 | IN000563071 | $ 6.80 | 02/19/18 | IN000563570 | $ 296.10 |
| 02/15/18 | IN000563080 | $ 14.58 | 02/19/18 | IN000563579 | $ 16.77 |
| 02/16/18 | IN000563188 | $ 42,299.70 | 02/19/18 | IN000563569 | $ 38.88 |
| 02/16/18 | IN000563230 | $ 396.00 | 02/19/18 | IN000563562 | $ 12.15 |
| 02/16/18 | IN000563228 | $ 296.10 | 02/19/18 | IN000563580 | $ 315.90 |
| 02/16/18 | IN000563241 | $ 198.00 | 02/19/18 | IN000563591 | $ 145.80 |
| 02/16/18 | IN000563238 | $ 198.00 | 02/19/18 | IN000563587 | $ 296.10 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/19/18 | IN000563584 | $ 414.07 | 02/19/18 | IN000563686 | $ 276.30 |
| 02/19/18 | IN000563586 | $ 186.62 | 02/19/18 | IN000563689 | $ 296.10 |
| 02/19/18 | IN000563583 | $ 157.50 | 02/20/18 | IN000564065 | $ 93.31 |
| 02/19/18 | IN000563592 | $ 145.80 | 02/20/18 | IN000564066 | $ 16.77 |
| 02/19/18 | IN000563611 | $ 306.00 | 02/20/18 | IN000563766 | $ 2,063.40 |
| 02/19/18 | IN000563605 | $ 414.07 | 02/20/18 | IN000563752 | $ 18,364.26 |
| 02/19/18 | IN000563602 | $ 27.94 | 02/20/18 | IN000564152 | $ 27.94 |
| 02/19/18 | IN000563604 | $ 12.15 | 02/20/18 | IN000564153 | $ 75.60 |
| 02/19/18 | IN000563606 | $ 145.80 | 02/20/18 | IN000564179 | $ 10,110.66 |
| 02/19/18 | IN000563608 | $ 326.59 | 02/20/18 | IN000564197 | $ 40,029.96 |
| 02/19/18 | IN000563610 | $ 198.00 | 02/20/18 | IN000564211 | $ 22,078.38 |
| 02/19/18 | IN000563617 | $ 16.77 | 02/20/18 | IN000563736 | $ 27.94 |
| 02/19/18 | IN000563613 | $ 12.15 | 02/20/18 | IN000563733 | $ 296.10 |
| 02/19/18 | IN000563618 | $ 12.15 | 02/20/18 | IN000563732 | $ 21.87 |
| 02/19/18 | IN000563620 | $ 19.44 | 02/20/18 | IN000563726 | $ 28.92 |
| 02/19/18 | IN000563619 | $ 8.75 | 02/20/18 | IN000563740 | $ 276.30 |
| 02/19/18 | IN000563615 | $ 134.10 | 02/20/18 | IN000563725 | $ 75.60 |
| 02/19/18 | IN000563636 | $ 145.80 | 02/20/18 | IN000563723 | $ 306.00 |
| 02/19/18 | IN000563631 | $ 261.90 | 02/20/18 | IN000563727 | $ 326.59 |
| 02/19/18 | IN000563633 | $ 414.07 | 02/20/18 | IN000563717 | $ 134.10 |
| 02/19/18 | IN000563646 | $ 414.07 | 02/20/18 | IN000563738 | $ 414.07 |
| 02/19/18 | IN000563628 | $ 145.80 | 02/20/18 | IN000563788 | $ 145.80 |
| 02/19/18 | IN000563632 | $ 296.10 | 02/20/18 | IN000563807 | $ 157.50 |
| 02/19/18 | IN000563640 | $ 14.58 | 02/20/18 | IN000563795 | $ 34.02 |
| 02/19/18 | IN000563654 | $ 12.15 | 02/20/18 | IN000563801 | $ 326.59 |
| 02/19/18 | IN000563642 | $ 276.30 | 02/20/18 | IN000563814 | $ 134.10 |
| 02/19/18 | IN000563650 | $ 16.77 | 02/20/18 | IN000563821 | $ 291.60 |
| 02/19/18 | IN000563655 | $ 27.94 | 02/20/18 | IN000563822 | $ 134.10 |
| 02/19/18 | IN000563665 | $ 12.15 | 02/20/18 | IN000563832 | $ 16.77 |
| 02/19/18 | IN000563656 | $ 145.80 | 02/20/18 | IN000563844 | $ 326.59 |
| 02/19/18 | IN000563661 | $ 414.07 | 02/20/18 | IN000563852 | $ 75.60 |
| 02/19/18 | IN000563663 | $ 414.07 | 02/20/18 | IN000563855 | $ 315.90 |
| 02/19/18 | IN000563666 | $ 326.59 | 02/20/18 | IN000563873 | $ 16.77 |
| 02/19/18 | IN000563667 | $ 414.07 | 02/20/18 | IN000563872 | $ 134.10 |
| 02/19/18 | IN000563670 | $ 12.15 | 02/20/18 | IN000563871 | $ 134.10 |
| 02/19/18 | IN000563673 | $ 198.00 | 02/20/18 | IN000563890 | $ 157.50 |
| 02/19/18 | IN000563685 | $ 14.58 | 02/20/18 | IN000563878 | $ 414.07 |
| 02/19/18 | IN000563687 | $ 157.50 | 02/20/18 | IN000563901 | $ 145.80 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/20/18 | IN000563910 | $ 16.77 | 02/22/18 | IN000565168 | $ 16.77 |
| 02/20/18 | IN000563915 | $ 75.60 | 02/22/18 | IN000565200 | $ 12.15 |
| 02/20/18 | IN000563906 | $ 414.07 | 02/22/18 | IN000565205 | $ 414.07 |
| 02/20/18 | IN000563921 | $ 157.50 | 02/22/18 | IN000565227 | $ 75.60 |
| 02/20/18 | IN000563924 | $ 14.58 | 02/22/18 | IN000565224 | $ 145.80 |
| 02/20/18 | IN000563944 | $ 145.80 | 02/22/18 | IN000565247 | $ 12.15 |
| 02/20/18 | IN000563945 | $ 16.77 | 02/23/18 | IN000565380 | $ 1,350.00 |
| 02/20/18 | IN000563959 | $ 8.75 | 02/23/18 | IN000565393 | $ 1,836.00 |
| 02/20/18 | IN000563962 | $ 6.80 | 02/23/18 | IN000565417 | $ 11,143.26 |
| 02/20/18 | IN000563968 | $ 134.10 | 02/23/18 | IN000565424 | $ 11,016.00 |
| 02/20/18 | IN000563971 | $ 27.94 | 02/23/18 | IN000565436 | $ 23,470.20 |
| 02/20/18 | IN000563967 | $ 134.10 | 02/23/18 | IN000565452 | $ 157.50 |
| 02/20/18 | IN000563998 | $ 93.31 | 02/23/18 | IN000565458 | $ 414.07 |
| 02/20/18 | IN000564009 | $ 52.97 | 02/23/18 | IN000565459 | $ 157.50 |
| 02/20/18 | IN000564010 | $ 16.77 | 02/23/18 | IN000565466 | $ 145.80 |
| 02/20/18 | IN000564015 | $ 134.10 | 02/23/18 | IN000565477 | $ 306.00 |
| 02/20/18 | IN000564039 | $ 16.77 | 02/23/18 | IN000565474 | $ 6.80 |
| 02/20/18 | IN000564037 | $ 414.07 | 02/23/18 | IN000565475 | $ 122.40 |
| 02/20/18 | IN000564044 | $ 322.77 | 02/23/18 | IN000565491 | $ 306.00 |
| 02/21/18 | IN000564534 | $ 14.58 | 02/23/18 | IN000565492 | $ 134.10 |
| 02/21/18 | IN000564535 | $ 16.77 | 02/23/18 | IN000565493 | $ 157.50 |
| 02/21/18 | IN000564533 | $ 12.15 | 02/23/18 | IN000565488 | $ 157.50 |
| 02/21/18 | IN000564565 | $ 145.80 | 02/23/18 | IN000565505 | $ 414.07 |
| 02/21/18 | IN000564570 | $ 145.80 | 02/23/18 | IN000565507 | $ 27.94 |
| 02/21/18 | IN000564558 | $ 145.80 | 02/23/18 | IN000565509 | $ 326.59 |
| 02/21/18 | IN000564567 | $ 326.59 | 02/23/18 | IN000565520 | $ 198.00 |
| 02/21/18 | IN000564596 | $ 16.77 | 02/23/18 | IN000565523 | $ 326.59 |
| 02/21/18 | IN000564622 | $ 145.80 | 02/23/18 | IN000565525 | $ 38.88 |
| 02/21/18 | IN000564647 | $ 12.15 | 02/23/18 | IN000565524 | $ 291.60 |
| 02/21/18 | IN000564642 | $ 145.80 | 02/26/18 | IN000565631 | $ 14,151.78 |
| 02/21/18 | IN000564640 | $ 14.58 | 02/26/18 | IN000565661 | $ 1,188.00 |
| 02/21/18 | IN000564668 | $ 134.10 | 02/26/18 | IN000565701 | $ 4,957.20 |
| 02/22/18 | IN000564671 | $ 367.20 | 02/27/18 | IN000566149 | $ 1,566.00 |
| 02/22/18 | IN000565082 | $ 50,759.64 | 02/27/18 | IN000566219 | $ 4,773.60 |
| 02/22/18 | IN000565085 | $ 7,160.40 | 02/27/18 | IN000566257 | $ 15,234.48 |
| 02/22/18 | IN000565086 | $ 1,620.00 | 02/27/18 | IN000566322 | $ 291.60 |
| 02/22/18 | IN000565097 | $ 4,948.20 | 02/27/18 | IN000566313 | $ 12.15 |
| 02/22/18 | IN000565159 | $ 38.88 | 02/27/18 | IN000566327 | $ 157.50 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/27/18 | IN000566283 | $ 134.10 | 02/27/18 | IN000566468 | $ 414.07 |
| 02/27/18 | IN000566295 | $ 145.80 | 02/27/18 | IN000566479 | $ 134.10 |
| 02/27/18 | IN000566278 | $ 306.00 | 02/27/18 | IN000566462 | $ 306.00 |
| 02/27/18 | IN000566315 | $ 14.58 | 02/27/18 | IN000566477 | $ 93.31 |
| 02/27/18 | IN000566287 | $ 296.10 | 02/27/18 | IN000566484 | $ 157.50 |
| 02/27/18 | IN000566289 | $ 296.10 | 02/27/18 | IN000566498 | $ 296.10 |
| 02/27/18 | IN000566302 | $ 276.30 | 02/27/18 | IN000566487 | $ 145.80 |
| 02/27/18 | IN000566348 | $ 145.80 | 02/27/18 | IN000566482 | $ 291.60 |
| 02/27/18 | IN000566290 | $ 145.80 | 02/27/18 | IN000566486 | $ 12.15 |
| 02/27/18 | IN000566300 | $ 162.00 | 02/27/18 | IN000566531 | $ 8.75 |
| 02/27/18 | IN000566335 | $ 157.50 | 02/27/18 | IN000566524 | $ 8.75 |
| 02/27/18 | IN000566345 | $ 414.07 | 02/27/18 | IN000566533 | $ 16.77 |
| 02/27/18 | IN000566349 | $ 12.15 | 02/27/18 | IN000566535 | $ 276.30 |
| 02/27/18 | IN000566361 | $ 326.59 | 02/27/18 | IN000566515 | $ 326.59 |
| 02/27/18 | IN000566367 | $ 134.10 | 02/27/18 | IN000566514 | $ 52.97 |
| 02/27/18 | IN000566356 | $ 27.94 | 02/27/18 | IN000566530 | $ 134.10 |
| 02/27/18 | IN000566366 | $ 122.40 | 02/27/18 | IN000566517 | $ 145.80 |
| 02/27/18 | IN000566369 | $ 27.94 | 02/27/18 | IN000566520 | $ 8.75 |
| 02/27/18 | IN000566385 | $ 93.31 | 02/27/18 | IN000566553 | $ 145.80 |
| 02/27/18 | IN000566383 | $ 134.10 | 02/27/18 | IN000566558 | $ 34.02 |
| 02/27/18 | IN000566421 | $ 162.00 | 02/27/18 | IN000566568 | $ 93.31 |
| 02/27/18 | IN000566413 | $ 157.50 | 02/27/18 | IN000566569 | $ 414.07 |
| 02/27/18 | IN000566422 | $ 12.15 | 02/27/18 | IN000566565 | $ 16.77 |
| 02/27/18 | IN000566419 | $ 326.59 | 02/27/18 | IN000566561 | $ 16.77 |
| 02/27/18 | IN000566410 | $ 145.80 | 02/27/18 | IN000566554 | $ 414.07 |
| 02/27/18 | IN000566425 | $ 276.30 | 02/27/18 | IN000566577 | $ 145.80 |
| 02/27/18 | IN000566394 | $ 8.75 | 02/27/18 | IN000566543 | $ 16.77 |
| 02/27/18 | IN000566392 | $ 12.15 | 02/27/18 | IN000566587 | $ 93.31 |
| 02/27/18 | IN000566391 | $ 93.31 | 02/27/18 | IN000566589 | $ 157.50 |
| 02/27/18 | IN000566415 | $ 414.07 | 02/27/18 | IN000566596 | $ 157.50 |
| 02/27/18 | IN000566388 | $ 162.00 | 02/27/18 | IN000566601 | $ 16.77 |
| 02/27/18 | IN000566418 | $ 326.59 | 02/27/18 | IN000566597 | $ 16.77 |
| 02/27/18 | IN000566430 | $ 134.10 | 02/27/18 | IN000566583 | $ 288.45 |
| 02/27/18 | IN000566464 | $ 157.50 | 02/27/18 | IN000566603 | $ 145.80 |
| 02/27/18 | IN000566481 | $ 162.00 | 02/27/18 | IN000566612 | $ 12.15 |
| 02/27/18 | IN000566452 | $ 16.77 | 02/27/18 | IN000566615 | $ 306.00 |
| 02/27/18 | IN000566470 | $ 134.10 | 02/27/18 | IN000566614 | $ 326.59 |
| 02/27/18 | IN000566480 | $ 145.80 | 02/27/18 | IN000566618 | $ 93.31 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 02/27/18 | IN000566621 | $ 296.10 | 03/01/18 | IN000567299 | $ 17,391.60 |
| 02/27/18 | IN000566623 | $ 12.15 | 03/01/18 | IN000567343 | $ 11,401.56 |
| 02/27/18 | IN000566624 | $ 145.80 | 03/01/18 | IN000567346 | $ 8,812.80 |
| 02/27/18 | IN000566622 | $ 306.00 | 03/01/18 | IN000567354 | $ 16.77 |
| 02/27/18 | IN000566625 | $ 93.31 | 03/01/18 | IN000567355 | $ 414.07 |
| 02/27/18 | IN000566626 | $ 12.15 | 03/01/18 | IN000567367 | $ 276.30 |
| 02/27/18 | IN000566629 | $ 77.76 | 03/01/18 | IN000567368 | $ 414.07 |
| 02/28/18 | IN000566787 | $ 1,728.00 | 03/01/18 | IN000567385 | $ 6.80 |
| 02/28/18 | IN000566792 | $ 43,329.60 | 03/01/18 | IN000567388 | $ 16.77 |
| 02/28/18 | IN000566797 | $ 1,620.00 | 03/01/18 | IN000567387 | $ 12.15 |
| 02/28/18 | IN000566815 | $ 33,677.46 | 03/01/18 | IN000567386 | $ 145.80 |
| 02/28/18 | IN000566881 | $ 12.15 | 03/01/18 | IN000567406 | $ 13.61 |
| 02/28/18 | IN000566876 | $ 12.15 | 03/01/18 | IN000567407 | $ 134.10 |
| 02/28/18 | IN000566868 | $ 186.62 | 03/01/18 | IN000567415 | $ 291.60 |
| 02/28/18 | IN000566880 | $ 145.80 | 03/01/18 | IN000567419 | $ 134.10 |
| 02/28/18 | IN000566906 | $ 12.15 | 03/01/18 | IN000567420 | $ 12.15 |
| 02/28/18 | IN000566917 | $ 145.80 | 03/01/18 | IN000567429 | $ 14.58 |
| 02/28/18 | IN000566913 | $ 93.31 | 03/01/18 | IN000567432 | $ 414.07 |
| 02/28/18 | IN000566915 | $ 326.59 | 03/01/18 | IN000567438 | $ 306.00 |
| 02/28/18 | IN000566933 | $ 276.30 | 03/01/18 | IN000567482 | $ 75.60 |
| 02/28/18 | IN000566945 | $ 93.31 | 03/01/18 | IN000567483 | $ 16.77 |
| 02/28/18 | IN000566950 | $ 12.15 | 03/05/18 | IN000567492 | $ 1,026.00 |
| 02/28/18 | IN000566953 | $ 414.07 | 03/05/18 | IN000567496 | $ 23,055.84 |
| 02/28/18 | IN000566949 | $ 261.90 | 03/05/18 | IN000567497 | $ 1,263.60 |
| 02/28/18 | IN000566971 | $ 93.31 | 03/05/18 | IN000567499 | $ 15,606.00 |
| 02/28/18 | IN000566991 | $ 414.07 | 03/05/18 | IN000567502 | $ 23,959.80 |
| 02/28/18 | IN000566994 | $ 414.07 | 03/05/18 | IN000567503 | $ 4,957.20 |
| 02/28/18 | IN000566993 | $ 276.30 | 03/05/18 | IN000567505 | $ 18,543.60 |
| 02/28/18 | IN000567000 | $ 145.80 | 03/06/18 | IN000567695 | $ 14,320.80 |
| 02/28/18 | IN000567023 | $ 157.50 | 03/06/18 | IN000567721 | $ 15,202.08 |
| 02/28/18 | IN000567011 | $ 145.80 | 03/06/18 | IN000567751 | $ 9,180.00 |
| 02/28/18 | IN000567020 | $ 136.98 | 03/06/18 | IN000567805 | $ 157.50 |
| 02/28/18 | IN000567021 | $ 134.10 | 03/06/18 | IN000567814 | $ 27.94 |
| 02/28/18 | IN000567086 | $ 734.40 | 03/06/18 | IN000567803 | $ 134.10 |
| 02/28/18 | IN000567102 | $ 14,137.20 | 03/06/18 | IN000567809 | $ 12.15 |
| 02/28/18 | IN000567118 | $ 19,994.04 | 03/06/18 | IN000567813 | $ 16.77 |
| 03/01/18 | IN000567260 | $ 1,242.00 | 03/06/18 | IN000567815 | $ 414.07 |
| 03/01/18 | IN000567284 | $ 14,276.52 | 03/06/18 | IN000567800 | $ 27.94 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 03/06/18 | IN000567822 | $ 396.00 | 03/06/18 | IN000567996 | $ 27.94 |
| 03/06/18 | IN000567808 | $ 127.80 | 03/06/18 | IN000567990 | $ 442.02 |
| 03/06/18 | IN000567817 | $ 38.88 | 03/06/18 | IN000568005 | $ 157.50 |
| 03/06/18 | IN000567824 | $ 174.10 | 03/06/18 | IN000567999 | $ 38.88 |
| 03/06/18 | IN000567796 | $ 14.58 | 03/06/18 | IN000568002 | $ 145.80 |
| 03/06/18 | IN000567816 | $ 19.44 | 03/06/18 | IN000568000 | $ 291.60 |
| 03/06/18 | IN000567812 | $ 414.07 | 03/06/18 | IN000567992 | $ 27.94 |
| 03/06/18 | IN000567818 | $ 326.59 | 03/06/18 | IN000567984 | $ 276.30 |
| 03/06/18 | IN000567830 | $ 27.94 | 03/06/18 | IN000567974 | $ 198.00 |
| 03/06/18 | IN000567831 | $ 28.92 | 03/06/18 | IN000567978 | $ 12.15 |
| 03/06/18 | IN000567850 | $ 261.90 | 03/06/18 | IN000568012 | $ 296.10 |
| 03/06/18 | IN000567860 | $ 157.50 | 03/06/18 | IN000568011 | $ 414.07 |
| 03/06/18 | IN000567873 | $ 134.10 | 03/06/18 | IN000568019 | $ 218.59 |
| 03/06/18 | IN000567866 | $ 306.00 | 03/06/18 | IN000568025 | $ 174.10 |
| 03/06/18 | IN000567865 | $ 145.80 | 03/06/18 | IN000568031 | $ 414.07 |
| 03/06/18 | IN000567867 | $ 296.10 | 03/06/18 | IN000568033 | $ 6.80 |
| 03/06/18 | IN000567881 | $ 127.80 | 03/06/18 | IN000568034 | $ 145.80 |
| 03/06/18 | IN000567880 | $ 218.59 | 03/06/18 | IN000568030 | $ 145.80 |
| 03/06/18 | IN000567877 | $ 75.60 | 03/06/18 | IN000568048 | $ 296.10 |
| 03/06/18 | IN000567882 | $ 296.10 | 03/06/18 | IN000568035 | $ 145.80 |
| 03/06/18 | IN000567878 | $ 414.07 | 03/06/18 | IN000568037 | $ 145.80 |
| 03/06/18 | IN000567896 | $ 306.00 | 03/06/18 | IN000568041 | $ 38.88 |
| 03/06/18 | IN000567906 | $ 27.94 | 03/06/18 | IN000568039 | $ 134.10 |
| 03/06/18 | IN000567902 | $ 414.07 | 03/06/18 | IN000568040 | $ 414.07 |
| 03/06/18 | IN000567901 | $ 145.80 | 03/06/18 | IN000568044 | $ 157.50 |
| 03/06/18 | IN000567925 | $ 27.94 | 03/06/18 | IN000568068 | $ 174.10 |
| 03/06/18 | IN000567933 | $ 16.77 | 03/06/18 | IN000568047 | $ 12.15 |
| 03/06/18 | IN000567934 | $ 134.10 | 03/06/18 | IN000568049 | $ 315.90 |
| 03/06/18 | IN000567935 | $ 145.80 | 03/06/18 | IN000568052 | $ 28.92 |
| 03/06/18 | IN000567941 | $ 127.80 | 03/06/18 | IN000568061 | $ 414.07 |
| 03/06/18 | IN000567940 | $ 291.60 | 03/06/18 | IN000568053 | $ 16.77 |
| 03/06/18 | IN000567945 | $ 145.80 | 03/06/18 | IN000568057 | $ 8.75 |
| 03/06/18 | IN000567946 | $ 157.50 | 03/06/18 | IN000568081 | $ 414.07 |
| 03/06/18 | IN000567950 | $ 134.10 | 03/06/18 | IN000568100 | $ 38.88 |
| 03/06/18 | IN000567951 | $ 296.10 | 03/06/18 | IN000568094 | $ 12.15 |
| 03/06/18 | IN000567957 | $ 218.59 | 03/06/18 | IN000568101 | $ 157.50 |
| 03/06/18 | IN000567964 | $ 27.94 | 03/06/18 | IN000568092 | $ 127.80 |
| 03/06/18 | IN000568001 | $ 315.90 | 03/06/18 | IN000568098 | $ 16.77 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 03/06/18 | IN000568114 | $ 122.40 | 03/07/18 | IN000568634 | $ 12.15 |
| 03/06/18 | IN000568118 | $ 122.40 | 03/07/18 | IN000568628 | $ 16.77 |
| 03/06/18 | IN000568117 | $ 145.80 | 03/07/18 | IN000568638 | $ 34.02 |
| 03/06/18 | IN000568123 | $ 16.77 | 03/07/18 | IN000568647 | $ 221.62 |
| 03/06/18 | IN000568126 | $ 296.10 | 03/07/18 | IN000568649 | $ 414.07 |
| 03/06/18 | IN000568127 | $ 276.30 | 03/07/18 | IN000568646 | $ 145.80 |
| 03/06/18 | IN000568133 | $ 145.80 | 03/07/18 | IN000568656 | $ 241.06 |
| 03/06/18 | IN000568131 | $ 157.50 | 03/07/18 | IN000568663 | $ 12.15 |
| 03/06/18 | IN000568138 | $ 145.80 | 03/07/18 | IN000568657 | $ 27.94 |
| 03/06/18 | IN000568140 | $ 134.10 | 03/07/18 | IN000568671 | $ 134.14 |
| 03/06/18 | IN000568142 | $ 12.15 | 03/07/18 | IN000568659 | $ 12.15 |
| 03/06/18 | IN000568144 | $ 414.07 | 03/07/18 | IN000568682 | $ 221.62 |
| 03/07/18 | IN000568331 | $ 2,316.60 | 03/07/18 | IN000568686 | $ 16.77 |
| 03/07/18 | IN000568387 | $ 1,263.60 | 03/07/18 | IN000568691 | $ 414.07 |
| 03/07/18 | IN000568391 | $ 8,812.80 | 03/07/18 | IN000568680 | $ 169.13 |
| 03/07/18 | IN000568413 | $ 14,871.60 | 03/07/18 | IN000568696 | $ 75.82 |
| 03/07/18 | IN000568421 | $ 3,304.80 | 03/07/18 | IN000568695 | $ 12.15 |
| 03/07/18 | IN000568442 | $ 34,865.64 | 03/07/18 | IN000568706 | $ 126.36 |
| 03/07/18 | IN000568451 | $ 25,520.40 | 03/07/18 | IN000568701 | $ 241.06 |
| 03/07/18 | IN000568472 | $ 21,150.72 | 03/07/18 | IN000568718 | $ 414.07 |
| 03/07/18 | IN000568482 | $ 1,263.60 | 03/07/18 | IN000568713 | $ 114.70 |
| 03/07/18 | IN000568561 | $ 16.77 | 03/07/18 | IN000568715 | $ 134.14 |
| 03/07/18 | IN000568580 | $ 34.02 | 03/07/18 | IN000568712 | $ 145.80 |
| 03/07/18 | IN000568569 | $ 12.15 | 03/07/18 | IN000568717 | $ 16.77 |
| 03/07/18 | IN000568585 | $ 145.80 | 03/07/18 | IN000568714 | $ 12.15 |
| 03/07/18 | IN000568570 | $ 12.15 | 03/07/18 | IN000568716 | $ 16.77 |
| 03/07/18 | IN000568586 | $ 145.80 | 03/07/18 | IN000568725 | $ 14.58 |
| 03/07/18 | IN000568588 | $ 27.94 | 03/07/18 | IN000568735 | $ 6.80 |
| 03/07/18 | IN000568566 | $ 169.13 | 03/07/18 | IN000568732 | $ 16.77 |
| 03/07/18 | IN000568589 | $ 315.90 | 03/07/18 | IN000568733 | $ 414.07 |
| 03/07/18 | IN000568595 | $ 221.62 | 03/07/18 | IN000568731 | $ 12.15 |
| 03/07/18 | IN000568593 | $ 126.36 | 03/07/18 | IN000568739 | $ 34.02 |
| 03/07/18 | IN000568603 | $ 241.06 | 03/07/18 | IN000568741 | $ 241.06 |
| 03/07/18 | IN000568612 | $ 16.77 | 03/07/18 | IN000568745 | $ 414.07 |
| 03/07/18 | IN000568604 | $ 326.59 | 03/07/18 | IN000568746 | $ 19.80 |
| 03/07/18 | IN000568621 | $ 414.07 | 03/07/18 | IN000568747 | $ 414.07 |
| 03/07/18 | IN000568619 | $ 12.15 | 03/07/18 | IN000568748 | $ 12.15 |
| 03/07/18 | IN000568623 | $ 27.94 | 03/08/18 | IN000568754 | $ 2,386.80 |

| Inv Date | Invoice # | Amount | Inv Date | Invoice # | Amount |
|---|---|---|---|---|---|
| 03/08/18 | IN000568802 | $ 13,899.60 | 03/09/18 | IN000569760 | $ 126.36 |
| 03/08/18 | IN000568839 | $ 7,808.40 | 03/09/18 | IN000569775 | $ 13.61 |
| 03/08/18 | IN000568986 | $ 16.77 | 03/09/18 | IN000569773 | $ 145.80 |
| 03/08/18 | IN000568987 | $ 126.36 | 03/09/18 | IN000569780 | $ 126.36 |
| 03/08/18 | IN000568965 | $ 145.80 | 03/09/18 | IN000569778 | $ 169.13 |
| 03/08/18 | IN000568963 | $ 18,910.80 | 03/09/18 | IN000569788 | $ 12.15 |
| 03/08/18 | IN000568975 | $ 414.07 | 03/09/18 | IN000569789 | $ 180.79 |
| 03/08/18 | IN000569017 | $ 134.14 | 03/09/18 | IN000569782 | $ 241.06 |
| 03/08/18 | IN000569010 | $ 126.36 | 03/09/18 | IN000569790 | $ 126.36 |
| 03/08/18 | IN000569091 | $ 442.02 | 03/09/18 | IN000569793 | $ 414.07 |
| 03/08/18 | IN000569083 | $ 145.80 | 03/09/18 | IN000569791 | $ 75.82 |
| 03/08/18 | IN000569072 | $ 241.06 | 03/09/18 | IN000569804 | $ 16.77 |
| 03/08/18 | IN000569087 | $ 145.80 | 03/09/18 | IN000569799 | $ 114.70 |
| 03/08/18 | IN000569103 | $ 414.07 | 03/09/18 | IN000569821 | $ 6.80 |
| 03/08/18 | IN000569136 | $ 145.80 | 03/09/18 | IN000569814 | $ 145.80 |
| 03/08/18 | IN000569124 | $ 34.02 | 03/09/18 | IN000569833 | $ 306.18 |
| 03/08/18 | IN000569134 | $ 326.59 | 03/09/18 | IN000569830 | $ 75.82 |
| 03/08/18 | IN000569140 | $ 134.14 | 03/09/18 | IN000569834 | $ 221.62 |
| 03/08/18 | IN000569152 | $ 145.80 | 03/09/18 | IN000569844 | $ 169.13 |
| 03/08/18 | IN000569180 | $ 114.70 | 03/09/18 | IN000569856 | $ 169.13 |
| 03/08/18 | IN000569189 | $ 262.44 | 03/12/18 | IN000570314 | $ 28.92 |
| 03/08/18 | IN000569211 | $ 322.95 | 03/12/18 | IN000570322 | $ 326.59 |
| 03/08/18 | IN000569231 | $ 14.58 | 03/12/18 | IN000570330 | $ 86.40 |
| 03/08/18 | IN000569267 | $ 4,212.00 | 03/12/18 | IN000570353 | $ 414.07 |
| 03/09/18 | IN000569373 | $ 869.40 | 03/12/18 | IN000570355 | $ 306.18 |
| 03/09/18 | IN000569385 | $ 475.20 | 03/12/18 | IN000570371 | $ 241.06 |
| 03/09/18 | IN000569715 | $ 262.44 | 03/12/18 | IN000570378 | $ 27.94 |
| 03/09/18 | IN000569734 | $ 145.80 | 03/12/18 | IN000570379 | $ 414.07 |
| 03/09/18 | IN000569712 | $ 86.40 | 03/12/18 | IN000570377 | $ 414.07 |
| 03/09/18 | IN000569732 | $ 27.94 | 03/12/18 | IN000570388 | $ 414.07 |
| 03/09/18 | IN000569737 | $ 126.36 | 03/12/18 | IN000570400 | $ 16.77 |
| 03/09/18 | IN000569733 | $ 12.15 | 03/12/18 | IN000570414 | $ 241.06 |
| 03/09/18 | IN000569750 | $ 12.15 | 03/12/18 | IN000570412 | $ 75.82 |
| 03/09/18 | IN000569747 | $ 169.13 | 03/12/18 | IN000570425 | $ 75.82 |
| 03/09/18 | IN000569756 | $ 145.80 | 03/12/18 | IN000570417 | $ 126.36 |
| 03/09/18 | IN000569748 | $ 414.07 | 03/12/18 | IN000570430 | $ 145.80 |
| 03/09/18 | IN000569753 | $ 6.80 | 03/12/18 | IN000570438 | $ 291.60 |
| 03/09/18 | IN000569761 | $ 414.07 | | Total | $1,887,798.89 |