**PHOTON**

Photon Interactive Services Inc
12300 Ford Road,
Suite B270
Dallas, TX 75234, USA.

**INVOICE**

| Invoice # | 50100756 |
|---|---|
| Date | 2/19/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** Jan'18 Efforts | Hrs | 176 | $90.00 | $15,840.00 |
| Total | | | | $15,840.00 |

Amount in words: Fifteen Thousand Eight Hundred and Forty US Dollars only.

| | |
|---|---|
| Payment Terms | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 15840 |

For Photon Interactive Services Inc

*[signature]*

**Authorized Signatory**


**PHOTON**

Photon Interactive Services Inc
12300 Ford Road
Suite #B270,
Dallas, TX 75234 US

|  | INVOICE |
|---|---|
| Invoice # | 50100757 |
| Date | 2/19/2018 |
| P.O. # |  |
| P.O. / SOW Date |  |

**BILL TO**

| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
|  |  | Wayne NJ 07470 |
|  |  | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** |  |  |  |  |
| Onsite Travel Expenses - Jan'18 |  |  |  | $1,000.00 |
| (Billed Monthy Cap amount) |  |  |  |  |
| Total |  |  |  | $1,000.00 |

Amount in words: One Thousand US Dollars only.

| Payment Terms | Net 45 Days |
|---|---|
| **Mode of Payment** |  |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 1000 |

For Photon Interactive Services Inc

*[signature]*

**Authorized Signatory**



**Photon Interactive Services Inc**
12300 Ford Road,
Suite B270
Dallas, TX 75234, USA.

| | INVOICE |
|---|---|
| Invoice # | 50100794 |
| Date | 3/15/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** | | | | |
| Feb'18 Efforts | Hrs | 160 | $90.00 | $14,400.00 |
| Total | | | | $14,400.00 |

Amount in words: Fourteen Thousand Four Hundred and US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 14400 |

**For Photon Interactive Services Inc**

*M Senth* (signature)

**Authorized Signatory**



**PHOTON**

**Photon Interactive Services Inc**
12300 Ford Road
Suite #B270,
Dallas, TX 75234 US

**INVOICE**

| | |
|---|---|
| Invoice # | 50100795 |
| Date | 3/15/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** Onsite Travel Expenses - Feb'18 (Billed Monthy Cap amount) | | | | $1,000.00 |
| Total | | | | $1,000.00 |

Amount in words: One Thousand US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 1000 |

For Photon Interactive Services Inc

*[signature]*

**Authorized Signatory**



**PHOTON**

Photon Interactive Services Inc
12300 Ford Road,
Suite B270
Dallas, TX 75234, USA.

**INVOICE**

| | |
|---|---|
| Invoice # | 50100799 |
| Date | 3/19/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** | Hrs | 96 | $90.00 | $8,640.00 |
| Mar'18 Efforts (01st Mar-16th Mar'18) | | | | |
| Total | | | | $8,640.00 |

Amount in words: Eight Thousand Six Hundred and Forty US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| **Please Remit USD** | : 8640 |

For Photon Interactive Services Inc

*M Santh* (signature)

**Authorized Signatory**



**Photon Interactive Services Inc**
12300 Ford Road
Suite #B270,
Dallas, TX 75234 US

| | INVOICE |
|---|---|
| Invoice # | 50100804 |
| Date | 3/27/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** | | | | |
| Onsite Travel Expenses - Mar'18 | | | | $866.00 |
| Total | | | | $866.00 |

Amount in words: Eight Hundred and Sixty Six US Dollars only.

| | |
|---|---|
| Payment Terms | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 866 |

For Photon Interactive Services Inc

M Smith

**Authorized Signatory**



**Photon Interactive Services Inc**
12300 Ford Road,
Suite B270
Dallas, TX 75234, USA.

|  | INVOICE |
|---|---|
| Invoice # | 50100723 |
| Date | 1/18/2018 |
| P.O. # |  |
| P.O. / SOW Date |  |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** Dec'17 Efforts | Hrs | 160 | $90.00 | $14,400.00 |
| Total | | | | $14,400.00 |

Amount in words: Fourteen Thousand Four Hundred and US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| **Please Remit USD** | : 14400 |

For Photon Interactive Services Inc

*M Senth*

**Authorized Signatory**



**Photon Interactive Services Inc**
12300 Ford Road
Suite #B270,
Dallas, TX 75234 US

|  | INVOICE |
|---|---|
| Invoice # | 50100724 |
| Date | 1/18/2018 |
| P.O. # |  |
| P.O. / SOW Date |  |

### BILL TO

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Victor Ortiz |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys"R" UsStaff Aug_Chiranjivi Punniyamurthy (UI Developer)** | | | | |
| Onsite Travel Expenses - Dec'17 | | | | $560.17 |
| Total   (Rounded off ) | | | | $560.00 |

Amount in words: Five Hundred and Sixty US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 560 |

For Photon Interactive Services Inc

*M Senth*

**Authorized Signatory**

 **PHOTON**

North America Photon Infotech Limited
Level 7, NeXTeracom, Tower 1,
Cybercity, Ebene
Mauritius
VAT No. 27145044

**VAT INVOICE**

| | |
|---|---|
| **INVOICE** | |
| Invoice # | 30103847 |
| Date | 1/15/2018 |
| P.O. # | |
| P.O. / SOW Date | |

### BILL TO

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | TRU Staff Aug Offshore |
| Ref No: | : | 10417 |
| Services | : | Software Services performed outside of the United States |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| Purushothaman M (Senior iOS Developer) Dec'17 Efforts | Hrs | 180 | $35.00 | $6,300.00 |
| Add Vat @ 0% | | | | $0.00 |
| Total | | | | $6,300.00 |

Amount in words: Six Thousand Three Hundred and US Dollars only.

| | |
|---|---|
| Payment Terms | Net 45 Days |

**Mode of Payment**

| | |
|---|---|
| BENEFICIARY BANK | : Barclays Bank Mauritius Ltd |
| ACCOUNT NO | : MU20BARC0305000007001453000USD |
| SWIFT CODE | : BARCMUMUOBU |
| ACCOUNT NAME | : North America Photon Infotech Limited |
| INTERMEDIARY BANK | : Barclays Bank PLC, New York |
| SWIFT CODE | : BARCUS33 |
| Please Remit USD | : 6300 |

For North America Photon Infotech Limited

*[signature]*

Authorized Signatory

*[seal: NORTH AMERICA PHOTON INFOTECH LTD.]*



**Photon Interactive Services Inc**
12200 Ford Road
Suite A470
Dallas, TX 75234 - 7244

**INVOICE**

| | |
|---|---|
| Invoice # | 50100713 |
| Date | 1/15/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys "R" Us Staff Aug_Karthik Reddy (Senior Java Developer)** <br> Dec'17 Efforts | Hrs | 152 | $100.00 | $15,200.00 |
| Total | | | | $15,200.00 |

Amount in words: Fifteen Thousand Two Hundred and US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| **Please Remit USD** | : 15200 |

For Photon Interactive Services Inc

*M Senth* (signature)

**Authorized Signatory**



**North America Photon Infotech Limited**
Level 7, NeXTeracom, Tower 1,
Cybercity, Ebene
Mauritius
VAT No. 27145044

**VAT INVOICE**

| | |
|---|---|
| INVOICE | |
| Invoice # | 30103728 |
| Date | 12/21/2017 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | TRU Staff Aug Offshore |
| Ref No: | : | 10417 |
| Services | : | Software Services performed outside of the United States |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Purushothaman M (Senior iOS Developer)** <br> Nov'17 Efforts | Hrs | 198 | $35.00 | $6,930.00 |
| Add Vat @ 0% | | | | $0.00 |
| | | | Total | $6,930.00 |

Amount in words: Six Thousand Nine Hundred and Thirty US Dollars only.

| | |
|---|---|
| Payment Terms | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Barclays Bank Mauritius Ltd |
| ACCOUNT NO | : MU20BARC0305000007001453000USD |
| SWIFT CODE | : BARCMUMUOBU |
| ACCOUNT NAME | : North America Photon Infotech Limited |
| INTERMEDIARY BANK | : Barclays Bank PLC, New York |
| SWIFT CODE | : BARCUS33 |
| Please Remit USD | : 6930 |

For North America Photon Infotech Limited

Authorized Signatory

# PHOTON

**North America Photon Infotech Limited**
Level 7, NeXTeracom, Tower 1,
Cybercity, Ebene
Mauritius
**VAT No. 27145044**

## VAT INVOICE

| | |
|---|---|
| **INVOICE** | |
| Invoice # | 30103454 |
| Date | 11/14/2017 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO** 

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | TRU Staff Aug Offshore |
| Ref No: | : | 10417 |
| Services | : | Software Services performed outside of the United States |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Purushothaman M (Senior iOS Developer)** <br> Oct'17 Efforts | Hrs | 189 | $35.00 | $6,615.00 |
| Add Vat @ 0% | | | | $0.00 |
| Total | | | | $6,615.00 |

**Amount in words: Six Thousand Six Hundred and Fifteen US Dollars only.**

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Barclays Bank Mauritius Ltd |
| ACCOUNT NO | : MU20BARC03050000007001453000USD |
| SWIFT CODE | : BARCMUMUOBU |
| ACCOUNT NAME | : North America Photon Infotech Limited |
| INTERMEDIARY BANK | : Barclays Bank PLC, New York |
| SWIFT CODE | : BARCUS33 |
| Please Remit USD | : 6615 |

For North America Photon Infotech Limited

*(signature)*
**Authorized Signatory**


## PHOTON

**North America Photon Infotech Limited**
Level 7, NeXTeracom, Tower 1,
Cybercity, Ebene
Mauritius
VAT No. 27145044

**VAT INVOICE**

| | INVOICE |
|---|---|
| Invoice # | 30103893 |
| Date | 1/25/2018 |
| P.O. # | |
| P.O. / SOW Date | |

### BILL TO

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | TRU Staff Aug Offshore |
| Ref No: | : | 10417 |
| Services | : | Software Services performed outside of the United States |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Purushothaman M (Senior iOS Developer)** <br> Jan'18 Efforts | Hrs | 136 | $35.00 | $4,760.00 |
| Add Vat @ 0% | | | | $0.00 |
| Total | | | | $4,760.00 |

Amount in words: Four Thousand Seven Hundred and Sixty US Dollars only.

| | |
|---|---|
| Payment Terms | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Barclays Bank Mauritius Ltd |
| ACCOUNT NO | : MU20BARC03050000007001453000USD |
| SWIFT CODE | : BARCMUMUOBU |
| ACCOUNT NAME | : North America Photon Infotech Limited |
| INTERMEDIARY BANK | : Barclays Bank PLC, New York |
| SWIFT CODE | : BARCUS33 |
| Please Remit USD | : 4760 |

For North America Photon Infotech Limited

*[signature]*

Authorized Signatory



**Photon Interactive Services Inc**
12300 Ford Road,
Suite B270
Dallas, TX 75234, USA.

**INVOICE**

| | |
|---|---|
| Invoice # | 50100725 |
| Date | 1/25/2018 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Sunny Singh |
| Project | : | Toys "R" Us Staff Aug |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Toys "R" Us Staff Aug_Karthik Reddy (Senior Java Developer)** <br> Jan'18 Efforts | Hrs | 136 | $100.00 | $13,600.00 |
| Total | | | | $13,600.00 |

Amount in words:  Thirteen Thousand Six Hundred and US Dollars only.

| | |
|---|---|
| **Payment Terms** | Net 45 Days |
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 13600 |

For Photon Interactive Services Inc

*M Senth*

**Authorized Signatory**

 **PHOTON**

**Photon Interactive Services Inc**
12200 Ford Road
Suite A470
Dallas, TX 75234 - 7244

| | INVOICE |
|---|---|
| Invoice # | 50100551 |
| Date | 10/9/2017 |
| P.O. # | |
| P.O. / SOW Date | |

**BILL TO**

| | | |
|---|---|---|
| Customer Name | : | Toys "R" Us, Inc (NYSE: TOYS) |
| Address | : | 1 Geoffrey Way |
| | | Wayne NJ 07470 |
| | | United States |
| Attention | : | Grace Nicholls |
| Project | : | TRU Staff Aug Master |
| Ref No: | : | 10257 |
| Services | : | Software Services - Onsite |

| Description | UOM | Quantity | Rate | Amount (USD) |
|---|---|---|---|---|
| **Onsite Travel Expenses_Michael Levine (Solution Manager)** Sep'17  (1st Sep-13th Sep'17) | | | | $302.88 |
| Total   (Rounded off ) | | | | $303.00 |

Amount in words:  Three Hundred and Three US Dollars only.

| Payment Terms | Net 45 Days |
|---|---|
| **Mode of Payment** | |
| BENEFICIARY BANK | : Bank of America 2611 N 1st St, San Jose, CA 95134, |
| ACCOUNT NO | : 325041290570 |
| ROUTING NO | : 026009593 |
| ACCOUNT NAME | : Photon Interactive Services Inc |
| Please Remit USD | : 303 |

For Photon Interactive Services Inc

*M Senth*

**Authorized Signatory**