Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:           (212) 446-4800
Facsimile:           (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:           (804) 644-1700
Facsimile:           (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:           (312) 862-2000
Facsimile:           (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF THE DEBTORS' SIXTH OMNIBUS
## OBJECTION TO CERTAIN INCORRECT DEBTOR CLAIMS

**PLEASE TAKE NOTICE THAT** on August 10, 2018, Toys "R" Us, Inc. and its debtor affiliates (collectively, the "Debtors")[2] filed the *Debtors' Sixth Omnibus Objection to Certain Incorrect Debtor Claims* (the "Omnibus Objection") with the Bankruptcy Court. The Omnibus Objection is available at **https://cases.primeclerk.com/toysrus/** by searching "Sixth Omnibus Objection" in the "Search Docket" field. By the Omnibus Objection, the Debtors are seeking to modify claims, including your claim(s), as set forth on **Exhibit A** attached hereto, because the Debtors allege your claim(s) was filed against the incorrect Debtor entity.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

**PLEASE TAKE FURTHER NOTICE THAT** on August 8, 2018, the Bankruptcy Court entered the *Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections* [Docket No. 4080] (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims" and each individually, a "Claim") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

YOU ARE RECEIVING THIS NOTICE BECAUSE ALL CLAIMS LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, UNDER THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT WITHIN 21 CALENDAR DAYS OF THE MAILING OF THIS OBJECTION (THE "RESPONSE DEADLINE") AND SERVED ON THE OBJECTING PARTY, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

**Critical Information for Claimants**
**Choosing to File a Response to the Omnibus Objection**

Who Needs to File a Response: If you oppose the modification of your Claim(s) listed below and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the modification of your Claim(s) listed below, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. prevailing Eastern Time on August 31, 2018 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court via CM/ECF or at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court

701 East Broad Street
Richmond, Virginia 23219

If the Omnibus Objection is filed by the Debtors, the automatic ECF notification for a timely and properly filed Response will satisfy service requirements, and the Response may also be served on counsel for the Debtors at the following addresses:

| **Kirkland & Ellis LLP** | | **Kutak Rock LLP** |
| Attn: Emily E. Geier and | | Attn:  Jeremy S. Williams |
| Joshua M. Altman | and | 901 East Byrd Street, Suite 1000 |
| 300 North LaSalle | | Richmond, Virginia 23219 |
| Chicago, Illinois 60654 | | |

Unless otherwise adjourned by the Bankruptcy Court or the Debtors pursuant to the Omnibus Objection Procedures, the hearing on the Omnibus Objection and your Response will be held at **11:00 a.m. prevailing Eastern Time on September 13, 2018, at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

**Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus Objection**

***Contents***.  Each Response must contain the following (at a minimum):

1.      a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, and the case number and the title of the Omnibus Objection to which the Response is directed;

2.      the claimant's name and an explanation for the amount of the Claim;

3.      a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection with respect to your Claim(s), including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4.      a copy of any other documentation or other evidence of the Claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing; and

5.      your name, address, telephone number and email address and/or the name, address, telephone number and email address of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for

future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be modified) and only for those Claims in the Omnibus Objection.

**Additional Information**.  To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number, and email address of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will ***not*** become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice and timely serve it on the Debtors' attorneys, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection ***without further notice*** to you.

**Hearing Attendance**.  If you file a Response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  The Debtors, however, reserve the right to continue the hearing with respect to the Omnibus Objection and the Response.

**Rescheduling the Hearing**.  If the Bankruptcy Court determines that the hearing on the Omnibus Objection will require substantial time for the presentation of argument and/or evidence, then the Bankruptcy Court, in its discretion, may reschedule the hearing.

**Each Objection Is a Contested Matter**.  Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such Claim.

## Additional Information

**Reply of the Debtors**.  The Debtors may file a reply to your Response or reply in oral argument at the hearing.  In such event, the Debtors are permitted to file their reply no later than one calendar day before the hearing on the Omnibus Objection and the Response.

**Additional Discovery**.  Upon receipt of your Response, the Debtors may determine that discovery is necessary in advance of the hearing on the Omnibus Objection and your Response. In such event, the Debtors will serve separate notice to the Notice Addresses that the scheduled hearing will be treated as a status conference during which the parties will request that the Bankruptcy Court issue a scheduling order to facilitate resolution of the Response. Notwithstanding the foregoing, nothing herein modifies any parties' right to seek discovery or request that the scheduled hearing be treated as a status conference.

**Requests for Information**.  If you have any questions regarding the Omnibus Objection and/or if you wish to obtain a copy of the Omnibus Objection or related documents, you may call the Debtors' restructuring hotline at (844) 794-3476.  You may also obtain a copy of the Omnibus

Objection or related documents by visiting the Debtors' restructuring website at
https://cases.primeclerk.com/toysrus/.

    ***Reservation of Rights***.  Nothing in this Notice or the Omnibus Objection constitutes a
waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment,
preference actions, fraudulent-transfer actions, or any other claims against the claimant of the
Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the
Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of
action you may have filed or that have been scheduled by the Debtors) at a later date.  In such
event, you will receive a separate notice of any such objections.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated:   August 10, 2018

/s/ Jeremy S. Williams

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:     (804) 783-6192
Email:          Michael.Condyles@KutakRock.com
                     Peter.Barrett@KutakRock.com
                     Jeremy.Williams@KutakRock.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                     joshua.sussberg@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     anup.sathy@kirkland.com
                     chad.husnick@kirkland.com
                     emily.geier@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DEBTORS' SIXTH OMNIBUS
## OBJECTION TO CERTAIN INCORRECT DEBTOR CLAIMS

> **THIS OBJECTION SEEKS TO MODIFY CERTAIN FILED PROOFS OF CLAIM.**
> **CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES**
> **AND CLAIMS ON <u>SCHEDULE 1</u> TO <u>EXHIBIT A</u> ATTACHED TO THIS OBJECTION.**

Toys "R" Us, Inc. and its debtor affiliates (collectively, the "<u>Debtors</u>"), file this omnibus

objection (this "<u>Objection</u>") and seek entry of an order, substantially in the form attached hereto

as **<u>Exhibit A</u>** (the "<u>Order</u>") modifying the proofs of claim and requests for allowance and payment

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

of administrative expenses and/or cure claims identified on **Schedule 1** to the Order (collectively,

the "Disputed Claims") because the Debtors have determined that such claim was filed against the

incorrect Debtor.  In support of this Objection, the Debtors submit the *Declaration of Thomas*

*Behnke in Support of the Debtors' Sixth Omnibus Objection to Certain Incorrect Debtor Claims*

(the "Behnke Declaration"), attached to this Objection as **Exhibit B**, and respectfully state as

follows.

## Jurisdiction

1.      The United States Bankruptcy Court for the Eastern District of Virginia

(the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Standing Order of Reference from the United States District Court for the Eastern District of*

*Virginia*, dated July 10, 1984.  The Debtors confirm their consent, pursuant to Rule 7008 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by

the Court in connection with this Motion to the extent that it is later determined that the Court,

absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.

2.      The bases for the relief requested herein are sections 502 and 1106(a)(1) of title 11

of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy

Rules 3007 and 9014, and Rule 3007–1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Eastern District of Virginia (the "Local Rules").

## Relief Requested

3.      By this Objection, the Debtors respectfully request entry of an order (a) modifying

the Disputed Claims identified on **Schedule 1** to the Order and (b) granting related relief.

**Background**

4.      On September 19, 2017 (the "Petition Date"), the Debtors each filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their

businesses and managing their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.  A detailed description surrounding the facts and circumstances

of these chapter 11 cases is set forth in the *Declaration of David A. Brandon, Chairman of the*

*Board and Chief Executive Officer of Toys R Us, Inc., In Support of Chapter 11 Petitions and First*

*Day Motions* [Docket No. 20] and the *Declaration of Michael J. Short, Chief Financial Officer of*

*Toys "R" Us, Inc., in Support of Debtors' First Day Motions* [Docket No. 30].  On November 16,

2017, the Debtors filed their schedules of assets and liabilities and statements of financial affairs

[Docket Nos. 1015-1016].

5.      On March 22, 2018, the Bankruptcy Court entered the *Order (I) Authorizing the*

*Debtors to Wind-Down U.S. Operations, (II) Authorizing the Debtors to Conduct U.S. Store*

*Closings, (III) Establishing Administrative Claims Procedures, and (IV) Granting Related Relief*

[Docket No. 2344] pursuant to which the Court authorized the Debtors to begin to wind-down their

U.S. operations.

**The Claims Reconciliation Process**

6.      On December 21, 2017, the Court entered the *Amended Order (I) Setting Bar Dates*

*for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II)*

*Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the*

*Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV)*

*Approving Notice of Bar Dates, and (V) Granting Related Relief* [Docket No. 1332] (the "General

Bar Date Order"), which, among other things, established the following deadline for filing proofs

of claim (collectively, the "General Bar Dates"):  (a) April 6, 2018, as the deadline for all persons

and entities holding or wishing to assert a "claim" (as defined in section 101(5) of the Bankruptcy

Code) against any of the Debtors that arose before the Petition Date (each, a "Claim"), including

any claim arising under section 503(b)(9) of the Bankruptcy Code, to file proof of such Claim in

writing; (b) June 18, 2018, as the deadline for all governmental units holding or wishing to assert

a Claim against any of the Debtors that arose before the Petition Date to file proof of such Claim

in writing; and (c) the later of (i) the General Claims Bar Date or the Governmental Bar Date (each

as defined in the General Bar Date Order), as applicable, or (ii) 5:00 p.m., prevailing Eastern time,

on the date that is 30 days following entry of an order approving the rejection of any executory

contract or unexpired lease of the Debtors, as the deadline for all entities holding claims against

the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors,

to file proof of such Claim in writing.

7.    On May 25, 2018, the Court entered the *Amended Order (I) Setting a Bar Date for
Filing Proofs of Administrative Claims Against Certain Debtors, (II) Establishing Administrative
Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative
Claims, (IV) Approving Notice of the Administrative Claims Bar Date, and (V) Granting Related
Relief* [Docket No. 3260] (the "Admin Claims Bar Date Order" and together with the General Bar

Date Order, the "Bar Date Orders"), which, among other things, established:  (a) July 16, 2018,

2018, as the deadline to file proof of such claim in writing for all persons and entities holding or

wishing to assert a claim entitled to administrative priority under 11 U.S.C. § 503 (other than §

503(b)(9)) (each, an "Administrative Claim") against any of the Debtors that arose between the

Petition Date and on or prior to June 30, 2018; and (b) the earlier of: (i) the 15th day of the month

at 5:00 p.m., prevailing Eastern Time following the month in which the claim arose; or (ii) 14 days,

4

following any hearing on a plan of liquidation, structured settlement, or other proposed resolution to the Debtors' chapter 11 cases, at 5:00 p.m., prevailing Eastern Time, for any Administrative Claim arising after June 30, 2018 (collectively, the "Admin Bar Dates" and together with the General Bar Dates, the "Bar Dates") as the deadline to file proof of such Administrative Claim in writing.

8.      Written notice of the Bar Dates was mailed to, among others, all known creditors and other known holders of claims against the Debtors, identified as of the date of entry of the Bar Date Orders, including all entities listed in the Schedules as holding claims against the Debtors, and to all parties who had filed requests for notices under Bankruptcy Rule 2002 as of the date of the Bar Date Orders.  In addition to mailing such actual notice, the Debtors also published notice of the Bar Dates in *USA Today* (national edition) (with respect to the Bar Dates) and the *Wall Street Journal* (national edition) (with respect to the General Bar Dates).

9.      On August 8, 2018, the Court entered the *Order (I) Approving Procedures for Filing Omnibus Objections to Claims, (II) Approving the Form and Manner of the Notice of Omnibus Objections, and (III) Granting Related Relief* [Docket No. 4080] approving the Debtors' proposed objection procedures (the "Objection Procedures").  This Objection is filed in accordance with the Objection Procedures.

10.     To date, entities have filed approximately 21,756 proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims against the Debtors on an aggregate basis (collectively, the "Proofs of Claim"), collectively asserting more than $113.4 billion in aggregate liabilities, of which 3,100 assert administrative priority in the collective amount of $102.3 billion.  The Debtors and their advisors are in the process of reviewing the Proofs of Claim, including supporting documentation, if any, filed with the Proofs of Claim, and

5

reconciling the Proofs of Claim with the Debtors' books and records to determine the validity of the Proofs of Claim.  For the reasons set forth in more detail below, and based on their review to date, the Debtors have determined that the Disputed Claims are objectionable on the grounds set forth below.

## Objection

11.    The Debtors object to the Disputed Claims.  Based on their review of the Proofs of Claim, the Debtors have determined that the Disputed Claims, as filed, do not accurately reflect which Debtor entity may be liable for the underlying Claim.  Instead, the Debtors believe that the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the column titled "Asserted" to the Debtor identified in the column titled "Corrected" in the table provided in **Schedule 1** to the Order.  The Debtors assert that the Debtor reflected in the "Corrected" column is consistent with the Debtors' books and records and/or with the information provided by the claimants.  Failure to modify such Proofs of Claim could result in the relevant claimants receiving either (i) a better recovery than other similarly situated creditors, even though such recovery is not warranted, or (ii) a lesser recovery than they are otherwise entitled. Accordingly, the Debtors request that the Court enter the Order, modifying the Disputed Claims identified on **Schedule 1** to the Order. The Debtors do, however, maintain the right to object to any Proofs of Claim identified as a "Remaining Claim" on any applicable grounds.

## Basis for Relief

12.    Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." A debtor in possession has the duty to object to the allowance of any claim that is improper.  *See* 11 U.S.C. § 1106(a)(1).

13.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. *See In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992). Bankruptcy courts have generally held that in order to receive the benefit of *prima facie* validity, however, the claimant must set forth facts necessary to support the claim. *See In re McCarthy*, No. 04-10493, 2004 WL 5683383, at *5 (Bankr. E.D. Va. July 14, 2004). Additionally, a claimant's proof of claim is entitled to the presumption of *prima facie* validity under Bankruptcy Rule 3001(f) only until an objecting party shows that there exists a "true dispute" as to the validity and amount of the claim. *See In re Computer Learning Ctrs., Inc.*, 298 B.R. 569, 578 (Bankr. E.D. Va. 2003) (quoting Collier on Bankruptcy ¶ 3001.09[2] (15th ed. revised 2003)). Once the objecting party refutes an allegation critical to the claim, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence. *Allegheny*, 954 F.2d at 173. In other words, once the *prima facie* validity of a claim is rebutted, "it is for the claimant to prove his claim, not for the objector to disprove it." *In re Kahn*, 114 B.R. 40, 44 (Bankr. S.D.N.Y. 1990) (citations omitted).

14.     For the reasons set forth in this Objection and in the Behnke Declaration, the Court should modify the Disputed Claims as requested in herein. If the Disputed Claims are not formally modified, the potential exists for the applicable claimants to receive either (i) a better recovery than other similarly situated creditors, even though such recovery is not warranted, or (ii) a lesser recovery than they are otherwise entitled. In addition, failure to modify the Disputed Claims will mean the process of claims administration and reconciliation will also become unnecessarily burdensome. Thus, the relief requested in this Objection is necessary to prevent any inappropriate distribution of estate funds and to facilitate the administration of the claims-allowance process.

**Separate Contested Matter**

15.     Each of the above objections to the proofs of claim constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted herein will be deemed a separate order with respect to each Claim.

**Responses to Omnibus Objections**

16.     To contest this Objection, a claimant must file and serve a written response to this Objection in accordance with the Objection Procedures.  If a claimant fails to file and serve a response in accordance with the Objection Procedures, the Debtors may present to the Court an appropriate order modifying the Disputed Claims, without further notice to the claimant or a hearing.

**Reservation of Rights**

17.     Nothing contained herein is intended or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim, (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

**Notice**

18.     The Debtors will provide notice of this Motion via first class mail or email (where available) to: (a) the Office of the United States Trustee for the Eastern District of Virginia, Attn: Robert B. Van Arsdale and Lynn A. Kohen; (b) counsel to the committee of unsecured creditors; (c) DIP Delaware Term Loan Agent and the advisors and counsel thereto; (d) the administrative agent for the prepetition Secured Term Loan B Facility and the advisors and counsel thereto; (e) the agent for the Giraffe Junior Mezzanine Loan and the advisors and counsel thereto; (f) the administrative agent for the Senior Unsecured Term Loan Facility and the advisors and counsel thereto; (g) the indenture trustee for the Debtors' 7.375% Senior Notes and the advisors and counsel thereto; (h) the indenture trustee for the Debtors' 8.75% Unsecured Notes and the advisors and counsel thereto; (i) counsel to the ad hoc group of the Term B-4 Holders; (j) the Internal Revenue Service; (k) the office of the attorneys general for the states in which the Debtors operate; (l) the Securities and Exchange Commission; (m) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (n) holders of the Disputed Claims identified on **Schedule 1** to the Order.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

19.     No prior request for the relief sought in this Objection has been made to this or any other court.

*[Remainder of page intentionally left blank]*

9

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Richmond, Virginia
Dated:   August 10, 2018

/s/ *Jeremy S. Williams*

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
              Peter.Barrett@KutakRock.com
              Jeremy.Williams@KutakRock.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              joshua.sussberg@kirkland.com

**-**and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              anup.sathy@kirkland.com
              chad.husnick@kirkland.com
              emily.geier@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Proposed Form of Order**

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING THE DEBTORS' SIXTH OMNIBUS
## OBJECTION TO CERTAIN INCORRECT DEBTOR CLAIMS

Upon the omnibus objection (the "Objection")[2] of the Debtors for entry of an order (this

"Order"):   (a) modifying the Disputed Claims identified on **Schedule 1** attached hereto, in

accordance with section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local

Rule 3007–1; and (b) granting related relief, all as more fully set forth in the Objection; and it

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]   Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Objection.

appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and

other parties in interest; and the Court having jurisdiction to consider the Objection and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and

the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection

having been adequate and appropriate under the circumstances; and after due deliberation and

sufficient cause appearing therefor, it is HEREBY ORDERED:

1.      The Objection is granted as set forth in this Order.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is

hereby overruled on its merits.

3.      Each Disputed Claim, as identified on **Schedule 1** to this Order, is modified as to

the Debtor entity against whom the Proof of Claim is asserted as identified in the column titled

"Corrected" in **Schedule 1** to this Order; *provided*, that the Debtors maintain the right to object to

any Proof of Claim identified in the "Corrected" column on **Schedule 1** on any applicable grounds.

4.      Prime Clerk LLC, the Debtors' notice and claims agent, is directed to update the

claims register to reflect the relief granted in this Order.

5.      Except as provided in this Order, nothing in this Order will be deemed (a) an

admission or finding as to the validity of any Proof of Claim against a Debtor entity, (b) a waiver

of the right of the Debtors to dispute any Proof of Claim against any Debtor on any grounds

whatsoever, at a later date, (c) a promise by or requirement on any Debtor to pay any Proof of

Claim, (d) an implication or admission that any particular Proof of Claim is of a type specified or

defined in this Order, or (e) a waiver of the rights of the Debtors under the Bankruptcy Code or

any other applicable law.

6.      Each of the Disputed Claims and the objections by the Debtors to each of the
Disputed Claims, as addressed in the Objection and set forth on **Schedule 1**, each attached to this
Order, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This
Order will be deemed a separate Order with respect to each Disputed Claim.  Any stay of this
Order pending appeal by any claimants whose Proofs of Claim are subject to this Order will only
apply to the contested matter that involves such claimant and will not act to stay the applicability
or finality of this Order with respect to the other contested matters identified in the Objection or
this Order.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief
granted pursuant to this Order in accordance with the Objection.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or
related to the implementation of this Order.

Dated: _____

Richmond, Virginia

_____

THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Jeremy S. Williams

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

- and -

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier  (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

## <u>CERTIFICATION OF ENDORSEMENT</u><br><u>UNDER LOCAL BANKRUPTCY RULE 9022-1(C)</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Jeremy S. Williams

## __Schedule 1__

**Incorrect Debtor Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 1 | K&M INTERNATIONAL<br>1955 MIDWAY DR.<br>TWINSBURG, OH 44087 | 15178 | Toys "R" Us, Inc. | $ 51,043.20 | Toys "R" Us - Delaware Inc. | $51,043.20 |
| 2 | KAI YUAN LIMITED<br>NO. C, 16/F CHINAWEAL CENTRE<br>414-424 JAFFE ROAD<br>WANCHAI | 7321 | Toys "R" Us, Inc. | $ 182,320.12 | Toys "R" Us - Delaware Inc. | $182,320.12 |
| 3 | KALAN LP<br>97 SOUTH UNION AVENUE<br>CHICAGO, IL 60601-1262 | 274 | Toys "R" Us, Inc. | $ 67,113.72 | Toys "R" Us - Delaware Inc. | $67,113.72 |
| 4 | KANGAROO TRADING CO INC<br>4135 WEST MAIN STREET<br>TUPELO, MS 38801 | 16798 | Toys "R" Us, Inc. | $ 6,374.85 | Toys "R" Us - Delaware Inc. | $6,374.85 |
| 5 | KAZ CANADA, INC.<br>PEPPER HAMILTON LLP<br>HENRY J. JAFFE<br>HERCULES PLAZA, SUITE 5100, 1313 MARKET STREET<br>P.O. BOX 1709<br>WILMINGTON 19899-1709 | 18737 | Toys "R" Us, Inc. | $ 86,072.78 | Toys "R" Us - Delaware Inc. | $86,072.78 |
| 6 | KELLOGG<br>1 KELLOGG SQ<br>BATTLE CREEK, MI 49016 | 4528 | Toys "R" Us, Inc. | $ 13,557.11 | Toys "R" Us - Delaware Inc. | $13,557.11 |
| 7 | KELLS INC DBA ATLANTIC VENDING<br>1100 TOWBIN AVENUE SUITE D<br>LAKEWOOD, NJ 08701 | 15489 | Toys "R" Us, Inc. | $ 13,253.90 | Toys "R" Us - Delaware Inc. | $13,253.90 |
| 8 | KEMP SMITH LLP<br>221 N KANSAS<br>SUITE 1700<br>EL PASO, TX 79901 | 15747 | Toys "R" Us, Inc. | $ 8,366.89 | Toys "R" Us - Delaware Inc. | $8,366.89 |
| 9 | KENT INTERNATIONAL, INC.<br>C/O WASSERMAN, JURISTA & STOLZ, PC<br>ATTN: DONALD W. CLARKE, ESQ.<br>110 ALLEN ROAD, SUITE 304<br>BASKING RIDGE, NJ 07920 | 17961 | Toys "R" Us, Inc. | $ 4,018,088.35 | Toys "R" Us - Delaware Inc. | $4,018,088.35 |
| 10 | KETTLER INTERNATIONAL, INC.<br>COFACE NORTH AMERICA INSURANCE COMPANY<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520 | 447 | Toys "R" Us, Inc. | $ 7,606.08 | Toys "R" Us - Delaware Inc. | $7,606.08 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 11 | KEWILL, INC<br>1 EXECUTIVE DRIVE<br>CHELMSFORD, MA 01824 | 13439 | Toys "R" Us, Inc. | $ 21,179.04 | Toys "R" Us - Delaware Inc. | $21,179.04 |
| 12 | KID GALAXY INC<br>150 DOW ST TOWER 2 U 425B<br>MANCHESTER, NH 03101 | 7809 | Toys "R" Us, Inc. | $ 173,843.14 | Toys "R" Us - Delaware Inc. | $173,843.14 |
| 13 | KIDCO, INC.<br>1013 TECHNOLOGY WAY<br>LIBERTYVILLE, IL 60048 | 2894 | Toys "R" Us, Inc. | $ 85,468.70 | Toys "R" Us - Delaware Inc. | $85,468.70 |
| 14 | KIDCO, INC.<br>1013 TECHNOLOGY WAY<br>LIBERTYVILLE, IL 60048 | 7536 | Toys "R" Us, Inc. | $ 111,518.58 | Toys "R" Us - Delaware Inc. | $111,518.58 |
| 15 | KIDKRAFT, INC.<br>WICK PHILLIPS<br>ATTN. JASON RUDD<br>3131 MCKINNEY AVE<br>SUITE 100<br>DALLAS, TX 75204 | 4349 | Toys "R" Us, Inc. | $ 233,466.74 | Toys "R" Us - Delaware Inc. | $233,466.74 |
| 16 | KIDKRAFT, INC.<br>WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: JASON M. RUDD<br>3131 MCKINNEY AVE., SUITE 100<br>DALLAS, TX 75204 | 16620 | Toys "R" Us, Inc. | $ 155,611.92 | Toys "R" Us - Delaware Inc. | $155,611.92 |
| 17 | KIDKUSION INC.<br>CYNTHIA L. BOWEN, PRESIDENT<br>623 RIVER RD.<br>WASHINGTON, NC 27889 | 2902 | Toys "R" Us, Inc. | $ 22,244.01* | Toys "R" Us - Delaware Inc. | $22,244.01* |
| 18 | KIDSMANIA INC.<br>4380 BALDWIN AVE.<br>EL MONTE, CA 91731 | 9046 | Toys "R" Us, Inc. | $ 52,714.08 | Toys "R" Us - Delaware Inc. | $52,714.08 |
| 19 | KIDTELLECT INC DBA TIGGLY<br>222 BROADWAY 19TH FLOOR<br>NEW YORK, NY 10038 | 17182 | Toys "R" Us, Inc. | $ 9,289.08 | Toys "R" Us - Delaware Inc. | $9,289.08 |
| 20 | KINSA INC.<br>ATTN. PETER BELONOJKO<br>535 MISSION ST.<br>SAN FRANCISCO, CA 94105 | 6849 | Toys "R" Us, Inc. | $ 31,122.00 | Toys "R" Us - Delaware Inc. | $31,122.00 |
| 21 | KKW TRUCKING, INC.<br>3100 POMONA BLVD.<br>POMONA, CA 91768 | 11886 | Toys "R" Us, Inc. | $ 33,463.97 | Toys "R" Us - Delaware Inc. | $33,463.97 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 22 | K'NEX LIMITED PARTNERSHIP GROUP (KLPG) 2990 BERGEY ROAD HATFIELD, PA 19440 | 834 | Toys "R" Us, Inc. | $ 852,329.99 | Toys "R" Us - Delaware Inc. | $852,329.99 |
| 23 | KOCHVILLE TOWNSHIP 5851 MACKINAW ROAD SAGINAW, MI 48604 | 6435 | Toys "R" Us, Inc. | $ 294.67 | Toys "R" Us - Delaware Inc. | $294.67 |
| 24 | KOLCRAFT ENTERPRISES, INC. 1100 W. MONROE CHICAGO, IL 60607 | 17003 | Toys "R" Us, Inc. | $ 1,988,160.08* | Toys "R" Us - Delaware Inc. | $1,988,160.08* |
| 25 | KUSHIES BABY 555 BARTPN ST NEW YORK, NY 10019 | 8572 | Toys "R" Us, Inc. | $ 9,928.30 | Toys "R" Us - Delaware Inc. | $9,928.30 |
| 26 | LACKAWANNA RIVER BASIN-LRBSA PO BOX 280 OLYPHANT, PA 18447-0280 | 15522 | Toys "R" Us, Inc. | $ 132.72 | Toys "R" Us - Delaware Inc. | $132.72 |
| 27 | LANSINOH LABORATORIES, INC. FOX SWIBEL LEVIN & CARROLL LLP ATTENTION: RYAN T. SCHULTZ 200 W. MADISON SUITE 3000 MISSISSAUAGA, ON L5T 1Z7 | 3312 | Toys "R" Us, Inc. | $ 683,292.36 | Toys "R" Us - Delaware Inc. | $683,292.36 |
| 28 | LANSINOH LABORATORIES, INC. FOX SWIBEL LEVIN & CARROLL LLP ATTN: RYAN SCHULTZ 200 W. MADISON ST. SUITE 3000 CHICAGO, IL 60606 | 12311 | Toys "R" Us, Inc. | $ 793,874.42 | Toys "R" Us - Delaware Inc. | $793,874.42 |
| 29 | LASERSHIP, INC. ATTN: TROY CAHILL 1912 WOODFORD RD. VIENNA, VA 22182 | 7034 | Toys "R" Us, Inc. | $ 370,957.25 | Toys "R" Us - Delaware Inc. | $370,957.25 |
| 30 | LAUREN PLASTICS LLC 2162 REISER AVENUE SE NEW PHILADELPHIA, OH 44663 | 2468 | Toys "R" Us, Inc. | $ 75,922.52 | Toys "R" Us - Delaware Inc. | $75,922.52 |
| 31 | LE GROUPE LEMUR INC. 275 STINTSON, SUITE 201 THOMSON, GA 30824 | 15900 | Toys "R" Us, Inc. | $ 8,738.54 | Toys "R" Us - Delaware Inc. | $8,738.54 |
| 32 | LEACHCO, INC. PO BOX 717 ADA, OK 74821 | 1016 | Toys "R" Us, Inc. | $ 174,241.03 | Toys "R" Us - Delaware Inc. | $174,241.03 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 33 | LEACHCO, INC.<br>PO BOX 717<br>ADA, OK 74821 | 220 | Toys "R" Us, Inc. | $ 38,957.76 | Toys "R" Us - Delaware Inc. | $38,957.76 |
| 34 | LEVATOY, LLC<br>C/O CULLEN AND DYKMAN, LLP<br>BONNIE L. POLLACK, ESQ.<br>100 QUENTIN ROOSEVELT BLVD.<br>SUITE 402<br>GARDEN CITY, NY 11530 | 18149 | Toys "R" Us, Inc. | $ 245,695.65 | Toys "R" Us - Delaware Inc. | $245,695.65 |
| 35 | LEVTEX LLC<br>CHARLES GINN<br>1830 14TH ST.<br>SANTA MONICA, CA 90404 | 3087 | Toys "R" Us, Inc. | $ 2,540,525.47 | Toys "R" Us - Delaware Inc. | $2,540,525.47 |
| 36 | LIAISON TECHNOLOGIES, INC.<br>TARA DOWNOR<br>3157 ROYAL DRIVE<br>SUITE 200<br>ALPHARETTA, GA 30022 | 13604 | Toys "R" Us, Inc. | $ 13,609.34 | Toys "R" Us - Delaware Inc. | $13,609.34 |
| 37 | LIFESPAN BRANDS LLC<br>SCHYLLING INC.<br>21 HIGH STREET<br>SUITE 400<br>NORTH ANDOVER, MA 01845 | 15413 | Toys "R" Us, Inc. | $ 38,282.02 | Toys "R" Us - Delaware Inc. | $38,282.02 |
| 38 | LIFETIME PRODUCTS, INC.<br>RAY QUINNEY & NEBEKER P.C.<br>ATTN: DAVID H. LEIGH, ESQ.<br>36 SOUTH STATE STREET, SUITE 1400<br>SALT LAKE CITY, UT 84111 | 16688 | Toys "R" Us, Inc. | $ 203,055.87 | Toys "R" Us - Delaware Inc. | $203,055.87 |
| 39 | LIFEWAY FOODS, INC.<br>C/O DOUGLAS HASS, GENERAL COUNSEL<br>6101 W. GROSS POINT ROAD<br>NILES, IL 60714 | 17183 | Toys "R" Us, Inc. | $ 11,232.60 | Toys "R" Us - Delaware Inc. | $11,232.60 |
| 40 | LIFEWAY FOODS, INC.<br>C/O DOUGLAS HASS, GENERAL COUNSEL<br>6101 WEST GROSS POINT ROAD<br>NILES, IL 60714 | 2093 | Toys "R" Us, Inc. | $ 5,925.10 | Toys "R" Us - Delaware Inc. | $5,925.10 |
| 41 | LIL ANGLERS LLC<br>PO BOX 609<br>OZARK, MO 65721 | 17022 | Toys "R" Us, Inc. | $ 41,215.72 | Toys "R" Us - Delaware Inc. | $41,215.72 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 42 | LILLEBABY, LLC<br>700 12TH STREET, SUITE 220<br>GOLDEN, CO 80401 | 17186 | Toys "R" Us, Inc. | $ 165,159.75 | Toys "R" Us - Delaware Inc. | $165,159.75 |
| 43 | LILLEBABY, LLC<br>4450 ARAPAHOE AVENUE, #100<br>BOULDER, CO 80303 | 449 | Toys "R" Us, Inc. | $ 487,673.05 | Toys "R" Us - Delaware Inc. | $487,673.05 |
| 44 | LION SPORTS  INC<br>701 KOEHLER AVE<br>RONKONKOMA, NY 11779 | 10075 | Toys "R" Us, Inc. | $ 18,826.80 | Toys "R" Us - Delaware Inc. | $18,826.80 |
| 45 | LIONEL NASCAR COLLECTABLES, LLC<br>BROOKS PIERCE MCLENDON HUMPHREY &<br>LEONARD<br>CLINT S. MORSE<br>230 N. ELM STREET<br>GREENSBORO, NC 27410 | 4202 | Toys "R" Us, Inc. | $ 174,126.50 | Toys "R" Us - Delaware Inc. | $174,126.50 |
| 46 | LIONEL, LLC<br>BROOKS MCLENDON HUMPHREY & LEONARD<br>CLINT S. MORSE<br>230 N. ELM STREET<br>GREENSBORO, NC 27410 | 3791 | Toys "R" Us, Inc. | $ 945,347.48 | Toys "R" Us - Delaware Inc. | $945,347.48 |
| 47 | LITTLE BUDDY, LLC<br>ATTN: JIMMY CHEUNG<br>7422 ORANGEWOOD AVENUE<br>GARDEN GROVE, CA 92841 | 15510 | Toys "R" Us, Inc. | $ 48,970.80 | Toys "R" Us - Delaware Inc. | $48,970.80 |
| 48 | LITTLE BUDDY, LLC<br>7422 ORANGEWOOD AVENUE<br>GARDEN GROVE, CA 92841 | 288 | Toys "R" Us, Inc. | $ 111,117.60 | Toys "R" Us - Delaware Inc. | $111,117.60 |
| 49 | LITTLE COSMETICS LLC<br>350 E COMMERCIAL ROAD<br>SUITE 103<br>SAN BERNARDINO, CA 92408 | 17023 | Toys "R" Us, Inc. | $ 149,883.00 | Toys "R" Us - Delaware Inc. | $149,883.00 |
| 50 | LITTLE TOADER LLC<br>1670 N HERCULES AVE UNITS B<br>CLEARWATER, FL 33765 | 15438 | Toys "R" Us, Inc. | $ 47,941.47 | Toys "R" Us - Delaware Inc. | $47,941.47 |
| 51 | LITTLE TOADER, LLC<br>ATTN: LORI BREDEMEIER<br>1670 N. HERCULES AVE.<br>UNIT B<br>CLEARWATER, FL 33765 | 290 | Toys "R" Us, Inc. | $ 11,592.00 | Toys "R" Us - Delaware Inc. | $11,592.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
| | | | | CLAIM | | CLAIM |
| NAME | | CLAIM # | DEBTOR | AMOUNT | DEBTOR | AMOUNT |
|---|---|---|---|---|---|---|
| 52 | LIZ AND ROO LLC<br>120 WEBSTER STREET STE 331<br>LOUISVILLE, KY 40206 | 16467 | Toys "R" Us, Inc. | $ 10,075.00 | Toys "R" Us - Delaware Inc. | $10,075.00 |
| 53 | LNE ASIA LTD<br>UNIT E&F, 11F, BLOCK B, UNIVERSAL<br>INDUSTRIAL CENTRE NO 19-21<br>SHAN MEI ST FO TAN T N<br>HONG KONG, PRC NT | 13634 | Toys "R" Us, Inc. | $ 3,141.00* | Toys "R" Us - Delaware Inc. | $3,141.00* |
| 54 | LORAAS DISPOSAL SERVICES LTD.<br>805 47TH STREET EAST<br>BOSTON, MA 02210 | 15337 | Toys "R" Us, Inc. | $ 1,099.99 | Toys "R" Us - Delaware Inc. | $1,099.99 |
| 55 | LOUISVILLE AND JEFFERSON COUNTY<br>METROPOLITAN SEWER DISTRICT<br>ANNE E. TROUT<br>700 W. LIBERTY STREET<br>LOUISVILLE, KY 40203 | 16177 | Toys "R" Us, Inc. | $ 1,895.89 | Toys "R" Us - Delaware Inc. | $1,895.89 |
| 56 | LSC COMMUNICATIONS US, LLC<br>C/O ARENT FOX LLP<br>ANDREW I. SILFEN, ESQ.<br>1301 AVENUE OF THE AMERICAS, FL. 42<br>NEW YORK, NY 10019 | 17962 | Toys "R" Us, Inc. | $ 2,355,178.16 | Toys "R" Us - Delaware Inc. | $2,355,178.16 |
| 57 | LTAS TECHNOLOGIES INC.<br>40 HOLLYBROOK CRESCENT<br>TORONTO, ON M2J 2H7<br>CANADA | 474 | Toys "R" Us, Inc. | $ 3,000.00 | Toys "R" Us - Delaware Inc. | $3,000.00 |
| 58 | LUV N CARE<br>PO BOX 4963<br>MONROE, LA 71211 | 17966 | Toys "R" Us, Inc. | $ 726,164.25 | Toys "R" Us - Delaware Inc. | $726,164.25 |
| 59 | LYNX COMMUNICATIONS<br>640 HERMAN RD<br>SUITE 3<br>JACKSON, NJ 07731 | 7916 | Toys "R" Us, Inc. | $ 66,270.28 | Toys "R" Us - Delaware Inc. | $66,270.28 |
| 60 | M R SOLUTIONS INC<br>161 N GIBSON RD<br>HENDERSON, NV 89014 | 7680 | Toys "R" Us, Inc. | $ 18,800.00 | Toys "R" Us - Delaware Inc. | $18,800.00 |
| 61 | M&G PARTNERS, LLP D/B/A FASHION ANGELS<br>ENTERPRISES<br>306 N. MILWAUKEE ST.<br>MILWAUKEE, WI 53202 | 213 | Toys "R" Us, Inc. | $ 931,501.58 | Toys "R" Us - Delaware Inc. | $931,501.58 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 62 | M. BLOCK AND SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638 | 1141 | Toys "R" Us, Inc. | $ 11,265.60 | Toys "R" Us - Delaware Inc. | $11,265.60 |
| 63 | MACARI BABY, INC.<br>C/O SPIRO & BROWNE PLC<br>ATTN: DAVID BROWNE<br>6802 PARAGON PLACE, SUITE 410<br>RICHMOND, VA 23230 | 3248 | Toys "R" Us, Inc. | $ 307,972.84 | Toys "R" Us - Delaware Inc. | $307,972.84 |
| 64 | MACARI BABY, INC.<br>C/O DAVID BROWNE<br>SPIRO & BROWNE PLC<br>6802 PARAGON PLACE, SUITE 410<br>RICHMOND 23230 | 18971 | Toys "R" Us, Inc. | $ 248,129.17 | Toys "R" Us - Delaware Inc. | $248,129.17 |
| 65 | MACCABI ART LLC, TRANSFERRED TO FAIR<br>HARBOR CAPITAL LLC (AS ASSIGNEE OF<br>MACCABI ART LLC) | 16418 | Toys "R" Us, Inc. | $ 29,624.68 | Toys "R" Us - Delaware Inc. | $29,624.68 |
| 66 | MACLAREN INC., Transferred To ASM, SPV LP (as<br>Assignee of MaClaren Inc.) | 1291 | Toys "R" Us, Inc. | $ 20,019.00 | Toys "R" Us - Delaware Inc. | $20,019.00 |
| 67 | MADIX, INC.<br>ATTN: KIM MARSZALEK<br>500 AIRPORT ROAD<br>TERRELL, TX 75160 | 4280 | Toys "R" Us, Inc. | $ 282,227.99 | Toys "R" Us - Delaware Inc. | $282,227.99 |
| 68 | MADIX, INC.<br>ATTN: KIM MARSZALEK<br>500 AIRPORT ROAD<br>TERRELL, TX 75160 | 17192 | Toys "R" Us, Inc. | $ 50,020.21 | Toys "R" Us - Delaware Inc. | $50,020.21 |
| 69 | MAGFORMERS, LLC<br>BALLARD SPAHR LLP<br>ATTN: LESLIE C. HEILMAN<br>919 N MARKET STREET<br>11TH FLOOR<br>WILMINGTON, DE 19801 | 17964 | Toys "R" Us, Inc. | $ 729,488.24 | Toys "R" Us - Delaware Inc. | $729,488.24 |
| 70 | MAISTO INTERNATIONAL INC.<br>C/O LAW OFFICES OF JAMES S. YAN<br>980 S. ARROYO PARKWAY<br>SUITE 250<br>PASADENA, CA 91105 | 15286 | Toys "R" Us, Inc. | $ 22,500.00 | Toys "R" Us - Delaware Inc. | $22,500.00 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 71 | MAISTO INTERNATIONAL INC.<br>C/O LAW OFFICES OF JAMES S. YAN<br>980 S. ARROYO PARKWAY<br>SUITE 250<br>PASADENA, CA 91105 | 266 | Toys "R" Us, Inc. | $ 150,650.51 | Toys "R" Us - Delaware Inc. | $150,650.51 |
| 72 | MAKE IT REAL LLC<br>TYDINGS & ROSENBERG LLP<br>ALAN M. GROCHAL, ESQUIRE<br>ONE EAST STREET, SUITE 901<br>BALTIMORE, MD 21202 | 17972 | Toys "R" Us, Inc. | $ 241,086.14 | Toys "R" Us - Delaware Inc. | $241,086.14 |
| 73 | MALLON AND BLATCHER<br>12 SOUTH MONROE STREET<br>MEDIA, PA 19063 | 15820 | Toys "R" Us, Inc. | $ 3,425.00 | Toys "R" Us - Delaware Inc. | $3,425.00 |
| 74 | MAM USA CORPORATION<br>2700 WESTCHESTER AVENUE, STE 315<br>PURCHASE, NY 10577 | 4160 | Toys "R" Us, Inc. | $ 514,138.00 | Toys "R" Us - Delaware Inc. | $514,138.00 |
| 75 | MARIN SANITARY SERVICE<br>PO BOX 11117<br>SAN RAFAEL, CA 94912 | 12325 | Toys "R" Us, Inc. | $ 3,605.05 | Toys "R" Us - Delaware Inc. | $3,605.05 |
| 76 | MARITIME ELECTRIC<br>P.O. BOX 1328, STN CENTRAL<br>180 KENT STREET<br>RICHMOND, BC V6V1M8 | 9978 | Toys "R" Us, Inc. | $ 10,140.59 | Toys "R" Us - Delaware Inc. | $10,140.59 |
| 77 | MARMONT HILL INC<br>2134 BEVERWIL DRIVE<br>LOS ANGELES, CA 90034 | 15832 | Toys "R" Us, Inc. | $ 135.51 | Toys "R" Us - Delaware Inc. | $135.51 |
| 78 | MARPAC, LLC<br>2015 CAPITAL DRIVE<br>WILMINGTON, NC 28405 | 606 | Toys "R" Us, Inc. | $ 254,887.56 | Toys "R" Us - Delaware Inc. | $254,887.56 |
| 79 | MARSHMALLOW FUN COMPANY<br>2544 ELM STREET, SUITE 200<br>DALLAS, TX 75226 | 15807 | Toys "R" Us, Inc. | $ 98,286.50 | Toys "R" Us - Delaware Inc. | $98,286.50 |
| 80 | MARSHMALLOW FUN COMPANY<br>2544 ELM STREET, SUITE 200<br>DALLAS, TX 75226 | 894 | Toys "R" Us, Inc. | $ 11,480.14 | Toys "R" Us - Delaware Inc. | $11,480.14 |
| 81 | MARTELLOR LLC<br>101, 15 CORPORATE DRIVE<br>HEATHERTON, VICTORIA 3202 | 2643 | Toys "R" Us, Inc. | $ 3,429.77 | Toys "R" Us - Delaware Inc. | $3,429.77 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 82 | MARY MEYER CORP<br>PO BOX 275<br>TOWNSHEND, VT 05353 | 17089 | Toys "R" Us, Inc. | $ 20,900.85 | Toys "R" Us - Delaware Inc. | $20,900.85 |
| 83 | MARY MEYER CORP.<br>ROUTE 30<br>PO BOX 275<br>TOWNSHEND, VT 05353 | 4244 | Toys "R" Us, Inc. | $ 94,136.83 | Toys "R" Us - Delaware Inc. | $94,136.83 |
| 84 | MAXWOOD FURNITURE, INC.<br>816 JOHNNIE DODDS BLVD.<br>MT PLEASANT, SC 29464 | 17303 | Toys "R" Us, Inc. | $ 933.26 | Toys "R" Us - Delaware Inc. | $933.26 |
| 85 | MAY CHEONG TOY PRODUCTS FTY LTD.<br>KENNETH CHAN<br>UNIT 901-2, 9/F., EAST OCEAN CENTRE<br>98 GRANVILLE ROAD, TSIMSHATSUI EAST<br>KOWLOON | 16567 | Toys "R" Us, Inc. | $ 63,773.50 | Toys "R" Us - Delaware Inc. | $63,773.50 |
| 86 | MAYBORN GROUP LIMITED<br>EVERSHEDS SUTHERLAND (US) LLP<br>MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON | 18699 | Toys "R" Us, Inc. | $ 306,949.34 | Toys "R" Us - Delaware Inc. | $306,949.34 |
| 87 | MCMASTER-CARR SUPPLY COMPANY<br>1901 RIVERSIDE PARKWAY<br>DOUGLASVILLE, GA 30135 | 15532 | Toys "R" Us, Inc. | $ 16,720.98 | Toys "R" Us - Delaware Inc. | $16,720.98 |
| 88 | MCMASTER-CARR SUPPLY COMPANY<br>1901 RIVERSIDE PARKWAY<br>DOUGLASVILLE, GA 30135 | 796 | Toys "R" Us, Inc. | $ 13,174.26 | Toys "R" Us - Delaware Inc. | $13,174.26 |
| 89 | MCUD-MANATEE COUNTY UTILITIES<br>DEPARTMENT<br>KATHARINE M.  ZAMBONI, ESQ.<br>PO BOX 1000<br>BRADENTON, FL 34206 | 16264 | Toys "R" Us, Inc. | $ 1,162.86 | Toys "R" Us - Delaware Inc. | $1,162.86 |
| 90 | MEAD JOHNSON NUTRITION<br>ATTN: JUSTIN GRINER OR GENERAL COUNSEL<br>2400 WEST LLOYD EXPRESSWAY<br>EVANSVILLE, IN 47721 | 3755 | Toys "R" Us, Inc. | $ 1,786,532.32 | Toys "R" Us - Delaware Inc. | $1,786,532.32 |
| 91 | MEDTECH PRODUCTS INC.<br>PRESTIGE BRANDS HOLDINGS, INC.<br>ATTN: AMANDA GERICH<br>660 WHITE PLAINS ROAD<br>SUITE 250<br>TARRYTOWN, NY 10591 | 16845 | Toys "R" Us, Inc. | $ 135,974.88 | Toys "R" Us - Delaware Inc. | $135,974.88 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 92 | MEGA SOFT CHINA CO LTD XMN<br>MEGA SOFT IND ZONE DONGYUAN<br>VILLAGE HONGSHAN TOWN<br>SHISHI | 13843 | Toys "R" Us, Inc. | $ 9,708.79 | Toys "R" Us - Delaware Inc. | $9,708.79 |
| 93 | MEGATOYS, LLC<br>ATTENTION: CHARLES WOO<br>6443 E. SLAUSON AVENUE<br>COMMERCE, CA 90040 | 18157 | Toys "R" Us, Inc. | $ 701,443.02 | Toys "R" Us - Delaware Inc. | $701,443.02 |
| 94 | MELISSA & DOUG LLC<br>PO BOX 590<br>WESTPORT, CT 06881 | 17976 | Toys "R" Us, Inc. | $ 2,438,090.31 | Toys "R" Us - Delaware Inc. | $2,438,090.31 |
| 95 | METRO EXHIBITS<br>15 RIVERSIDE DRIVE<br>PINE BROOK, NJ 07058 | 6660 | Toys "R" Us, Inc. | $ 16,500.80 | Toys "R" Us - Delaware Inc. | $16,500.80 |
| 96 | MEYERS DISPLAY<br>ATTN: STACY SCHUBERT<br>7277 BOONE AVENUE NORTH<br>MINNEAPOLIS, MI 55428 | 2968 | Toys "R" Us, Inc. | $ 586,336.95 | Toys "R" Us - Delaware Inc. | $586,336.95 |
| 97 | MICHAEL C WARD PHOTOGRAPHY<br>23 ROSEDALE AVE<br>CLIFTON, NJ 07013-3411 | 9475 | Toys "R" Us, Inc. | $ 5,548.50 | Toys "R" Us - Delaware Inc. | $5,548.50 |
| 98 | MIDWEST QUALITY GLOVE INC<br>835 INDUSTRIAL RD / PO BOX 260<br>CHILLICOTHE, MO 64601 | 7963 | Toys "R" Us, Inc. | $ 105,823.72 | Toys "R" Us - Delaware Inc. | $105,823.72 |
| 99 | MILBERG FACTORS INC.<br>99 PARK AVENUE<br>NEW YORK, NY 10016 | 15924 | Toys "R" Us, Inc. | $ 757,488.55 | Toys "R" Us - Delaware Inc. | $757,488.55 |
| 100 | MILBERG FACTORS, INC.<br>99 PARK AVENUE<br>NEW YORK, NY 10016 | 917 | Toys "R" Us, Inc. | $ 56,757.98 | Toys "R" Us - Delaware Inc. | $56,757.98 |
| 101 | MILBERG FACTORS, INC.<br>99 PARK AVENUE<br>NEW YORK, NY 10016 | 2424 | Toys "R" Us, Inc. | $ 1,318.59 | Toys "R" Us - Delaware Inc. | $1,318.59 |
| 102 | MILLION DOLLAR BABY<br>C/O LAW OFFICES OF JAMES S. YAN<br>980 S. ARROYO PARKWAY<br>SUITE 250<br>PASADENA 91105 | 532 | Toys "R" Us, Inc. | $ 376,077.48 | Toys "R" Us - Delaware Inc. | $376,077.48 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 103 | MILLWOOD, INC.<br>KRUGLIAK, WILKINS, GRIFFITHS &<br>DOUGHERTY CO. L.P.A.<br>SAM O. SIMMERMAN, ESQ.<br>P.O. BOX 36963<br>CANTON, OH 44735-6963 | 3850 | Toys "R" Us, Inc. | $ 448,722.64 | Toys "R" Us - Delaware Inc. | $448,722.64 |
| 104 | MILLWOOD, INC.<br>KRUGLIAK, WILKINS, GRIFFITHS &<br>DOUGHERTY CO. L.P.A.<br>SAM O. SIMMERMAN, ESQ.<br>P.O. BOX 36963<br>CANTON, OH 44735-6963 | 15166 | Toys "R" Us, Inc. | $ 7,628.25 | Toys "R" Us - Delaware Inc. | $7,628.25 |
| 105 | MINDSINSYNC INC<br>261 FIFTH AVENUE<br>SUITE 1414<br>NEW YORK, NY 10016 | 7675 | Toys "R" Us, Inc. | $ 106,940.52 | Toys "R" Us - Delaware Inc. | $106,940.52 |
| 106 | MINILAND EDUCATIONAL<br>VALENTINA ARAGUNDY<br>ACCOUNTS RECEIVABLE<br>3325 NW 70TH AVE<br>MIAMI, FL 33122 | 8217 | Toys "R" Us, Inc. | $ 5,077.97 | Toys "R" Us - Delaware Inc. | $5,077.97 |
| 107 | MJ HOLDING COMPANY, LLC<br>MIRIAM R. STEIN, ESQ.<br>CHUHAK & TECSON P.C.<br>30 S. WACKER DRIVE, 26TH FLOOR<br>CHICAGO, IL 60606 | 3995 | Toys "R" Us, Inc. | $ 531,132.72 | Toys "R" Us - Delaware Inc. | $531,132.72 |
| 108 | MOBI TECHNOLOGIES INC<br>8370 WILSHIRE BLVD. #210<br>BEVERLY HILLS, CA 90211 | 12299 | Toys "R" Us, Inc. | $ 54,911.42 | Toys "R" Us - Delaware Inc. | $54,911.42 |
| 109 | MODERN DISPOSAL SERVICES INC<br>4746 MODEL CITY RD<br>MODEL CITY, NY 14107 | 8597 | Toys "R" Us, Inc. | $ 75.75 | Toys "R" Us - Delaware Inc. | $75.75 |
| 110 | MODERN DISPOSAL SERVICES INC<br>PO BOX 209<br>MODEL CITY, NY 14107 | 8637 | Toys "R" Us, Inc. | $ 318.54 | Toys "R" Us - Delaware Inc. | $318.54 |
| 111 | MOM ENTERPRISES, INC.<br>MOMMY'S BLISS<br>ATTN: APRIL HOWELL<br>1003 WEST CUTTING BLVD., STE 110<br>RICHMOND, CA 94804 | 18039 | Toys "R" Us, Inc. | $ 16,701.68 | Toys "R" Us - Delaware Inc. | $16,701.68 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 112 | MOM ENTERPRISES, INC. DBA MOMMY'S BLISS ATTN: APRIL HOWELL 1603 W CUTTING BLVD, STE 110 RICHMOND, CA 94804 | 17318 | Toys "R" Us, Inc. | $ 250,157.33 | Toys "R" Us - Delaware Inc. | $250,157.33 |
| 113 | MOONLIGHT SLUMBER LLC 60 ANN STREET ELGIN, IL 60120 | 16196 | Toys "R" Us, Inc. | $ 37,786.29 | Toys "R" Us - Delaware Inc. | $37,786.29 |
| 114 | MPOWERD INC 45 MAIN ST STE 522 BROOKLYN, NY 11201 | 17718 | Toys "R" Us, Inc. | $ 9,922.50 | Toys "R" Us - Delaware Inc. | $9,922.50 |
| 115 | MR ROOTER PLUMBING 8951 FELIZ WAY TRACY, CA 95304 | 11251 | Toys "R" Us, Inc. | $ 2,091.26 | Toys "R" Us - Delaware Inc. | $2,091.26 |
| 116 | MUNCH BABY INC. 4129 HARVESTER RD UNIT L SURREY, BC V3Z 0N8 | 12736 | Toys "R" Us, Inc. | $ 141,787.93 | Toys "R" Us - Delaware Inc. | $141,787.93 |
| 117 | MUNCH BABY INC. MONIKA BUNA, ACCOUNTING DEPT. 101-3228 SOUTH SERVICE ROAD BURLINGTON, ON L7N 3H8 CANADA | 272 | Toys "R" Us, Inc. | $ 30,499.77 | Toys "R" Us - Delaware Inc. | $30,499.77 |
| 118 | MVA SCIENTIFIC CONSULTANTS INC 3300 BRECKINRIDGE BLVD SUITE 400 DULUTH, GA 30096 | 13162 | Toys "R" Us, Inc. | $ 800.00 | Toys "R" Us - Delaware Inc. | $800.00 |
| 119 | NAGASHIMA OHNO & TSUNEMATSU JP TOWER TOKYO 100-7036 | 11222 | Toys "R" Us, Inc. | $ 1,404.00 | Toys "R" Us - Delaware Inc. | $1,404.00 |
| 120 | NASHUA WASTEWATER SYSTEMS CITY OF NASHUA NH 229 MAIN STREET NASHUA, NH 03060 | 944 | Toys "R" Us, Inc. | $ 1,064.13 | Toys "R" Us - Delaware Inc. | $1,064.13 |
| 121 | NATERRA INTERNATIONAL INC. 1250 FREEPORT PARKWAY COPPELL, TX 75019 | 9678 | Toys "R" Us, Inc. | $ 61,201.55 | Toys "R" Us - Delaware Inc. | $61,201.55 |
| 122 | NATIONAL ASSEMBLERS INC 6586 HYPOLUXO RD STE 145 LAKE WORTH, FL 33467 | 16899 | Toys "R" Us, Inc. | $ 6,059.77 | Toys "R" Us - Delaware Inc. | $6,059.77 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|
| | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 123 NATIONAL CART CO.<br>3125 BOSCHERTOWN RD<br>ST. CHARLES, MO 63301 | 959 | Toys "R" Us, Inc. | $ 54,263.07 | Toys "R" Us - Delaware Inc. | $54,263.07 |
| 124 NATIONAL PRODUCTS LTD (VENDOR#15324)<br>1633 W 2ND ST<br>POMONA, CA 91766 | 280 | Toys "R" Us, Inc. | $ 83,824.00 | Toys "R" Us - Delaware Inc. | $83,824.00 |
| 125 NAVYSTAR COMPANY LIMITED<br>FLAT A, 8/F., ON SHING IND. BLDG.<br>2-16 WO LIU HANG ROAD, FOTAN<br>SHATIN, N.T. | 6458 | Toys "R" Us, Inc. | $ 13,793.26 | Toys "R" Us - Delaware Inc. | $13,793.26 |
| 126 NAVYSTAR COMPANY LIMITED<br>FLAT A, 8/F., ON SHING IND. BLDG.<br>2-16 WO LIU HANG ROAD, FOTAN<br>SHATIN, N.T.<br>HONG KONG | 326 | Toys "R" Us, Inc. | $ 53,709.08 | Toys "R" Us - Delaware Inc. | $53,709.08 |
| 127 NCR CORPORATION<br>ULMER & BERNE LLP<br>ATTN: TODD A. ATKINSON, ESQ.<br>1660 W.2ND ST., STE. 1100<br>CLEVELAND, OH 44113 | 16500 | Toys "R" Us, Inc. | $ 134,311.76 | Toys "R" Us - Delaware Inc. | $134,311.76 |
| 128 NEW ARRIVALS INC<br>1882 MEALY ST SUITE 1<br>ATLANTIC BEACH, FL 32233 | 2864 | Toys "R" Us, Inc. | $ 6,120.75 | Toys "R" Us - Delaware Inc. | $6,120.75 |
| 129 NEW COUNTRY HOME INC<br>2816 LAND O LAKES BLVD.<br>LAND O LAKES, FL 34639 | 342 | Toys "R" Us, Inc. | $ 9,631.50 | Toys "R" Us - Delaware Inc. | $9,631.50 |
| 130 NEWGISTICS INC<br>PO BOX 732516<br>DALLAS, TX 75373-2516 | 14821 | Toys "R" Us, Inc. | $ 9,231.18* | Toys "R" Us - Delaware Inc. | $9,231.18* |
| 131 NEWMARK KNIGHT FRANK GLOBAL<br>MANAGEMENT SERVICES LLC<br>DAVID A. PAUL<br>110 EAST 59TH STREET 7TH FL.<br>NEW YORK, NY 10022 | 3996 | Toys "R" Us, Inc. | $ 34,057.09 | Toys "R" Us - Delaware Inc. | $34,057.09 |
| 132 NEWRENT, INC.<br>520 BELLEVILLE PIKE<br>KEARNY, NJ 07032 | 15143 | Toys "R" Us, Inc. | $ 2,533.54 | Toys "R" Us - Delaware Inc. | $2,533.54 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 133 NICE PAK PRODUCTS, INC<br>ATTN: SANDRA GIGA<br>TWO NICE PAK PARK<br>ORANGEBURG, NY 10962 | 17675 | Toys "R" Us, Inc. | | $ 228,021.51 | Toys "R" Us - Delaware Inc. | $228,021.51 |
| 134 NICE PAK PRODUCTS, INC.( #673616)<br>TWO NICE PAK PARK<br>ORANGEBURG, NY 10962 | 14989 | Toys "R" Us, Inc. | | $ 62,443.97 | Toys "R" Us - Delaware Inc. | $62,443.97 |
| 135 NICK PAK PRODUCTS, INC. (#673616)<br>TWO NICE PRODUCTS<br>ORANGEBURG, NY 10962 | 14068 | Toys "R" Us, Inc. | | $ 233,956.65 | Toys "R" Us - Delaware Inc. | $233,956.65 |
| 136 NII NORTHERN INTERNATIONAL INC<br>1 BURBIDGE ST. SUITE 101<br>BOSTON, MA 02210 | 15054 | Toys "R" Us, Inc. | | $ 25,120.00 | Toys "R" Us - Delaware Inc. | $25,120.00 |
| 137 NKOK, INC.<br>5354 IRWINDALE AVE<br>UNIT A<br>IRWINDALE, CA 91706 | 7306 | Toys "R" Us, Inc. | | $ 90,012.58 | Toys "R" Us - Delaware Inc. | $90,012.58 |
| 138 NOODLE & BOO LLC<br>99 ALMADEN BLVD<br>SUITE 500<br>SAN JOSE, CA 95113 | 237 | Toys "R" Us, Inc. | | $ 36,190.00 | Toys "R" Us - Delaware Inc. | $36,190.00 |
| 139 NORTH AMERICA PHOTON INFOTECH, LTD.<br>AND PHOTON INTERACTIVE SERVICES, INC.<br>DURRETTE, ARKEMA, GERSON & GILL PC<br>KEVIN J. FUNK<br>BANK OF AMERICA CENTER<br>1111 EAST MAIN STREET, 16TH FLOOR<br>RICHMOND, VA 23219 | 17975 | Toys "R" Us, Inc. | | $ 110,414.03 | Toys "R" Us - Delaware Inc. | $110,414.03 |
| 140 NORTH AMERICAN SITE SERVICES LLC DBA<br>ULTIMATE SERVICE ASSOCIATES<br>TRENAM LAW<br>C/O LARA R. FERNANDEZ<br>101 E KENNEDY BOULEVARD, SUITE 2700<br>TAMPA, FL 33602 | 13286 | Toys "R" Us, Inc. | | $ 252,173.37 | Toys "R" Us - Delaware Inc. | $252,173.37 |
| 141 NORTH STAR GAMES, LLC<br>10605 CONCORD STREET SUITE 205<br>KENSINGTON, MD 20895 | 17653 | Toys "R" Us, Inc. | | $ 62,994.00 | Toys "R" Us - Delaware Inc. | $62,994.00 |
| 142 NORTH STATES INDUSTRIES, INC.<br>ATTN: DEAN WEISBECK<br>5455 HIGHWAY 169 N<br>PLYMOUTH, MN 55442 | 2886 | Toys "R" Us, Inc. | | $ 867,681.25 | Toys "R" Us - Delaware Inc. | $867,681.25 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 143 | NORTH WALES WATER AUTHORITY<br>PO BOX 1339<br>NORTH WALES, PA 19454-0339 | 7045 | Toys "R" Us, Inc. | $ 375.50 | Toys "R" Us - Delaware Inc. | $375.50 |
| 144 | NORTHAMPTON BOROUGH MUNICIPAL<br>AUTHORITY<br>1 CLEAR SPRINGS DRIVE<br>NORTHAMPTON, PA 18067-0156 | 2970 | Toys "R" Us, Inc. | $ 250.80 | Toys "R" Us - Delaware Inc. | $250.80 |
| 145 | NORTHCUTT INC<br>PO BOX 4278<br>WICHITA, KS 67204 | 6636 | Toys "R" Us, Inc. | $ 503.00 | Toys "R" Us - Delaware Inc. | $503.00 |
| 146 | NORTHWEST SYNERGY INC<br>8565 154TH AVE NE<br>REDMOND, WA 98052 | 18183 | Toys "R" Us, Inc. | $ 6,151.40 | Toys "R" Us - Delaware Inc. | $6,151.40 |
| 147 | NOTIONS MARKETING<br>C/O SCOTT & GOLDMAN<br>590 W. CROSSVILLE RD # 104<br>ROSWELL, GA 30075 | 12635 | Toys "R" Us, Inc. | $ 7,272.03 | Toys "R" Us - Delaware Inc. | $7,272.03 |
| 148 | NOWSTALGIC TOYS INC.<br>120 N. TRINE STREET<br>CANAL WINCHESTER, OH 43110 | 2874 | Toys "R" Us, Inc. | $ 55,998.00 | Toys "R" Us - Delaware Inc. | $55,998.00 |
| 149 | NPV GROUP LLC<br>MR PHILLIP NAUTA<br>247 WEBB RD<br>BOISDESFILION, QC J6Z 4T2 | 13031 | Toys "R" Us, Inc. | $ 26,545.00 | Toys "R" Us - Delaware Inc. | $26,545.00 |
| 150 | NURTURE, INC.<br>LOWENSTEIN SANDLER LLP<br>ATTN: MICHAEL S. ETKIN AND ANDREW<br>BEHLMANN<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 | 17005 | Toys "R" Us, Inc. | $ 1,455,944.43 | Toys "R" Us - Delaware Inc. | $1,455,944.43 |
| 151 | O2 COOL, LLC<br>168 N CLINTON ST.<br>SUITE 500<br>CHICAGO, IL 60661 | 1483 | Toys "R" Us, Inc. | $ 7,666.20 | Toys "R" Us - Delaware Inc. | $7,666.20 |
| 152 | OCCUPANCY COST AUDIT GROUP INC<br>27442 PORTOLA PARKWAY<br>SUITE 170<br>FOOTHILL RANCH, CA 92610 | 12336 | Toys "R" Us, Inc. | $ 125,676.00 | Toys "R" Us - Delaware Inc. | $125,676.00 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 153 | ONE SOURCE LOGISTICS LLC<br>2166 A HEMS CT<br>CALEXICO, CA 92231 | 13418 | Toys "R" Us, Inc. | $ 9,315.30 | Toys "R" Us - Delaware Inc. | $9,315.30 |
| 154 | ONE TWELFTH PRODUCTIONS<br>PO BOX 588<br>NEW YORK, NY 10014 | 16836 | Toys "R" Us, Inc. | $ 12,128.99 | Toys "R" Us - Delaware Inc. | $12,128.99 |
| 155 | ONEUP INNOVATIONS, INC<br>2745 BANKERS INDUSTRIAL DR<br>ATLANTA, GA 30360 | 11983 | Toys "R" Us, Inc. | $ 3,668.33 | Toys "R" Us - Delaware Inc. | $3,668.33 |
| 156 | ONTEL PRODUCTS CORPORATION ("ONTEL CORP.")<br>21 LAW DR.<br>FAIRFIELD, NJ 07004 | 14918 | Toys "R" Us, Inc. | $ 2,906,133.76 | Toys "R" Us - Delaware Inc. | $2,906,133.76 |
| 157 | OPEN ROAD BRANDS LLC<br>1425 E DOUGLASS AVE<br>WICHITA, KS 67211 | 11335 | Toys "R" Us, Inc. | $ 54,835.20 | Toys "R" Us - Delaware Inc. | $54,835.20 |
| 158 | OPTIMUM FULFILLMENT LLC<br>4800 INDUSTRIAL DRIVE<br>DOORS 31-33<br>PERU, IL 61354 | 546 | Toys "R" Us, Inc. | $ 50,960.70 | Toys "R" Us - Delaware Inc. | $50,960.70 |
| 159 | ORACLE AMERICA, INC., ET AL.<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>55 2ND ST., 17TH FL.<br>SAN FRANCISCO, CA 94105 | 16771 | Toys "R" Us, Inc. | $ 2,898,857.78 | Toys "R" Us - Delaware Inc. | $2,898,857.78 |
| 160 | OVERTEA<br>C/O DIACRON<br>50 BROAD STREET, SUITE 1904<br>NEW YORK, NY 10004 | 767 | Toys "R" Us, Inc. | $ 18,571.54 | Toys "R" Us - Delaware Inc. | $18,571.54 |
| 161 | OZWEST, INC.<br>4614 SW KELLY AVE, SUITE 200<br>PORTLAND, OR 97239 | 895 | Toys "R" Us, Inc. | $ 81,685.02 | Toys "R" Us - Delaware Inc. | $81,685.02 |
| 162 | PADUCAH WATER WORKS<br>P.O. BOX 2477<br>PADUCAH, KY 42002 | 17454 | Toys "R" Us, Inc. | $ 993.95 | Toys "R" Us - Delaware Inc. | $993.95 |
| 163 | PALM BEACH COUNTY<br>GLENN E. MEEDER<br>301 N OLIVE AVEENUE<br>7TH FLOOR<br>WEST PALM BEACH, FL 33402-3715 | 9426 | Toys "R" Us, Inc. | $ 1,695.60 | Toys "R" Us - Delaware Inc. | $1,695.60 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 164 | PBC INTERNATIONAL, INC.<br>HUFFINE CHUNG, APC<br>C/O DUSTIN HUFFINE<br>ONE WORLD TRADE CENTER, 8TH FLOOR<br>LONG BEACH, CA 90831 | 16508 | Toys "R" Us, Inc. | $ 111,768.70 | Toys "R" Us - Delaware Inc. | $111,768.70 |
| 165 | PBC NUTRITIONALS INC.<br>3000, RENE-LEVESQUE BLVD.<br>SUITE 330<br>LIVINGSTON, NJ 07039 | 12344 | Toys "R" Us, Inc. | $ 148,240.56 | Toys "R" Us - Delaware Inc. | $148,240.56 |
| 166 | PEACHTREE PLAYTHINGS, INC.<br>C/O THOMAS ROSSELAND, ATTORNEY FOR CREDITOR<br>3490 PIEDMONT ROAD, SUITE 1400<br>ATLANTA, GA 30305 | 15867 | Toys "R" Us, Inc. | $ 77,285.48 | Toys "R" Us - Delaware Inc. | $77,285.48 |
| 167 | PEM AMERICA, INC.<br>70 WEST 36TH STREET 2ND FLOOR<br>NEW YORK, NY 10018 | 2264 | Toys "R" Us, Inc. | $ 429.00 | Toys "R" Us - Delaware Inc. | $429.00 |
| 168 | PEPSI COLA BOTTLING HAVRE DE GR<br>PO BOX 270<br>HAVRE DE GRACE, MD 21078 | 2500 | Toys "R" Us, Inc. | $ 456.09 | Toys "R" Us - Delaware Inc. | $456.09 |
| 169 | PEPSI COLA COMPANY<br>OF COLUMBUS<br>1241 GIBBARD AVE<br>COLUMBUS, OH 43219 | 14900 | Toys "R" Us, Inc. | $ 939.56 | Toys "R" Us - Delaware Inc. | $939.56 |
| 170 | PEZ CANDY, INC<br>35 PRINDLE HILL ROAD<br>ORANGE, CT 06477 | 12120 | Toys "R" Us, Inc. | $ 233,591.88 | Toys "R" Us - Delaware Inc. | $233,591.88 |
| 171 | PFLOW INDUSTRIES, INC.<br>JOVANA IVANCEVIC<br>6720 N. TEUTONIA AVE<br>MILWAUKEE, WI 53209 | 12103 | Toys "R" Us, Inc. | $ 31,034.73 | Toys "R" Us - Delaware Inc. | $31,034.73 |
| 172 | PHILIPS CONSUMER LIFESTYLE<br>PHILIPS NORTH AMERICAS LLC<br>LYNNE BEZIKOS LEBLANC, SENIOR COUNSEL<br>1600 SUMMER STREET<br>STAMFORD, CT 06905 | 3074 | Toys "R" Us, Inc. | $ 573,560.58 | Toys "R" Us - Delaware Inc. | $573,560.58 |
| 173 | PIER PASS LLC<br>444 WEST OCEAN BOULEVARD # 700<br>LONG BEACH, CA 90802 | 8409 | Toys "R" Us, Inc. | $ 72.09 | Toys "R" Us - Delaware Inc. | $72.09 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 174 PINKERTON C&I<br>101 N MAIN ST<br>SUITE 300<br>ANN ARBOR, MI 48104 | 16853 | Toys "R" Us, Inc. | $ 8,564.70 | Toys "R" Us - Delaware Inc. | $8,564.70 |
| 175 P'KOLINO, LLC<br>7300 NW 35TH AVE<br>MIAMI, FL 33147 | 6667 | Toys "R" Us, Inc. | $ 603.87 | Toys "R" Us - Delaware Inc. | $603.87 |
| 176 PLACO CORP. LTD.<br>ROOM 407 HOUSTON CENTRE<br>63 MODY ROAD, TST EAST<br>KOWLOON | 17940 | Toys "R" Us, Inc. | $ 525,279.74 | Toys "R" Us - Delaware Inc. | $525,279.74 |
| 177 PLANTOYS INC<br>30120 AHERN AVE<br>UNION CITY, CA 94587 | 12346 | Toys "R" Us, Inc. | $ 9,328.75 | Toys "R" Us - Delaware Inc. | $9,328.75 |
| 178 PLASTWOOD ITALIA SRL<br>VIA SABOTINO 20<br>CALANGIANUS 07023 | 16457 | Toys "R" Us, Inc. | $ 2,369.70 | Toys "R" Us - Delaware Inc. | $2,369.70 |
| 179 PLAYMOBIL USA, INC.<br>C/O MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI & RAFF FERRAIOLO<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019 | 14809 | Toys "R" Us, Inc. | $ 479,700.49 | Toys "R" Us - Delaware Inc. | $479,700.49 |
| 180 PLAYMOBIL USA, INC.<br>C/O MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI & RAFF FARRAIOLO<br>250 WEST 55TH STREET<br>TSUEN WAN, NT | 842 | Toys "R" Us, Inc. | $ 9,140,958.29 | Toys "R" Us - Delaware Inc. | $9,140,958.29 |
| 181 PLAYMONSTER LLC<br>LOWENSTEIN SANDLER LLP<br>ATTN: MARY SEYMOUR, ESQ. & NICOLE FULFREE, ESQ.<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 | 16733 | Toys "R" Us, Inc. | $ 1,574,396.25 | Toys "R" Us - Delaware Inc. | $1,574,396.25 |
| 182 PLAYMONSTER, LLC<br>ATTN: DOMENIC GRISANZIO<br>1400 E. INMAN PARKWAY<br>BELOIT, WI 53511 | 4301 | Toys "R" Us, Inc. | $ 1,342,784.70 | Toys "R" Us - Delaware Inc. | $1,342,784.70 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 183 | PLAYTEK LLC<br>148 MADISON AVE<br>14TH FLOOR<br>NEW YORK, NY 10016 | 17479 | Toys "R" Us, Inc. | $ 54,120.00 | Toys "R" Us - Delaware Inc. | $54,120.00 |
| 184 | PLUM, PBC<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>KIMBERLY A. TAYLOR, ESQ.<br>2211 PUMP ROAD<br>RICHMOND 23233 | 18733 | Toys "R" Us, Inc. | $ 106,361.72 | Toys "R" Us - Delaware Inc. | $106,361.72 |
| 185 | PODS ENTERPRISES, LLC<br>13535 FEATHER SOUND DRIVE<br>4TH FLOOR<br>CLEARWATER, FL 33762 | 1006 | Toys "R" Us, Inc. | $ 24,369.42 | Toys "R" Us - Delaware Inc. | $24,369.42 |
| 186 | POOF-SLINKY HOLDINGS, LLC<br>WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW P. WARD, ESQ.<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | 4648 | Toys "R" Us, Inc. | $ 1,031,765.92 | Toys "R" Us - Delaware Inc. | $1,031,765.92 |
| 187 | POPSOCKETS LLC<br>ATTN: SCOTT NICOLS<br>3033 STERLING CIRCLE<br>BOULDER, CO 80301 | 14707 | Toys "R" Us, Inc. | $ 76,912.50 | Toys "R" Us - Delaware Inc. | $76,912.50 |
| 188 | POUGHKEEPSIE PLAZA MALL LLC<br>8 DEPOT SQUARE<br>TUCKAHOE, NY 10707 | 14903 | Toys "R" Us, Inc. | $ 2,672.32 | Toys "R" Us - Delaware Inc. | $2,672.32 |
| 189 | POUGHKEEPSIE PLAZA MALL, LLC<br>C/O MEHLICH ASSOCAITES<br>8 DEPOT SQUARE<br>TUCKAHOE, NY 10707 | 12754 | Toys "R" Us, Inc. | $ 228.32 | Toys "R" Us - Delaware Inc. | $228.32 |
| 190 | POUGHKEEPSIE PLAZA MALL, LLC<br>C/O MEHLICH ASSOCAITES<br>8 DEPOT SQUARE<br>TUCKAHOE, NY 10707 | 12355 | Toys "R" Us, Inc. | $ 4,435.59 | Toys "R" Us - Delaware Inc. | $4,435.59 |
| 191 | PRECIOUS MOMENTS INC<br>PO BOX 843205<br>KANSAS CITY, MO 64184 | 2534 | Toys "R" Us, Inc. | $ 1,719.00 | Toys "R" Us - Delaware Inc. | $1,719.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 192 | PRESSMAN TOY CORP.<br>HORWOOD MARCUS & BERK CHARTERED<br>JASON M. TORF<br>500 W. MADISON ST.<br>SUITE 3700<br>CHICAGO, IL 60661 | 18159 | Toys "R" Us, Inc. | $ 218,573.28 | Toys "R" Us - Delaware Inc. | $218,573.28 |
| 193 | PRESTIGE BRANDS HOLDINGS, INC.<br>ATTN: AMANDA GERICH<br>660 WHITE PLAINS ROAD<br>SUITE 250<br>TARRYTOWN, NY 10591 | 2770 | Toys "R" Us, Inc. | $ 163,407.86 | Toys "R" Us - Delaware Inc. | $163,407.86 |
| 194 | PRIMARY COLORS DESIGN CORP<br>1899 COTTAGE ST<br>ASHLAND, OH 44805 | 8746 | Toys "R" Us, Inc. | $ 33,648.00 | Toys "R" Us - Delaware Inc. | $33,648.00 |
| 195 | PRINCE LIONHEART, INC.<br>2421 S. WESTGATE RD.<br>SANTA MARIA, CA 93455 | 286 | Toys "R" Us, Inc. | $ 328,552.98 | Toys "R" Us - Delaware Inc. | $328,552.98 |
| 196 | PRINCE LIONHEART, INC.<br>2421 S. WESTGATE RD.<br>SANTA MARIA, CA 93455 | 378 | Toys "R" Us, Inc. | $ 21,099.14 | Toys "R" Us - Delaware Inc. | $21,099.14 |
| 197 | PRIORITY ELEVATOR<br>PO BOX 665<br>RICHMOND 23218 | 18363 | Toys "R" Us, Inc. | $ 1,122.73 | Toys "R" Us - Delaware Inc. | $1,122.73 |
| 198 | PROCTER & GAMBLE DISTRIBUTING LLC<br>ATTN: JACKIE MULLIGAN, TN5<br>2 P & G PLAZA<br>CINCINNATI, OH 45202 | 2907 | Toys "R" Us, Inc. | $ 2,283,656.96 | Toys "R" Us - Delaware Inc. | $2,283,656.96 |
| 199 | PROFESSIONAL SERVICE INDUSTRIES<br>545 E ALGONQUIN RD<br>ARLINGTON HEIGHTS, IL 60005 | 17411 | Toys "R" Us, Inc. | $ 10,550.00 | Toys "R" Us - Delaware Inc. | $10,550.00 |
| 200 | PRO-MART INDUSTRIES INC<br>17421 VON KARMAN AVE<br>IRVINE, CA 92614 | 17442 | Toys "R" Us, Inc. | $ 15,756.03 | Toys "R" Us - Delaware Inc. | $15,756.03 |
| 201 | PSNC ENERGY (PUBLIC SERVICE CO. OF NC)<br>220 OPERATION WAY<br>MAIL CODE C222<br>CAYCE, SC 29033 | 1577 | Toys "R" Us, Inc. | $ 311.68 | Toys "R" Us - Delaware Inc. | $311.68 |
| 202 | PTI GROUP INC.<br>17989 CHESTERFIELD AIRPORT RD<br>CHESTERFIELD, MO 63005 | 12444 | Toys "R" Us, Inc. | $ 160,853.78 | Toys "R" Us - Delaware Inc. | $160,853.78 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 203 | PTR BALER AND COMPACTOR COMPANY 2207 E. ONTARIO ST PHILADELPHIA, PA 19134 | 6591 | Toys "R" Us, Inc. | $ 192,855.51 | Toys "R" Us - Delaware Inc. | $192,855.51 |
| 204 | PUBLISHER SERVICES INC 2800 VISTA RIDGE DVE SUITE 100 SUWANEE, GA 30024 | 12383 | Toys "R" Us, Inc. | $ 1,050.00 | Toys "R" Us - Delaware Inc. | $1,050.00 |
| 205 | PURE GLOBAL BRANDS, INC 10670 NORTH CENTRAL EXPRESSWAY # 470 DALLAS, TX 75231 | 4445 | Toys "R" Us, Inc. | $ 24,160.30 | Toys "R" Us - Delaware Inc. | $24,160.30 |
| 206 | PURPOSE DOCTORS, INC C/O ROBERT GOODWIN 467 W. 57TH STREET, UNIT 1A NEW YORK, NY 10019 | 16077 | Toys "R" Us, Inc. | $ 10,000.00 | Toys "R" Us - Delaware Inc. | $10,000.00 |
| 207 | Q-T FOUNDATIONS CO., INC. 496 KINDERKAMACK RD. SUITE 107 ORADELL, NJ 07649 | 4053 | Toys "R" Us, Inc. | $ 167,862.72 | Toys "R" Us - Delaware Inc. | $167,862.72 |
| 208 | QUARTO PUBLISHING GROUP USA INC 401 2ND AVE N, STE 310 IRWINDALE, CA 91706 | 2380 | Toys "R" Us, Inc. | $ 323,744.56 | Toys "R" Us - Delaware Inc. | $323,744.56 |
| 209 | QUEST PRODUCTS INC 8201 104TH STREET SUITE 200 PLEASANT PRAIRIE, WI 53158 | 17350 | Toys "R" Us, Inc. | $ 4,410.33 | Toys "R" Us - Delaware Inc. | $4,410.33 |
| 210 | QUINTESSENTIAL TOTS, LLC ATTN: BRIAN A. DOUGLAS 1665 QUINCY AVENUE, UNIT 179 NAPERVILLE, IL 60540 | 17325 | Toys "R" Us, Inc. | $ 283,289.07 | Toys "R" Us - Delaware Inc. | $283,289.07 |
| 211 | QUINTESSENTIAL TOTS, LLC ATTN: BRIAN A. DOUGLAS 1665 QUINCY AVENUE, UNIT 179 NAPERVILLE, IL 60540 | 1229 | Toys "R" Us, Inc. | $ 218,537.46 | Toys "R" Us - Delaware Inc. | $218,537.46 |
| 212 | R M PALMER   DUTCHTOWN P O BOX 1723 READING, PA 19603-1723 | 7539 | Toys "R" Us, Inc. | $ 63,311.27 | Toys "R" Us - Delaware Inc. | $63,311.27 |
| 213 | RACK FURNITURE GROUP, LLC STEVENS & LEE P.C. JOHN C. KILGANNON 1818 MARKET STREET, 29TH FLOOR PHILADELPHIA, PA 19103 | 16581 | Toys "R" Us, Inc. | $ 168,966.33 | Toys "R" Us - Delaware Inc. | $168,966.33 |

Toys "R" Us, Inc. 17-34665 (KLP)
Incorrect Debtor
Schedule 1

| | | | ASSERTED | | CORRECTED | |
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 214 | RACK FURNITURE GROUP, LLC<br>STEVENS & LEE, P.C.<br>JOHN C. KILGANNON, ESQ.<br>1818 MARKET STREET, 29TH FLOOR<br>LOS ANGELES, CA 90024 | 1254 | Toys "R" Us, Inc. | $ 94,609.60 | Toys "R" Us - Delaware Inc. | $94,609.60 |
| 215 | RAMROD DISTRIBUTORS INC<br>2401 DELTA LANE<br>ELK GROVE VILLAGE, IL 60007 | 13402 | Toys "R" Us, Inc. | $ 2,566.24 | Toys "R" Us - Delaware Inc. | $2,566.24 |
| 216 | RANDY'S ENVIRONMENTAL SERVICES<br>PO BOX 169<br>DELANO, MN 55328 | 17477 | Toys "R" Us, Inc. | $ 200.21 | Toys "R" Us - Delaware Inc. | $200.21 |
| 217 | RAPID PLASTICS INC-YOYO FTY<br>155 E CHILTON DR STE 101<br>CHANDLER, AZ 85225 | 12382 | Toys "R" Us, Inc. | $ 76,897.56 | Toys "R" Us - Delaware Inc. | $76,897.56 |
| 218 | RAWLINGS SPORTING GOODS COMPANY, INC<br>510 MARYVILLE UNIVERSITY DRIVE<br>SUITE 110<br>ST LOUIS, MO 63141 | 6605 | Toys "R" Us, Inc. | $ 87,188.40 | Toys "R" Us - Delaware Inc. | $87,188.40 |
| 219 | RAZBABY INNOVATIVE BABY PRODUCTS, INC<br>6875 SW 81ST ST<br>MIAMI, FL 33143 | 14830 | Toys "R" Us, Inc. | $ 171,252.05 | Toys "R" Us - Delaware Inc. | $171,252.05 |

* Indicates claim contains unliquidated and/or undetermined amounts

## Exhibit B

**Behnke Declaration**

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF THOMAS BEHNKE**
**IN SUPPORT OF THE DEBTORS' SIXTH OMNIBUS**
**OBJECTION TO CERTAIN INCORRECT DEBTOR CLAIMS**

I, Thomas Behnke, hereby declare under penalty of perjury:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC, ("A&M"),

a restructuring advisory services firm with numerous offices throughout the country.[2]  I, along

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]     Capitalized terms used but not otherwise defined in this Declaration have the meanings given to them in the Objection.

with my colleagues at A&M, have been engaged by the Debtors to provide various restructuring and financial services.  In my current position with the Debtors, I am responsible for all claims management related matters.  I am generally familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, and books and records that reflect, among other things, the Debtors' liabilities and the amount thereof owed to their creditors as of the Petition Date.  I am above 18 years of age, and I am competent to testify.

2.      I submit this declaration (this "Declaration") in support of the *Debtors' Sixth Omnibus Objection to Certain Incorrect Debtor Claims* (the "Objection") and am directly, or by and through the Debtors' advisors and personnel, familiar with the information contained therein and the exhibits and schedules attached thereto.  I am authorized to submit this declaration on the Debtors' behalf.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, and information I have received from other members of the Debtors' management, the Debtors' employees or the Debtors' advisors.  As to matters regarding state and federal law, including bankruptcy law, I have relied on the advice of counsel.  If I were called upon to testify, I could and would testify competently to the facts set forth in this Declaration on that basis.

3.      To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time and resources have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed against the Debtors in the chapter 11 cases.  In evaluating the Disputed Claims, the Debtors and/or their advisors have thoroughly reviewed the Debtors' books and records and the relevant proofs of claim, as well as the supporting documentation provided by each claimant, if any, and have

8

determined that each Disputed Claim should be modified as set forth in the Objection.  As such, I believe that the modification of the Disputed Claims on the terms set forth in the Objection is appropriate.

4.       To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Disputed Claims, as filed, do not accurately reflect which Debtor entity may be liable for the underlying Proof of Claim.  Instead, the Debtors and/or their advisors believe that the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the column titled "Asserted" to the Debtor identified in the column titled "Corrected" in the table provided in **Schedule 1** to the Order.  The Debtors assert that the Debtor reflected in the "Corrected" column is consistent with the Debtors' books and records and/or with the information provided by the claimants.  Failure to modify such Proofs of Claim could result in the relevant claimants receiving either (i) a better recovery than other similarly situated creditors, even though such recovery is not warranted, or (ii) a lesser recovery than they are otherwise entitled.  As such, I believe the modification of the Disputed Claims on the terms set forth in the Objection is appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  August 10, 2018                                 Respectfully submitted,

                                                                        */s/ Thomas Behnke*
                                                                        Thomas Behnke, Managing Director
                                                                        Alvarez & Marsal North America, LLC