Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CERTAIN (A) EXACT DUPLICATE CLAIMS, (B) CROSS-DEBTOR DUPLICATE CLAIMS, (C) SUBSTANTIVE DUPLICATE CLAIMS, (D) NO LIABILITY CLAIMS, (E) SATISFIED CLAIMS, (F) AMENDED CLAIMS, (G) AMENDED PRIORITY CLAIMS, (H) INSUFFICIENT DOCUMENTATION CLAIMS, AND (I) GIFT CARD CLAIMS

**PLEASE TAKE NOTICE THAT** on October 18, 2018, Toys "R" Us, Inc. and its debtor affiliates (collectively, the "Debtors")[2] filed the *Debtors' Twenty-Fourth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Cross-Debtor Duplicate Claims, (C) Substantive Duplicate Claims, (D) No Liability Claims, (E) Satisfied Claims, (F) Amended Claims, (G) Amended Priority Claims, (H) Insufficient Documentation Claims, and (I) Gift Card Claims* (the "Omnibus Objection") with the Bankruptcy Court.  The Omnibus Objection is available at https://cases.primeclerk.com/toysrus/ by searching "Twenty-Fourth Omnibus Objection" in the "Search Docket" field.  By the Omnibus Objection, the Debtors are seeking to disallow or modify claims, including your claim(s), as set forth on **Exhibit A** attached hereto, because the Debtors allege your claim(s) either: (i) constitutes a duplicate of other filed claims, (ii) is a claim for which the Debtors do not reflect any liability, (iii) is a claim which has previously been satisfied, (iv) was amended or superseded by subsequently filed proofs of claim, (v) asserts an incorrect priority, (vii)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

does not contain sufficient documentation to support the claim; or (vii) such claim is for a gift card for which the Debtors do not have any liability.

        **PLEASE TAKE FURTHER NOTICE THAT** on August 8, 2018, the Bankruptcy Court entered the *Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections* [Docket No. 4080] (the "Order"), approving procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims" and each individually, a "Claim") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

        YOU ARE RECEIVING THIS NOTICE BECAUSE ALL CLAIMS LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

        MOREOVER, UNDER THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT WITHIN 21 CALENDAR DAYS OF THE MAILING OF THIS OBJECTION (THE "RESPONSE DEADLINE") AND SERVED ON THE OBJECTING PARTY, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

**Critical Information for Claimants**
**Choosing to File a Response to the Omnibus Objection**

        Who Needs to File a Response:  If you oppose the modification or disallowance of your Claim(s) listed below and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

        If you do not oppose the modification or disallowance and expungement of your Claim(s) listed below, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

        Response Deadline:  The Response Deadline is **4:00 p.m. prevailing Eastern Time on November 8, 2018 (the "Response Deadline")**.

        THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED BY THE RESPONSE DEADLINE.

        Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court via CM/ECF or at the following address:

2

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

If the Omnibus Objection is filed by the Debtors, the automatic ECF notification for a timely and properly filed Response will satisfy service requirements, and the Response may also be served on counsel for the Debtors at the following addresses:

**Kutak Rock LLP**
Attn:  Jeremy S. Williams
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219

Unless otherwise adjourned by the Bankruptcy Court or the Debtors pursuant to the Omnibus Objection Procedures, the hearing on the Omnibus Objection and your Response will be held at **11:00 a.m. prevailing Eastern Time on November 15, 2018, at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

**Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus Objection**

*Contents*.  Each Response must contain the following (at a minimum):

1.  a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, and the case number and the title of the Omnibus Objection to which the Response is directed;

2.  the claimant's name and an explanation for the amount of the Claim;

3.  a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection with respect to your Claim(s), including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4.  a copy of any other documentation or other evidence of the Claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing; and

5.  your name, address, telephone number and email address and/or the name, address, telephone number and email address of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the

Claim, the Notice Addresses will control and will become the service address for future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be disallowed and expunged and the surviving claims) and only for those Claims in the Omnibus Objection.

*Additional Information*.  To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number, and email address of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will *not* become the service address for future service of papers.

*Failure to File Your Timely Response*.  If you fail to file your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice and timely serve it on the Debtors' attorneys, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection *without further notice* to you.

*Hearing Attendance*.  If you file a Response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  The Debtors, however, reserve the right to continue the hearing with respect to the Omnibus Objection and the Response.

*Rescheduling the Hearing*.  If the Bankruptcy Court determines that the hearing on the Omnibus Objection will require substantial time for the presentation of argument and/or evidence, then the Bankruptcy Court, in its discretion, may reschedule the hearing.

*Each Objection Is a Contested Matter*.  Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such Claim.

## Additional Information

*Reply of the Debtors*.  The Debtors may file a reply to your Response or reply in oral argument at the hearing.  In such event, the Debtors are permitted to file their reply no later than one calendar day before the hearing on the Omnibus Objection and the Response.

*Additional Discovery*.  Upon receipt of your Response, the Debtors may determine that discovery is necessary in advance of the hearing on the Omnibus Objection and your Response. In such event, the Debtors will serve separate notice to the Notice Addresses that the scheduled hearing will be treated as a status conference during which the parties will request that the Bankruptcy Court issue a scheduling order to facilitate resolution of the Response. Notwithstanding the foregoing, nothing herein modifies any parties' right to seek discovery or request that the scheduled hearing be treated as a status conference.

*Requests for Information*.  If you have any questions regarding the Omnibus Objection and/or if you wish to obtain a copy of the Omnibus Objection or related documents, you may call the Debtors' restructuring hotline at (844) 794-3476.  You may also obtain a copy of the Omnibus

Objection or related documents by visiting the Debtors' restructuring website at
https://cases.primeclerk.com/toysrus/.

    ***Reservation of Rights***.  Nothing in this Notice or the Omnibus Objection constitutes a
waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment,
preference actions, fraudulent-transfer actions, or any other claims against the claimant of the
Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the
Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of
action you may have filed or that have been scheduled by the Debtors) at a later date.  In such
event, you will receive a separate notice of any such objections.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated:   October 19, 2018

/s/ Jeremy S. Williams

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
              Peter.Barrett@KutakRock.com
              Jeremy.Williams@KutakRock.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:       (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DEBTORS' TWENTY-FOURTH OMNIBUS
## OBJECTION TO CERTAIN (A) EXACT DUPLICATE
## CLAIMS, (B) CROSS-DEBTOR DUPLICATE CLAIMS,
## (C) SUBSTANTIVE DUPLICATE CLAIMS, (D) NO LIABILITY
## CLAIMS, (E) SATISFIED CLAIMS, (F) AMENDED CLAIMS, (G) AMENDED
## PRIORITY CLAIMS, (H) INSUFFICIENT DOCUMENTATION CLAIMS, AND
## (I) GIFT CARD CLAIMS

> **THIS OBJECTION SEEKS TO MODIFY OR DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULES 1-9 TO EXHIBIT A ATTACHED TO THIS OBJECTION.**

Toys "R" Us, Inc. and its debtor affiliates (collectively, the "Debtors") file this omnibus

objection (this "Objection") and seek entry of an order, substantially in the form attached hereto

as **Exhibit A** (the "Order"):

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

- disallowing and expunging the claims identified on **Schedule 1** to the Order (collectively, the "Exact Duplicate Claims") in their entirety because such claims constitute exact duplicates of other filed claims;

- disallowing and expunging the claims identified on **Schedule 2** to the Order (collectively, the "Cross-Debtor Duplicate Claims") in their entirety because such claims constitute duplicates of claims filed against a different Debtor;

- disallowing and expunging the claims identified on **Schedule 3** to the Order (collectively, the "Substantive Duplicate Claims") in their entirety because such claims have been superseded by subsequently filed claims;

- disallowing and expunging the claims identified on **Schedule 4** to the Order (collectively, the "No Liability Claims") in their entirety because based on the Debtors' books and records, the Debtors have no liability for such claims;

- disallowing and expunging the claims identified on **Schedule 5** to the Order (collectively, the "Satisfied Claims") in their entirety because, based on the Debtors' books and records, such claims have been paid or otherwise settled and the Debtors no longer have any outstanding liability associated therewith;

- disallowing and expunging the claims identified on **Schedule 6** to the Order (collectively, the "Amended Claims") in their entirety because such claims have been amended or superseded by subsequently filed claims;

- modifying the claims identified on **Schedule 7** to the Order (collectively, the "Amended Priority Claims") because the Debtors have determined that such claim asserts a higher priority than the priority to which the claim is entitled based on the Debtors' books and records;

- disallowing and expunging the claims identified on **Schedule 8** to the Order (collectively, the "Insufficient Documentation Claims") in their entirety because such claims fail to specify sufficiently the basis for the claim or provide sufficient supporting documentation; and

- disallowing and expunging the claims identified on **Schedule 9** to the Order (collectively, the "Gift Card Claims" and together with the Exact Duplicate Claims, Cross-Debtor Duplicate Claims, Substantive Duplicate Claims, No Liability Claims, Satisfied Claims, Amended Claims, Amended Priority Claims, and Insufficient Documentation Claims, the "Disputed Claims") in their entirety because the Debtors have no liability for such claims.

In support of this Objection, the Debtors submit the *Declaration of Thomas Behnke in*

*Support of the Debtors' Twenty-Fourth Omnibus Objection to Certain (A) Exact Duplicate Claims,*

*(B) Cross-Debtor Duplicate Claims, (C) Substantive Duplicate Claims, (D) No Liability Claims, (E) Satisfied Claims, (F) Amended Claims, (G) Amended Priority Claims, (H) Insufficient Documentation Claims, and (I) Gift Card Claims* (the "<u>Behnke Declaration</u>"), attached to this Objection as **Exhibit B**, and respectfully state as follows.

**Jurisdiction**

1.      The United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984.  The Debtors confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      The bases for the relief requested herein are sections 502 and 1106(a)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Bankruptcy Rules 3007 and 9014, and Rule 3007–1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Local Rules</u>").

**Relief Requested**

3.      By this Objection, the Debtors respectfully request entry of an order (a) modifying or disallowing and expunging the Disputed Claims identified on **Schedules 1-9** to the Order and (b) granting related relief.

**Background**

4.      On September 19, 2017 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their

3

businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A detailed description surrounding the facts and circumstances of these chapter 11 cases is set forth in the *Declaration of David A. Brandon, Chairman of the Board and Chief Executive Officer of Toys R Us, Inc., In Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] and the *Declaration of Michael J. Short, Chief Financial Officer of Toys "R" Us, Inc., in Support of Debtors' First Day Motions* [Docket No. 30]. On November 16, 2017, the Debtors filed their schedules of assets and liabilities and statements of financial affairs [Docket Nos. 1015-1016] (collectively, the "Schedules").

## The Claims Reconciliation Process

5.       On December 21, 2017, the Court entered the *Amended Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief* [Docket No. 1332] (the "General Bar Date Order"), which, among other things, established the following deadline for filing proofs of claim (collectively, the "General Bar Dates"): (a) April 6, 2018, as the deadline for all persons and entities holding or wishing to assert a "claim" (as defined in section 101(5) of the Bankruptcy Code) against any of the Debtors that arose before the Petition Date (each, a "Claim"), including any claim arising under section 503(b)(9) of the Bankruptcy Code, to file proof of such Claim in writing; (b) June 18, 2018, as the deadline for all governmental units holding or wishing to assert a Claim against any of the Debtors that arose before the Petition Date to file proof of such Claim in writing; and (c) the later of (i) the General Claims Bar Date or the Governmental Bar Date (each as defined in the General Bar Date Order), as applicable, or (ii) 5:00 p.m., prevailing Eastern time, on the date that is 30 days following entry of an order

4

approving the rejection of any executory contract or unexpired lease of the Debtors, as the deadline for all entities holding claims against the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors, to file proof of such Claim in writing.

6.    On March 22, 2018, the Bankruptcy Court entered the *Order (I) Authorizing the Debtors to Wind-Down U.S. Operations, (II) Authorizing the Debtors to Conduct U.S. Store Closings, (III) Establishing Administrative Claims Procedures, and (IV) Granting Related Relief* [Docket No. 2344] pursuant to which the Court authorized the Debtors to begin to wind down their U.S. operations.

7.    On March 22, 2018, the Bankruptcy Court entered the *Order (I) Authorizing the Debtors to Wind-Down U.S. Operations, (II) Authorizing the Debtors to Conduct U.S. Store Closings, (III) Establishing Administrative Claims Procedures, and (IV) Granting Related Relief* [Docket No. 2344] (the "Wind-Down Order"), pursuant to which the Court authorized the Debtors to begin to wind-down their U.S. operations.

8.    On May 25, 2018, the Court entered the *Amended Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims Against Certain Debtors, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claims Bar Date, and (V) Granting Related Relief* [Docket No. 3260] (the "Admin Claims Bar Date Order" and together with the General Bar Date Order, the "Bar Date Orders"), which, among other things, established:  (a) July 16, 2018, as the deadline to file proof of such claim in writing for all persons and entities holding or wishing to assert a claim entitled to administrative priority under 11 U.S.C. § 503 (other than § 503(b)(9)) (each, an "Administrative Claim") against any of the Debtors that arose between the Petition Date and on or prior to June 30, 2018; and (b) the earlier of: (i) the 15th day of the month at 5:00 p.m.,

prevailing Eastern Time following the month in which the claim arose; or (ii) 14 days following any hearing on a plan of liquidation, structured settlement, or other proposed resolution to the Debtors' chapter 11 cases, at 5:00 p.m., prevailing Eastern Time, for any Administrative Claim arising after June 30, 2018 (collectively, the "Admin Bar Dates" and together with the General Bar Dates, the "Bar Dates") as the deadline to file proof of such Administrative Claim in writing.

9.      Written notice of the Bar Dates was mailed to, among others, all known creditors and other known holders of claims against the Debtors, identified as of the date of entry of the Bar Date Orders, including all entities listed in the Schedules as holding claims against the Debtors, and to all parties who had filed requests for notices under Bankruptcy Rule 2002 as of the date of the Bar Date Orders.  In addition to mailing such actual notice, the Debtors also published notice of the Bar Dates in *USA Today* (national edition) (with respect to the Bar Dates) and the *Wall Street Journal* (national edition) (with respect to the General Bar Dates).

10.     On August 8, 2018, the Court entered the *Order (I) Approving Procedures for Filing Omnibus Objections to Claims, (II) Approving the Form and Manner of the Notice of Omnibus Objections, and (III) Granting Related Relief* [Docket No. 4080] approving the Debtors' proposed objection procedures (the "Objection Procedures").  This Objection is filed in accordance with the Objection Procedures.

11.     To date, entities have filed approximately 25,000 proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims against the Debtors on an aggregate basis (collectively, the "Proofs of Claim"), collectively asserting more than $116.2 billion in aggregate liabilities, of which 5,200 assert administrative priority in the collective amount of approximately $103.2 billion.  The Debtors and their advisors are in the process of reviewing the Proofs of Claim, including supporting documentation, if any, filed with the Proofs

of Claim, and reconciling the Proofs of Claim with the Debtors' books and records to determine the validity of the Proofs of Claim.  For the reasons set forth in more detail below, and based on their review to date, the Debtors have determined that the Disputed Claims are objectionable on the grounds set forth below.

**Objection**

## I.       Exact Duplicate Claims

12.       The Debtors object to the Exact Duplicate Claims.  Based on their review of the Proofs of Claim, the Debtors have determined that the Exact Duplicate Claims listed in the "Claims to Be Disallowed" column duplicate other Proofs of Claim filed against the same Debtor entity as identified in the "Remaining Claims" column on **Schedule 1** to the Order.  Failure to disallow and expunge the Exact Duplicate Claims listed in the "Claims to Be Disallowed" column could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.  Moreover, elimination of the Exact Duplicate Claims will enable the Debtors to maintain a more accurate claims register.  Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the Exact Duplicate Claims listed in the "Claims to Be Disallowed" column on **Schedule 1** to the Order.  This Objection does not affect the Proofs of Claim labeled as "Remaining Claims" identified on **Schedule 1** to the Order. The Debtors maintain the right to object to any of the Proofs of Claim identified as a "Remaining Claim" on any applicable grounds.

## II.      Cross-Debtor Duplicate Claims

13.       The Debtors object to the Cross-Debtor Duplicate Claims.  Based on their review of the Proofs of Claim, the Debtors have determined that the Cross-Debtor Duplicate Claims listed in the "Claims to Be Disallowed" column duplicate other Proofs of Claim filed against another Debtor entity as identified in the "Remaining Claims" column on **Schedule 2** to the Order.  Failure

7

to disallow and expunge the Cross-Debtor Duplicate listed in the "Claims to Be Disallowed" column could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors. Moreover, elimination of the Cross-Debtor Duplicate Claims will enable the Debtors to maintain a more accurate claims register. Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the Cross-Debtor Duplicate Claims listed in the "Claims to Be Disallowed" column on **Schedule 2** to the Order. This Objection does not affect the Proofs of Claim labeled as "Remaining Claims" identified on **Schedule 2** to the Order. The Debtors maintain the right to object to any of the Proofs of Claim identified as a "Remaining Claim" on any applicable grounds.

## III.    Substantive Duplicate Claims

14.    The Debtors object to the Substantive Duplicate Claims. Based on their review of the Proofs of Claim and a thorough analysis of the Debtors' books and records, the Debtors have determined that the Substantive Duplicate Claims identified on the "Claims to Be Disallowed" column on **Schedule 3** to the Order, duplicate amounts requested in the subsequently filed Proofs of Claim identified in the "Remaining Claims" column on **Schedule 3** to the Order. Failure to disallow and expunge the Substantive Duplicate Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors. Moreover, elimination of the Substantive Duplicate Claims will enable the Debtors to maintain a more accurate claims register. Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the Substantive Duplicate Claims identified on **Schedule 3** to the Order. This Objection does not affect the Proofs of Claim labeled as "Remaining Claims" identified on **Schedule 3** to the Order. The Debtors maintain the right to object to any of the Proofs of Claim identified as a "Remaining Claim" on any applicable grounds.

## IV.    No Liability Claims

15.     The Debtors object to the No Liability Claims set forth on **Schedule 4** to the Order. Based on their review of the Proofs of Claim and a thorough analysis of the Debtors' books and records, the Debtors have determined that the No Liability Claims, as filed, do not accurately reflect amounts owed by the Debtors according to their books and records. Instead, the Debtors assert that they have no liability for such Proofs of Claim.  As a result, the Debtors are seeking an order expunging and disallowing the No Liability Claims, as identified on **Schedule 4** to the Order. Failure to disallow and expunge the No Liability Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.  Moreover, elimination of the No Liability Claims will enable the Debtors to maintain a more accurate claims register.  Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the No Liability Claims identified on **Schedule 4** to the Order.

**V.      Satisfied Claims**

16.     The Debtors object to the Satisfied Claims set forth on **Schedule 5** to the Order. Based on their review of the Proofs of Claim and a thorough analysis of the Debtors' books and records, the Debtors have determined that the obligations related to such Satisfied Claims have been paid or otherwise settled and the Debtors no longer have any outstanding liabilities associated therewith.  As a result, the Debtors are seeking an order expunging and disallowing the Satisfied Claims, as identified on **Schedule 5** to the Order.  Failure to disallow and expunge the Satisfied Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.  Moreover, elimination of the Satisfied Claims will enable the Debtors to maintain a more accurate claims register.  Accordingly, the

Debtors request that the Court enter the Order, disallowing and expunging the Satisfied Claims identified on **Schedule 5** to the Order.

## VI.    Amended Claims

17.    The Debtors object to the Amended Claims.  Based on their review of the Proofs of Claim, the Debtors have determined that the Amended Claims consist of Proofs of Claim that have been amended and/or superseded by subsequently filed proofs of claim, the latter of which are identified in the "Remaining Claims" column on **Schedule 6** to the Order.  As a result, the earlier-filed Proofs of Claim listed in the "Claims to Be Disallowed" column no longer represent valid Proofs of Claim against the Debtors' estates.  Failure to disallow and expunge the Amended Claims listed in the "Claims to Be Disallowed" column could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.  Moreover, elimination of the Amended Claims will enable the Debtors to maintain a more accurate claims register.  Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the Amended Claims listed in the "Claims to Be Disallowed" column on **Schedule 6** to the Order.  This Objection does not affect the Proofs of Claim identified in the "Remaining Claims" column on **Schedule 6** to the Order. The Debtors do, however, maintain the right to object to any Proofs of Claim identified as a "Remaining Claim" on any applicable grounds.

## VII.    Amended Priority Claims

18.    The Debtors object to the Amended Priority Claims set forth on **Schedule 7** to the Order.  Based on their review of the Proofs of Claim, the Debtors have determined that the Amended Priority Claims, as filed, do not accurately reflect the correct priority for such Proofs of Claim according to the Debtors' books and records.  Instead, the Debtors believe that the asserted priority of such claims as identified in the column titled "Asserted" should be modified to the

priority identified in the column titled "Corrected" in the table provided in **Schedule 7** to the Order. The Debtors assert that the priority listed in "Corrected" column for each Amended Priority Claim represents the appropriate priority for each respective Proof of Claim, as reflected in the Debtors' books and records and/or from the information provided by the claimants. Failure to modify such claims could result in the relevant claimants receiving: (i) a better recovery than other similarly situated creditors, even though such recovery is not warranted, or (ii) a lesser recovery than they are otherwise entitled. Accordingly, the Debtors request that the Court enter the Order, modifying the Amended Priority Claims identified on **Schedule 7** to the Order.

## VIII.  Insufficient Documentation Claims

19.     The Debtors object to the Insufficient Documentation Claims identified on **Schedule 8** to the Order. Based on their review of the Proofs of Claim filed in these chapter 11 cases, the Insufficient Documentation Claims do not include sufficient information to enable the Debtors to reconcile these Proofs of Claim with their books and records.

20.     A proof of claim must "set forth the facts necessary to support the claim." *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (citing 9, Resnick & Sommer eds., *Collier on Bankruptcy* ¶ 3001.09[1] at 3001-27 (15th ed. rev. 2005)) (emphasis added). If the proof of claim fails to set forth the necessary supporting facts, it is "not entitled to the presumption of prima facie validity, and the burdens of going forward and of proving its claims by a preponderance of the evidence are on the [claimant]." *In the Matter of Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see also In re Svendson*, 34 B.R. 341, 342 (Bankr. D.R.I. 1983) (stating proofs of claim failed to "set forth all the necessary facts to establish the claim[s].").

21.     Without providing sufficient information or documentation to allow the Debtors to reconcile the Insufficient Documentation Claims with their books and records, the Insufficient

Documentation Claims fail to satisfy the requirements for a proof of claim. *See Chain*, 255 B.R. at 280. See also *In re 20/20 Sport, Inc.*, 200 B.R. 972, 978 (Bankr. S.D.N.Y 1996) ("In bankruptcy cases, courts have traditionally analogized a creditor's claim to a civil complaint, [and] a trustee's objection to an answer . . . .").

22.    Moreover, the Debtors should not be required to pay a purported creditor to the detriment of a proven creditor.  The elimination of Insufficient Documentation Claims will streamline the claims reconciliation process and enable the Debtors to maintain a more accurate claims register.  Accordingly, the Debtors hereby request that the Insufficient Documentation Claims be disallowed and expunged in their entirety. Accordingly, the Debtors hereby request that the Court enter an order expunging and disallowing the Insufficient Documentation Claims identified on **Schedule 8** of the Order.

## IX.    Gift Card Claims

23.    The Debtors object to the Gift Card Claims set forth on **Schedule 9** to the Order. Based on their review of the Proofs of Claim and the Wind-Down Order, together with a review and analysis of the Debtors' books and records, the Debtors have determined that the Gift Card Claims, as filed, do not accurately reflect amounts owed by the Debtors. Specifically, in the Wind-Down Order, the Court ordered that parties may use their validly issued gift certificates and gift cards for 30 days after entry of the Wind-Down Order, but that "[a]fter 30 days following the entry of this U.S. Wind-Down Order, any such validly-issued gift certificates and gift cards will no longer be accepted by the Debtors and ***deemed to have no remaining value***." Wind-Down Order at ¶ 18 (emphasis added).

24.    Accordingly, the Debtors assert that they have no liability for such Proofs of Claim. As a result, the Debtors are seeking an order expunging and disallowing the Gift Card Claims, as

identified on **Schedule 9** to the Order.  Failure to disallow and expunge the Gift Card Claims could result in the applicable claimants receiving recoveries against the Debtors' estates, to which they are not entitled and to the detriment of other similarly situated creditors.  Moreover, elimination of the Gift Card Claims will enable the Debtors to maintain a more accurate claims register. Accordingly, the Debtors request that the Court enter the Order, disallowing and expunging the Gift Card Claims identified on **Schedule 9** of the Order.

## Basis for Relief

25.      Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." A debtor in possession has the duty to object to the allowance of any claim that is improper.  *See* 11 U.S.C. § 1106(a)(1).

26.      As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code.  *See In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992).  Bankruptcy courts have generally held that in order to receive the benefit of *prima facie* validity, however, the claimant must set forth facts necessary to support the claim.  *See In re McCarthy*, No. 04-10493, 2004 WL 5683383, at *5 (Bankr. E.D. Va. July 14, 2004).  Additionally, a claimant's proof of claim is entitled to the presumption of *prima facie* validity under Bankruptcy Rule 3001(f) only until an objecting party shows that there exists a "true dispute" as to the validity and amount of the claim.  *See In re Computer Learning Ctrs., Inc.*, 298 B.R. 569, 578 (Bankr. E.D. Va. 2003) (quoting Collier on Bankruptcy ¶ 3001.09[2] (15th ed. revised 2003)).  Once the objecting party refutes an allegation critical to the claim, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.  *Allegheny*, 954 F.2d at 173.  In other words, once the *prima facie* validity of a claim is rebutted, "it is for the claimant to prove his claim,

not for the objector to disprove it." *In re Kahn*, 114 B.R. 40, 44 (Bankr. S.D.N.Y. 1990) (citations omitted).

27.     For the reasons set forth in this Objection and in the Behnke Declaration, the Court should modify or disallow and expunge the Disputed Claims as requested in herein.  If the Disputed Claims are not formally modified or disallowed and expunged, the potential exists for the applicable claimants to receive recoveries to which they are not entitled, to the detriment of the Debtors' other stakeholders and the process of claims administration and reconciliation will be unnecessarily burdensome.  Thus, the relief requested in this Objection is necessary to prevent any inappropriate distribution of estate funds and to facilitate the administration of the claims-allowance process.

## Separate Contested Matter

28.     Each of the above objections to the proofs of claim constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted herein will be deemed a separate order with respect to each Claim.

## Responses to Omnibus Objections

29.     To contest this Objection, a claimant must file and serve a written response to this Objection in accordance with the Objection Procedures.  If a claimant fails to file and serve a response in accordance with the Objection Procedures, the Debtors may present to the Court an appropriate order disallowing or modifying the Disputed Claim, without further notice to the claimant or a hearing.

## Reservation of Rights

30.     Nothing contained herein is intended or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code

or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

### Notice

31.    The Debtors will provide notice of this Motion via first class mail or email (where available) to: (a) the Office of the United States Trustee for the Eastern District of Virginia, Attn: Robert B. Van Arsdale and Lynn A. Kohen; (b) counsel to the committee of unsecured creditors; (c) DIP Delaware Term Loan Agent and the advisors and counsel thereto; (d) the administrative agent for the prepetition Secured Term Loan B Facility and the advisors and counsel thereto; (e) the agent for the Giraffe Junior Mezzanine Loan and the advisors and counsel thereto; (f) the administrative agent for the Senior Unsecured Term Loan Facility and the advisors and counsel thereto; (g) the indenture trustee for the Debtors' 7.375% Senior Notes and the advisors and counsel thereto; (h) the indenture trustee for the Debtors' 8.75% Unsecured Notes and the advisors and counsel thereto; (i) counsel to the ad hoc group of the Term B-4 Holders; (j) the Internal Revenue Service; (k) the office of the attorneys general for the states in which the Debtors operate; (l) the Securities and Exchange Commission; (m) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (n) holders of the Disputed Claims identified on **Schedules 1-9** to the Order.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

32.     No prior request for the relief sought in this Objection has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Richmond, Virginia
Dated:   October 19, 2018

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
              Peter.Barrett@KutakRock.com
              Jeremy.Williams@KutakRock.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Form of Order**

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:          (804) 644-1700
Facsimile:          (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) |
|  | ) Case No. 17-34665 (KLP) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

## ORDER GRANTING DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CERTAIN (A) EXACT DUPLICATE CLAIMS, (B) CROSS-DEBTOR DUPLICATE CLAIMS, (C) SUBSTANTIVE DUPLICATE CLAIMS, (D) NO LIABILITY CLAIMS, (E) SATISFIED CLAIMS, (F) AMENDED CLAIMS, (G) AMENDED PRIORITY CLAIMS, (H) INSUFFICIENT DOCUMENTATION CLAIMS, AND (I) GIFT CARD CLAIMS

Upon the omnibus objection (the "Objection")[2] of the Debtors for entry of an order (this

"Order"):    (a) modifying or disallowing and expunging the Disputed Claims identified on

**Schedules 1-9** attached hereto, in accordance with section 502 of the Bankruptcy Code,

Bankruptcy Rule 3007, and Local Rule 3007–1; and (b) granting related relief, all as more fully

set forth in the Objection; and it appearing that the relief requested is in the best interests of the

Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]    Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Objection.

consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and notice of the Objection having been adequate and appropriate under the circumstances;

and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED:

1.      The Objection is granted as set forth in this Order.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is

hereby overruled on its merits.

3.      Each Exact Duplicate Claim in the "Claims to Be Disallowed" column identified

on **Schedule 1** attached to this Order is disallowed and expunged in its entirety; *provided* that

nothing in this Order will affect any Proof of Claim listed in the "Remaining Claims" column on

**Schedule 1**; *provided*, *further*, that the Debtors maintain the right to object to any Proof of Claim

identified as a "Remaining Claim" identified on **Schedule 1** on any applicable grounds.

4.      Each Cross-Debtor Duplicate Claim identified in the "Claims to Be Disallowed"

column on **Schedule 2** attached to this Order is disallowed and expunged in its entirety; *provided*

that nothing in this Order will affect any Proof of Claim listed in the "Remaining Claims" column

on **Schedule 2**; *provided*, *further*, that the Debtors maintain the right to object to any Proof of

Claim identified as a "Remaining Claim" identified on **Schedule 2** on any applicable grounds.

5.      Each Substantive Duplicate Claim identified in the "Claims to Be Disallowed"

column on **Schedule 3** attached to this Order is disallowed and expunged in its entirety; *provided*

that nothing in this Order will affect any Proof of Claim listed in the "Remaining Claims" column

on **Schedule 3**; *provided*, *further*, that the Debtors maintain the right to object to any Proof of

Claim m identified as a "Remaining Claim" identified on **Schedule 3** on any applicable grounds.

2

6.      Each No Liability Claim, as identified on **Schedule 4** to this Order, is expunged and disallowed in its entirety.

7.      Each Satisfied Claim identified on **Schedule 5** attached to this Order is disallowed and expunged in its entirety.

8.      Each Amended Claim in the "Claims to Be Disallowed" column identified on **Schedule 6** attached to this Order is disallowed and expunged in its entirety; *provided* that nothing in this Order will affect any Proof of Claim listed in the "Remaining Claims" column on **Schedule 6**; *provided*, *further*, that the Debtors maintain the right to object to any claim identified as a "Remaining Claim" identified on **Schedule 6** on any applicable grounds.

9.      Each Amended Priority Claim, as identified on **Schedule 7** to this Order, is modified to the priority identified in the column titled "Corrected" in **Schedule 7** to this Order; *provided*, that the Debtors maintain the right to object to any Proof of Claim identified in the "Corrected" column on **Schedule 7** on any applicable grounds.

10.     Each Insufficient Documentation Claim identified on **Schedule 8** attached to this Order is disallowed and expunged in its entirety.

11.     Each Gift Card Claim identified on **Schedule 9** attached to this Order is disallowed and expunged in its entirety.

12.     Prime Clerk LLC, the Debtors' notice and claims agent, is directed to update the claims register to reflect the relief granted in this Order.

13.     Except as provided in this Order, nothing in this Order will be deemed (a) an admission or finding as to the validity of any Proof of Claim against a Debtor entity, (b) a waiver of the right of the Debtors to dispute any Proof of Claim against any Debtor on any grounds whatsoever, at a later date, (c) a promise by or requirement on any Debtor to pay any Proof of

3

Claim, (d) an implication or admission that any particular Proof of Claim is of a type specified or defined in this Order, or (e) a waiver of the rights of the Debtors under the Bankruptcy Code or any other applicable law.

14.     Each of the Disputed Claims and the objections by the Debtors to each of the Disputed Claims, as addressed in the Objection and set forth on **Schedules 1-9**, each attached to this Order, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any claimants whose Proofs of Clam are subject to this Order will only apply to the contested matter that involves such claimant and will not act to stay the applicability or finality of this Order with respect to the other contested matters identified in the Objection or this Order.

15.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

16.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

Richmond, Virginia

_____

THE HONORABLE KEITH L. PHILLIPS

UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

 /s/ *Jeremy S. Williams*

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:         (804) 644-1700
Facsimile:         (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATION OF ENDORSEMENT**
## **UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

 /s/ *Jeremy S. Williams*

## <u>Schedule 1</u>

**Exact Duplicate Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |

1 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22199 | 503(b)(9) | $2,691.92 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 12/18/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1144 | 503(b)(9) | $2,691.92

Reason: The liabilities asserted in Claim 22199 are duplicative of the liabilities in Claim 1144 ("Surviving Claim"). The Surviving Claim was previously modified on the Fourth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys "R" Us - Delaware Inc.

2 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22200 | 503(b)(9) | $2,602.30 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 12/18/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1146 | 503(b)(9) | $2,602.30

Reason: The liabilities asserted in Claim 22200 are duplicative of the liabilities in Claim 1146 ("Surviving Claim"). The Surviving Claim was previously modified on the Fourth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys "R" Us - Delaware Inc.

3 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22201 | 503(b)(9) | $152.82 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 12/18/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1145 | 503(b)(9) | $152.82

Reason: The liabilities asserted in Claim 22201 are duplicative of the liabilities in Claim 1145 ("Surviving Claim"). The Surviving Claim was previously modified on the Fourth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys "R" Us - Delaware Inc.

4 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22225 | 503(b)(9) | $1,072.12 | AFTERSORT, INC. 4700 DARR HILL RD JONESBORO, AR 72404 | 12/20/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1149 | 503(b)(9) | $1,072.12

Reason: The liabilities asserted in Claim 22225 are duplicative of the liabilities in Claim 1149 ("Surviving Claim"). The Surviving Claim was previously modified on the Fourth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys "R" Us - Delaware Inc.

5 | BALI PROPERTIES, INC. C/O WILLIAM C. BECK, JR. PO BOX 241 JEFFERSON VALLEY, NY 10535 | 09/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22426 | Administrative | $25,306.31* | BALI PROPERTIES, INC. ATTN: WILLIAM C. BECK, JR., PRESIDENT PO BOX 241 JEFFERSON VALLEY, NY 10535 | 09/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22433 | Administrative | $25,306.31*

Reason: The underlying liability asserted in claim 22426 is duplicated in claim 22433.

6 | CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 10/01/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22519 | Administrative | $300.00 | CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 10/02/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22533 | Administrative | $300.00

Reason: The underlying liability asserted in claim 22519 is duplicated in claim 22533.

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | | | |
| 7 | CPT NETWORK SOLUTIONS INC 1062 W. SOUTH THORNDALE AVENUE BENSENVILLE, IL 60106 | 08/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22065 | Administrative | $4,896.93 | CPT NETWORK SOLUTIONS INC 1062 W. SOUTH THORNDALE AVENUE BENSENVILLE, IL 60106 | 06/25/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 11818 | Administrative | $4,896.93 |
| | Reason: The underlying liability asserted in claim 22065 is duplicated in claim 11818. | | | | | | | | | | | |
| 8 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 08/07/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21970 | Priority Unsecured  Total | $6,490.42* $23,963.16*  $ 30,453.58* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 06/22/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16280 | Priority Unsecured  Total | $6,490.42* $23,963.16*  $ 30,453.58* |
| | Reason: The underlying liability asserted in claim 21970 is duplicated in claim 16280. | | | | | | | | | | | |
| 9 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 08/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21996 | Priority Unsecured  Total | $6,490.42* $23,963.16*  $ 30,453.58* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 06/22/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16280 | Priority Unsecured  Total | $6,490.42* $23,963.16*  $ 30,453.58* |
| | Reason: The underlying liability asserted in claim 21996 is duplicated in claim 16280. | | | | | | | | | | | |
| 10 | HINES GLOBAL REIT SAN ANTONIO RETAIL I, LP HINES RETAIL ATTN: KENTON MCKEEHAN, MANAGING DIRECTOR 2800 POST OAK BOULEVARD HOUSTON, TX 77056 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17380 | Administrative | Undetermined* | HINES GLOBAL REIT SAN ANTONIO RETAIL I, LP HINES RETAIL ATTN: KENTON MCKEEHAN, MANAGING DIRECTOR 2800 POST OAK BOULEVARD HOUSTON, TX 77056 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16890 | Administrative | Undetermined* |
| | Reason: The underlying liability asserted in claim 17380 is duplicated in claim 16890. | | | | | | | | | | | |
| 11 | ILLINOIS WHOLESALE CASH REGISTER 2790 PINNACLE DRIVE ELGIN, IL 60124 | 08/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22091 | 503(b)(9) | $9,100.00 | ILLINOIS WHOLESALE CASH REGISTER 2790 PINNACLE DRIVE ELGIN, IL 60124 | 12/08/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1056 | 503(b)(9) | $9,100.00 |
| | Reason: The underlying liability asserted in claim 22091 is duplicated in claim 1056. | | | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | IMPERIAL COUNTY TREASURER-TAX COLLECTOR 940 W. MAIN STREET, STE 106 EL CENTRO, CA 92243 | 08/13/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22120 | Administrative | $2,289.94* | IMPERIAL COUNTY TREASURER-TAX COLLECTOR 940 W. MAIN STREET, STE 106 EL CENTRO, CA 92243 | 08/13/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22088 | Administrative | $2,289.94* |

Reason: The underlying liability asserted in claim 22120 is duplicated in claim 22088.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | KAL PLAZA LLC PO BOX 200 MONSEY, NY 10952 | 09/23/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 22482 | Administrative | $27,623.98 | KAL PLAZA LLC PO BOX 200 MONSEY, NY 10952 | 06/18/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 11094 | Administrative | $27,623.98 |

Reason: The liabilities asserted in Claim 22482 are duplicative of the liabilities in Claim 11094 (Surviving Claim). The Surviving Claim was previously modified on the Thirteenth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys "R" Us Property Company II, LLC.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | NPV GROUP LLC MR. PHILLIP NAUTA 247 WEBB RD STOUFFVILLE, ON L4A 7X4 CANADA | 09/01/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22306 | Administrative | $26,545.00 | NPV GROUP LLC MR PHILLIP NAUTA 247 WEBB RD STOUFFVILLE, ON L4A 7X4 CANADA | 06/27/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 13031 | Administrative | $26,545.00 |

Reason: The underlying liability asserted in claim 22306 is duplicated in claim 13031.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ONE SOURCE LOGISTICS LLC 2166 A HEMS CT CALEXICO, CA 92231 | 09/04/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22343 | Administrative | $9,315.30 | ONE SOURCE LOGISTICS LLC 2166 A HEMS CT CALEXICO, CA 92231 | 06/28/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 13418 | Administrative | $9,315.30 |

Reason: The liabilities asserted in Claim 22343 are duplicative of the liabilities in Claim 13418 (Surviving Claim). The Surviving Claim was previously modified on the Sixth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | PCG WOODLAND HILLS TOPANGA LLC RONALD K. BROWN, JR. 901 DOVE STREET SUITE 120 NEWPORT BEACH, CA 92660 | 07/19/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 18188 | Administrative Unsecured  Total | $61,813.58 $881,199.48  $ 943,013.06 | PCG WOODLAND HILLS TOPANGA LLC RONALD K. BROWN, JR. 901 DOVE STREET SUITE 120 NEWPORT BEACH, CA 92660 | 07/20/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 19238 | Administrative Unsecured  Total | $61,813.58 $881,199.48  $ 943,013.06 |

Reason: The underlying liability asserted in claim 18188 is duplicated in claim 19238.

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

<u>CLAIMS TO BE DISALLOWED</u>                                                                                    <u>REMAINING CLAIMS</u>

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | SCM GARMENTS PVT LIMITED 57 VOC NAGAR (SOUTH) VALAYANKADU TIRUPUR,  641603 INDIA | 09/08/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22366 | Administrative | $391,607.04 | SCM GARMENTS PVT LIMITED 57 VOC NAGAR (SOUTH) VALAYANKADU TIRUPUR,  641603 INDIA | 06/08/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 7102 | Administrative | $391,607.04 |

Reason: The liabilities asserted in Claim 22366 are duplicative of the liabilities in Claim 7102 (Surviving Claim). The Surviving Claim was previously modified on the Seventh Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | SPORTSMAN'S SUPPLY INC. 2219 HITZERT COURT FENTON, MO 63026 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22278 | Administrative | $733.41 | SPORTSMAN'S SUPPLY INC 2219 HITZERT COURT FENTON, MO 63026 | 06/18/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 9368 | Administrative | $733.41 |

Reason: The liabilities asserted in Claim 22278 are duplicative of the liabilities in Claim 9368 (Surviving Claim). The Surviving Claim was previously modified on the Seventh Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 19 SPORTSPOWER LIMITED NEWHOPE LAW, PC CLEMENT CHENG, ESQ. 4522 KATELLA AVE. 200 LOS ALAMITOS, CA 90720

WHITEBOX ASYMMETRIC PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675

WHITEBOX MULTI-STRATEGY PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675 | 08/07/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21960 | 503(b)(9)

Total | $743,643.22

$ 743,643.22 | SPORTSPOWER LIMITED NEWHOPE LAW, PC CLEMENT CHENG, ESQ. 4522 KATELLA AVE. 200 LOS ALAMITOS, CA 90720

WHITEBOX ASYMMETRIC PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675

WHITEBOX MULTI-STRATEGY PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675 | 08/07/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21975 | 503(b)(9)

Total | $743,643.22

$ 743,643.22 |

Reason: The underlying liability asserted in claim 21960 is duplicated in claim 21975.

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 20 | CHEROKEE DEBT ACQUISITION, LLC AS TRANSFEREE OF SUMMERS LABORATORIES, INC. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF AMERICAS, 28TH FLOOR NEW YORK, NY 10019 | 08/28/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22269 | Administrative | $55,126.50 | CHEROKEE DEBT ACQUISITION, LLC AS TRANSFEREE OF SUMMERS LABORATORIES, INC. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF AMERICAS, 28TH FLOOR NEW YORK, NY 10019 | 07/09/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17083 | Administrative | $55,126.50 |

Reason: The underlying liability asserted in claim 22269 is duplicated in claim 17083.

| 21 | THE OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIV. PO BOX 530 COLUMBUS, OH 43215 | 09/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22422 | Priority Unsecured<br><br>Total | $109,685.36 $14,999.95<br><br>$ 124,685.31 | THE OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIV. PO BOX 530 COLUMBUS, OH 43215 | 03/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 2598 | Priority Unsecured<br><br>Total | $109,685.36 $14,999.95<br><br>$ 124,685.31 |

Reason: The underlying liability asserted in claim 22422 is duplicated in claim 2598.

| 22 | UCC DISTRIBUTING INC 2580 PIONEER AVE #A VISTA, CA 92081 | 08/30/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22263 | 503(b)(9) | $53,475.00 | UCC DISTRIBUTING INC 2580 PIONEER AVE #A VISTA, CA 92081 | 11/06/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 776 | 503(b)(9) | $53,475.00 |

Reason: The liabilities asserted in Claim 22263 are duplicative of the liabilities in Claim 776 (Surviving Claim). The Surviving Claim was previously modified on the Seventh Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

| 23 | USA CONSTRUCTION AND PROJECT MANAGEMENT EXCHANGE L.L.C D/B/A PAVEMENT EXCHANGE GROUP HENRY MILLER 3111 MONROE ROAD CHARLOTTE, NC 28205 | 09/20/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22473 | Secured Unsecured<br><br>Total | $34,159.64 $107,108.51<br><br>$ 141,268.15 | USA CONSTRUCTION AND PROJECT MANAGEMENT EXCHANGE L.L.C D/B/A PAVEMENT EXCHANGE GROUP HENRY MILLER 3111 MONROE ROAD CHARLOTTE, NC 28205 | 09/20/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22472 | Secured Unsecured<br><br>Total | $34,159.64 $107,108.51<br><br>$ 141,268.15 |

Reason: The underlying liability asserted in claim 22473 is duplicated in claim 22472.

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 1 - Exact Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
| 24 | WHITEMARSH CORPORATION 80 BAEKELAND AVENUE MIDDLESEX, NJ 08846 | 08/20/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22184 | Administrative | $5,305.59 | WHITEMARSH CORPORATION 80 BAEKELAND AVENUE MIDDLESEX, NJ 08846 | 06/11/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 14083 | Administrative | $5,305.59 |

Reason: The liabilities asserted in Claim 22184 are duplicative of the liabilities in Claim 14083 (Surviving Claim). The Surviving Claim was previously modified on the Seventh Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | WREXHAM ASSOCIATES LIMITED PARTNERSHIP SPOTTS FAIN PC NEIL E MCCULLAGH, ESQ 411 E. FRANKLIN ST, STE 600 RICHMOND, VA 23219 | 07/27/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21718 | Administrative | $206,488.86 | WREXHAM ASSOCIATES LIMITED PARTNERSHIP SPOTTS FAIN PC NEIL E MCCULLAGH, ESQ 411 E. FRANKLIN ST, STE 600 RICHMOND, VA 23219 | 07/27/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21714 | Administrative | $206,488.86 |

Reason: The liabilities asserted in Claim 21718 are duplicative of the liabilities in Claim 21714 (Surviving Claim). The Surviving Claim was previously modified on the Thirteenth Omnibus Objection to Claims, where the asserted Debtor was modified to Toys R Us - Delaware Inc.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | ZHUCHENG YINGHUA CLOTHES MAKING CO., LTD QIUJU WANG NO. 92 GUANHAI EAST ROAD LINJUACUN TOWN ZHUCHENG SHANDONG PROVINCE, CHINA | 09/18/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22477 | Administrative | $424,854.24 | ZHU CHENG YING HUA CLOTHING MAKING CO., LTD. THROOP LAW, PC MATTHEW S. THROOP, ESQ. 530 EAST MAIN STREET SUITE 1020 RICHMOND, VA 23219 | 09/24/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22493 | Administrative | $424,854.24 |

Reason: The underlying liability asserted in claim 22477 is duplicated in claim 22493.

## <u>Schedule 2</u>

**Cross-Debtor Duplicate Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 2 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 1 CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 10/02/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22531 | Administrative | $450.00 | CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 06/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 8415 | Administrative | $450.00 |
| 2 CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 10/01/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22532 | Administrative | $450.00 | CITY OF GREENVILLE NORTH CAROLINA FALSE ALARM REDUCTION PROGRAM PO BOX 7207 GREENVILLE, NC 27835 | 06/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 8415 | Administrative | $450.00 |
| 3 IRVING S YASNEY TRUST SPOTTS FAIN PC NEIL E MCCULLAGH, ESQUIRE 411 E. FRANKLIN ST, STE 600 RICHMOND, VA 23219 | 08/15/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 22094 | Administrative | $4,391.95 | IRVING S. YASNEY TRUST C/O NEIL E. MCCULLAGH, ESQUIRE SPOTTS FAIN PC 411 E. FRANKLIN ST., STE. 600 RICHMOND, VA 23219 | 08/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22095 | Administrative | $4,391.95 |
| 4 MBSS INC 5419 HOLLYWOOD BLVD SUITE 160 LOS ANGELES, CA 90027 | 09/04/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22325 | Administrative | $15,000.00 | MBSS INC 5419 HOLLYWOOD BLVD SUITE 160 LOS ANGELES, CA 90027 | 07/02/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 15357 | Administrative | $15,000.00 |
| 5 SPROUT FOODS, INC. ACCOUNTING 50 CHESTNUT RIDGE ROAD SUITE 205 MONTVALE, NJ 07645 | 09/20/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22462 | 503(b)(9) | $93,589.46 | SPROUT FOODS, INC. ACCOUNTING 50 CHESTNUT RIDGE ROAD SUITE 205 MONTVALE, NJ 07645 | 09/20/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22456 | 503(b)(9) | $93,589.46 |
| 6 TAYLOR SQUARE OWNER, LLC HARRIS MCCLELLAN BUNAU & COX PLL RALPH E. DILL 37 W. BROAD ST. SUITE 950 COLUMBUS, OH 43215 | 08/14/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 22060 | Administrative | $9,341.54 | TAYLOR SQUARE OWNER, LLC HARRIS, MCCLELLAN, BINAU & COX PLL RALPH E. DILL 37 W. BROAD STREET, SUITE 950 COLUMBUS, OH 43215 | 08/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22063 | Administrative | $9,341.54 |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 2 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 7 THE SULLY LIMITED PARTNERSHIP 6824 ELM STREET, #200 MCLEAN, VA 22101 | 08/15/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22093 | Administrative | $40,900.00 | THE SULLY LIMITED PARTNERSHIP 6824 ELM STREET, #200 MCLEAN, VA 22101 | 08/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22080 | Administrative | $40,900.00 |

## <u>Schedule 3</u>

**Substantive Duplicate Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 3 - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 1  ACF PARAMUS PLAZA LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16940 | Administrative | $53,297.75 | ACF PARAMUS PLAZA LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 | 05/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 6875 | Administrative Unsecured Total | $55,086.55 $926,408.58 $ 981,495.13 |
| Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 2  ADAMS COUNTY TREASURER PO BOX 869 BRIGHTON, CO 80601 | 10/02/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22535 | Secured Unsecured Total | $11,951.00* $0.18* $ 11,951.18* | ADAMS COUNTY TREASURER PO BOX 869 BRIGHTON, CO 80601 | 10/02/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22530 | Secured | $11,951.18* |
| Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 3  ARC SPSANTX001, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17105 | Administrative | $252,422.18 | ARC SPSANTX001, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 20630 | Administrative Unsecured Total | $252,474.06 $1,516,936.99 $ 1,769,411.05 |
| Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 4  BOOKINGBUG LIMITED ATTN: KARIM ISKANDAR 42 KING EDWARD COURT WINDSOR BERKSHIRE,  SL4 1TG UNITED KINGDOM | 01/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1803 | 503(b)(9) | $5,000.00 | BOOKINGBUG LIMITED 2ND FLOOR 3-7 HERBAL HILL LONDON,  EC1R 5EJ UNITED KINGDOM | 06/19/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 9067 | Administrative | $8,750.00 |
| Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 3 - Substantive Duplicate Claims

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 5 | MACERICH SOUTH RIDGE MALL LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16927 | Administrative | $33,621.84 | MACERICH SOUTH RIDGE MALL LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17698 | Administrative Unsecured Total | $33,621.84 $256,448.31 $ 290,070.15 |
| | Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 6 | ROYAL DELUXE ACCESSORIES LLC 2563 BRUNSWICK AVE, BLDG O2 LINDEN, NJ 07036 | 09/20/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22468 | 503(b)(9) | $10,440.00 | ROYAL DELUXE ACCESSORIES LLC 2563 BRUNSWICK AVE, BLDG O2 LINDEN, NJ 07036 | 06/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 6633 | Administrative | $10,440.00 |
| | Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 7 | STAR-WEST LOUIS JOLIET, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 08/03/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 21927 | Administrative | $1,110,913.80* | STAR-WEST LOUIS JOLIET, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 08/03/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 21924 | Administrative Unsecured Total | $1,110,913.80* $2,305,194.64* $ 3,416,108.44* |
| | Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |
| 8 | TREND LAB LLC 8925 HWY 101 WEST SAVAGE, MN 55378 | 07/10/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 15461 | Administrative | $119,195.34 | TREND LAB, LLC & FASHION ENTERPRISES, LLC 8925 HWY 101 WEST SAVAGE, MN 55378 | 07/10/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 15483 | Administrative | $119,195.35 |
| | Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim. | | | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 3 - Substantive Duplicate Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 9 | WASHINGTON COUNTY TAX COLLECTOR WASHINGTON COUNTY COURTHOUSE 280 N. COLLEGE, STE. 202 FAYETTEVILLE, AR 72701 | 08/17/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22131 | Priority | $12,725.21 | WASHINGTON COUNTY TAX COLLECTOR ATTN: BRIAN R. LESTER 280 N. COLLEGE, STE. 202 FAYETTEVILLE, AR 72701 | 10/19/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 534 | Priority | $23,668.46 |

Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ZHUCHENG YINGHUA CLOTHES MAKING CO., LTD ATTN: QIUJU WANG NO. 92, GUANHAI EAST ROAD, LINJIACHUN TOWN SHANDONG PROVINCE ZHUCHENG, SD 262232 CHINA | 09/18/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22446 | 503(b)(9) | $424,854.24 | ZHU CHENG YING HUA CLOTHING MAKING CO., LTD. THROOP LAW, PC MATTHEW S. THROOP, ESQ. 530 EAST MAIN STREET SUITE 1020 RICHMOND, VA 23219 | 09/24/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22493 | Administrative | $424,854.24 |

Reason: Underlying liability asserted in claim to be disallowed appears to be included in the remaining claim.

* Indicates claim contains unliquidated and/or undetermined amounts

## <u>Schedule 4</u>

**No Liability Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABDALLAOUI, DANYELL<br>209 VERZON CT.<br>ORLANDO, FL 32839 | 6/19/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 8623 | $ 40.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | AMORELLI, JASON<br>1317 BERYL STREET<br>REDONDO BEACH, CA 90277 | 8/31/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22300 | $ 1,000.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | BRISTOL-WILLIAMS, BIANCA<br>197 TAYLOR ST<br>ORANGE, NJ 07050 | 6/16/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 11024 | $ 90.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | BROOKS, SKYLAR P<br>9709 GROVE LAKE WAY UNIT 304<br>KNOXVILLE, TN 37922 | 7/12/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16553 | $ 127.88 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BURTON, MIAL<br>3830 WINKFIELD PLACE<br>COLUMBUS, GA 31909 | 6/12/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7040 | $ 131.52 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | CALL2RECYCLE<br>5140 YONGE STREET<br>SUITE 1570<br>TORONTO, ON M2N 6L7<br>CANADA | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 12208 | $ 7,594.38 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CHADIMA, EMILY<br>726 NORTH WEBB AVE<br>ALLIANCE, OH 44601 | 6/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 9063 | $ 81.15 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 8 | CITY OF SASKATOON<br>222 3RD AVE NORTH<br>SASKATOON, SK S7K 0J5<br>CANADA | 7/3/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 18681 | $ 8,157.78 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 9 | CLINTAR LANDSCAPE MANAGEMENT<br>386 EVANS AVENUE<br>TORONTO, ON M8Z 1K6<br>CANADA | 6/21/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 12143 | $ 2,650.98 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 10 | COOLSPRINGS CROSSING LIMITED PARTNERSHIP, BY CBL & ASSOCIATES MANAGEMENT, INC., MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 7/10/2018 | 17-34671 (KLP) | Toys "R" Us Property Company II, LLC | 15498 | $ 0.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 11 | CROCKETT, JEFFREY C.<br>JAMISON AVE SE #A<br>ROANOKE, VA 24013 | 6/15/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7966 | $ 51.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 12 | DODARO, KRYSTAL<br>2 STEWART ST<br>APT B<br>ASHEVILLE, NC 28806 | 7/5/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13624 | $ 77.53 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | DOTSON, FATIMA<br>820 WESTOVER HILLS BLVD.<br>RICHMOND, VA 23225 | 6/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 8608 | $ 96.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ECHOLS, ELYCE<br>1915 N EDWARDS ST<br>KALAMAZOO, MI 49007 | 6/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16314 | $ 6.94 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ, LISA<br>11 POTHIER ST, 1ST FLR<br>BELLINGHAM, MA 02019 | 8/9/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 21990 | $ 136.40 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ, MARLENE<br>103 FULTON STREET, UNIT 12<br>WOONSOCKET, RI 02895 | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 11976 | $ 119.90 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | GRAHAM, GLORIA<br>8405 OLD BEE CAVES RD #611<br>AUSTIN, TX 78735 | 8/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22249 | $ 600.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | HOPKINS, JOEL<br>8651 SAXON CIRCLE | 7/24/2018 | 17-34664 (KLP) | Toys "R" Us - Value, Inc. | 18763 | $ 12,000.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JUDGE, JOHN<br>951 PROVIDENCE ROAD<br>SCRANTON, PA 18508 | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15822 | $ 84.96 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

* - Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | LENNOX GORMAN C/O DEVON SIEGEL<br>1410 BROKEN HITCH RD.<br>OCEANSIDE, CA 92056 | 7/3/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 15347 | $ 8,000.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | LORAAS DISPOSAL SERVICES LTD.<br>805 47TH STREET EAST<br>SASKATOON, SK S7K 8G7<br>CANADA | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15337 | $ 1,099.99 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MADISON JOINT VENTURE, BY CBL & ASSOCIATES MANAGEMENT, INC., MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15507 | $ 0.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | MALCORE, JUDITH<br>1001 12TH AVE<br>GREENBAY, WI 54304 | 7/3/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 18344 | $ 109.04 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | MALL DEL NORTE, LLC, BY CBL & ASSOCIATES MANAGEMENT, INC., MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15511 | $ 0.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | MANLEY, KARL<br>808 MONTICELLO PLACE<br>LANSDALE, PA 19446 | 6/28/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15573 | $ 10.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | MAYBERRY, CHARLOTTE<br>3336 LOOKOUT POINT LOOP<br>DISCOVERY BAY, CA 94505 | 7/2/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16466 | $ 5,000.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 27 | MORRIS, TAMETRIS<br>1534 TANNER ST SE<br>WASHINGTON, DC 20020 | 6/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 12368 | $ 622.34 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 28 | NGUYEN, JACQUELINE<br>1300 EAST ROUTE 22 APT 32<br>NORTH PLAINFIELD, NJ 07060 | 6/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 8560 | $ 108.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 29 | OLIVA, KATHERINE<br>32 SEAVER LANE<br>SMITHTOWN, NY 11787 | 6/28/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15812 | $ 100.30 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 30 | PEARLAND TOWN CENTER LIMITED PARTNERSHIP, BY CBL & ASSOCIATES MANAGEMENT INC., AS MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 3/28/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 3189 | $ 0.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 31 | PEARLAND TOWN CENTER LIMITED PARTNERSHIP, BY CBL & ASSOCIATES MANAGEMENT, INC., MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15524 | $ 0.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | POOLE, ROBERT<br>3435 MONTICELLO BLVD<br>CLEVELAND HEIGHTS, OH 44112 | 9/14/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22412 | $ 128.47 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | QUICK, MISTY<br>2530 HIGHWAY 41N RM 206<br>EVANSVILLE, IN 47711 | 7/6/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15088 | $ 44.65 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RAMSEY, GRAHAM<br>720 FAIRHILL DRIVE<br>LOUISVILLE, KY 40207 | 6/25/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13244 | $ 80.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ROBERT, LEWIS<br>1081 FRONTIER LANE<br>GREENSBORO, NC 27406 | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16043 | $ 4,479.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | ROBINSON, ALEXIS<br>3686 NW 116TH TERRACE<br>CORAL SPRINGS, FL 33065 | 6/15/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 11007 | $ 32.98 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | ROSS, JASON<br>5689 PLAYA DEL REY 2<br>SAN JOSE, CA 95123 | 6/22/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15714 | $ 104.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | SCHICKERT, KASIE<br>6300 RUE MARILYN ST<br>APT 1602<br>SAN ANTONIO, TX 78238 | 6/16/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 8126 | $ 25.44 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | SCHILDBACH, JESSE<br>6117 NE 200TH ST<br>KENMORE, WA 98028 | 6/25/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13160 | $ 31.01 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 40 | SCOTT, MALCOLM J<br>1238 BLAKELY ROAD<br>SALTERS, SC 29590 | 7/16/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 17433 | $ 527.77 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 41 | SIMMONS, KEDAR<br>172-10 132ND RD<br>JAMAICA, NY 11434 | 7/17/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 18209 | $ 101.97 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 42 | SMITH, JENNIFER<br>695 HOWARD ST<br>APT 15B | 6/11/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7223 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 43 | THE LANDING AT ARBOR PLACE II, LLC, BY CBL & ASSOCIATES MANAGEMENT INC.,AS MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE<br>SUITE 300<br>CHATTANOOGA, TN 37402 | 3/28/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 3163 | $ 0.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 44 | THE LANDING AT ARBOR PLACE LIMITED PARTNERSHIP, BY CBL & ASSOCIATES MANAGEMENT, INC., MANAGING AGENT<br>CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15504 | $ 0.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | THOMAS, TERENCE<br>122 GLENEAGLES WAY<br>FAYETTEVILLE, GA 30215 | 6/22/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13493 | $ 5.96 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | TOMPSON , JESSICA<br>607 WALNUT HILL ROAD<br>NORTH YARMOUTH, ME 04097 | 9/18/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22445 | $ 506.72 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TORRES, MONICA<br>HC 06 BOX 13905<br>COROZAL, PR 00783 | 6/27/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13102 | $ 29.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | TYNAN, JAMES<br>1 BEDLE AVE<br>HIGHLANDS, NJ 07732 | 6/13/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 8358 | $ 37.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | VALDIVIEZO, YESENIA<br>C/O THE HARRIS LAW FIRM<br>JOHN HARRIS ESQ<br>1619 JEFFERSON DAVIS HYW<br>FREDERICKSBURG, VA 22401 | 7/9/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 14404 | $ 25,000.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | VANWINKLE, ANDREW<br>3129 SOUTH JEFFERSON AVENUE APT2B<br>SPRINGFIELD, MO 65807 | 6/21/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 10301 | $ 100.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 4 - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | WALKER, COURTNEY<br>24 S. AUGUSTA AVE<br>BALTIMORE, MD 21229 | 6/26/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16261 | $ 62.11 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 52 | WEST, IVA<br>5587 ERSHIRE COURT<br>VIRGINIA BEACH, VA 23462 | 6/19/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 9691 | $ 12.39 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 53 | WILLIAMS, ISABEL<br>7990 ARTCRAFT RD<br>APT 92<br>EL PASO, TX 79932 | 6/12/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7550 | $ 104.40 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 54 | WILLIAMS, NAKERIA<br>6226 DEEP EARTH LANE<br>COLUMBIA, MD 21045 | 6/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7050 | $ 80.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 55 | WILLIAMS, SHONTA<br>2608 MISTY COVE PLACE NORTHEAST<br>KANNAPOLIS, NC 28083 | 6/25/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13664 | $ 132.60 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 56 | WILSON, ROBERT<br>5960 N BROAD STREET<br>CASSODAY, MD 19141 | 8/29/2018 | 17-34676 (KLP) | TRU of Puerto Rico, Inc. | 22272 | $ 670,500.00* |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| | | | | | TOTAL | $ 750,271.56* |

* - Indicates claim contains unliquidated and/or undetermined amounts

## <u>Schedule 5</u>

**Satisfied Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 5 - Satisfied

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AVILA, MIKE 908 DIG DALTON AVE LA PUENTE, CA 91746 | 7/2/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16374 | $ 107.21 | Satisfied |
| 2 | COLUMBO, AMANDA 4 JOHN DRIVE VERNON, CT 06066 | 6/12/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7719 | $ 40.40 | Satisfied |
| 3 | COOK, TAYLOR PHILLIP 206 POWELL DRIVE SCOTTSVILLE, KY 42164 | 7/16/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 17180 | $ 642.69 | Satisfied |
| 4 | CREDITORS ADJUSTMENT BUREAU, INC. ASSIGNEE OF ARTOY INDUSTRIAL LTD F#6031521 BRIAN MITTELDORF 14226 VENTURA BLVD. SHERMAN OAKS, CA 91423 | 7/16/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 17074 | $ 619,050.61 | Satisfied |
| 5 | DODSON, BRYAN 521 E IRVING AVE APT 104 MADISON HEIGHTS, MI 48071 | 7/17/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 18063 | $ 480.00 | Satisfied |
| 6 | EULER HERMES AGENT FOR IRISH BREEZE LIMITED EULER HERMES UK ATTN: ANNALISE SAIB 1 CANADA SQUARE LONDON E145DX UNITED KINGDOM | 10/13/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 419 | $ 648,413.25 | Satisfied |
| 7 | FIELD, ROBERT 1210 BELL STREET, #3 SACRAMENTO, CA 95825 | 6/13/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 13636 | $ 22.00 | Satisfied |
| 8 | GAMBRILL, JERED 305 N. STATE ST. CLAIRTON, PA 15025 | 7/9/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15639 | $ 29.50 | Satisfied |
| 9 | GENERAL LION FOOTWEAR (INTERNATIONAL) LIMITED MR. EDUARDO LAU UNIT 405 4TH FLOOR, YICK TAI INDUSTRIAL BUILDING 650-652 CASTLE PEAK ROAD LAI CHI KOK KOWLOON HONG KONG | 4/2/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 3645 | $ 623,019.87 | Satisfied |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 5 - Satisfied

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|---|
| 10 | GODTFREDSEN, ERIN 141 VALLEYWOOD WAY ROSEVILLE, CA 95678 | 6/11/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 7074 | $ 21.00 | Satisfied | |
| 11 | HANG SENG BANK CREDITORS ADJUSTMENT BUREAU ASSIGNEE OF HANG SENG BANK 14226 VENTURA BLVD. SHERMAN OAKS, CA 91423 | 11/20/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 951 | $ 37,601.80 | Satisfied | |
| 12 | HAUCK (HONG KONG) LTD. CONTACT: MS ANISSA CHENG SUITE 701, 7/F., NORTH TOWER WORLD FINANCE CENTRE, HARBOUR CITY KOWLOON HONG KONG | 10/4/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 215 | $ 1,009,060.48 | Satisfied | |
| 13 | JOHNSON, MARISA 222 FALCON CREST TRL JONESBORO, GA 30238 | 8/15/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22114 | $ 102.03 | Satisfied | |
| 14 | JONES, NICOLAS 14564 N PENN AVE #111 OKLAHOMA CITY, OK 73134 | 7/2/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16348 | $ 108.96 | Satisfied | |
| 15 | KELLEY, GREYSON 2013 STERLING ST MURFREESBORO, TN 37127 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16565 | $ 1,826.00 | Satisfied | |
| 16 | KLUND, PATRICK 841 KOTTKE DRIVE MADISON, WI 53719 | 7/11/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16903 | $ 47.25 | Satisfied | |
| 17 | LF PRODUCTS PTE. LTD. D/B/A/ PALAMON INTERNATIONAL ATTN: LEGAL DEPARTMENT 6/F LIFUNG TOWER, 888 CHEUNG SHA WAN ROAD KOWLOON HONG KONG | 12/11/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 1066 | $ 376,256.01 | Satisfied | |
| 18 | MADLANGBAYAN, ERIN 3012 SAN ANDREAS DR UNION CITY, CA 94587 | 7/10/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16571 | $ 75.00 | Satisfied | |
| 19 | NATIONAL PRODUCTS LTD (VENDOR#15324) 1633 W 2ND ST POMONA, CA 91766 | 10/10/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 280 | $ 83,824.00 | Satisfied | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 5 - Satisfied

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 20 | NORMAN, MATTHEW 9 GLYNN STREET ALBANY, NY 12203 | 6/25/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 15420 | $ 883.78 | Satisfied |
| 21 | OVATION TOYS CO. LTD ROOM A-B, 9/F., POWER INDUSTRIAL BUILDING NO. 9-15 WO HEUNG STREET FO TAN SHATIN, NT HONG KONG | 9/29/2017 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 85 | $ 720,372.19 | Satisfied |
| 22 | SPORTSPOWER LIMITED CLEMENT CHENG, ESQ. NEWHOPE LAW, PC 4522 KATELLA AVE 200 LOS ALAMITOS, CA 90720 | 9/6/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22346 | $ 161,497.05 | Satisfied |
| 23 | TOY STATE INTERNATIONAL LIMITED C/O MURPHY & KING, P.C. ATTN: D. ETHAN JEFFERY ONE BEACON STREET BOSTON, MA 02108 | 1/18/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 1460 | $ 513,777.56 | Satisfied |
| | | | | TOTAL | | $ 4,797,258.64 | |

## Schedule 6

**Amended Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 1  3309-3139 OAK VIEW DRIVE HOLDINGS, LLC C/O VENABLE LLP HEATHER DEANS FOLEY 750 E. PRATT STREET, SUITE 900 BALTIMORE, MD 21202 | 05/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 6918 | Administrative Unsecured Total | $79,566.77 $490,952.78 $ 570,519.55 | 3309-3139 OAK VIEW DRIVE HOLDINGS, LLC C/O VENABLE LLP HEATHER DEANS FOLEY 750 E. PRATT STREET, SUITE 900 BALTIMORE, MD 21202 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22164 | Administrative | $46,151.17 |
| 2  ARC SPSANTX001, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 | 04/06/18 | TRU 2005 RE I, LLC | 4626 | Administrative Unsecured Total | $88,688.12 $205,605.83 $ 294,293.95 | ARC SPSANTX001, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 20630 | Administrative Unsecured Total | $252,474.06 $1,516,936.99 $ 1,769,411.05 |
| 3  AREYOUGAME.COM UNIVERSITY GAMES CORPORATION 2030 HARRISON STREET SAN FRANCISCO, CA 94110 | 10/02/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 171 | 503(b)(9) Unsecured Total | $6,924.84 $54,605.13 $ 61,529.97 | AREYOUGAME.COM MARGARET FENTON 2030 HARRISON STREET SAN FRANCISCO, CA 94110 | 08/17/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22144 | 503(b)(9) Unsecured Total | $61,529.97 $61,529.97 $ 123,059.94 |
| 4  ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE ARIZONA ATTORNEY GENERAL C/O TAX, BANKRUPTCY AND COLLECTION SCT 2005 N CENTRAL AVE, SUITE 100 PHOENIX, AZ 85004 | 06/26/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 12568 | Administrative | $3,802.37 | ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE ARIZONA ATTORNEY GENERAL C/O TAX, BANKRUPTCY AND COLLECTION SCT 2005 N CENTRAL AVE, SUITE 100 PHOENIX, AZ 85004 | 08/09/18 | 17-34671 (KLP) Toys "R" Us Property Company II, LLC | 22003 | Administrative | $11,203.01 |
| 5  BALI PROPERTIES, INC. C/O WILLIAM C. BECK, JR. PO BOX 241 JEFFERSON VALLEY, NY 10535 | 07/10/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 15855 | Administrative | $47,524.10* | BALI PROPERTIES, INC. ATTN: WILLIAM C. BECK, JR., PRESIDENT PO BOX 241 JEFFERSON VALLEY, NY 10535 | 09/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22433 | Administrative | $25,306.31* |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 6 CM MORRIS CORNERS, LLC EQUITY MANAGEMENT GROUP, INC. 840 EAST HIGH STREET LEXINGTON, KY 40502 | 04/05/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 3969 | 503(b)(9) | $59,595.21 | CM MORRIS CORNERS, LLC EQUITY MANAGEMENT GROUP, INC. ATTN: KELLY MULLINS 840 EAST HIGH STREET LEXINGTON, KY 40502 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17660 | Unsecured | $544,842.72 |
| 7 CONCORD CENTERCAL, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4591 | Administrative Unsecured <br><br> Total | $41,335.62 $763.44 <br><br> $ 42,099.06 | CONCORD CENTERCAL, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21706 | Administrative Unsecured <br><br> Total | $25,482.04* $3,851,967.17* <br><br> $ 3,877,449.21* |
| 8 CP VENTURE TWO LLC BALLARD SPAHR LLP DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4583 | Administrative Unsecured <br><br> Total | $61,715.24 $59,083.31 <br><br> $ 120,798.55 | CP VENTURE TWO LLC BALLARD SPAHR LLP DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21707 | Administrative Unsecured <br><br> Total | $79,011.38* $627,711.65* <br><br> $ 706,723.03* |
| 9 DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/16/17 | 17-34677 (KLP) TRU Taj (Europe) Holdings, LLC | 442 | Priority Unsecured <br><br> Total | $100.00 $1,365.00 <br><br> $ 1,465.00 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 09/18/18 | 17-34677 (KLP) TRU Taj (Europe) Holdings, LLC | 22450 | Priority | Undetermined* |
| 10 DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/17/17 | 17-34680 (KLP) TRU Taj Holdings 2 Limited | 475 | Priority Unsecured <br><br> Total | $100.00* $975.00* <br><br> $ 1,075.00* | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 09/18/18 | 17-34680 (KLP) TRU Taj Holdings 2 Limited | 22451 | Priority | Undetermined* |
| 11 DEPARTMENT OF TREASURY - BANKRUPTCY SECTION P.O. BOX 9024140 SAN JUAN, PR 00902-4140 | 01/16/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 1481 | Priority Unsecured <br><br> Total | $218,891.18 $52,389.26 <br><br> $ 271,280.44 | DEPARTMENT OF TREASURY - BANKRUPTCY SECTION P.O. BOX 9024140 SAN JUAN, PR 00902-4140 | 09/04/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22328 | Priority Unsecured <br><br> Total | $302,924.77 $60,510.06 <br><br> $ 363,434.83 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 12 | EULER HERMES N.A. AGENT FOR DELTA ENTERPRISE CLAIM 000413502 ATTN: TONY CLARY 800 RED BROOK BLVD OWINGS MILLS, MD 21117 | 11/06/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 769 | 503(b)(9) Unsecured  Total | $2,435,298.15 $3,275,262.64  $ 5,710,560.79 | EULER HERMES N.A. AGENT FOR DELTA ENTERPRISE CLAIM 000413502 ATTN: TONY CLARY 800 RED BROOK BLVD OWINGS MILLS, MD 21117 | 09/19/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22453 | 503(b)(9) Unsecured  Total | $3,233,381.95 $2,477,178.84  $ 5,710,560.79 |
| 13 | EULER HERMES N.A. AGENT FOR SPORTSWEAR LIMITED 800 RED BROOK BLDV #400C OWINGS MILLS, MD 21117  WHITEBOX ASYMMETRIC PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675  WHITEBOX MULTI-STRATEGY PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675 | 10/16/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 437 | 503(b)(9) Unsecured  Total | $125,451.30 $36,045.75  $ 161,497.05 | WHITEBOX ASYMMETRIC PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675  WHITEBOX MULTI-STRATEGY PARTNERS, LP AS TRANSFEREE OF SPORTSPOWER LIMITED C/O WHITEBOX ADVISORS, LLC ATTN: SCOTT SPECKEN 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675 | 09/06/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22346 | 503(b)(9)  Total | $161,497.05  $ 161,497.05 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 14 | FIDELITY TOTOWA ASSOCIATES, LLC C/O LRF SLATER COMPANY, INC. 600 SO. LIVINGSTON AVE. LIVINGSTON, NJ 07039 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4415 | Priority Unsecured Total | Undetermined* $148,780.68* $ 148,780.68* | FIDELITY TOTOWA ASSOCIATES, LLC C/O LRF SLATER COMPANY, INC. 600 SO. LIVINGSTON AVE. LIVINGSTON, NJ 07039 | 07/16/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 17563 | Unsecured | $3,268,327.84* |
| 15 | GATEWAY-DC PROPERTIES, INC. C/O GOULSTON & STORRS PC VANESSA P. MOODY 400 ATLANTIC AVENUE BOSTON, MA 02110 | 04/06/18 | 17-34663 (KLP) MAP 2005 Real Estate, LLC | 4277 | Administrative Unsecured Total | $59,100.31 $37,351.72 $ 96,452.03 | GATEWAY-DC PROPERTIES, INC. GOULSTON & STORRS PC C/O DOUGLAS B. ROSNER 400 ATLANTIC AVENUE BOSTON, MA 02110 | 07/27/18 | 17-34663 (KLP) MAP 2005 Real Estate, LLC | 21710 | Unsecured | $425,334.02* |
| 16 | HAPAG-LLOYD (AMERICA) LLC 399 HOES LANE PISCATAWAY, NJ 08854 | 07/12/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17886 | Administrative | $7,070.00 | HAPAG-LLOYD (AMERICA) LLC 399 HOES LANE PISCATAWAY, NJ 08854 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22179 | Administrative | $31,100.00 |
| 17 | HINES GLOBAL REIT 4875 TOWN CENTER LLC KENTON MCKEEHAN MANAGING DIRECTOR HINES RETAIL 2800 POST OAK BLVD SUITE 4800 HOUSTON, TX 77056 | 04/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 6771 | Administrative Unsecured Total | Undetermined* $47,685.19* $ 47,685.19* | HINES GLOBAL REIT 4875 TOWN CENTER LLC KENTON MCKEEHAN MANAGING DIRECTOR HINES RETAIL 2800 POST OAK BLVD SUITE 4800 HOUSTON, TX 77056 | 07/25/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 19991 | Administrative Unsecured Total | $251,373.43 $2,214,306.41 $ 2,465,679.84 |
| 18 | HINES GLOBAL REIT SAN ANTONIO RETAIL I LP HINES RETAIL KENTON MCKEEHAN MANAGING DIRECTOR 2800 POST OAK BOULEVARD HOUSTON, TX 77056 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4469 | Administrative Unsecured Total | $154,805.52 $52,297.92 $ 207,103.44 | HINES GLOBAL REIT SAN ANTONIO RETAIL I, LP HINES RETAIL ATTN: KENTON MCKEEHAN, MANAGING DIRECTOR 2800 POST OAK BOULEVARD HOUSTON, TX 77056 | 07/20/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 19354 | Administrative Unsecured Total | $183,186.11 $753,040.34 $ 936,226.45 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
| 19 | JUST FUNKY LLC 4160 HIGHLANDER PARKWAY, STE 100 RICHFIELD, OH 44286 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4226 | 503(b)(9) | $15,488.00 | CHEROKEE DEBT ACQUISITION, LLC AS TRANSFEREE OF JUST FUNKY LLC ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF AMERICAS, 28TH FLOOR NEW YORK, NY 10019 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17169 | Administrative | $15,488.00 |
| 20 | KRG CEDAR HILL PLAZA LP C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 07/13/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17314 | Administrative | $52,808.84* | KRG CEDAR HILL PLAZA LP C/O BARCLAY DAMON LLP ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 EAST JEFFERSON STREET SYRACUSE, NY 13202 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22167 | Administrative | $30,530.45* |
| 21 | KRG EVANS MULLINS, LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 07/13/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17388 | Administrative | $17,495.22* | KRG EVANS MULLINS, LLC C/O BARCLAY DAMON LLP ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 EAST JEFFERSON STREET SYRACUSE, NY 13202 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22183 | Administrative | $13,412.64* |
| 22 | KRG SOUTH ELGIN COMMONS LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 01/30/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 2009 | Administrative | Undetermined* | KRG SOUTH ELGIN COMMONS LLC C/O BARCLAY DAMON LLP ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 JEFFERSOM STREET SYRACUSE, NY 13202 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22180 | Administrative | $7,206.95 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 23 | KRG SOUTH ELGIN COMMONS LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 07/13/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17492 | Administrative | $112,333.27* | KRG SOUTH ELGIN COMMONS LLC C/O BARCLAY DAMON LLP ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 JEFFERSOM STREET SYRACUSE, NY 13202 | 08/21/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22180 | Administrative | $7,206.95 |
| 24 | KRG WHITE PLAINS CITY CENTER, LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 01/30/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1974 | Administrative | Undetermined* | KRG WHITE PLAINS CITY CENTER, LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17456 | Administrative | $135,669.93* |
| 25 | MACERICH SOUTH RIDGE MALL LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067-2909 | 05/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 6654 | Administrative Unsecured<br><br>Total | $76,824.95* $218,518.56*<br><br>$ 295,343.51* | MACERICH SOUTH RIDGE MALL LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067-2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17698 | Administrative Unsecured<br><br>Total | $33,621.84 $256,448.31<br><br>$ 290,070.15 |
| 26 | NATIONAL RETAIL PROPERTIES, LP (ARLINGTON) ATTN: CHRIS TESSITORE 450 S. ORANGE AVENUE, SUITE 900 ORLANDO, FL 32801 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4605 | Administrative Unsecured<br><br>Total | Undetermined* Undetermined*<br><br>Undetermined* | NATIONAL RETAIL PROPERTIES, LP (ARLINGTON) ATTN: CHRIS TESSITORE 450 S. ORANGE AVENUE, SUITE 900 ORLANDO, FL 32801 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16902 | Administrative Priority Secured Unsecured<br><br>Total | Undetermined* Undetermined* Undetermined* $456,119.71*<br><br>$ 456,119.71* |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | \multicolumn{5}{c}{CLAIMS TO BE DISALLOWED} | | \multicolumn{5}{c}{REMAINING CLAIMS} | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | NED ALTOONA LLC C/O MIRICK O'CONNELL PAUL W. CAREY, ESQ./KATE P. FOLEY, ESQ. 100 FRONT STREET WORCESTER, MA 01608 | 03/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 2596 | Administrative Unsecured Total | Undetermined* Undetermined* Undetermined* | NED ALTOONA LLC C/O MIRICK O'CONNELL PAUL W. CAREY, ESQ./KATE P. FOLEY, ESQ. 100 FRONT STREET WORCESTER, MA 01608 | 06/14/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 8388 | Administrative Unsecured Total | Undetermined* $17,664.77* $ 17,664.77* |
| 28 | NEW JERSEY DIVISION OF TAXATION ATTN: ERICA HAMLIN PO BOX 245 TRENTON, NJ 08695-0245 | 01/11/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1316 | Priority Unsecured Total | $7,002,100.68 $212,336.19 $ 7,214,436.87 | NEW JERSEY DIVISION OF TAXATION ATTN: ERICA HAMLIN PO BOX 245 TRENTON, NJ 08695-0245 | 09/05/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22320 | Unsecured | $212,336.19 |
| 29 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 12/15/17 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 1134 | Priority Unsecured Total | $3,306.02 $590.09 $ 3,896.11 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 09/04/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22327 | Priority | $0.00 |
| 30 | NNN TRU GASTONIA LLC NATIONAL RETAIL PROPERTIES, INC. ATTN: CHRIS TESSITORE 450 S. ORANGE AVENUE, SUITE 900 ORLANDO, FL 32801 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4644 | Administrative Secured Total | Undetermined* Undetermined* Undetermined* | NNN TRU GASTONIA LLC (GASTONIA) NATIONAL RETIAL PROPERTIES, INC. ATTN: CHRIS TESSITORE 450 S. ORANGE AVENUE SUITE 900 ORLANDO, FL 32801 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17628 | Unsecured | $1,272,622.40 |
| 31 | OCW RETAIL-DEDHAM, LLC GOULSTON & STORRS PC DOUGLAS B. ROSNER 400 ATLANTIC AVENUE BOSTON, MA 02110 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4275 | Administrative Unsecured Total | $1,777.20 $6,061.91 $ 7,839.11 | OCW RETAIL-DEDHAM, LLC GOULSTON & STORRS PC DOUGLAS B. ROSNER 400 ATLANTIC AVENUE BOSTON, MA 02110 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21256 | Unsecured | $1,112,794.74* |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLASSES** | **CLAIM AMOUNTS** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLASSES** | **CLAIM AMOUNTS** |
| 32 ORORA VISUAL LLC, A DELAWARE LIMITED LIABILITY COMPANY ATTN: KATHY LUCKEY 3210 INNOVATIVE WAY MESQUITE, TX 75149<br><br>SPCP GROUP, LLC AS TRANSFEREE OF ORORA VISUAL, LLC ATTN: OPERATIONS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830 | 03/05/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 2593 | 503(b)(9) Unsecured<br><br>Total | $2,155,888.26 $281,138.51<br><br>$ 2,437,026.77 | ORORA VISUAL LLC, A DELAWARE LIMITED LIABILITY COMPANY ATTN: KATHY LUCKEY 3210 INNOVATIVE WAY MESQUITE, TX 75149<br><br>SPCP GROUP, LLC AS TRANSFEREE OF ORORA VISUAL LLC ATTN: OPERATIONS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830 | 09/10/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22368 | 503(b)(9) Unsecured<br><br>Total | $2,243,324.79 $193,541.98<br><br>$ 2,436,866.77 |
| 33 OWNERIQ, INC. ATTN: LEGAL 27-43 WORMWOOD STREET, SUITE 600 BOSTON, MA 02210 | 07/12/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16507 | Administrative | $207,438.73 | OWNERIQ, INC. ATTN: LEGAL 27-43 WORMWOOD STREET, SUITE 600 BOSTON, MA 02210 | 09/27/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22505 | Administrative | $207,438.73 |
| 34 FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF RETAIL PRINTING GROUP INC. ATTN: FREDRIC GLASS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023<br><br>RETAIL PRINTING GROUP, INC. C/O MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP MICHAEL J. FEKETE 457 HADDONFIELD ROAD SUITE 600 CHERRY HILL, NJ 08002 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4057 | 503(b)(9) Unsecured<br><br>Total | $181,895.48 $49,756.83<br><br>$ 231,652.31 | FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF RETAIL PRINTING GROUP INC. ATTN: FREDRIC GLASS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023<br><br>RETAIL PRINTING GROUP, INC. C/O MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP MICHAEL J. FEKETE 457 HADDONFIELD ROAD SUITE 600 CHERRY HILL, NJ 08002 | 08/03/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21868 | 503(b)(9) Unsecured<br><br>Total | $181,895.48 $49,729.83<br><br>$ 231,625.31 |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | | | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35 | RPAI KING'S GRANT II LIMITED PARTNERSHIP BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4611 | Administrative Unsecured Total | $360.73 $2,500.00 $ 2,860.73 | RPAI KING'S GRANT II LIMITED PARTNERSHIP BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21705 | Administrative Unsecured Total | $17,146.69* $240,333.53* $ 257,480.22* |
| 36 | RPAI KING'S GRANT LIMITED PARTNERSHIP BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 04/06/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4589 | Administrative Unsecured Total | $6,008.61 $2,500.00 $ 8,508.61 | RPAI KING'S GRANT LIMITED PARTNERSHIP BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21700 | Administrative Unsecured Total | $47,058.05* $392,618.52* $ 439,676.57* |
| 37 | STAR-WEST LOUIS JOLIET, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/26/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21200 | Administrative Unsecured Total | $7,679.08 $86,748.00 $ 94,427.08 | STAR-WEST LOUIS JOLIET, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 08/03/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 21924 | Administrative Unsecured Total | $1,110,913.80* $2,305,194.64* $ 3,416,108.44* |
| 38 | VCG-WHITNEY FIELD, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/16/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 17515 | Administrative | $13,524.03 | VCG-WHITNEY FIELD, LLC BALLARD SPAHR LLP DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES, CA 90067 -2909 | 07/27/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 21732 | Administrative | $22,496.03 |
| 39 | WASHINGTON COUNTY WASHINGTON COUNTY TAX COLLECTOR 155 N 1ST AVE #130 HILLSBORO, OR 97124 | 04/13/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 4739 | Secured Unsecured Total | $446,757.00* Undetermined* $ 446,757.00* | WASHINGTON COUNTY WASHINGTON COUNTY TAX COLLECTOR 155 N 1ST AVE #130 HILLSBORO, OR 97124 | 09/27/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22509 | Secured | $7,960.94* |

* Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 6 - Amendments

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | <u>CLAIMS TO BE DISALLOWED</u> | | | | | | <u>REMAINING CLAIMS</u> | | | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 40 WILSON GARDENS HAVANA, LLC S&D LAW STEVEN W. KELLY 1801 YORK STREET DENVER, CO 80206 | 08/15/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22100 | Administrative | $246,517.20 | WILSON GARDENS HAVANA, LLC S&D LAW STEVEN W. KELLY, ESQ. 1801 YORK STREET DENVER, CO 80206 | 08/24/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 22230 | Administrative | $127,584.85 |
| 41 WINSTON-SALEM (HANES), LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 02/05/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 2117 | Administrative | Undetermined* | WINSTON-SALEM (HANES), LLC C/O MENTER, RUDIN & TRIVELPIECE, P.C. ATTN: KEVIN M. NEWMAN 308 MALTBIE STREET, SUITE 200 SYRACUSE, NY 13204-1439 | 07/12/18 | 17-34669 (KLP) Toys "R" Us - Delaware Inc. | 16755 | Administrative | Undetermined* |
| 42 ZHUCHENG YINGHUA CLOTHES MAKING CO., LTD. LINJIACUN TOWN ZHUCHENG, SHANDONG, CHINA | 09/04/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22332 | Administrative | $418,553.72 | ZHU CHENG YING HUA CLOTHING MAKING CO., LTD. THROOP LAW, PC MATTHEW S. THROOP, ESQ. 530 EAST MAIN STREET SUITE 1020 RICHMOND, VA 23219 | 09/24/18 | 17-34665 (KLP) Toys "R" Us, Inc. | 22493 | Administrative | $424,854.24 |

* Indicates claim contains unliquidated and/or undetermined amounts

## <u>Schedule 7</u>

**Amended Priority Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ABLE FIRST AID INC<br>PO BOX 1221<br>NORTHBROOK, IL 60065 | 9247 | Toys "R" Us - Delaware Inc. | Administrative | $3,233.89 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $3,233.89 |
| | | | | | | | Sub Total | $3,233.89 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 2 | ALDRIDGE, SERENA<br>29078 LIGHT SAILS COURT<br>MENIFEE, CA 92585 | 18318 | Toys "R" Us - Delaware Inc. | Administrative | $154.60 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $154.60 |
| | | | | | | | Sub Total | $154.60 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 3 | ARNHART, WESLEY<br>7896 TROUT LILY DR<br>OOLTEWAH, TN 37363 | 14662 | Toys "R" Us - Delaware Inc. | Administrative | $154.19 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $154.19 |
| | | | | | | | Sub Total | $154.19 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 4 | ARVIZU, NICHOLAS DANIEL<br>6851 DALE ST<br>APT 1<br>BUENA PARK, CA 90621 | 1954 | Toys "R" Us - Delaware Inc. | Priority | $54.49 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $54.49 |
| | | | | | | | Sub Total | $54.49 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 5 | ASHLOCK, WAYNE W<br>3709 BRIDGEPORT RD<br>NORMAN, OK 73072 | 1861 | Toys "R" Us - Delaware Inc. | Priority | $79.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $79.00 |
| | | | | | | | Sub Total | $79.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 6 | BOOKER, CHERYL<br>4949 STUMBERG LN # 177<br>BATON ROUGE, LA 70816 | 16427 | Toys "R" Us - Delaware Inc. | Administrative | $464.55 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $464.55 |
| | | | | | | | Sub Total | $464.55 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |

**Toys "R" Us, Inc. 17-34665 (KLP)**
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 | BRITO, JULIAN E.<br>300 W 30 ST<br>HIALEAH, FL 33012 | 3139 | Toys "R" Us - Delaware Inc. | Priority | $47.80 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $47.80 |
| | | | | | | | Sub Total | $47.80 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 8 | BYRD, TAMARA<br>5777 WALNUT ST<br>OAKLAND, CA 94605 | 13749 | Toys "R" Us - Delaware Inc. | Administrative | $700.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $700.00 |
| | | | | | | | Sub Total | $700.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 9 | CHUGACH ELECTRIC ASSOCIATION, INC.<br>5601 ELECTRON DR<br>ANCHORAGE, AK 99518 | 830 | Toys "R" Us - Delaware Inc. | Secured | $6,883.12 | Toys "R" Us - Delaware Inc. | Secured | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $6,883.12 |
| | | | | | | | Sub Total | $6,883.12 |
| | Reason: Corrected priority reflects that though priority asserted as secured, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for secured status. | | | | | | | |
| 10 | CITY OF DOVER, CITY MANAGER CUSTOMER SERVICE<br>P.O. BOX 475<br>5 E. REED ST.<br>DOVER, DE 19903-0475 | 2194 | Toys "R" Us - Delaware Inc. | 503(b)(9) | $6,204.22 | Toys "R" Us - Delaware Inc. | 503(b)(9) | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $6,204.22 |
| | | | | | | | Sub Total | $6,204.22 |
| | Reason: Corrected priority reflects that though priority asserted as 503(b)(9), according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for 503(b)(9) status. | | | | | | | |
| 11 | CITY OF HOUSTON PUBLIC WORKS<br>ATTN: EFFIE GREEN<br>4200 LEELAND<br>HOUSTON, TX 77023 | 2771 | Toys "R" Us - Delaware Inc. | Administrative | $1,576.84 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $1,576.84 |
| | | | | | | | Sub Total | $1,576.84 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 12 | CLEAN, LLC<br>8 NORTH CORPORATE DRIVE<br>RIVERDALE, NJ 07457 | 8383 | Toys "R" Us - Delaware Inc. | Administrative | $9,875.25 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $9,875.25 |
| | | | | | | | Sub Total | $9,875.25 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |

**Toys "R" Us, Inc. 17-34665 (KLP)**
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 13 | CRUTCHFIELD, ATHENA 3313 TARLETON WEST DURHAM, NC 27713 | 1306 | Toys "R" Us - Delaware Inc. | Priority | $80.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $80.00 |
| | | | | | | | Sub Total | $80.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 14 | EDWARDSEN CRAWFORD, DIANA L. 250 N ARCADIA 1407 TUCSON, AZ 85711 | 1958 | Toys "R" Us - Delaware Inc. | Priority | $92.62 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $92.62 |
| | | | | | | | Sub Total | $92.62 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 15 | EDWARDSEN CRAWFORD, DIANA L. 250 N ARCADIA 1407 TUCSON, AZ 85711 | 8555 | Toys "R" Us - Delaware Inc. | Administrative | $96.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $96.00 |
| | | | | | | | Sub Total | $96.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 16 | ERICKSON, NATALIE 9456 SWAN LAKE DRIVE GRANITE BAY, CA 95746 | 12870 | Toys "R" Us - Delaware Inc. | Administrative | $59.50 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $59.50 |
| | | | | | | | Sub Total | $59.50 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 17 | GRIER, ALYSHA ANN 11121 KENTRA DR PFLUGERVILLE, TX 78660 | 6501 | Toys "R" Us - Delaware Inc. | Administrative | $88.57 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $88.57 |
| | | | | | | | Sub Total | $88.57 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 18 | HANSON, COLE F. 614 GREEN TREE MEADOWS DRIVE LAKE ST. LOUIS, MO 63367 | 17101 | Toys "R" Us - Delaware Inc. | Administrative | $205.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $205.00 |
| | | | | | | | Sub Total | $205.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | JACKSON, JOI A<br>3027 ELLIOT LANE<br>HOMEWOOD, IL 60430 | 3092 | Toys "R" Us - Delaware Inc. | Priority | $86.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $86.00 |
| | | | | | | | Sub Total | $86.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 20 | JAY HILL REPAIRS<br>90 CLINTON ROAD<br>FAIRFIELD, NJ 07004 | 8634 | Toys "R" Us - Delaware Inc. | Administrative | $2,877.05 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $2,877.05 |
| | | | | | | | Sub Total | $2,877.05 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 21 | JIMENEZ, CAMILO<br>PO BOX 2982<br>CLIFTON, NJ 07015 | 1809 | Toys "R" Us - Delaware Inc. | Priority | $54.96 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $54.96 |
| | | | | | | | Sub Total | $54.96 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 22 | JOHNSON, THEREZ<br>9 OLD MARTIN ROAD<br>POUGHKEEPSIE, NY 12533 | 16097 | Toys "R" Us - Delaware Inc. | Administrative | $429.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $429.00 |
| | | | | | | | Sub Total | $429.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 23 | KATY M. QUARANTA<br>6300 FM 423 APT 8204<br>FRISCO, TX 75036 | 2391 | Toys "R" Us - Delaware Inc. | Priority | $43.63 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $43.63 |
| | | | | | | | Sub Total | $43.63 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 24 | MARQUETTE, SHAWN<br>1114 SPRUCE STREET<br>LAKE IN THE HILLS, IL 60156 | 2112 | Toys "R" Us - Delaware Inc. | Priority | $100.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $100.00 |
| | | | | | | | Sub Total | $100.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 25 | MAX, STEPHANIE A. 1055 FICUS LANE SAN MARCOS, CA 92069 | 3140 | Toys "R" Us - Delaware Inc. | Priority | $72.70 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $72.70 |
| | | | | | | | Sub Total | $72.70 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 26 | MAXWOOD FURNITURE, INC. 816 JOHNNIE DODDS BLVD. MT PLEASANT, SC 29464 | 17303 | Toys "R" Us - Delaware Inc. | Administrative | $933.26 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $933.26 |
| | | | | | | | Sub Total | $933.26 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 27 | MCCLURE, IMANI MARAYA 1700 SW 348TH STREET FEDERAL WAY, WA 98023 | 1896 | Toys "R" Us - Delaware Inc. | Priority | $40.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $40.00 |
| | | | | | | | Sub Total | $40.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 28 | NELSON, AMANDA E. 7105 IDEAL AVE FORT WAYNE, IN 46809 | 1536 | Toys "R" Us - Delaware Inc. | Priority | $50.00 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $50.00 |
| | | | | | | | Sub Total | $50.00 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 29 | POLLEN, INC. 2020 WEST 89TH ST. SUITE 200 LEAWOOD, KS 66206 | 12914 | Toys "R" Us - Delaware Inc. | Administrative | $23,601.73 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $23,601.73 |
| | | | | | | | Sub Total | $23,601.73 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 30 | RICHEY, LOREAL 303 DURHAM PARK WAY POOLER, GA 31322 | 22171 | Toys "R" Us, Inc. | Administrative | $10,000.00 | Toys "R" Us, Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us, Inc. | Unsecured | $10,000.00 |
| | | | | | | | Sub Total | $10,000.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |

**Toys "R" Us, Inc. 17-34665 (KLP)**
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | RUBI, JEAN LOREN<br>16 ORMOND ST<br>ALBANY, NY 12203 | 1339 | Toys "R" Us - Delaware Inc. | Priority | $75.32 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $75.32 |
| | | | | | | | Sub Total | $75.32 |
| | Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status. | | | | | | | |
| 32 | SIMS, SCOTT B.<br>2380 OAKTREE PLACE<br>CINCINNATI, OH 45238 | 12892 | Toys "R" Us - Delaware Inc. | Administrative | $126.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $126.00 |
| | | | | | | | Sub Total | $126.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 33 | SPECHT MD PHD, LINDA<br>6 TRINITY COURT<br>WELLESLEY, MA 02481 | 22220 | Toys "R" Us - Delaware Inc. | Administrative | $5,000.00 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $5,000.00 |
| | | | | | | | Sub Total | $5,000.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 34 | STAFFORD, SHERIKA<br>290 CORNWALLIS WAY<br>FAYETTEVILLE, GA 30214 | 22347 | Toys "R" Us, Inc. | Administrative | $12,000.00 | Toys "R" Us, Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us, Inc. | Unsecured | $12,000.00 |
| | | | | | | | Sub Total | $12,000.00 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 35 | STEINBERG, BETH<br>1655 E SAHARA AVE.<br>#3095<br>LAS VEGAS, NV 89104 | 18655 | Toys "R" Us - Delaware Inc. | Administrative | $260.36 | Toys "R" Us - Delaware Inc. | Administrative | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $260.36 |
| | | | | | | | Sub Total | $260.36 |
| | Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status. | | | | | | | |
| 36 | VERA WATER AND POWER (A WASHINGTON IRRIGATION DISTRICT)<br>PO BOX 630<br>SPOKANE VALLEY, WA 99037 | 11200 | Toys "R" Us - Delaware Inc. | Secured | $5,028.25 | Toys "R" Us - Delaware Inc. | Secured | $0.00 |
| | | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $5,028.25 |
| | | | | | | | Sub Total | $5,028.25 |
| | Reason: Corrected priority reflects that though priority asserted as secured, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for secured status. | | | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
**Twenty Fourth Omnibus Objection**
**Schedule 7 - Amended Priority**

| NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|------|--------|----------|----------|--------|-----------|----------|--------|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 37 W.M. A MINOR, BY ANDREA MUNSCHAUER, PARENT C/O PAUL M MICHALEK JR 300 CENTER ROAD WEST SENECA, NY 14224 | 14206 | Toys "R" Us, Inc. | Administrative | $75,000.00 | Toys "R" Us, Inc. | Administrative | $0.00 |
| | | | | | Toys "R" Us, Inc. | Unsecured | $75,000.00 |
| | | | | | | Sub Total | $75,000.00 |

Reason: Corrected priority reflects that though priority asserted as administrative, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for administrative status.

| NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|------|--------|----------|----------|--------|-----------|----------|--------|
| 38 WEITMAN, MICHAYLA 3 ELLIOT DRIVE MONROE TOWNSHIP, NJ 08831 | 3626 | Toys "R" Us - Delaware Inc. | Priority | $90.81 | Toys "R" Us - Delaware Inc. | Priority | $0.00 |
| | | | | | Toys "R" Us - Delaware Inc. | Unsecured | $90.81 |
| | | | | | | Sub Total | $90.81 |

Reason: Corrected priority reflects that though priority asserted as priority, according to the Debtor's books and records and/or documentation filed with the proof of claim, claim is ineligible for priority status.

| | TOTAL | | | $ 165,918.71 | TOTAL | | $ 165,918.71 |

## __Schedule 8__

**Insufficient Documentation Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 8 - Insufficient Documentation

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEXANDER, SHEANTA<br>4154 PINA DR<br>ANTELOPE, CA 95621 | 7/3/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 14495 | $ 500.00 |
| | Reason: Claim lacks sufficient documentation from which to determine whether any liability exists. | | | | | |
| 2 | ARZAKANTSYAN, PETROS<br>LAW OFFICE OF FOREIGN<br>LEGAL CONSULTANT<br>303 E BULLARD AVE. #111<br>FRESNO, CA 93710 | 8/24/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 22221 | $ 967.37 |
| | Reason: Claim lacks sufficient documentation from which to determine whether any liability exists. | | | | | |
| 3 | FLANAGAN, MEGAN<br>2782 CANYON CREEK DR<br>SAN RAMON, CA 94583 | 9/17/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22438 | Undetermined* |
| | Reason: Claim lacks sufficient documentation from which to determine whether any liability exists. | | | | | |
| 4 | JACKSON EMC<br>PO BOX 38<br>JEFFERSON, GA 30549 | 7/2/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 16453 | $ 8,315.91 |
| | Reason: Claim lacks sufficient documentation from which to determine whether any liability exists. | | | | | |
| 5 | KURTZ LAWRENCE, KILEY<br>821 MAIN ST<br>REAR A<br>LYNCHBURG, VA 24504 | 7/22/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 21584 | $ 1,393.53 |
| | Reason: Claim lacks sufficient documentation from which to determine whether any liability exists. | | | | | |
| | | | | | TOTAL | $ 11,176.81* |

## <u>Schedule 9</u>

**Gift Card Claims**

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AGUIRRE, ALEXIS<br>2017 LARRY MIZE WAY<br>EL PASO, TX 79936 | 9/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22515 | $ 30.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | ATHERTON, FLORENCE<br>2381 CORLISS ROAD<br>RICHFORD, VT 05476 | 8/27/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22205 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 3 | BABIN, SUZETTE<br>702 MILTON CV<br>LEANDER, TX 78641 | 6/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 21088 | $ 36.35 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 4 | BEATTY, VINZZO<br>6506 130TH AVE NE #N201<br>KIRKLAND, WA 98033 | 9/8/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22364 | $ 80.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 5 | BHATT, RUCHA<br>3620 SPENCER STREET<br>APT 73<br>TORRANCE, CA 90503 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22379 | $ 150.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 6 | BRUNO, TINA<br>75 HELMS HILL RD.<br>WASHINGTONVILLE, NY 10992 | 9/28/2018 | 17-34659 (KLP) | TRU - SVC, Inc. | 22517 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 7 | CASTRO, JUANA<br>104 DONNA CIR.<br>SANFORD, FL 32773 | 10/4/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22536 | $ 100.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CERVELLI, DONNA<br>1411 PALOMA AVENUE<br>BURLINGAME, CA 94010 | 8/30/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22283 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 9 | CUNNINGHAM, MICHAEL<br>136 HARDWOOD CIRCLE<br>APPOMATTOX, VA 24522 | 9/20/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22461 | $ 25.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 10 | DARLING, KARA<br>W154S7955 FOXBORO COURT<br>MUSKEGO, WI 53150 | 8/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22245 | $ 75.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 11 | DAVIS, LINDA<br>4606 WELLBORN DRIVE<br>COLUMBUS, GA 31907 | 8/27/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22267 | $ 25.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 12 | DEMIRCAN, KADRIYE<br>3 DELAWARE AVE.<br>TALLEYVILLE, DE 19803 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22376 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 13 | EVANGELISTA, LEAH<br>28214 CASCADE RD<br>CASTAIC, CA 91384 | 9/12/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22398 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 14 | FERRARA, ALEX<br>3063 OAKLEIGH LANE<br>GERMANTOWN, TN 38138 | 9/8/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22365 | $ 35.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | FERRARA, ALEXANDER<br>3063 OAKLIEGH LANE<br>GERMANTOWN, TN 38138 | 9/8/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22370 | $ 35.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | FREEMAN, ALLIE<br>318 TOWNE STREET<br>BRANDON, MS 39042 | 9/20/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22463 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | FREEMAN, ALLIE<br>318 TOWNE STREET<br>BRANDON, MS 39042 | 9/20/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22466 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | GASTON, RHONDA<br>1522 OUTRIGGER<br>WEST COVINA, CA 91790 | 8/31/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22301 | $ 500.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | GERMAN, ERICA<br>1767 INDABA WAY<br>CHARLESTON, SC 29414 | 8/30/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22286 | $ 250.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | GONZALEZ, ADRIANA<br>7598 SW 81 PL<br>OCALA, FL 34476 | 9/4/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22324 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | GUZMAN, LORENA<br>PO BOX 244042<br>DALLAS, TX 75222 | 9/1/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22305 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | HARRIS, KENDAL<br>2014 BEACH BLUFF RD.<br>ROSENBERG, TX 77469 | 9/27/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22508 | $ 40.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 23 | HUYNH, OANH<br>22442 FAIRWAY VIEW DR.<br>ZACHARY, LA 70791 | 8/29/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22274 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 24 | ISMAIL, HEBA<br>503 SAN JUAN DR.<br>SOUTHLAKE, TX 76092 | 8/31/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22290 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 25 | JACKSON, LANCE<br>26 FAIRVIEW ST<br>DELMONT, PA 15626 | 9/1/2018 | 17-34659 (KLP) | TRU - SVC, Inc. | 22307 | $ 25.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 26 | JOHNSON, EMMA<br>1271 WASHINGTON AVE #473<br>SAN LEANDRO, CA 94577 | 4/23/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 6535 | $ 219.20 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 27 | JONES, LEAH<br>59 HASKELL ROAD<br>WINDHAM, ME 05062 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22381 | $ 200.00* |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 28 | KAZAN, MO<br>6499 ANNE WAY<br>DEARBORN HEIGHTS, MI 48127 | 8/30/2018 | 17-34660 (KLP) | Geoffrey Holdings, LLC | 22281 | $ 300.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LAMOUNIER, KENIA<br>21 BOBBIE DR<br>WARMINSTER, PA 18974 | 8/25/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22232 | $ 95.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | LATIMER, BRANDI<br>8852 MEYERS RD<br>DETROIT, MI 48228 | 10/2/2018 | 17-34659 (KLP) | TRU - SVC, Inc. | 22525 | $ 45.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | LIPARI, ROSANNE<br>165 EUCLID AVE<br>MASSAPEQUA, NY 11758 | 9/3/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22311 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | LONGFELLOW, RUTH<br>20509 SE 248TH ST<br>MAPLE VALLEY, WA 98038 | 9/2/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22294 | $ 100.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | LOPEZ, NIVIAN<br>1189 SARATOGA ST<br>BOSTON, MA 02128 | 8/26/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22206 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | LUI, GWONG Y.<br>592 HOPKINS RD<br>AMHERST, NY 14216 | 8/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22252 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | LUNA FERMIN, WENDY A<br>9901 WESTVIEW DRIVE BLD.<br>APT. 311<br>CORAL SPRINGS, FL 33076 | 9/24/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22495 | $ 150.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

* - Indicates claim contains unliquidated and/or undetermined amounts

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MCEVOY, MAUREEN<br>56 CHIPMUNK LANE<br>WILTON, CT 06897 | 8/23/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22219 | $ 100.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 37 | MURPH, SELENA<br>207 TIVOLI CIRCLE<br>BONAIRE, GA 31005 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22367 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 38 | OREKHOV, VICTORIA<br>6835 WASHINGTON BLVD<br>UNIT G<br>ARLINGTON, VA 22213 | 9/4/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22323 | $ 40.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 39 | PAPARELLI, LISA<br>36269 DOVER ST.<br>LIVONIA, MI 48150 | 8/27/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22211 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 40 | PARSONS, KRISTIN<br>783 CAMINO DEL RAY<br>HENDERSON, NV 89012 | 9/25/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22490 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 41 | PATEL, TRUSHAL<br>7 STILLWELL RD<br>KENDALL PARK, NJ 08824 | 9/19/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22449 | $ 35.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 42 | PRIETO, PEGGE<br>2677 SPRUCE CREEK BLVD<br>PORT ORANGE, FL 32128 | 9/4/2018 | 17-34659 (KLP) | TRU - SVC, Inc. | 22329 | $ 50.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | PUCHALSKI, JOZEF<br>876 BEDFORD CT.<br>SCHAUMBURG, IL 60193 | 9/3/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22310 | $ 80.00* |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | REA, DEBORA<br>261 HAMPTON ROAD<br>SUGAR GROVE, IL 60554 | 9/5/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22337 | $ 60.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | RIVERO, REBECCA<br>1279 OLD BRIDGE RD<br>NFM, FL 33917 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22372 | $ 41.01 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | ROHE, TERESA<br>5 MASON CT.<br>OWINGS MILLS, MD 21117 | 8/26/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22233 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | RUDOLPH, ASHLEY<br>303 SCOTTISH COURT<br>GREENVILLE, NC 27858 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22358 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | SALYUK, EVI<br>17688 SE PINNACLES ST<br>DAMASCUS, OR 97089 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22371 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | SANCHEZ, KARILYN<br>112 ERIE ST.<br>JERSEY CITY, NJ 07302 | 9/4/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22313 | $ 200.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | SCHNEYER, MARK<br>6900 GRANITE RIDGE COURT<br>BALTIMORE, MD 21209 | 9/2/2018 | 17-34659 (KLP) | TRU - SVC, Inc. | 22309 | $ 50.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | SINGLETON, SARAH<br>856 A EDGEHILL DRIVE<br>BURLINGAME, CA 94010 | 9/27/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22507 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | SMITH, KIMBERLY J<br>1907 WATSON DRIVE<br>JACKSON, MO 63755 | 10/2/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22534 | $ 57.46 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | STAGGERS, JOSEPH<br>1686 HUTCHINSON RIVER PARKWAY, APT 3<br>BRONX, NY 10461 | 9/28/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22512 | $ 101.08 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | SUAREZ, LINDSEY<br>425 NW 8 AVE<br>HOMESTEAD, FL 33030 | 9/20/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22460 | $ 150.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | SUTKO, MICHAEL<br>10323 S. LINDER AVE.<br>OAK LAWN, IL 60453 | 9/10/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22378 | $ 25.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | TORRES, ANA<br>20719 NW 41 AVE RD<br>MIAMI GARDENS, FL 33055 | 8/24/2018 | 17-34669 (KLP) | Toys "R" Us - Delaware Inc. | 22228 | $ 100.00 |

Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

Toys "R" Us, Inc. 17-34665 (KLP)
Twenty Fourth Omnibus Objection
Schedule 9 - No Liability - Gift Cards

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | UVAROVA, OLESYA<br>4810 CROSS KEY DR #303<br>SOUTH LEBANON, OH 45065 | 9/5/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22338 | $ 143.63 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 58 | VARGAS, GABRIELLA<br>1010 1ST ST<br>ESCALON, CA 95320 | 9/13/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22402 | $ 25.00 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| 59 | VARTANIAN, SRBUI<br>722 WEST GLENOAKS BLVD.<br>GLENDALE, CA 91202 | 9/14/2018 | 17-34665 (KLP) | Toys "R" Us, Inc. | 22411 | $ 79.34 |
| | Reason: According to the Debtors' books and records, Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |
| | | | | | TOTAL | $ 4,778.07* |

## Exhibit B

**Behnke Declaration**

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF THOMAS BEHNKE IN SUPPORT
## OF DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CERTAIN
## (A) EXACT DUPLICATE CLAIMS, (B) CROSS-DEBTOR DUPLICATE CLAIMS,
## (C) SUBSTANTIVE DUPLICATE CLAIMS, (D) NO LIABILITY CLAIMS,
## (E) SATISFIED CLAIMS, (F) AMENDED CLAIMS, (G) AMENDED PRIORITY
## CLAIMS, (H) INSUFFICIENT DOCUMENTATION CLAIMS, AND
## (I) GIFT CARD CLAIMS

I, Thomas Behnke, hereby declare under penalty of perjury:

1.        I am a Managing Director with Alvarez & Marsal North America, LLC, ("A&M"),

a restructuring advisory services firm with numerous offices throughout the country.[2]  I, along

with my colleagues at A&M, have been engaged by the Debtors to provide various restructuring

and financial services.  In my current position with the Debtors, I am responsible for all claims

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting
Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne,
New Jersey 07470.

[2]    Capitalized terms used but not otherwise defined in this Declaration have the meanings given to them in the
Objection.

management related matters.  I am generally familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, and books and records that reflect, among other things, the Debtors' liabilities and the amount thereof owed to their creditors as of the Petition Date.  I am above 18 years of age, and I am competent to testify.

2.    I submit this declaration (this "Declaration") in support of the *Debtors' Twenty-Fourth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Cross-Debtor Duplicate Claims, (C) Substantive Duplicate Claims, (D) No Liability Claims, (E) Satisfied Claims, (F) Amended Claims, (G) Amended Priority Claims, (H) Insufficient Documentation Claims, and (I) Gift Card Claims* (the "Objection") and am directly, or by and through the Debtors' advisors and personnel, familiar with the information contained therein and the exhibits and schedules attached thereto.  I am authorized to submit this declaration on the Debtors' behalf.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, and information I have received from other members of the Debtors' management, the Debtors' employees or the Debtors' advisors.  As to matters regarding state and federal law, including bankruptcy law, I have relied on the advice of counsel.  If I were called upon to testify, I could and would testify competently to the facts set forth in this Declaration on that basis.

3.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time and resources have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed against the Debtors in the chapter 11 cases.  In evaluating the Disputed Claims, the Debtors and/or their advisors have thoroughly reviewed the Debtors' books and records and the relevant proofs of claim, as well as the supporting documentation provided by each claimant, if any, and have

2

determined that each Disputed Claim should be modified or disallowed and expunged as set forth in the Objection.  As such, I believe that the modification or expungement and disallowance of the Disputed Claims on the terms set forth in the Objection is appropriate.

## I.  Exact Duplicate Claims

4.  To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Proofs of Claim identified in the "Claims to Be Disallowed" column on **Schedule 1** to the Order duplicate other Proofs of Claim identified in the "Remaining Claims" column in **Schedule 1**.  Failure to disallow and expunge the Exact Duplicate Claims identified in the "Claims to Be Disallowed" column could result in the relevant claimants receiving an unwarranted recovery against the Debtors to the detriment of other similarly situated creditors. As such, I believe the disallowance and expungement of the Exact Duplicate Claims identified in the "Claims to Be Disallowed" column on the terms set forth in the Objection is appropriate.

## II.  Cross-Debtor Duplicate Claims

5.  To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Proofs of Claim identified in the "Claims to Be Disallowed" column on **Schedule 2** to the Order duplicate other Proofs of Claim identified in the "Remaining Claims" column in **Schedule 2**.  Failure to disallow and expunge the Cross-Debtor Duplicate Claims identified in the "Claims to Be Disallowed" column could result in the relevant claimants receiving an unwarranted recovery against the Debtors to the detriment of other similarly situated creditors.  As such, I believe the disallowance and expungement of the Cross-Debtor Duplicate Claims identified in the "Claims to Be Disallowed" column on the terms set forth in the Objection is appropriate.

**III    Substantive Duplicate Claims**

6.    To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that, based on their review of the Proofs of Claim and a thorough analysis of the Debtors' books and records, the Substantive Duplicate Claims identified on the "Claims to Be Disallowed" column on **Schedule 3** to the Order, duplicate amounts requested in the subsequently filed Proofs of Claim identified in the "Remaining Claims" column on **Schedule 3** to the Order.  Failure to disallow and expunge the Substantive Duplicate Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.  Moreover, elimination of the Substantive Duplicate Claims will enable the Debtors to maintain a more accurate claims register.  As such, I believe the disallowance and expungement of the Substantive Duplicate Claims on the terms set forth in the Objection is appropriate.

**IV.    No Liability Claims**

7.    To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Proofs of Claim listed on **Schedule 4** to the Order do not accurately reflect amounts owed by the Debtors according to a thorough analysis of the Debtors' books and records, and, therefore, do not represent valid Proofs of Claim against the Debtors' estates.  Failure to disallow and expunge the No Liability Claims could result in the relevant claimants receiving an unwarranted recovery against the Debtors to the detriment of other similarly situated creditors.  As such, I believe the disallowance and expungement of the No Liability Claims on the terms set forth in the Objection is appropriate.

## V.    Satisfied Claims

6.    To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that, based on their review of the Proofs of Claim and a thorough analysis of the Debtors' books and records, the Satisfied Claims identified on **Schedule 5** to the Order have been paid or otherwise settled and the Debtors no longer have any outstanding liabilities associated therewith.    Failure to disallow and expunge the Satisfied Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors.    Moreover, elimination of the Satisfied Claims will enable the Debtors to maintain a more accurate claims register.    As such, I believe the disallowance and expungement of the Satisfied Claims on the terms set forth in the Objection is appropriate.

## VI.    Amended Claims

7.    To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Proofs of Claim identified in the "Claims to Be Disallowed" column on **Schedule 6** to the Order duplicate other Proofs of Claim identified in the "Remaining Claims" column in **Schedule 6**.    Failure to disallow and expunge the Amended Claims identified in the "Claims to Be Disallowed" column could result in the relevant claimants receiving an unwarranted recovery against the Debtors to the detriment of other similarly situated creditors.    As such, I believe the disallowance and expungement of the Amended Claims identified in the "Claims to Be Disallowed" column on the terms set forth in the Objection is appropriate.

## VII.    Amended Priority Claims

8.    To the best of my knowledge, information, and belief, the Debtors and/or their advisors have determined that the Proofs of Claim listed on **Schedule 7** to the Order do not accurately reflect the correct priority for such Proofs of Claim.    After carefully reviewing the

5

Amended Priority Claims in good faith, utilizing due diligence by appropriate personnel, I believe

that each of the Amended Priority Claims should be modified to have the priority depicted in the

"Corrected" column of **Schedule 7** to the Order.  Failure to modify such Proofs of Claim could

result in the relevant claimants receiving either: (i) a better recovery than other similarly situated

creditors, even though such recovery is not warranted, or (ii) receiving a lesser recovery than they

are otherwise entitled.  As such, I believe the modification of the Amended Priority Claims on the

terms set forth in the Objection is appropriate.

**VIII.    Insufficient Documentation Claims**

9.    To the best of my knowledge, information, and belief, the Debtors and/or their

advisors have determined that the Proofs of Claim listed on **Schedule 8** to the Order do not provide

sufficient information to enable the Debtors to determine whether or not such claim may be valid,

and, therefore, do not represent valid Proofs of Claim against the Debtors' estates.  If the

Insufficient Documentation Claims are not disallowed and expunged, the relevant claimants may

be improperly paid on account of interests that do not exist.  As such, I believe the disallowance

and expungement of the Insufficient Documentation Claims on the terms set forth in the Objection

are appropriate.

**IX.    Gift Card Claims**

10.    To the best of my knowledge, information, and belief, the Debtors and/or their

advisors have determined that the Proofs of Claim listed on **Schedule 9** to the Order do not

accurately reflect amounts owed by the Debtors according to a thorough analysis of the Debtors'

books and records, and, therefore, do not represent valid Proofs of Claim against the Debtors'

estates.  Failure to disallow and expunge the Gift Card Claims could result in the relevant claimants

receiving an unwarranted recovery against the Debtors to the detriment of other similarly situated

6

creditors.  As such, I believe the disallowance and expungement of the Gift Card Claims on the terms set forth in the Objection is appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  October 19, 2018                          Respectfully submitted,

                                                  */s/ Thomas Behnke*
                                                  Thomas Behnke, Managing Director
                                                  Alvarez & Marsal North America, LLC

7