UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Toys "R" Us, Inc., et al.                              Case No. 17-34665

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Gudell & Company**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com<br>(862) 249-1349 | Post-Petition Administrative Priority<br>Claim Amount: $51,000.00<br><br>Post-Petition Administrative Priority<br>Claim Number: 9029 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                              Date: 11/7/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF POST-PETITION ADMINISTRATIVE CLAIM

TO:       **United States Bankruptcy Court**
               **Eastern District of Virginia**
               **Attention: Clerk**

AND TO:    **Toys "R" Us, Inc. ("Debtor")**
               **Case No. 17-34665 (KLP)**

Claim #: 9029
Claim Amount: $51,000.00

Gundel & Company, Inc., its successors and assigns ("Assignor"), for good and valuable consideration
the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and
irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest in and to the post-petition
administrative priority claim of Assignor, including all rights of stoppage in transit, replevin and
reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with
jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records
of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any
notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy
Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor
acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may
be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the
Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other
communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly
authorized representative dated this ____1st____ day of ____November____ 2018.

**ASSIGNOR**
**Gundell & Company, Inc.**

By: _____
Name: _____
Title: _____

**ASSIGNEE**
**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: _____
Name: Brian Brager
Title: Managing Member