| | |
|---|---|
| Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Emily E. Geier (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | James H.M. Sprayregen, P.C.<br>Anup Sathy, P.C.<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 |

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ADJOURNMENT OF TAJ CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Second Amended Joint Chapter 11 Plan of the Taj Debtors and the TRU Inc. Debtors* [Docket No. 4547] (as may be amended, modified, or supplemented, the "Plan")[2] is adjourned to December 13, 2018 at 11:00 a.m. (the "Confirmation Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2] Term used but not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the *Order (I) Approving the Adequacy of the Disclosure Statement for the Joint Chapter 11 Plan of The Taj Debtors and the TRU Inc. Debtors, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Taj Debtors and the TRU Inc. Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures, (V) Scheduling Certain Dates With Respect Thereto, (VI) Shortening the Objection Periods and Notice Requirements Related Thereto, (VII) Authorizing the Backstop Commitment Agreement and the Payment of the Commitment Premium as Administrative Claims, and (VIII) Granting Related Relief* [Docket No. 4572] (the "Order") established certain deadlines, including, among other things, the deadline for parties to file objections to the Plan, the deadline for the Debtors'[3] to file a confirmation brief, the deadline for the Debtors to file a response to any objections to the Plan, and the deadline for the Debtors to file a voting report (the "Deadlines").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are working to document and finalize a global settlement among the Toys Delaware Debtors, the Geoffrey Debtors, the TRU Inc. Debtors, the Taj Debtors, and the UCC.

**PLEASE TAKE FURTHER NOTICE** that in consideration of a global settlement, and in connection with the Confirmation Hearing, the Debtors are extending certain Deadlines as set forth below:[4]

---

[3] The "Debtors herein" are defined as TRU Europe, Tru Taj LLC, Tru Taj Finance, Inc., TRU Taj Holdings 1, LLC, TRU Taj Holdings 2, Ltd., TRU Taj Holdings 3, LLC, TRU Asia, LLC, and TRU Taj (Europe) Holdings, LLC (collectively, the "Taj Debtors") and TRU Inc., MAP 2005 Real Estate, LLC, Toys "R" Us - Value, Inc., and TRU Mobility, LLC (the "TRU Inc. Debtors"), which are certain of the above-captioned debtors and debtors in possession.

[4] Unless otherwise agreed to by the Debtors or set forth herein, all other Deadlines set forth in the Order, including the deadline for parties to file objections to the Plan, shall remain unchanged.

| Event | Date |
|---|---|
| Deadline to File Confirmation Brief | December 11, 2018, at 5:00 p.m., prevailing Eastern Time |
| Confirmation Hearing Date | December 13, 2018, at 11:00 a.m., prevailing Eastern Time |

Richmond, Virginia
Dated:  December 4, 2018

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone:  (804) 644-1700 | New York, New York 10022 |
| Facsimile:  (804) 783-6192 | Telephone:  (212) 446-4800 |
| Email:  Michael.Condyles@KutakRock.com | Facsimile:  (212) 446-4900 |
| Peter.Barrett@KutakRock.com | Email:  edward.sassower@kirkland.com |
| Jeremy.Williams@KutakRock.com | joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:         james.sprayregen@kirkland.com
                   anup.sathy@kirkland.com
                   chad.husnick@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

3