Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession and the Propco I Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| Debtors. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[2] | ) | Case No. 18-31429 (KLP) |
| Debtors. | ) | (Jointly Administered) |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Case No. 18-31429; Docket No. 3]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

**AMENDED AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR DECEMBER 11, 2018**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on December 11, 2018 at 2:00 p.m. (prevailing Eastern Time):

**I.    PROPCO I CONTESTED MATTERS [CASE NO. 18-31429]**

1. "Sale Hearing" Propco I Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures for the Propco I Leases, (II) Approving the Sale of the Propco I Leases, and (III) Granting Related Relief [Docket No. 455]

    Responses Received:

    A. Market Plaza Limited Partnership's Objection to the Proposed Assumption and Assignment of Store 7818 Lease to Ollie's Bargain Outlet, Inc. [Docket No. 609]

    B. Objection of Upper Glen Street Associates, LLC to the Proposed Assignment of Lease to Aldi, Inc. [Docket No. 615]

    C. Aldi Inc.'s Response to Objection of Upper Glen Street Associates, LLC to the Proposed Assignment of Lease to Aldi, Inc for Store No. 6367 (Queensbury, NY) [Docket No. 810]

    Related Documents:

    A. Order (I) Establishing Bidding Procedures for the Propco I Leases and (II) Granting Related Relief [Docket No. 519]

    B. Notice of Successful and Backup Bidder With Respect to the Auction of Certain of the Propco I Debtors' Leases [Docket No. 579]

    C. Proposed Order (I) Authorizing the Sale of Certain Propco I Leases Free and Clear of All Interests, (II) Approving the Assumption and Assignment of Leases, (III) Authorizing Entry Into Lease Termination Agreements, and (IV) Granting Related Relief [Docket No. 597]

    D. Order (I) Authorizing The Sale of Certain Propco I Leases Free and Clear of all interest, (II) Approving the Assumption and Assignment of Leases (III) Authorizing Entry into Lease Termination Agreements and (IV) Granting Related Relief [Docket No. 641]

    E. Supplemental Order (I) Authorizing the Sale of Certain Propco I Leases Free and Clear of All Interests, (II) Approving the Assumption and Assignment of Leases and (III) Granting Related Relief [Docket No. 688]

    F. List of Exhibits and Witnesses [Docket No. 855]

    G.    Market Plaza's Expert Witness Designation and Disclosure [Docket No. 856]

    Status:  This matter is going forward.

2.   "Motion to File Under Seal" Motion of Upper Glen Street Associates, LLC for an Order to File a Certain Exhibit to be Entered Into Evidence at the December 11, 2018 Hearing on the Objection of Upper Glen Street Associates, LLC to the Proposed Assignment of Lease to Aldi, Inc. (Doc NO. 657) Under Seal [Docket No. 863]

    Responses Received:  None

    Related Documents:  None

    Status:  This matter is going forward.

## II. TOYS DELAWARE CONTESTED MATTERS [CASE NO. 17-34665]

3.   "Twenty-Sixth Omnibus Objection" Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket No. 5570]

    Responses Received:

    A.    Alliance Media Holdings Inc.'s Response to Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket Nos. 5834 and 5846]

    B.    Response of Levin Management Corporation to Notice of Debtors' Twenty-Sixth Omnibus Objection to Claims [Docket No. 5825]

    C.    Premier Trailer Leasing, Inc.'s Response in Opposition to the Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket No. 5884]

    Related Documents:  None

    Status:  This matter is resolved with respect to Alliance Media Holdings Inc.

        This matter is adjourned to the omnibus hearing scheduled for January 24, 2018 with respect to certain informal responses and Premier Trailer Leasing, Inc.

       With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, this matter is going forward and an amended order granting the relief requested has been or will be submitted to the Court for entry.

4.   "<u>Twenty-Seventh Omnibus Objection</u>" Debtors' Twenty-Seventh Omnibus Objection to Certain (A) Satisfied Claims and (B) Reduced Amount Claims [Docket No. 5571]

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:  None

    <u>Status</u>:  This matter is going forward and an order granting the relief requested has been or will be submitted to the Court for entry.

[*Remainder of this page intentionally left blank*]

Richmond, Virginia
Dated: December 7, 2018

/s/ *Jeremy S. Williams*

| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone: (804) 644-1700 | New York, New York 10022 |
| Facsimile: (804) 783-6192 | Telephone: (212) 446-4800 |
| Email: Michael.Condyles@KutakRock.com | Facsimile: (212) 446-4900 |
| Peter.Barrett@KutakRock.com | Email: edward.sassower@kirkland.com |
| Jeremy.Williams@KutakRock.com | joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:     james.sprayregen@kirkland.com
           anup.sathy@kirkland.com
           chad.husnick@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*