**United States Bankruptcy Court**
**Eastern District of Virginia**

In re: Toys "R" Us, Inc.                                          Chapter 11

                                                                  Case No. 17-34665

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Kitdztech Toys Manufacturing Limited, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Kitdztech Toys Manufacturing Limited
Room 1201, Inter-Continental Plaza 94 Granville Road
Tsim Sha Tsui East Kowloon,
Hong Kong

New Address
Kitdztech Toys Manufacturing Limited
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:
Kitdztech Toys Manufacturing Limited
By:
Name: KENNY PUZ
Title: EXECUTIVE DIRECTOR
Date: DEC 17 2018