Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:        (212) 446-4900

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:       (804) 644-1700
Facsimile:        (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession and the Propco I Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) ) | Case No. 17-34665 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[2] | ) ) | Case No. 18-31429 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Case No. 18-31429; Docket No. 3]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

**AMENDED AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR DECEMBER 18, 2018**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on December 18, 2018 at 2:00 p.m. (prevailing Eastern Time):

**I.**  **PROPCO I UNCONTESTED MATTERS [CASE NO. 18-31429]**

1. "Motion to Approve Disclosure Statement" Plan Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan Debtors Proposed Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and the Notice Requirements Related Thereto, (IV) Approving the Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 791]

    Responses Received:

    A. Ad Hoc Group of B-4 Lenders' Response and Limited Objection to Propco I Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief [Docket No. 907]

    B. Sealed Objection [Docket No. 908]

    Related Documents:

    A. Debtors' Reply to the B-4 Group's Objection to Plan Debtors' Disclosure Motion [Docket No. 912]

    B. Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan Debtors Proposed Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and the Notice Requirements Related Thereto, (IV) Approving the Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 914]

    C. Notice of Filing of Second Amended Plan [Docket No. 915]

    Status: This matter is going forward.

**II.    TOYS INC. UNCONTESTED MATTERS [CASE NO. 17-34665]**

2.   "Motion to Approve LPT" Debtors' Motion for Entry of an Order (A) Authorizing Entry Into the Zurich Buyout Agreement, (B) Establishing Expedited Procedures to Engage in Further LPT Transactions, and (C) Granting Related Relief [Docket No. 5856]

   Responses Received:

   A.   Limited Objection of Florida Self-Insurers Guaranty Association, Inc. to Debtors' Motion for Entry of an Order (A) Authorizing Entry Into the Zurich Buyout Agreement, (B) Establishing Expedited Procedures to Engage in Further LPT Transactions, and (C) Granting Related Relief (Docket No. 5856) [Docket No. 5968]

   B.   New Jersey Self-Insurers Guaranty Association's Limited Opposition to Debtors' Motion for Entry of an Order (A) Authorizing Entry Into the Zurich Buyout Agreement, (B) Establishing Expedited Procedures to Engage in Further LPT Transactions, and (C) Granting Related Relief [Docket No. 5856] and Reservation of Rights [Docket No. 5969]

   Related Documents:

   A.   Notice of Filing of Revised Proposed Order (A) Authorizing Entry into the Zurich Buyout Agreement, (B) Establishing Expedited Procedures to Engage in Further LPT Transactions, and (C) Granting Related Relief [Docket No. 5995]

   Status: This matter is going forward.

3.   "Motion to Extend Exclusivity" Debtors' Third Motion to Extend Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 5592]

   Responses Received:  None

   Related Documents:  None

   Status: This matter is going forward.

**III.   ADDITIONAL PROPCO I UNCONTESTED MATTERS [CASE NO. 18-31429]**

4.   "Motion to Extend Exclusivity" Propco I Debtors' Motion to Extend Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 762]

   Responses Received:  None

   Related Documents:  None

   Status: This matter is going forward.

3

**IV.    TOYS INC. WITHDRAWN/RESOLVED MATTERS [CASE NO. 17-34665]**

5.  "Sale Hearing" Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures for the Remaining Toys Delaware Real Estate Assets, (II) Approving the Sale of Certain Real Estate Assets, and (III) Granting Related Relief [Docket No. 2787]

    Responses Received:  N/A

    Related Documents:

    A.  Amended Notice of Stalking Horse Bidder for Sale of Winston-Salem JV Interest, the Debtors' Fee Interest in 11 Parcels of Real Estate and the Debtor's Interest in Its Danbury, Connecticut Lease, All as More Fully Described in Exhibit A to the Stalking Horse Agreement and Attached Hereto [Docket No. 3514]

    B.  Notice of Sale to Successful and Backup Bidder With Respect to Winston-Salem Lease, Dublin Lease and Midlothian Lease [Docket No. 3635]

    C.  Limited Objection and Reservation of Rights of Winston-Salem Retail Associates, L.P. to the Debtors' Motion for Entry of an Order, Inter Alia, Approving the Sale of Certain Real Estate Assets [Docket No. 3821]

    Status:  An order was previously entered with respect to all matters other than Winston-Salem JV interest which matter was previously continued generally.  Solely with respect to the sale of the Winston-Salem JV interest, the motion is hereby withdrawn.

6.  "Burbank Motion for Late-Filed Claim" Motion to Permit Late Filing of Administrative Claim [Docket No. 5075]

    Responses Received:  None

    Related Documents:  None

    Status:  This matter is resolved.

**V.    TOYS INC. ADJOURNED MATTERS [CASE NO. 17-34665]**

7.  "Motion to Expedite Hearing on Poland Sale Motion" Motion for Expedited Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Take Any Corporate Action Necessary to Consummate the Poland Sale, (II) Authorizing Certain Debtors to Transfer Intercompany Loans, (III) Authorizing the Debtors to Provide Transition Services, and (IV) Granting Related Relief [Docket No. 5702]

    Responses Received:  None

    Related Documents:  None

4

      Status: This matter is being adjourned to the omnibus hearing scheduled for January 10, 2019.

8. "Poland Sale Motion" Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Take Any Corporate Action Necessary to Consummate the Poland Sale, (II) Authorizing Certain Debtors to Transfer Intercompany Loans, (III) Authorizing the Debtors to Provide Transition Services, and (IV) Granting Related Relief [Docket No. 5701]

    Responses Received: None

    Related Documents: None

    Status: This matter is being adjourned to the omnibus hearing scheduled for January 10, 2019.

9. "First Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 1859, 1866 and 1874]

    Responses Received:

    A. Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2301]

    B. Joinder of MAM USA and MAM Canada to Kids II, Inc. Kids II Far East Limited, and Just Play LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2330]

    C. SquareTrade, Inc. JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2362]

    D. Munchkin, Inc.'s JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2363]

    E. Funrise, Inc. (USA)'s Notice of Joinder in Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2394]

    F. ShopperTrak RCT Corporation's Joinder in Kids II, Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2406]

    G. Joinder of the Artsana Companies to Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2474]

      H.      Joinder of The Step2 Holding Company, LLC, The Step2 Company, LLC, Step2 Direct, Step2 Discovery, and Backyard Discovery to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2554]

      I.      Joinder by Kent International Inc., USA Helmet Sub Kent Intl, Inc., and Kazam, LLC to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2569]

    Related Documents:

      A.      Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 2925]

    Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled January 24, 2019.

10.    "Second Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 3377, 3354, 3371, 3373, 3399 and 3344]

    Responses Received: None

    Related Documents:

      A.      Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 3965]

    Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled January 24, 2019.

11.    "Third Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 4276, 4344, 4689, 4703, 4844, 4905, 4956, 4957, 4962, 4963, 4964, 4967, 4968, 4969, 4970, 4980, 4981, 4986, 4987, 4988, 4992, 5063, 5084, 5085, 5090, 5091, 5094, 5096, 5107, 5119, 5120, 5265, 5266, 5381, and 5704]

    Responses Received: None

    Related Documents:

      A.      Amended Exhibit F [Docket No. 5258]

      B.      Amended Exhibit F [Docket No. 5259]

      C.      Amended Exhibit G [Docket No. 5260]

      D.      Amended Exhibit F [Docket No. 5262]

    E.    Notice of Filing of Amended Exhibits in Connection with Multiple Interim Applications for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses Filed by Professionals Retained by the Official Committee of Unsecured Creditors [Docket No. 5264]

    F.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 5468]

Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested will be adjourned to January 24, 2019.

12. "Kitex Motion for Relief" Motion of Kitex USA LLC for Relief from the Automatic Stay to Terminate Open Orders and Allow Sale of Toys "R" Us Private Label Merchandise [Docket No. 3026]

Responses Received: None

Related Documents: None

Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

13. "Casiano Motion for Relief" Motion for Relief From Automatic Stay and Associated Notice [Docket No. 4560]

Responses Received: None

Related Documents: None

Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

**VI.    PROPCO I ADJOURNED MATTERS [CASE NO. 18-31429]**

14. "Motion to Assume" Propco I Debtors' Motion for Entry of an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 833]

Responses Received: None

Related Documents:

    A.    Amended Exhibit A [Docket No. 910]

Status: This matter is being adjourned to the omnibus hearing scheduled for January 10, 2019.

15. "Propco I Lease Assumption Notice" Notice of Assumption of Certain Unexpired Leases [Docket No. 648]

   Responses Received:

   A. 18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8003 [Docket No. 691]

   B. Objection of Pine Tree Properties to Notice of Assumption of Lease (Store No. 6360) [Docket No. 727]

   C. Line Withdrawing Objection of Pine Tree Properties to Notice of Assumption of Lease (Store No. 6360) [Docket No. 819]

   D. Kingstowne Parcel O L.P.'s Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8356 [Docket No. 750]

   E. Tamarack Village Shopping Center, a Limited Partnership's Objection to Debtors' Proposed Assumption and Cure of Unexpired Lease for Store No. 6551 [Docket No. 754]

   F. Objection of IVT Price Palza Katy, LLC to the Proposed Assumption and Cure for Lease 9546 [Docket No. 755]

   G. Objection of Kin Properties, Inc. and Related Affiliates to Debtors' proposed Assumption and Assignment for Lease Number 6319, as set forth in the Debtors' Supplemental Assumption Notice [Docket No. 661] [Docket No. 732]

   Related Documents:

   A. Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 661]

   B. Notice of Hearing [Docket No. 773]

   C. Order Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 393]

   Status: This matter is resolved with respect to the objection of Pine Tree Properties [Docket No. 727].

   This matter is being adjourned to the omnibus hearing scheduled for January 10, 2019 with respect to all other matters.

16. "First Interim Fee Applications" Various First Interim Fee Applications [Docket Nos. 561, 562, 563, 565, 567, 569, and 587]

    Responses Received:  None

    Related Documents:

    A.  Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 726]

    Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested will be adjourned to January 24, 2019.

**VII.    PROPCO II RESOLVED MATTERS [CASE NO. 17-34665]**

17. "Propco II Confirmation and Sale Hearing" Propco II Plan Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Propco II Plan Debtors' Proposed Joint Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and the Notice Requirements Related Thereto, (IV) Approving the Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 3384] and Propco II Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures for the Sale of the Propco II Assets, (II) Scheduling an Auction and Hearing to Consider the Sale, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing Certain Expense Reimbursement Provisions, (V) Establishing an Intercompany Administrative Claims Bar Date, (VI) Scheduling Hearings and Deadlines with Respect to the Propco II Debtors' Disclosure Statement and Plan Confirmation, (VII) Shortening the Objections Periods and Notice Requirements Related Thereto, and (VIII) Granting Related Relief [Docket No. 3381]

    Responses Received:

    A.  Combined Limited Objection of Irving S. Yasney Trust to (A) Confirmation of Proposed Joint Chapter 11 Plan of Toys "R" Us Property Company II, LLC and Giraffe Junior Holdings, LLC, and (B) Sale of Assets of Toys "R" Us Property Company II, LLC [Docket No. 3964]

    B.  Objection of Taylor Square Owner, LLC to Assumption and Assignment of Lease and to Cure Amount [See Doc. Nos. 3649 and 4121] [Docket No. 4248]

    C.  Limited Objection of DDR Corp. and GGP Inc. to the Propco II Proposed Cure Amounts and Response to the Tenth Omnibus Claims Objection [Docket No. 4253]

    D.  Limited Objection to Confirmation [Docket No. 4269]

    E.  Objection of Kin Properties, Inc. and Related Affiliates to Debtors' Proposed Assumption and Assignment of Lease Number 9215 Including

9

       Debtors' Proposed Cure Amount as Set Forth in the Debtors' Plan Supplement [Docket No. 4121] [Docket No. 4275]

<u>Related Documents</u>:   None

<u>Status</u>:   An order granting the relief requested was previously entered by the Court except with respect to certain outstanding cure claim objections, which have now been resolved.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated: December 18, 2018

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone: (804) 644-1700 | New York, New York 10022 |
| Facsimile: (804) 783-6192 | Telephone: (212) 446-4800 |
| Email: Michael.Condyles@KutakRock.com | Facsimile: (212) 446-4900 |
| Peter.Barrett@KutakRock.com | Email: edward.sassower@kirkland.com |
| Jeremy.Williams@KutakRock.com | joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  james.sprayregen@kirkland.com
 anup.sathy@kirkland.com
 chad.husnick@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*