UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>TOYS "R" US, PROPERTY COMPANY I, LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-31429 (KLP)<br><br>(Jointly Administered) |

**OBJECTION OF THE UNITED STATES TRUSTEE TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY
OF THE DISCLOSURE STATEMENT FOR THE CHAPTER 11 PLAN OF
WAYNE REAL ESTATE PARENT COMPANY, LLC, (II) APPROVING THE
SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO THE
CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 11 PLAN,
(III) APPROVING THE FORM OF BALLOTS AND NOTICES IN
CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES WITH
RESPECT THERETO, (V) SHORTENING THE OBJECTION PERIODS AND NOTICE
REQUIREMENTS RELATED THERETO, AND (VI) GRANTING RELATED RELIEF**

John P. Fitzgerald, III[1], Acting United States Trustee for Region Four (the "UST"), by counsel, in furtherance of the duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (5) and pursuant to 11 U.S.C. §§ 307, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for this District, hereby files his objection to the Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC, (II) Approving the Solicitation and Notice Procedures with Respect to the Confirmation of the Debtor's Proposed Chapter 11 Plan, (III) Approving the Form of Ballots and Notice in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Shortening the Objection Periods and Notice Requirements Related

---

[1] The Acting United States Trustee for Region 4 John P. Fitzgerald, III is recused from participation in this matter. The matter is proceeding under the direction of William Harrington, United States Trustee for Regions 1 and 2.

Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

Thereto, and Granting Related Relief, filed on December 24, 2018 ("Solicitation Procedures Motion"). *See* ECF Doc. Nos. 6055 and 6056. In support of his objection, the UST represents and alleges as follows:

Wayne Real Estate Parent Company, LLC ("Wayne") filed the Disclosure Statement and Solicitation Procedure Motion on December 24, 2018 (the "Filing Date"). This is the fifth disclosure statement and underlying plan filed by Toys "R" Us-related entities. Wayne seeks to have a hearing approving the Solicitation Procedures Motion, including the adequacy of the Wayne's Disclosure Statement, on an emergency basis on December 28, 2018 – a mere four days after the Filing Date. Moreover, as part of the Solicitation Procedures Motion, Wayne also seeks approval of the following timeline:

- **Solicitation Deadline** – January 3, 2019 (6 days after the proposed hearing on the Solicitation Procedures Motion)[2]

- **Voting Deadline** – January 18, 2019 at 4:00 p.m. (15 days after the Solicitation Deadline)

- **Plan Objection Deadline** – January 25, 2019 (22 days after the Solicitation Deadline)

- **Confirmation Hearing Date** – January 29, 2019 (26 days after the Solicitation Deadline)

Wayne asserts that the expedited basis for the hearing on the Solicitation Procedures Motion is warranted for three main reasons – none of which appears to justify a real emergency. First, Wayne claims that the relief is necessary to accomplish the Propco I Debtors' sale transaction

---

[2] It is the UST's understanding, through informal discussion with Wayne's counsel, that the Debtor plans to send out the Order approving the adequacy of the Disclosure Statement, to the extent approved, on December 28, 2018 – 28 days prior to the proposed Plan Objection Deadline of January 25, 2019. The Solicitation Procedures Motion, however, does not mention that; rather, the proposed order attached at Exhibit A only contemplates that the "Confirmation Hearing Notice" be filed by the Debtor and served upon parties on or before January 3, 2019 – which would only provide parties in interest with 22 days to object to confirmation, as opposed to the required 28 days.

on a timeline that will maximize value for all stakeholders. *See* ECF Doc. 6056 at ¶ 2. Second, the terms of the proposed plan are straightforward and provide for a distribution of the Debtor's available cash and any sale proceeds in accordance with the priority scheme of the Bankruptcy Code. *Id.* at ¶ 3. Lastly, Wayne claims that the emergency relief is warranted because it is supported by certain of the Debtor's key stakeholders, such as the Ad Hoc Group of B-4 Lenders.

## **OBJECTION**

The UST objects to the Motion for Expedited Hearing and the timelines proposed in the Solicitation Procedures Motion. The proposed timelines, in fact, are at variance with the 28-days objection deadline required by Bankruptcy Rules 2002(b) and 3017(a). Bankruptcy Rule 2002(b) provides in pertinent part:

> (b) **Twenty-Eight Day Notices to Parties in Interest**. Except as provided in subdivision (l) of this rule, the clerk, or some other person as the court may direct, shall give the debtor, the trustee, all creditors and indenture trustees not less than 28 days' notice by mail of the time fixed (1) for filing objections and the hearing to consider approval of a disclosure statement . . . (2) for filing objections and the hearing to consider confirmation of a Chapter 11 plan . . . ."

*See* Fed. R. Bankr. P. 2002(b); Local Bankruptcy Rule for E.D. Va. 3016-1(A).

Moreover, Bankruptcy Rule 3017(a) similarly provides in pertinent part:

> (a) **Hearing on Disclosure Statement and Objections.** Except as provided in Rule 3017.1, after a disclosure statement is filed in accordance with Rule 2016(b), the court shall hold a hearing on at least 28 days' notice to the debtor, creditors, equity security holders and other parties in interest as provided in Rule 2002 top consider the disclosure statement and any objections or modifications thereto.

*See* Fed. R. Bankr. P. 3017(a).

These notice requirements are not mere procedural technicalities and niceties. As the advisory note to Rule 2002(b) explains: "The additional time necessary [compared to the 21 days' notice generally provided] may be necessary to formulate objections to a disclosure statement or

confirmation of a plan and preparation for the hearing on approval of the disclosure statement or confirmation." Fed. R. Bankr. P. 2002, Advisory Committee Notes 1983.  The failure to provide a creditor with formal notice in time to file an objection to the Disclosure Statement or plan confirmation may violate due process and render the plan ineffective as to such creditor.  *See In re Leading Edge Prods., Inc.,* 120 B.R. 616, 619-620 (Bankr. D. Mass. 1990).

Here, Wayne seeks to reduce the time for parties to object to the adequacy of the Disclosure Statement to a mere four days – without even taking into consideration that one of the days was a holiday.  Moreover, Wayne further seeks to reduce the deadline for parties in interest to object to confirmation to 22 days – from the 28 days required under the Rules.  Despite the emergency relief sought, Wayne has not advanced any plausible justification for shortening the notice requirements to object to the adequacy of the Disclosure Statement or the confirmation of the underlying Plan.

Wayne argues that synching the Wayne Plan process with the timelines set forth in the Propco I Debtor's Plan confirmation schedules will save time and resources and maximize value for all stakeholders.  Wayne, however, fails to explain how shortening the notice period will maximize value for all stakeholders.  The Disclosure Statement for Propco I was filed on November 15, 2018 approved on December 21, 2018 (see *In re Toys "R" Us Property Company,* Case No. 18-31429 (KLP), ECF Doc. 941), with the objection deadline scheduled for January 18, 2019 and the confirmation scheduled for January 24, 2019.  Accordingly, it is not entirely clear why Wayne waited over a month to file the current Disclosure Statement and underlying Plan in its case and now claims that the timelines should be synched with the ones approved in the Propco I case.

Wayne further claims that the terms of the proposed plan are straightforward and similar to the plan proposed in Propco I and supported by the Ad Hoc Group of B-4 Lender, which may

be one of the few creditors impacted by the Plan.  While that may be true, that is simply not sufficient justification to deprive all other parties in interest of their rights to be allowed sufficient time to review the Disclosure Statement and plan and their full 28-day period to object to either the adequacy of the Disclosure Statement or plan confirmation.  Lastly, there is no evidence how or why the stakeholders will be prejudiced if the parties are given the full 28 days as required by the Bankruptcy Rules) to file objections to the Disclosure Statement or plan confirmation.

## RESERVATION OF RIGHTS

The United States Trustee reserves his rights to object to other deficiencies at the hearing on the approval on the Disclosure Statement.  Moreover, to the extent that the Court grants the Motion to Expedite Hearing, the UST respectfully requests that language be added clarifying that the UST's rights to object to the confirmation of the Wayne Plan on any and all grounds are reserved.

## CONCLUSION

WHEREFORE, the United States Trustee requests that the Court (i) sustain this Objection and (ii) grant such other relief as is just.

Respectfully Submitted,

Dated:  December 26, 2018

William K. Harrington
United States Trustee Region 1

By:  /s/ Shannon Pecoraro
Shannon Pecoraro (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Shannon.pecoraro@usdoj.gov

        By: /s/ Elisabetta G. Gasparini
          Elisabetta G. Gasparini
          Office of the United States Trustee
          1835 Assembly Street, Ste. 953
          Columbia, South Carolina 29201
          (803) 765-5227
          Elisabetta.G.Gasparini@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 26, 2018, I caused a copy of the foregoing pleading to be served via email on the parties on the attached list with email addresses, and all parties receiving notices in this case through the Court's ECF System.

        By: /s/ Shannon Pecoraro
          Shannon Pecoraro (Va. Bar No. 46864)
          Office of the United States Trustee
          701 East Broad Street, Suite 4304
          Richmond, VA 23219
          (804) 771-2310
          Shannon.pecoraro@usdoj.gov

        By: /s/ Elisabetta G. Gasparini
          Elisabetta G. Gasparini
          Office of the United States Trustee
          1835 Assembly Street, Ste. 953
          Columbia, South Carolina 29201
          (803) 765-5227
          Elisabetta.G.Gasparini@usdoj.gov

`

In re:  Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ADP | ADP | ATTN: SCOTT P. BROWN | 5800 WINDWARD PARKWAY | MAIL STOP A-425 | ALPHARETTA | GA | 30005 | | | | Scott.P.Brown@adp.com david.m.smith@adp.com |
| COUNSEL TO STRATEGIC ASSET SERVICES, LLC | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, ABID QURESHI, BRAD M. KAHN | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com aqureshi@akingump.com bkahn@akingump.com |
| COUNSEL TO STRATEGIC ASSET SERVICES, LLC | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVIN, ZACHARY N. ADORNO | 1333 NEW HAMPSHIRE AVENUE, N.W. | | WASHINGTON | DC | 20036 | | 202-887-4000 | 202-887-4288 | zadorno@akingump.com jsavin@akingump.com |
| COUNSEL TO SMITH INTEREST GENERAL PARTNERSHIP, LLP | AUSLEY MCMULLEN | ATTN: KEVIN A. FORSTHOEFEL | 123 S. CALHOUN STREET | | TALLAHASSEE | FL | 32301 | | 850-425-5323 | 850-222-7560 | bankruptcynotices@ausley.com |
| ADMINISTRATIVE AGENT FOR THE SECURED REVOLVING CREDIT FACILITY | BANK OF AMERICA, NA | ATTN:  CHRISTINE HUTCHINSON | 100 FEDERAL STREET | | BOSTON | MA | 02110 | | 617-434-2385 | 617-434-4131 | christine.hutchinson@baml.com |
| ADMINISTRATIVE AGENT FOR THE SECURED TERM LOAN | BANK OF AMERICA, NA | ATTN: BEYSY RATTO | 40 BROAD STREET | | BOSTON | MA | 02109 | | | | |
| ADMINISTRATIVE AGENT FOR THE SECURED TERM LOAN | BANK OF AMERICA, NA | ATTN: KELLY T WEAVER | 101 SOUTH TRYON STREET | | CHARLOTTE | NC | 28255 | | 980-387-5452 | 704-208-2871 | |
| CANADIAN ADMINISTRATIVE AGENT FOR THE SECURED REVOLVING CREDIT FACILITY | BANK OF AMERICA, NA | ATTN: PRESIDENT OR GENERAL COUNSEL | 181 BAY STREET, 4TH FLOOR | | TORONTO | ON | M5J 2V8 | CANADA | | | |
| AGENT FOR THE PROPCO II MORTGAGE LOAN | BANK OF AMERICA, NA | ATTN: SERVICING MANAGER TELEPHONE | C/O CAPITAL MARKETS SERVICING GROUP | 900 WEST TRADE STREET, SUITE 650, MAIL CODE: NC1-026-06-01 | CHARLOTTE | NC | 28255 | | 866-531-0957 | 704-317-4501 | |
| INDENTURE TRUSTEE FOR THE DEBTORS' 7.375% SENIOR NOTES | BANK OF NEW YORK | ATTN: CORPORATE TRUST ADMINISTRATION | 101 BARCLAY STREET, FLOOR 21 WEST | | NEW YORK | NY | 10286 | | | | |
| INDENTURE TRUSTEE FOR THE DEBTORS' 8.75% UNSECURED NOTES | BANK OF NEW YORK | ATTN: CORPORATE TRUST ADMINISTRATION | 101 BARCLAY STREET, FLOOR 21 WEST | | NEW YORK | NY | 10286 | | | | |
| AGENT FOR THE GIRAFFE JOINT MEZZANINE LOAN | BRIGADE CAPITAL MANAGEMENT, LP | ATTN: PATRICK CRISCILLO, CHIEF FINANCIAL OFFICER | 399 PARK AVENUE, 16TH FLOOR | | NEW YORK | NY | 10022 | | | | |
| COUNSEL TO CITY CHURCH OF CHARLOTTESVILLE | BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY, ESQUIRE | 919 N. MARKET STREET, SUITE 1500 | | WILMINGTON | DE | 19801 | | 302-552-4200 | 302-552-4295 | mary.caloway@bipc.com |
| CHATHAM COUNTY TAX COMMISSIONER | CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON | POST OFFICE BOX 8324 | | SAVANNAH | GA | 31412-8324 | | 912-652-7109 | 912-652-7101 | |
| COUNSEL TO BRIXMOR PROPERTY GROUP, INC., WASHINGTON PRIME GROUP , PALM BEACH HOLDINGS, LLC, NED ALTOONA, LLC, RUNNING HILL SP, LLC, KIMCO REALTY CORPORATION, WEINGARTEN REALTY INVESTORS, WEINGARTEN NOSTAT, INC., CLPF-TUKWILA, L.P., PAPPAS UNION CITY, L.P., VASWANI INC., IRC TURFWAY COMMONS, L.L.C.,  IRC STONE CREEK, L.L.C., VERTICAL INDUSTRIAL PARK ASSOCIATES, RADIO ROAD TOYS, LLC, SITE C LLC,THE SECTION 14 DEVELOPMENT COMPANY, TO DIGGIN ACTIVE, INC., MAKE IT REAL LLC, TOMY INTERNATIONAL, INC. AND ITS SUBSIDIARIES AND AFFILIATES, VIVID IMAGINATIONS (FAR EAST) LTD., DBK CONCEPTS, INC., CANAL TOYS USA LTD., DSF MOTEL, INC., RAVENSBURGER NORTH AMERICA, INC., THINKFUN, INC., JDK TOWNLINE, LLC, TMT POINT PLAZA, INC., OVERLOOK TOWNLINE, LLC, COLLIERS INTERNATIONAL MANAGEMENT, SMITH INTEREST GENERAL PARTNERSHIP, LLP, FOURTH QUARTER PROPERTIES, VII, THE CHESTERFIELD DEVELOPMENT, L.L.C., THORLEY INDUSTIRES LLC D/B/A 4MOMS, RTP COMM WA LLC, TRIANGLE PLAZA I, LLC, BED BATH & BEYOND, INC. | CHRISTIAN & BARTON, LLP | ATTN:  AUGUSTUS C. EPPS., JR., ESQUIRE, MICHAEL D. MUELLER, ESQUIRE, JENNIFER M. MCLEMORE, ESQUIRE | 909 EAST MAIN STREET | SUITE 1200 | RICHMOND | VA | 23219-3095 | | 804-697-4100 | 804-697-6112 | aepps@cblaw.com jmclemore@cblaw.com mmueller@cblaw.com |
| COUNSEL TO A&W ACQUISITION, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, MACOMB CENTER PARTNERS, LLC AND BALDWIN COMMONS, LLC | CLARK HILL PLC | ATTN: DAVID M. BLAU, ESQ. | 151 S. OLD WOODWARD AVE. | STE. 200 | BIRMINGHAM | MI | 48009 | | 248-988-1817 | 248-988-2336 | dblau@clarkhill.com |
| COUNSEL TO A&W ACQUISITION, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, MACOMB CENTER PARTNERS, LLC AND BALDWIN COMMONS, LLC | CLARK HILL PLC | ATTN: JEFFREY N. ROTHLEDER, ESQ. | 1001 PENNSYLVANIA AVE. NW | STE. 1300 SOUTH | WASHINGTON | DC | 20004 | | 202-640-6669 | 202-640-6688 | jrothleder@clarkhill.com |
| ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO | ATTN:  BANKRUPTCY DEPARTMENT | APARTADO 9020192 | | SAN JUAN | PR | 00902-0192 | | | | |

In re: Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO DIP ABL AGENT; JPMORGAN CHASE BANK, NA IN ITS CAPACITY AS ADMINISTRATIVE AND COLLATERAL AGENT, LEAD ARRANGER, AND LENDER UNDER THE DEBTORS' PROPOSED ABL/FILO DIP FACILITY | DAVIS POLK & WARDWELL, LLP | ATTN: MARSHALL HUEBNER, KENNETH STEINBERG, BRIAN M. RESNICK, ELI J. VONNEGUT, VEERLE ROOVERS, STEPHEN PIRAINO | 450 LEXINGTON AVE. | | NEW YORK | NY | 11017 | | 212-450-4000; 212-450-4000 | 212-701-5800; 212-607-7973 | tru.routing@davispolk.com stephen.piraino@davispolk.com veerle.roovers@davispolk.com |
| COUNSEL TO TRU TRUST 2016-TOYS, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-TOYS, COUNSEL TO THE AGENT FOR THE PROPCO II MORTGAGE LOAN | DECHERT, LLP | ATTN: ALLAN S. BRILLIANT, BRIAN E. GREER, STEPHEN M. WOLPERT, HUMZAH K. SOOFI | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-698-3500 | 212-698-3599 | allan.brilliant@dechert.com brian.greer@dechert.com stephen.wolpert@dechert.com humzah.soofi@dechert.com |
| COUNSEL TO UPPER GLEN STREET ASSOCIATES, LLC | DEILY & GLASTETTER, LLP | ATTN: JOANN STERNHEIMER | 8 SOUTHWOODS BLVD., SUITE 207 | | ALBANY | NY | 12211 | | 518-436-0344 | 518-436-8273 | jsternheimer@deilylawfirm.com |
| ADMINISTRATIVE AGENT FOR THE PREPETITION EUROPEAN AND AUSTRALIAN ASSET-BASED REVOLVING CREDIT FACILITY ("EURO ABL") | DEUTSCHE BANK AG NEW YORK BRANCH | ATTN: DUSAN LAZAROV | 60 WALL STREET | | NEW YORK | NY | 10005 | | 212-250-0211 | 212-797-5695 | dusan.lazarov@db.com |
| COUNSEL TO RIDGEPORT LIMITED PARTNERSHIP | DLA PIPER LLP (US) | ATTN: JENNIFER M. KAPPEL | ONE FOUNTAIN SQUARE | 11911 FREEDOM DRIVE, SUITE 300 | RESTON | VA | 20190 | | 703-773-4266 | 703-773-5266 | jennifer.kappel@dlapiper.com |
| ADMINISTRATIVE AGENT FOR THE SENIOR UNSECURED TERM LOAN FACILITY | GOLDMAN SACHS LENDING PARTNERS, LLC | ATTN: JERRY SMAY | 200 WEST STREET | | NEW YORK | NY | 10282 | | 972-368-2579 | 212-357-4597 | |
| LENDER, PROPCO II MORTGAGE LOAN | GOLDMAN SACHS MORTGAGE COMPANY | ATTN: J. THEODORE BORTER AND RENE THERIAULT | GENERAL COUNSEL | 200 WEST STREET | NEW YORK | NY | 10282 | | | | |
| DEBTORS' CANADIAN COUNSEL | GOODMANS, LLP | ATTN: BRIAN EMPEY, CHRIS ARMSTRONG, MELANEY J. WAGNER | BAY ADELAIDE CENTRE | 333 BAY STREET, SUITE 3400 | TORONTO | ON | M5H 2S7 | CANADA | 416-979-2211 | 416-979-1234 | bempey@goodmans.ca carmstrong@goodmans.ca mwagner@goodmans.ca |
| COUNSEL TO WILLIAMS PARKWAY, LLC | GREENBAUM, ROWE, SMITH & DAVIS, LLP | ATTN: NANCY ISAACSON, ESQ. | 75 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068 | | 973-577-1930 | 973-577-1931 | nisaacson@greenbaumlaw.com |
| COUNSEL TO FAY ESTATES | GREENBERG TRAURIG, LLP | ATTN: HEATH B. KUSHNICK | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 212-801-9200 | 212-801-6400 | kushnickh@gtlaw.com |
| COUNSEL TO FAY ESTATES | GREENBERG TRAURIG, LLP | ATTN: THOMAS J. MCKEE, JR. | 1750 TYSONS BOULEVARD, SUITE 1000 | | MCLEAN | VA | 22102 | | 703-749-1300 | 703-749-1301 | mckeet@gtlaw.com |
| COUNSEL TO JPMORGAN CHASE BANK, NA, IN ITS CAPACITY AS ADMINISTRATIVE AND COLLATERAL AGENT, LEAD ARRANGER, AND LENDER UNDER THE DEBTORS' PROPOSED ABL/FILO DIP FACILITY | HUNTON & WILLIAMS, LLP | ATTN: TYLER P. BROWN, HENRY P. LONG, III & JUSTIN F. PAGET | RIVERFRONT PLAZA, EAST TOWER | 951 EAST BYRD STREET | RICHMOND | VA | 23219 | | 804-788-8200 | 804-788-8218 | tpbrown@hunton.com hlong@hunton.com jpaget@hunton.com |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: SUZANNE WALKER | 400 N. 8TH STREET | BOX 76 | RICHMOND | VA | 23219 | | 804-916-8065 | 855-652-9056 | Suzanne.Walker@irs.gov |
| COUNSEL TO PORTSMOUTH PLAZA LLC | JACKSON & CAMPBELL, P.C. | ATTN: MITCHELL B. WEITZMAN | 1120 20TH STREET, N.W. | SOUTH TOWER | WASHINGTON | DC | 20036 | | 202-457-1600 | 202-451-1678 | mweitzman@jackscamp.com |
| PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | JONES DAY | ATTN: DANIEL T. MOSS, J. RYAN SIMS | 51 LOUISIANA AVENUE, N.W. | | WASHINGTON | DC | 20001 | | 202-879-3794 | 202-626-1700 | dtmoss@jonesday.com |
| PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | JONES DAY | ATTN: MICHAEL SCHNEIDEREIT, BRUCE BENNETT | 555 SOUTH FLOWER STREEET | FIFTHIETH FLOOR | LOS ANGELES | CA | 90071 | | 213-489-3939 | 213-243-2539 | bbennett@jonesday.com mschneidereit@jonesday.com |
| COUNSEL TO THE AD HOC GROUP OF PROPCO I LENDERS | JONES DAY | ATTN: SCOTT GREENBERG, BRUCE BENNETT | 250 VESEY STREET | | NEW YORK | NY | 10281-1047 | | | | sgreenberg@jonesday.com bbennett@jonesday.com |
| COUNSEL TO BASSER-KAUFMAN, DDR CORP., GGP, INC. PHILIPS INTERNATIONAL, NATIONAL REATIL & DEVELOPMENT CORP., ROUSE PROPERTIES, LLC, SHOPCORE PROPERTIES LP, AND VALCENTERS, LLC | KELLEY DRYE & WARREN LLP | ATTN: JOSEPH D. WILSON, ESQ. | WASHINGTON HARBOUR, SUITE 400 | 3050 K STREET, NW | WASHINGTON | DC | 20007 | | 202-342-8504 | 202-342-8451 | jwilson@kelleydrye.com |
| COUNSEL TO BASSER-KAUFMAN, DDR CORP., GGP, INC. PHILIPS INTERNATIONAL, NATIONAL REATIL & DEVELOPMENT CORP., ROUSE PROPERTIES, LLC, SHOPCORE PROPERTIES LP, AND VALCENTERS, LLC | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, ESQ. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com |
| COUNSEL TO SPARKY BABY, LLC | KHORMAN JACKSON & KRANTZ, LLP | ATTN: MELISSA YASINOW | ONE CLEVELAND CENTER, 29TH FLOOR | 1375 EAST NINTH STREET | CLEVELAND | OH | 44114 | | 216-696-8700 | 216-621-6536 | may@kjk.com |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE AND COLLATERAL TRUSTEE FOR THE 12% SENIOR SECURED NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON, LLP | ATTN: TODD C. MEYERS | 1100 PEACHTREE STREET NE | SUITE 2800 | ATLANTA | GA | 30309-4528 | | 404-815-6500 | 404-815-6555 | tmeyers@kilpatricktownsend.com |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE AND COLLATERAL TRUSTEE FOR THE 12% SENIOR SECURED NOTES DUE 2021 | KILPATRICK TOWNSEND & STOCKTON, LLP | ATTN: TODD C. MEYERS, ESQ., DAVID M. POSNER, ESQ., GIANFRANCO FINIZIO, ESQ. | THE GRACE BUILDING | 1114 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036-7703 | | 212-775-8700 | 212-775-8800 | tmeyers@kilpatricktownsend.com dposner@kilpatricktownsend.com gfinizio@kilpatricktownsend.com |
| COUNSEL TO DEBTORS | KIRKLAND & ELLIS, LLP | ATTN: EDWARD O. SASSOWER, PC AND JOSHUA A. SUSSBERG, PC; | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | edward.sassower@kirkland.com joshua.sussberg@kirkland.com |

In re: Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO DEBTORS | KIRKLAND & ELLIS, LLP | ATTN: JAMES H.M. SPRAYREGEN, ANUP SATHY, PC, CHAD J. HUSNICK, PC, ROBERT A. BRITTON, AND EMILY GEIER | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com; anup.sathy@kirkland.com; chad.husnick@kirkland.com; emily.geier@kirkland.com |
| COUNSEL TO FRANCO MANUFACTURING CO., INC AND CENTERPOINT OWNER, LLC | KOHNER, MANN & KAILAS, SC | ATTN: DEVON E. DAUGHETY; SAMUEL C. WISOTZKEY | 4650 NORTH PORT WASHINGTON ROAD | WASHINGTON BUILDING, BARNABAS BUSINESS CENTER | MILWAUKEE | WI | 53212-1059 | | 414-962-5110 | 414-962-8725 | ddaughety@kmksc.com; swisotzkey@kmksc.com |
| COUNSEL TO DEBTORS | KUTAK ROCK, LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT, & JEREMY S. WILLIAMS | 901 EAST BYRD STREET | SUITE 1000 | RICHMOND | VA | 23219-4071 | | 804-644-1700 | 804-783-6192 | Michael.Condyles@KutakRock.com; Peter.Barrett@KutakRock.com; Jeremy.Williams@KutakRock.com |
| INTERESTED PARTY | LAW OFFICE OF ALLAN D. SARVER | ATTN: ALLAN D. SARVER | 16000 VENTURA BOULEVARD | SUITE 1000 | ENCINO | CA | 91436 | | 818-981-0581 | 818-981-0026 | ads@asarverlaw.com |
| INTERESTED PARTY | LAW OFFICE OF ALLAN D. SARVER | ATTN: ALLAN D. SARVER | 16000 VENTURA BOULEVARD | SUITE 1000 | ENCINO | CA | 91436 | | 818-981-0581 | 818-981-0026 | ads@asarverlaw.com |
| COUNSEL TO TARRANT COUNTY, DALLAS COUNTY, GREGG COUNTY AND SMITH COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| COUNSEL TO CYPRESS - FAIRBANKS, ISD, HARRIS COUNTY, GALVESTION COUNTY, MONTGOMERY COUNTY, AND FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| COUNSEL TO MCLENNAN COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | P.O. BOX 17428 | | AUSTIN | TX | 78760 | | 512-447-6675 | 512-443-5114 | |
| COUNSEL TO TERENCE M TOMBARI | LUKINS & ANNIS, PS | ATTN: TREVOR R. PINCOCK | 717 W SPRAGUE AVE | SUITE 1600 | SPOKANE | WA | 99201 | | 509-455-9555 | 509-747-2323 | tpincock@lukins.com |
| COUNSEL TO HOLYOKE MALL COMPANY, L.P., BLOOMFIELD HOLDINGS, LLC, KRG PORT ST. LUCIE LANDING, LLC, KRG EVANS MULLINS, LLC, KRG BELLE ISLE, LLC, KRG SOUTH ELGIN COMMONS LLC, KRG CEDAR HILLS PLAZA LP, KRGWHITE PLAINS CITY CENTER, LLC, WINSTON-SALEM (HANES) LLC, DOWNERS GROVE RETAIL DST, AND DG RETAIL LEASECO, L.L.C. | MENTER, RUDIN &TRIVELPIECE, PC | ATTN: KEVIN M. NEWMAN | 308 MALTBIE STREET | SUITE 200 | SYRACUSE | NY | 13204-1439 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com |
| COUNSEL TO KIN PROPERTIES, INC. AND AFFILIATES | MICHAEL BEST & FRIEDRICH LLP | ATTN: JONATHAN L. GOLD | 601 PENNSYLVANIA AVENUE, NW | SUITE 700 SOUTH | WASHINGTON | DC | 20004 | | 202-747-9594 | 202-347-1819 | jlgold@michaelbest.com |
| COUNSEL TO OPPIDAN INVESTMENT COMPANY | MORRISON SUND PLLC | ATTN: CYNTHIA L. HEGARTY | 5125 COUNTY ROAD 101, SUITE 200 | | MINNETONKA | MN | 55435 | | 952-975-0050 | 952-975-0058 | chegarty@morrisonsund.com |
| ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M, ST., NW | 12TH FLOOR | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, NAAG BANKRUPTCY COUNSEL | 1850 M ST., NW | 12TH FLOOR | WASHINGTON | DC | 20036 | | 202-326-6025 | 301-452-1488 | kcordry@naag.org |
| COUNSEL TO SBAF RUNNING FOX, INC. | NUTTER, MCCLENNEN & FISH LLP | ATTN: JOHN G. LOUGHNANE | SEAPORT WEST | 155 SEAPORT BOULEVARD | BOSTON | MA | 02210 | | 617-439-2000 | | jloughnane@nutter.com |
| PARTY IN INTEREST | ODIN FELDMAN & PITTLEMAN PC | ATTN: DONALD F. KING | 1775 WIEHLE AVENUE, SUITE 400 | | RESTON | VA | 20190 | | 703-218-2116 | 703-218-2160 | donking@ofplaw.com |
| ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: BANKRUPTCY DEPARTMENT | 590 S. MARINE CORPS | SUITE 901 | TAMUNING | GU | 96913 | | | 671-477-4703 | law@guamag.org |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF MARYLAND | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LYNN A. KOHEN | 6305 IVY LANE | SUITE 600 | GREENBELT | MD | 20770 | | 301-344-6221 | 301-344-8431 | lynn.a.kohen@usdoj.gov |
| UNITED STATES TRUSTEE EASTERN DISTRICT OF VIRGINIA | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ROBERT B. VAN ARSDALE, ESQ | 701 E BROAD ST. | SUITE 4304 | RICHMOND | VA | 23219 | | 804-771-2319 | 804-771-2330 | Robert.B.Van.Arsdale@usdoj.gov |
| COUNSEL TO THE SULLY LIMITED PARTNERSHIP, COUNSEL TO KINGSTOWNE PARCEL O L.P. | OFFIT KURMAN, PA | ATTN: BRYN H. SHERMAN, STEPHEN A. METZ, STEPHEN NICHOLS | 4800 MONTGOMERY LANE | 9TH FLOOR | BETHESDA | MD | 20814 | | 240-507-1723; 240-507-1705; 240-507-1700 | 240-507-1735 | smetz@offitkurman.com; bsherman@offitkurman.com; snichols@offitkurman.com |
| COUNSEL TO THE DIP TAJ TERM LOAN AGENT & AD HOC COMMITTEE OF TAJ NOTEHOLDERS, AD HOC GROUP OF TAJ NOTEHOLDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP | ATTN: BRIAN S. HERMANN, SAMUEL E. LOVETT, KELLIE A. CAIRNS | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | | 212-373-3000 | 212-757-3990; 212-373-2053 | bhermann@paulweiss.com; slovett@paulweiss.com; kcairns@paulweiss.com |
| COUNSEL TO LEA COMPANY, LLC | PENDER & COWARD, P.C. | ATTN: GLEN W. THOMPSON, ESQ. | 222 CENTRAL PARK AVE., SUITE 400 | | VIRGINIA BEACH | VA | 23462 | | 757-490-6284 | 757-497-1914 | gthompson@pendercoward.com |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE AND COLLATERAL TRUSTEE FOR THE TRU TAJ DIP NOTES | PORTER HEDGES, LLP | ATTN: ERIC M. ENGLISH, ESQ. | 1000 MAIN STREET | 36TH FLOOR | HOUSTON | TX | 77002 | | 713-226-6000 | 713-228-1331 | eenglish@porterhedges.com |
| CLAIMS AGENT | PRIME CLERK, LLC | ATTN: CHRISTOPHER SCHEPPER | 830 3RD AVENUE | 3RD FLOOR | NEW YORK | NY | 10022 | | 212-257-5450 | 646-328-2851 | toysrusteam@primeclerk.com; serviceqa@primeclerk.com |
| COUNSEL TO TAFT CORNERS ASSOCIATES | PRIMMER PIPER EGGLESTON & CRAMER PC | ATTN: DOUGLAS J. WOLINSKY, ESQ. | 30 MAIN STREET, SUITE 500 | PO BOX 1489 | BURLINGTON | VT | 05402-1489 | | 802-864-0880 | 802-964-0382 | dwolinsky@primmer.com |
| DEBTORS | PROPCO I DEBTORS | ATTN: GENERAL COUNSEL | C/O TOYS "R" US, INC. | 1 GEOFFREY WAY | WAYNE | NJ | 07470 | | | | |

In re: Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO BED BATH & BEYOND, INC. | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP | ATTN: JOSEPH L. SCHWARTZ, ESQUIRE, TARA J. SCHELLHORN, ESQUIRE | HEADQUARTERS PLAZA | ONE SPEEDWELL AVENUE | MORRISTOWN | NJ | 07962-1981 | | 973-451-8562 | 973-451-8719 | jschwartz@riker.com tschellhorn@RIKER.com |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, IN ITS CAPACITY AS SUCCESSOR ADMINISTRATIVE AGENT (THE "ADMINISTRATIVE AGENT") UNDER THE TOYS "R" US PROPERTY COMPANY I, LLC TERM LOAN CREDIT AGREEMENT DATED AS OF AUGUST 21, 2013 | ROUSSOS, GLANZER & BARNHART PLC | ATTN: KELLY M. BARNHART, ESQ. | 580 E. MAIN ST., SUITE 300 | | NORFOLK | VA | 23510 | | 757-622-9005 | 757-624-9257 | barnhart@rgblawfirm.com |
| COUNSEL TO ALDI (VIRGINIA) LLC | RUBIN & LEVIN, P.C. | ATTN: JAMES E. ROSSOW JR. | 135 N. PENNSYLVANIA ST. | SUITE 1400 | INDIANAPOLIS | IN | 46204 | | 317-860-2893 | 317-453-8619 | jim@rubin-levin.net |
| COUNSEL TO JDK TOWNLINE, LLC, TMT POINT PLAZA, INC. AND OVERLOOK TOWNLINE, LLC | SCHENK ANNES TEPPER CAMPBELL LTD. | ATTN: ROBERT D. TEPPER, ESQUIRE, TOMASZ A. SOBIERAJ, ESQUIRE | 311 SOUTH WACKER DRIVE | SUITE 2500 | CHICAGO | IL | 60606 | | 312-554-3100 | 312-554-3115 | rtepper@satcltd.com tsobieraj@satcltd.com |
| SECURITIES AND EXCHANGE COMMISSION HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: GENERAL COUNSEL | 100 F ST., NE | | WASHINGTON | DC | 20549 | | 202-551-6061 | 202-772-9180 | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION PHILADELPHIA DIVISION | SECURITIES AND EXCHANGE COMMISSION | ATTN: SHARON BINGER REGIONAL DIRECTOR | ONE PENN CENTER | 1617 JFK BLVD., STE. 520 | PHILADELPHIA | PA | 19103 | | 215-597-3100 | | philadelphia@sec.gov |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, IN ITS CAPACITY AS SUCCESSOR ADMINISTRATIVE AGENT (THE "ADMINISTRATIVE AGENT") UNDER THE TOYS "R" US PROPERTY COMPANY I, LLC TERM LOAN CREDIT AGREEMENT DATED AS OF AUGUST 21, 2013 | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ., CATHERINE V. LOTEMPIO, ESQ. | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 | | 212-574-1200 | 212-480-8421 | ashmead@sewkis.com lotempio@sewkis.com |
| COUNSEL TO CFT NV DEVELOPMENTS, LLC, AS SUCCESSOR TO THE ALHAMBRA REDEVELOPMENT AGENCY | SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA | 233 SOUTH WACKER DRIVE, SUITE 8000 | | CHICAGO | IL | 60606 | | 202-828-5356 | 202-641-9228 | jsowka@seyfarth.com |
| COUNSEL TO CFT NV DEVELOPMENTS, LLC, AS SUCCESSOR TO THE ALHAMBRA REDEVELOPMENT AGENCY | SEYFARTH SHAW LLP | ATTN: JAMES R. BILLINGS-KANG | 975 F STREET, N.W. | | WASHINGTON | DC | 20004 | | 202-828-5356 | 202-641-9228 | jbillingskang@seyfarth.com |
| COUNSEL TO 18601 ALDERWOOD MALL PKWY LLC | SHAPIRO SHER GUINOT & SANDLER | ATTN: SCOTT W. FOLEY, JOEL I. SHER | 250 W. PRATT STREET, SUITE 2000 | | BALTIMORE | MD | 21201 | | 410-385-4234 | 410-539-7611 | swf@shapirosher.com jis@shapirosher.com |
| COUNSEL TO SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. | 225 WEST WASHINGTON STREET | | INDIANAPOLIS | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| COUNSEL TO SCI ITC SOUTH FUND, LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON | 123 SOUTH BROAD STREET, SUITE 2100 | | PHILADELPHIA | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| COUNSEL TO ALDI (VIRGINIA) LLC | SPILMAN THOMAS & BATTLE, PLLC | ATTN: PETER M. PEARL | 310 FIRST STREET, SUITE 1100 | PO BOX 90 | ROANOKE | VA | 24002-0090 | | 540-512-1832 | 540-342-4480 | PPearl@spilmanlaw.com |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE AND COLLATERAL TRUSTEE FOR THE TRU TAJ DIP NOTES, COUNSEL TO ENERGY MANAGEMENT COLLABORATIVE, LLC, DUKE ENERGY CAROLINAS, LLC, DUKE ENERGY INDIANA, LLC, DUKE ENERGY OHIO, LLC, DUKE ENERGY KENTUCKY, LLC, DUKE ENERGY FLORIDA, LLC, THAMES & KOSMOS, LLC, FUN2PLAY TOYS, LLC, IRVING S. YASNEY TRUST, CENTERPOINT OWNER, LLC, KOLCRAFT ENTERPRISES, INC. | SPOTTS FAIN, PC | ATTN: JAMES K. DONALDSON, ESQ., NEIL E. MCCULLAGH | 411 EAST FRANKLIN STREET | SUITE 600 | RICHMOND | VA | 23219 | | 804-697-2000 | 804-697-2100 | jdonaldson@spottsfain.com nmccullagh@spottsfain.com |
| COUNSEL TO CENTERPOINT OWNER, LLC | SPOTTS FAIN, PC | ATTN: NEIL E. MCCULLAGH | 411 EAST FRANKLIN STREET | SUITE 600 | RICHMOND | VA | 23219 | | 804-697-2000 | 804-697-2100 | nmccullagh@spottsfain.com |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | | | |
| ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 110300 | | JUNEAU | AK | 99811-0300 | | | | attorney.general@alaska.gov |
| ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1275 W. WASHINGTON ST. | | PHOENIX | AZ | 85007 | | | | aginfo@azag.gov |
| ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | | | |
| ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | | | bankruptcy@coag.gov |
| ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | | | |
| ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 55 ELM ST. | | HARTFORD | CT | 06106 | | | | attorney.general@po.state.ct.us |
| ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | | | Attorney.General@state.DE.US |

In re: Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | | | |
| ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | | | |
| ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | | | hawaiiag@hawaii.gov |
| ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | | | |
| ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | | | webmaster@atg.state.il.us |
| ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | | | |
| ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | | | idrbankruptcy@iowa.gov |
| ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE. | 2ND FLOOR | TOPEKA | KS | 66612-1597 | | | | |
| ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE | SUITE 118 | FRANKFORT | KY | 40601 | | | | web@ag.ky.gov |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | | | ConsumerInfo@ag.state.la.us |
| ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | | | |
| ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | | | oag@oag.state.md.us |
| ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | | | ago@state.ma.us |
| ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | | | Attorney.General@ag.state.mn.us |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 | | | | |
| ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | | | attorney.general@ago.mo.gov |
| ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS, THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | | | contactdoj@mt.gov |
| ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL | 2ND FL, RM 2115 | LINCOLN | NE | 68509-8920 | | | | ago.info.help@nebraska.gov |
| ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | | | AgInfo@ag.nv.gov |
| ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. | | CONCORD | NH | 03301 | | | | attorneygeneral@doj.nh.gov |
| ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET, PO BOX 080 | TRENTON | NJ | 08625-0080 | | | | askconsumeraffairs@lps.state.nj.us |
| ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | | | |
| ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL | | ALBANY | NY | 12224-0341 | | | | |
| ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | | | |
| ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL | 600 E BOULEVARD AVE, DEPT 125 | BISMARCK | ND | 58505-0040 | | | | ndag@nd.gov |
| ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST. | 14TH FLOOR | COLUMBUS | OH | 43215 | | | | |
| ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | | | |
| ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1162 COURT STREET NE | | SALEM | OR | 97301 | | | | consumer.hotline@doj.state.or.us |
| ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | | | |
| ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | | | |
| ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | | | |

In re: Toys "R" Us Property Company I, LLC, et al.
Core/2002 Service List
Case No. 18-31429 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | | | consumerhelp@state.sd.us |
| ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL, TN DEPT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-532-8928 | 615-741-3334 | consumer.affairs@tn.gov |
| ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | | | public.information@oag.state.tx.us |
| ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | | | uag@utah.gov |
| ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | | | |
| ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 | | | | |
| ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | | | |
| ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG. 1 | ROOM E 26 | CHARLESTON | WV | 25305 | | | | consumer@wvago.gov |
| ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 | | | | |
| ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | | | |
| STRATEGIC ASSET SERVICES, LLC | STRATEGIC ASSET SERVICES, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | H/2 CAPITAL PARTNERS | 375 PARK AVENUE | NEW YORK | NY | 10152 | | 949-713-5040 | 949-713-5045 | |
| GOVERNOR'S SQUARE MALL; HUNTINGTON MALL COMPANY | THE CAFARO COMPANY | ATTN: RICHARD T. DAVIS | 5577 YOUNGSTOWN-WARREN RD. | | NILES | OH | 44446 | | 330-747-2661 | 330-743-2902 | rdavis@cafarocompany.com |
| COUNSEL TO WILLIAMS PARKWAY, LLC | THE LAW OFFICES OF DAVID A. GREER, PLC | ATTN: DAVID A. GREER | 500 EAST MAIN STREET | SUITE 1225 | NORFOLK | VA | 23510 | | 757-227-5155 | 757-227-5158 | Dgreer@davidgreerlaw.com |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE AND COLLATERAL TRUSTEE FOR THE 12% SENIOR SECURED NOTES DUE 2021 | THOMPSON MCMULLAN, PC | ATTN: DAVID R. RUBY, WILLIAM D. PRINCE | 100 SHOCKOE SLIP | THIRD FLOOR | RICHMOND | VA | 23219 | | 804-698-6220 | 804-780-1813 | druby@t-mlaw.com wprince@t-mlaw.com |
| COUNSEL TO TRIANGLE PLAZA I LLC | TORYS LLP | ATTN: ALISON D. BAUER | 1114 AVENUE OF THE AMERICAS | 23RD FLOOR | NEW YORK | NY | 10036 | | 212-880-6000 | 212-682-0200 | abauer@torys.com |
| ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |
| COUNSEL TO THE DIP DELAWARE TERM LOAN AGENT & AD HOC GROUP OF B 4 LENDERS | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN | 51 WEST 52ND ST. | | NEW YORK | NY | 10019 | | 212-403-1000 | 212-403-2000 | JAFeltman@wlrk.com |
| CO-COUNSEL TO NEXBANK SSB AND THE AD HOC GROUP OF B-4 LENDERS | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, EMIL A. KLEINHAUS, NEIL K. CHATANI | 51 WEST 52ND ST. | | NEW YORK | NY | 10019 | | 212-403-1000 | 212-403-2000 | jafeltman@wlrk.com eakleinhaus@wlrk.com nkchatani@wlrk.com |
| ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET NW | | WASHINGTON | DC | 20001 | | | | dc.oag@dc.gov |
| COUNSEL TO PINE TREE PROPERTIES | WATT, TIEDER, HOFFAR & FITZGERALD, LLP | ATTN: JENNIFER L. KNEELAND | 1765 GREENSBORO STATION PLACE | SUITE 1000 | MCLEAN | VA | 22102 | | 703-749-1026 | 703-893-8029 | jkneeland@watttieder.com |
| CO-COLLATERAL AGENT FOR THE SECURED REVOLVING CREDIT FACILITY | WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: PRESIDENT OR GENERAL COUNSEL | ONE BOSTON PLACE, 19TH FLOOR | | BOSTON | MA | 02108 | | | | |
| COUNSEL TO AD HOC GROUP OF TAJ NOTEHOLDERS | WHITEFORD, TAYLOR & PRESTON, LLP | ATTN: CHRISTOPHER A. JONES, JENNIFER E. WUEBKER | 3190 FAIRVIEW PARK DRIVE | SUITE 800 | FALLS CHURCH | VA | 22042 | | 703-280-9260 | 703-280-9139 | cajones@wtplaw.com jwuebker@wtplaw.com |
| INDENTURE TRUSTEE FOR THE TRU TAJ 12.00% SENIOR NOTES | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: TRU TAJ SECURED NOTES ADMINISTRATOR | 50 SOUTH SIXTH STREET, SUITE 1290 | | MINNEAPOLIS | MN | 55402 | | 612-217-5651 | | |
| COUNSEL TO THE HOMESTEAD COMPANY, INC. | WYATT, TARRANT & COMBS, LLP | ATTN: JOHN P. BRICE | 250 WEST MAIN STREET, SUITE 1600 | | LEXINGTON | KY | 40507-1746 | | 859-233-2012 | 859-259-0649 | jbrice@wyattfirm.com |
| COUNSEL TO LEVIN MANAGEMENT CORP., RAMCO-GERSHENSON PROPERTIES TRUST, AND UNILVER UNITED STATES, INC. | ZEMANIAN LAW GROUP | ATTN: PAUL A. DRISCOLL | 223 EAST CITY HALL AVENUE | SUITE 201 | NORFOLK | VA | 23452 | | 757-622-0090 | | paul@zemanianlaw.com |