WILLIAMS MULLEN
Paul S. Bliley, Jr. (VSB #13973)
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6448
Facsimile: (804) 420-6507
Email: pbliley@williamsmullen.com

-and-

HERRICK, FEINSTEIN LLP
Sean O'Donnell
Stephen B. Selbst
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
Email: sselbst@herrick.com

*Counsel to Great Elm Capital Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., et al.,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

### GREAT ELM CAPITAL GROUP INC.'S NOTICE OF APPEAL FROM ORDER (I) CONFIRMING THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF THE TAJ DEBTORS AND THE TRU INC. DEBTORS AND (II) APPROVING THE CREDIT BID TRANSACTION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

PLEASE TAKE NOTICE that Great Elm Capital Group, Inc. ("Great Elm") hereby appeals to the United States District Court for the Eastern District of Virginia from the order entitled "Order (I) Confirming the Third Amended Joint Chapter 11 Plan of the Taj Debtors and the Tru Inc. Debtors and (II) Approving the Credit Bid Transaction" entered in the above-captioned chapter 11 case on December 17, 2018 [Docket No. 5979], a copy of which is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that a completed Official Form 417A is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that Great Elm identifies the other parties to the order appealed from as set forth in the list attached hereto as Exhibit 3.

Dated: December 27, 2018

Respectfully submitted,

WILLIAMS MULLEN

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr. (VSB# 13973)
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6448
Facsimile: (804) 420-6507
Email: pblilely@williamsmullen.com

-and-

HERRICK, FEINSTEIN LLP
Sean O'Donnell
Stephen B. Selbst
2 Park Avenue
New York, New York 10036
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
Email: sselbst@herrick.com

*Counsel to Great Elm Capital Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System on all necessary parties.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.