| | |
|---|---|
| Edward O. Sassower, P.C. | James H.M. Sprayregen, P.C. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Anup Sathy, P.C. |
| Emily E. Geier (admitted *pro hac vice*) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 601 Lexington Avenue | 300 North LaSalle |
| New York, New York 10022 | Chicago, Illinois 60654 |
| Telephone:  (212) 446-4800 | Telephone:  (312) 862-2000 |
| Facsimile:   (212) 446-4900 | Facsimile:   (312) 862-2200 |

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:  (804) 644-1700
Facsimile:   (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession and the Propco I Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[2] | ) | Case No. 18-31429 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING ON MOTIONS SCHEDULED FOR JANUARY 10, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Case No. 18-31429; Docket No. 3]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on January 10, 2019 at 11:00 a.m. (prevailing Eastern Time):

**I.    PROPCO I UNCONTESTED MATTERS [CASE NO. 18-31429]**

1. "Motion to Sell North Carolina Properties" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 934]

    Responses Received:  None

    Related Documents:  None

    Status: This matter is going forward.

2. "Motion for Expedited Hearing" Motion for Expedited Hearing on Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 962]

    Responses Received:  None

    Related Documents:  None

    Status: This matter is going forward.

**II.    TOYS INC. ADJOURNED MATTERS [CASE NO. 17-34665]**

3. "Motion to Expedite Hearing on Poland Sale Motion" Motion for Expedited Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Take Any Corporate Action Necessary to Consummate the Poland Sale, (II) Authorizing Certain Debtors to Transfer Intercompany Loans, (III) Authorizing the Debtors to Provide Transition Services, and (IV) Granting Related Relief [Docket No. 5702]

    Responses Received:  None

    Related Documents:  None

    Status: This matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

4. "Poland Sale Motion" Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Take Any Corporate Action Necessary to Consummate the Poland Sale, (II) Authorizing Certain Debtors to Transfer Intercompany Loans, (III) Authorizing the Debtors to Provide Transition Services, and (IV) Granting Related Relief [Docket No. 5701]

    Responses Received:  None

    Related Documents:  None

> Status: This matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

### III. PROPCO I ADJOURNED MATTERS [CASE NO. 18-31429]

5. "Propco I Lease Assumption Notice" Notice of Assumption of Certain Unexpired Leases [Docket No. 648]

    Responses Received:

    A. 18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8003 [Docket No. 691]

    B. Kingstowne Parcel O L.P.'s Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8356 [Docket No. 750]

    C. Tamarack Village Shopping Center, a Limited Partnership's Objection to Debtors' Proposed Assumption and Cure of Unexpired Lease for Store No. 6551 [Docket No. 754]

    D. Objection of IVT Price Plaza Katy, LLC to the Proposed Assumption and Cure for Lease 9546 [Docket No. 755]

    E. Objection of Kin Properties, Inc. and Related Affiliates to Debtors' proposed Assumption and Assignment for Lease Number 6319, as set forth in the Debtors' Supplemental Assumption Notice [Docket No. 661] [Docket No. 732]

    Related Documents:

    A. Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 661]

    B. Notice of Hearing [Docket No. 773]

    C. Order Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 393]

    Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

6. "Motion to Sell Lynnwood Property" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 961]

    Responses Received:

    A. 18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear

of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1021]

Related Documents:

A. Notice of Filing of Revised Proposed Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 900]

Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

7. "Motion to Assume" Propco I Debtors' Motion for Entry of an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 833]

Responses Received:

A. SAICO Gateway Company, LLC's Opposition to PROPCO I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1004]

Related Documents:

A. Amended Exhibit A [Docket No. 910]

B. Propco I Debtors' Reply to SAICO Gateway Company, LLC's Opposition to Propco I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1025]

C. Declaration of Jared Oakes in Support of the Propco I Debtors' Reply to SAICO Gateway Company, LLC's Opposition to Propco I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1026]

Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

8. "Sale Notice" Notice of Sale [Docket No. 655]

Responses Received:

A. Objection of Gator Swansea Property LLC to Propco I Debtors' Notice of Sale [Docket No. 757]

Related Documents:

Status: This matter is being adjourned to the omnibus hearing scheduled for January 24, 2019.

Richmond, Virginia
Dated: January 8, 2019

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone: (804) 644-1700 | New York, New York 10022 |
| Facsimile: (804) 783-6192 | Telephone: (212) 446-4800 |
| Email: Michael.Condyles@KutakRock.com | Facsimile: (212) 446-4900 |
|          Peter.Barrett@KutakRock.com | Email: edward.sassower@kirkland.com |
|          Jeremy.Williams@KutakRock.com |         joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
         anup.sathy@kirkland.com
         chad.husnick@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*