WILLIAMS MULLEN
Paul S. Bliley, Jr.
Andrew O. Mathews
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6448
Facsimile: (804) 420-6507
Email: pblilely@williamsmullen.com
       amathews@williamsmullen.com

-and-

HERRICK, FEINSTEIN LLP
Sean O'Donnell
Stephen B. Selbst
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
Email: sselbst@herrick.com

*Counsel to Great Elm Capital Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re TOYS "R" US, INC., et al.,[1] | ) | |
| | ) | |
| GREAT ELM CAPITAL GROUP, INC., | ) | Civil No. 3:18-cv-896 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Bankruptcy Case No. 17-34665 (KLP) |
| | ) | |
| TOYS "R" US, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Bankruptcy Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023

WHEREAS, pursuant to Federal Rule of Bankruptcy Procedure 8023, the parties have amicably resolved this matter and agreed to the voluntary dismissal of this appeal with prejudice, with each party to bear its own costs and attorneys' fees;

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the appeal is dismissed with prejudice with each party to bear its respective costs and expenses (including attorneys' fees).

Dated: January 16, 2019

| WILLIAMS MULLEN: | KUTAK ROCK LLP: |
|---|---|
| */s/ Paul S. Bliley, Jr.* | */s/ Michael A. Condyles* |
| Paul S. Bliley, Jr. | Michael A. Condyles |
| Andrew O. Mathews | Peter J. Barrett |
| Williams Mullen Center | Jeremy S. Williams |
| 200 South 10th Street, Suite 1600 | 901 East Byrd Street, Suite 1000 |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| Telephone: (804) 420-6448 | Telephone: (804) 644-1700 |
| Facsimile: (804) 420-6507 | Facsimile: (804) 783-6192 |
| Email: pblilely@williamsmullen.com | Email: Michael.Condyles@KutakRock.com |
| amathews@williamsmullen.com | Email: Peter.Barrett@KutakRock.com |
| | Email: Jeremy.Williams@KutakRock.com |
| -and- | |
| | -and – |
| HERRICK, FEINSTEIN LLP | |
| Sean O'Donnell | KIRKLAND & ELLIS LLP |
| Stephen B. Selbst | KIRKLAND & ELLIS INTL.LLP |
| 2 Park Avenue | Edward O. Sassower, P.C. |
| New York, New York 10036 | Joshua A. Sussberg, P.C. |
| Telephone: (212) 592-1400 | Emily E. Geier |
| Facsimile: (212) 592-1500 | 601 Lexington Avenue |
| Email: sodonnell@herrick.com | New York, New York 10022 |
| Email: sselbst@herrick.com | Telephone: (212) 450-4800 |
| | Facsimile: (212) 446-4900 |
| *Counsel to Appellant* | Email: edward.sassower@kirkland.com |
| | Email: joshua.sussberg@kirkland.com |
| | Email: emily.geier@kirkland.com |
| | -and- |

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C.
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
Email: anup.sathy@kirkland.com
Email: chad.husnick@kirkland.com

*Counsel to Appellees*