| | |
|---|---|
| Edward O. Sassower, P.C. | James H.M. Sprayregen, P.C. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Anup Sathy, P.C. |
| Emily E. Geier (admitted *pro hac vice*) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 601 Lexington Avenue | 300 North LaSalle |
| New York, New York 10022 | Chicago, Illinois 60654 |
| Telephone:    (212) 446-4800 | Telephone:    (312) 862-2000 |
| Facsimile:    (212) 446-4900 | Facsimile:    (312) 862-2200 |

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession and the Propco I Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[2] | ) | Case No. 18-31429 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING ON MOTIONS SCHEDULED FOR JANUARY 24, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Case No. 18-31429; Docket No. 3]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on January 24, 2019 at 1:00 p.m. (prevailing Eastern Time):

## I. PROPCO I CONFIRMATION HEARING [CASE NO. 18-31429]

1. "Confirmation Hearing" Plan Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan Debtors Proposed Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and the Notice Requirements Related Thereto, (IV) Approving the Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 791]

    Responses Received:

    A.  Ad Hoc Group of B-4 Lenders' Response and Limited Objection to Propco I Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief [Docket No. 907]

    B.  Sealed Objection [Docket No. 908]

    C.  Reservation of Rights Regarding the Propco I Debtors' Chapter 11 Plan [Docket No. 915]

    D.  Objection of the United States Trustee to Confirmation of Plan of Toys "R" Us Property Company I, LLC and Its Debtor Affiliates [Docket No. 1048]

    E.  Objection of SAICO Gateway Company, LLC to Confirmation of Second Amended Chapter 11 Plan of Toys "R" Us Property Company, II, LLC and Its Debtors Affiliates [Docket No. 1062]

    F.  Kingstowne Parcel O L.P.'s Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates [Docket No. 1067]

    Related Documents:

    A.  Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates [Docket No. 788]

    B.  Disclosure Statement for the Joint Chapter 11 Plan of Toys "R" Us Property Company I, LLC and Its Debtor Affiliates [Docket No. 789]

    C.  Notice of Filing of First Amended Chapter 11 Plan [Docket No. 892]

    D.  Notice of Filing of Amended Disclosure Statement [Docket No. 893]

    E.  Debtors' Reply to the B-4 Group's Objection to Plan Debtors' Disclosure Motion [Docket No. 912]

F. Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan Debtors Proposed Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and the Notice Requirements Related Thereto, (IV) Approving the Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 914]

G. Notice of Filing of Second Amended Plan [Docket No. 915]

H. Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the PROPCO I Debtors Proposed Chapter 11 Plan, (III) Shortening the Period to File Plan Objections and The Notice Requirements Related Thereto, (IV) Approving The Forms of Ballots and Notices in Connection Therewith, and (V) Granting Related Relief [Docket No. 941]

I. Affidavit of Publication [Docket No. 1011]

J. Notice of Filing of Plan Supplement for the Propco I Debtors' Plan [Docket No. 1044]

K. Notice of Filing of Third Amended Plan [Docket No. 1076]

L. Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Toys R Us, Property Company I, LLC and Its Debtor Affiliates [Docket No. 1077]

M. The Propco I Debtors' and Wayne Real Estate Parent Company, LLC's Joint Memorandum of Law in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates and the Second Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 1078]

N. Declaration of Mitch Boucher in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Toys R Us, Property Company I, LLC and its Debtor Affiliates [Docket No. 1080]

O. Declaration of Matthew Finigan in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates and the Second Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 1083]

Status: This matter is going forward.

**II.     WAYNE PARENT CONFIRMATION HEARING [CASE NO. 17-34665]**

2.  "Confirmation Hearing" Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC, (II) Approving the Solicitation and Notice Procedures with Respect to the Confirmation of the Debtor's Proposed Chapter 11 Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Shortening the Objection Periods and Notice Requirements Related Thereto, and (VI) Granting Related Relief [Docket No. 6055]

    Responses Received:

    A.  Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC, (II) Approving the Solicitation and Notice Procedures with Respect to the Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Shortening the Objection Periods and Notice Requirements Related Thereto, and (VI) Granting Related Relief [Docket No. 6058]

    Related Documents:

    A.  Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6054]

    B.  Order (I) Approving the Adequacy of the Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC, (II) Approving the Solicitation and Notice Procedures with Respect to the Confirmation of the Debtor's Proposed Chapter 11 Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Shortening the Objection Periods and Notice Requirements Related Thereto, and (VI) Granting Related Relief [Docket No. 6119]

    C.  Notice of Filing of Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6123]

    D.  Notice of Filing of First Amended Disclosure Statement for the Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6124]

    E.  Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6271]

    F.    The Propco I Debtors' and Wayne Real Estate Parent Company, LLC's Joint Memorandum of Law in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates and the Second Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6277]

    G.    Declaration of Matthew Finigan in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Toys "R" Us, Property Company I, LLC and Its Debtor Affiliates and the Second Amended Chapter 11 Plan of Wayne Real Estate Parent Company, LLC [Docket No. 6280]

Status: This matter is going forward.

### III.   TOYS INC. UNCONTESTED MATTERS [CASE NO. 17-34665]

3. "Motion to Extend" Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Civil Actions and (II) Granting Related Relief [Docket No. 5891]

    Responses Received:  None

    Related Documents:  None

    Status: This matter is going forward.

4. "Fourth Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 5723, 5827, 6036, 6040, 6060, 6066, 6068, 6069, 6070, 6072, 6077, 6078, 6079, 6080, 6081, 6082, 6083, 6084, 6085, 6087, 6092, 6095, 6096, 6141]

    Responses Received:  None

    Related Documents:  None

    Status: An order granting the relief requested in part has been or will be submitted to the Court for entry.  The remainder of the relief requested is being adjourned to the omnibus hearing scheduled for February 19, 2019.

5. "Twenty-Sixth Omnibus Objection" Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims  [Docket No. 5570]

    Pending Responses:

        A.    Response of Levin Management Corporation to Notice of Debtors' Twenty-Sixth Omnibus Objection to Claims [Docket No. 5825]

    B.    Premier Trailer Leasing, Inc.'s Response in Opposition to the Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket No. 5884]

Related Documents:   None

Status:   This matter is going forward with respect to Euler Hermes N.A. agent for C&T International.

This matter is resolved with respect to Premier Trailer Leasing, Inc. [Docket No. 5884]

This matter is adjourned to the omnibus hearing scheduled for February 19, 2019 as set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered.

6.    <u>Twenty-Eighth Omnibus Objection</u>" Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims  [Docket No. 5976]

    Pending Responses:

    A.    Response of Constellation NewEnergy, Inc. to Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims  [Docket No. 6115]

    B.    Response of the City of Fayetteville NC to Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims  [Docket No. 6163]

    A.    OwnerIQ, Inc.'s Response to Debtors Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6165]

    B.    Everyday Health Media, LLC's Response to the Debtors' Twenty-Eighth Omnibus Objection to Claims [ECF No. 5976] [Docket Nos. 6180 and 6187]

    C.    Campbell Sales Company's Response to Debtors' Twenty-Eighth Omnibus Objection [Docket No. 6183]

    D.    Joint Response of Scripps Networks, LLC and Television Food Network to Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6184]

Related Documents: None

Status: This matter is going forward with respect to City of Fayetteville, North Carolina [Docket No. 6163]

This matter is adjourned to the omnibus hearing scheduled for February 19, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

7. "Twenty-Ninth Omnibus Objection" Debtors' Twenty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, and (C) Exact Duplicate Claims [Docket No. 5977]

Pending Responses: None

Related Documents: None

Status: This matter is adjourned to the omnibus hearing scheduled for February 19, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

8. "Thirtieth Omnibus Objection" Debtors' Thirtieth Omnibus Objection to Certain No Liability Claims [Docket No. 6090]

   Pending Responses:   None

   Related Documents:   None

   Status:   This matter is adjourned to the omnibus hearing scheduled for February 19, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

9. "First Estimation Motion" Debtors' Motion for Entry of an Order (I) Estimating Certain Claims (II) Establishing a Maximum Amount of Certain Claims and (III) Granting Related Relief [Docket No. 6138]

   Pending Responses:   None

   Related Documents:   None

   Status:   This matter is adjourned to February 25, 2019 solely with respect to the United States of America and the response deadline with respect to such claimant is being adjourned until February 18, 2019.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

10. "Second Estimation Motion" Debtors' Motion for Entry of an Order (I) Estimating Certain Claims (II) Establishing a Maximum Amount of Certain Claims and (III) Granting Related Relief [Docket No. 6139]

    Pending Responses:

    A. TMT Pointe Plaza, Inc.'s Response and Objection to Debtors' Motion for Entry of an Order (I) Estimating Certain Claims and (II) Granting Related Relief [Docket No. 6232]

    B. Objection of Fair Lakes League Inc. to Debtors' Motion for Entry of an Order (I) Estimating Certain Claims and (II) Granting Related Relief [Docket No. 6233]

    C. Limited Objection and Reservation of Rights of Alterra America Insurance Company Regarding Debtors' Motion for Entry of an Order Estimating Certain Claims [Docket No. 6241]

    Related Documents:   None

    Status: This matter is resolved with respect to Fair Lakes League Inc. [Docket No. 6233] and Alterra America Insurance Company [Docket No. 6241]

    This matter is adjourned to the omnibus hearing scheduled for February 19, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will be submitted to the Court for entry.

## IV. PROPCO I UNCONTESTED MATTERS [CASE NO. 18-31429]

11. "Motion to Extend" Propco I Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Civil Actions and (II) Granting Related Relief [Docket No. 861]

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward.

12. "Motion to Sell North Carolina Properties" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 934]

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward.

13. "Motion to Sell" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 995]

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward.

14. "Second Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 955, 965, 966, 969, 971, 973, 975, 976, 977, 978 and 1001]

    Responses Received: None

    Related Documents: None

Status: An order granting the relief requested in part has been or will be submitted to the Court for entry. The remainder of the relief requested is being adjourned to the omnibus hearing scheduled for March 19, 2019.

## V. PROPCO I CONTESTED MATTERS [CASE NO. 18-31429]

15. "Propco I Lease Assumption Notice" Notice of Assumption of Certain Unexpired Leases [Docket No. 648]

    Responses Received:

    A. 18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8003 [Docket No. 691]

    B. Kingstowne Parcel O L.P.'s Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8356 [Docket No. 750]

    C. Tamarack Village Shopping Center, a Limited Partnership's Objection to Debtors' Proposed Assumption and Cure of Unexpired Lease for Store No. 6551 [Docket No. 754]

    D. Objection of IVT Price Plaza Katy, LLC to the Proposed Assumption and Cure for Lease 9546 [Docket No. 755]

    E. Objection of Kin Properties, Inc. and Related Affiliates to Debtors' proposed Assumption and Assignment for Lease Number 6319, as set forth in the Debtors' Supplemental Assumption Notice [Docket No. 661] [Docket No. 732]

    Related Documents:

    A. Order Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 393]

    B. Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 661]

    C. Notice of Hearing [Docket No. 773]

    D. Propco I Debtors' Reply in Support of the Propco I Debtors' Notice of Assumption of Certain Unexpired Leases and Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 1081]

    Status: With respect to IVT Price Plaza Katy, LLC [Docket No. 755], this matter is resolved.

    With respect to 18601 Alderwood Mall Pkwy LLC [Docket No. 691], this matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

        With respect to all other parties, this matter is going forward.

16. "Motion to Assume" Propco I Debtors' Motion for Entry of an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 833]

    Responses Received:

    A.    SAICO Gateway Company, LLC's Opposition to PROPCO I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1004]

    Related Documents:

    A.    Amended Exhibit A [Docket No. 910]

    B.    Propco I Debtors' Reply to SAICO Gateway Company, LLC's Opposition to Propco I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1025]

    C.    Declaration of Jared Oakes in Support of the Propco I Debtors' Reply to SAICO Gateway Company, LLC's Opposition to Propco I Debtors' Motion for an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief [Docket No. 1026]

    Status: This matter is going forward.

## VI. TOYS INC. ADJOURNED MATTERS [CASE NO. 17-34665]

17. "First Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 1859, 1866 and 1874]

    Responses Received:

    A.    Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2301]

    B.    Joinder of MAM USA and MAM Canada to Kids II, Inc. Kids II Far East Limited, and Just Play LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2330]

    C.    SquareTrade, Inc. JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2362]

    D.    Munchkin, Inc.'s JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2363]

    E.    Funrise, Inc. (USA)'s Notice of Joinder in Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2394]

    F.    ShopperTrak RCT Corporation's Joinder in Kids II, Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2406]

    G.    Joinder of the Artsana Companies to Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2474]

    H.    Joinder of The Step2 Holding Company, LLC, The Step2 Company, LLC, Step2 Direct, Step2 Discovery, and Backyard Discovery to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2554]

    I.    Joinder by Kent International Inc., USA Helmet Sub Kent Intl, Inc., and Kazam, LLC to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2569]

Related Documents:

    A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 2925]

Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled for March 19, 2019.

18. "Second Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 3377, 3354, 3371, 3373, 3399 and 3344]

Responses Received: None

Related Documents:

    A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 3965]

Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled for March 19, 2019.

19. "Third Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 4276, 4344, 4689, 4703, 4844, 4905, 4956, 4957, 4962, 4963, 4964, 4967, 4968, 4969, 4970, 4980, 4981, 4986, 4987, 4988, 4992, 5063, 5084, 5085, 5090, 5091, 5094, 5096, 5107, 5119, 5120, 5265, 5266, 5381, and 5704]

   Responses Received: None

   Related Documents:

   A. Amended Exhibit F [Docket No. 5258]

   B. Amended Exhibit F [Docket No. 5259]

   C. Amended Exhibit G [Docket No. 5260]

   D. Amended Exhibit F [Docket No. 5262]

   E. Notice of Filing of Amended Exhibits in Connection with Multiple Interim Applications for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses Filed by Professionals Retained by the Official Committee of Unsecured Creditors [Docket No. 5264]

   F. Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 5468]

   Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested is being adjourned to the omnibus hearing scheduled for March 19, 2019.

20. "Motion to Enforce" Motion of the TRU Trust 2016 Toys, Commercial Mortgage Pass-Through Certificates, Series 2016 Toys and TRU Trust 2016, LLC to Enforce Propco II Plan, Confirmation Order, and Other Orders [Docket No. 5982]

   Responses Received: None

   Related Documents: Non

   Status: This matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

**VII. TOYS INC. RESOLVED MATTERS [CASE NO. 17-34665]**

21. "Kitex Motion for Relief" Motion of Kitex USA LLC for Relief from the Automatic Stay to Terminate Open Orders and Allow Sale of Toys "R" Us Private Label Merchandise [Docket No. 3026]

   Responses Received: None

Related Documents:

A. Notice of Withdrawal of Motion of Kitex USA LLC for Relief From the Automatic Stay to Terminate Open Orders and Allow Sale of Toys "R" Us Private Label Merchandise [Docket No. 6236

Status: This matter has been withdrawn.

22. "Casiano Motion for Relief" Motion for Relief From Automatic Stay and Associated Notice [Docket No. 4560]

Responses Received: None

Related Documents: None

Status: A consent order resolving this matter has been submitted to the Court for entry.

## VIII. PROPCO I ADJOURNED MATTERS [CASE NO. 18-31429]

23. "First Interim Fee Applications" Various First Interim Fee Applications [Docket Nos. 561, 562, 563, 565, 567, 569, and 587]

Responses Received: None

Related Documents:

A. Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 726]

Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested is being adjourned to the omnibus hearing set for March 19, 2019.

24. "Sale Notice" Notice of Sale [Docket No. 655]

Responses Received:

A. Objection of Gator Swansea Property LLC to Propco I Debtors' Notice of Sale [Docket No. 757]

Related Documents:

Status: This matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

25. "<u>Motion to Sell Lynnwood Property</u>" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 961]

    <u>Responses Received</u>:

    A. 18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1021]

    <u>Related Documents</u>:

    A. Notice of Filing of Revised Proposed Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 900]

    <u>Status</u>: This matter is being adjourned to the omnibus hearing scheduled for February 19, 2019.

[*Remainder of this space intentionally left blank*]

Richmond, Virginia
Dated: January 22, 2019

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone: (804) 644-1700 | New York, New York 10022 |
| Facsimile: (804) 783-6192 | Telephone: (212) 446-4800 |
| Email: Michael.Condyles@KutakRock.com | Facsimile: (212) 446-4900 |
| Peter.Barrett@KutakRock.com | Email: edward.sassower@kirkland.com |
| Jeremy.Williams@KutakRock.com | joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
anup.sathy@kirkland.com
chad.husnick@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession and the Propco I
Debtors and Debtors in Possession*

**EXHIBIT A**

| Claimant | Claim Number | Claim Objection No. | Status |
| --- | --- | --- | --- |
| ABC Digital | 2549 | Estimation Motion [Docket No. 6139] | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Accuen Media | 16756 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Arlington Independent School District | 2239 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Buena Vista Home Entertainment, Inc. | 3318 | Estimation Motion [Docket No. 6139] | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Campbell Sales Company | 4374, 16191 | 28 | Adjourned to February 19, 2019 |
| CBS Interactive, Inc. | 16291 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Constellation NewEnergy, Inc | 4091 | 28 | Adjourned to February 19, 2019 |
| Constellation NewEnergy, Inc | 4195 | 28 | Adjourned to February 19, 2019 |
| Disney Consumer Products, Inc. | 2547 | Estimation Motion [Docket No. 6139] | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| eBates Performance Marketing, Inc. | 15538 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Everyday Health Media, LLC | 16113 | 28 | Adjourned to February 19, 2019 |
| Facebook, Inc. | 12789, 22698, 22695 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| FW-CA-Pleasant Hill Shopping Center. LLC | 4389 | 26 | Adjourned to February 19, 2019 |
| KRG Evan Mullins, LLC | 22183 | 26 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Levin Management Corp. as Agent for Mill Creek Mall, LLC | 16694 | 26 | Adjourned to February 19, 2019 |
| Meredith Corporation | 16310 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| OwnerIQ, Inc. | 22505 | 28 | Adjourned to February 19, 2019 |
| Resolution Media | 16773 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| RetailMeNot, Inc. | 13150 | 28 | Response deadline extended to February 5, 2019 and hearing adjourned to February 19, 2019 |
| Scripps Networks, LLC | 16584 | 28 | Adjourned to February 19, 2019 |
| Television Food Network | 7022 | 28 | Adjourned to February 19, 2019 |
| TMT Point Plaza, Inc. | 3798 | Estimation Motion [Docket No. 6139] | Adjourned to February 19, 2019 |