| | |
|---|---|
| Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Emily E. Geier (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900 | James H.M. Sprayregen, P.C.<br>Anup Sathy, P.C.<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200 |

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (I) ENTRY OF THE ORDER**
**CONFIRMING THE THIRD AMENDED JOINT CHAPTER 11**
**PLANS OF THE TAJ DEBTORS AND TRU INC. DEBTORS AND**
**(II) OCCURRENCE OF EFFECTIVE DATE AS TO THE TAJ DEBTORS**

    **PLEASE TAKE NOTICE** that on December 17, 2018, the Honorable Keith L Phillips, United States Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), entered the *Order (I) Confirming the Third Amended Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78].  The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

KE 59134822

*Chapter 11 Plans of the Taj Debtors and TRU Inc. Debtors* [Docket No. 5979] (the "Confirmation Order") confirming the Plan[2] of the Taj Debtors and the TRU Inc. Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **January 23, 2019** as to the Taj Debtors. The Effective Date of the Plan of the TRU Inc. Debtors will occur on or before February 2, 2019, and a separate notice will be filed with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and Confirmation Order, as well as all related exhibits, are available: (a) upon request to Prime Clerk LLC (the notice and claims agent retained in these chapter 11 cases) by calling (844) 794-3476 (toll free) or, for international callers, (917) 962-8499; (b) by visiting the website maintained in these chapter 11 cases at http://www.cases.primeclerk.com/toysrus; or (c) for a fee via PACER by visiting http://www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Professional Fee Claims shall be no later than 45 days after the effective date of all chapter 11 plans filed in the chapter 11 cases of the Debtors that are being jointly administered in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon the Debtors and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

---

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Third Amended Joint Chapter 11 Plans of the Taj Debtors and TRU Inc. Debtors*, attached to the Confirmation Order as **Exhibit A** (as modified, amended, and including all supplements, the "Plan").

Richmond, Virginia
Dated: January 23, 2019

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219 | 601 Lexington Avenue |
| Telephone:   (804) 644-1700 | New York, New York 10022 |
| Facsimile:    (804) 783-6192 | Telephone:   (212) 446-4800 |
| Email:         Michael.Condyles@KutakRock.com | Facsimile:    (212) 446-4900 |
|                     Peter.Barrett@KutakRock.com | Email:         edward.sassower@kirkland.com |
|                     Jeremy.Williams@KutakRock.com |                     joshua.sussberg@kirkland.com |
| | emily.geier@kirkland.com |
| *Co-Counsel to the Debtors* | **-**and- |
| *and Debtors in Possession* | |
| | James H.M. Sprayregen, P.C. |
| | Anup Sathy, P.C. |
| | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:         james.sprayregen@kirkland.com |
| |                      anup.sathy@kirkland.com |
| |                      chad.husnick@kirkland.com |
| | |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |