Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession and*
*Successors and the Propco I Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US, INC., *et al.*,[1] | ) | Case No. 17-34665 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOYS "R" US PROPERTY COMPANY I, LLC, *et al.*[2] | ) | Case No. 18-31429 (KLP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Propco I Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Case No. 18-31429; Docket No. 3]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

## AGENDA FOR HEARING ON
## MOTIONS SCHEDULED FOR FEBRUARY 27, 2019

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on February 27, 2019 at 1:00 p.m. (prevailing Eastern Time):

## I.    PROPCO I CONTESTED MATTERS [CASE NO. 18-31429]

1.    "Sale Notice" Notice of Sale [Docket No. 655]

   Pending Responses:

   A.    Objection of Gator Swansea Property LLC to Propco I Debtors' Notice of Sale [Docket No. 757]

   Related Documents:    None

   Status: This matter is going forward.

2.    "Swansea Sale Motion" Propco I Debtors' Motion for Entry of an Order (I) Approving the Assumption of Certain Real Estate Assets and (II) Granting Related Relief (Swansea, MA) [Docket No. 1091]

   Responses Received:

   A.    Limited Objection and Reservation of Rights of Gator Swansea Property LLC [Docket No. 1217]

   Related Documents:

   A.    Declaration [Docket No. 1222]

   Status: This matter is going forward.

3.    "Alexandria Sale Motion" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief (Alexandria, VA) [Docket No. 1158]

   Pending Responses:

   A.    Kingstowne Parcel O L.P.'s Objection to Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1207]

   Related Documents:    None

   Status:  This matter is going forward.

## II.    **PROPCO I UNCONTESTED MATTERS [CASE NO. 18-31429]**

4.    "<u>Stockton Sale Motion</u>" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1144]

Pending Responses:    None

Related Documents:    None

Status:    This matter is going forward.

5.    "<u>Exclusivity Motion</u>" Propco I Debtors' Motion to Extend Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1189]

Responses Received:    None

Related Documents:    None

Status: This matter is going forward.

6.    "<u>Motion to Expedite</u>" Motion to Expedite Hearing  on the Propco I Debtors' Motion for Entry of an Order (I) Approving Procedures for Filing Omnibus Objections to Claims, (II) Approving the Form and Manner of the Notice of Omnibus Objections, and (III) Granting Related Relief [Docket No. 1202]

Responses Received:    None

Related Documents:    None

Status: This matter is going forward.

7.    "<u>Objection Procedures</u>" Propco I Debtors' Motion for Entry of an Order (I) Approving Procedures for Filing Omnibus Objections to Claims, (II) Approving the Form and Manner of the Notice of Omnibus Objections, and (III) Granting Related Relief [Docket No. 1201]

Responses Received:    None

Related Documents:    None

Status: This matter is going forward.

8.    "<u>Motion to Expedite</u>" Motion to Expedite Hearing  on Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claim, Encumbrances, and Interests and (II) Granting Related Relief  [Docket No. 1215]

Responses Received:    None

Related Documents:    None

<u>Status</u>: This matter is going forward.

9.      "<u>Williston Sale Motion</u>" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claim, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1214]

   <u>Responses Received</u>:    None

   <u>Related Documents</u>:    None

   <u>Status</u>: This matter is going forward.

## III.    TOYS INC. UNCONTESTED MATTERS [CASE NO. 17-34665]

10.     "<u>First Estimation Motion</u>" Debtors' Motion for Entry of an Order (I) Estimating Certain Claims (II) Establishing a Maximum Amount of Certain Claims and (III) Granting Related Relief [Docket No. 6138]

   <u>Pending Responses</u>:    None

   <u>Related Documents</u>:    None

   <u>Status</u>:    No response has been timely filed as to the United States of America and a supplemental order has been or will be submitted granting the relief requested.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested was previously entered by the Court.

11.     "<u>Propco II Bar Date Extension Motion</u>" Motion for Entry of an Order Extending the Claims Objection Bar Date [Docket No. 6412]

   <u>Pending Responses</u>:    None

   <u>Related Documents</u>:    None

   <u>Status</u>:    This matter is going forward.

## IV.    AMIC ADVERSARY PROCEEDING [ADV. PROC. NO. 18-03121]

12.     "<u>Pretrial Conference</u>" Pretrial Conference

   <u>Responses Received</u>:    None

   <u>Related Documents</u>:    None

   <u>Status</u>: This matter is going forward.

## V.    PROPCO I RESOLVED MATTERS [CASE NO. 18-31429]

13.    "Sale Notice" Notice of Sale [Docket No. 655]

> Pending Responses:

> > A.    Objection of Gator Swansea Property LLC to Propco I Debtors' Notice of Sale [Docket No. 757]

> Related Documents:   None

> Status: This matter has been or will be withdrawn.

## VI.    PROPCO I ADJOURNED MATTERS [CASE NO. 18-31429]

14.    "Propco I Lease Assumption Notice" Notice of Assumption of Certain Unexpired Leases [Docket No. 648]

> Pending Responses:

> > A.    18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Proposed Assumption of Unexpired Lease for Store No. 8003 [Docket No. 691]

> Related Documents:

> > A.    Order Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases [Docket No. 393]

> > B.    Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 661]

> > C.    Notice of Hearing [Docket No. 773]

> > D.    Propco I Debtors' Reply in Support of the Propco I Debtors' Notice of Assumption of Certain Unexpired Leases and Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 1081]

> > E.    Stipulated Facts and Documents on Propco I Debtors' Proposed Assumption and Cure of Unexpired Lease for Store No. 6551 and Objection to Same Filed by Tamarack Village Shopping Center, A Limited Partnership [Docket Nos. 1093 and 1094]

> > F.    Propco I Debtors' Supplemental Reply in Support of the Propco I Debtors' Notice of Assumption of Certain Unexpired Leases and Supplemental Notice of Assumption of Certain Unexpired Leases [Docket No. 1097]

> Status: This matter is being adjourned to a date to be determined and for which a separate notice will be provided.

With respect to all other parties, an order granting the relief requested was previously entered.

15.    "Lynnwood Sale Motion" Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 961]

Responses Received:

A.    18601 Alderwood Mall Pkwy LLC's Objection to Propco I Debtors' Motion for Entry of an Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 1021]

Related Documents:

A.    Notice of Filing of Revised Proposed Order (I) Approving the Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Granting Related Relief [Docket No. 900]

Status: This matter is being adjourned to a date to be determined and for which a separate notice will be provided.

*[Remainder of page intentionally left blank]*

Richmond, Virginia
Dated: February 25, 2019

/s/ *Jeremy S. Williams*

**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
Email:        Michael.Condyles@KutakRock.com
              Peter.Barrett@KutakRock.com
              Jeremy.Williams@KutakRock.com

*Co-Counsel to the Debtors*
*and Debtors in Possession and Successors and*
*the Propco I Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              joshua.sussberg@kirkland.com
              emily.geier@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              anup.sathy@kirkland.com
              chad.husnick@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession and Successors and the*
*Propco I Debtors and Debtors in Possession*