UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Toys "R" Us, Inc., et al.                          Case No. 17-34665

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE.  Transferee hereby gives evidence and notice
pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **BooginHead, LLC**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com<br>(862) 249-1349 | Administrative Priority Claim Amount:<br>$121,649.17<br><br>Claim Number: 12584 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**


By: /s/ Brian Brager                          Date: 03/07/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.
§§ 152 & 3571

**EVIDENCE OF TRANSFER OF 503(b)(9) AND POST-PETITION ADMINISTRATIVE CLAIM**

TO:        **United States Bankruptcy Court
Eastern District of Virginia
Attention: Clerk**

AND TO:    **Toys "R" Us, Inc. ("Debtor")
Case No. 17-34665 (KLP)**

Proof of Claims #: 820, 878, 3693, 12584, 16184

BooginHead LLC, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim, including 503(b)(9) and post-petition administrative priority claims of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ___1___ day of __March__ 2019.

| ASSIGNOR | ASSIGNEE |
|---|---|
| **BooginHead LLC** | **Bradford Capital Holdings, LP**
By: Bradford Capital GP, LLC, its General Partner |
| By: _____ | By: _____ |
| Name: _Sari Davidson_ | Name: Brian Brager |
| Title: _CEO_ | Title: Managing Member |