UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Toys "R" Us, Inc., et al.                                  Case No. 17-34665

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Hong Kong Xin Yao International Textiles Ltd.**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com<br>(862) 249-1349 | Administrative Priority Allowed Claim Amount: $2,626,029.93<br><br>Claim Number: 16092 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                            Date: 03/27/2019
Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court
       Eastern District of Virginia
       Attention: Clerk

AND TO: Toys "R" Us - Delaware, Inc. ("Debtor")
       Case No. 17-34669

Proof of Claim # 16092 in the asserted amount of $2,775,194.89 (the "*Claim*")
Schedule #:

Hong Kong Xin Yao International Textiles, Ltd., its successors and assigns ("Assignor"), by that certain Assignment of Claim Agreement of even date herewith, has for good and valuable consideration sold, transferred and assigned all rights with respect to the Claim to:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative effective this 25th day of March, 2019.

Hong Kong Xin Yao International Textiles, Ltd.          Bradford Capital Holdings, LP
                                                         By: Bradford Capital GP, LLC, its General Partner

By: *Randy Xu*                                           By: _____
Name: Randy Xu                                           Name: Brian Brager
Title: General Manager                                   Title: Managing Member