Edward O. Sassower, P.C.  
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)  
Emily E. Geier (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:      (212) 446-4800  
Facsimile:       (212) 446-4900  

James H.M. Sprayregen, P.C.  
Anup Sathy, P.C.  
Chad J. Husnick, P.C. (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:      (312) 862-2000  
Facsimile:       (312) 862-2200  

-and-

Michael A. Condyles (VA 27807)  
Peter J. Barrett (VA 46179)  
Jeremy S. Williams (VA 77469)  
**KUTAK ROCK LLP**  
901 East Byrd Street, Suite 1000  
Richmond, Virginia 23219-4071  
Telephone:      (804) 644-1700  
Facsimile:       (804) 783-6192  

*Co-Counsel to Wayne Services Legacy Inc.  
and the Tru Inc. Trust*

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING ON  
MOTIONS SCHEDULED FOR APRIL 18, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on April 18, 2019 at 11:00 a.m. (prevailing Eastern Time):

**I.      TOYS INC. OMNIBUS OBJECTIONS [CASE NO. 17-34665]**

1. "Twenty-Sixth Omnibus Objection" Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket No. 5570]

Pending Responses:    None

Related Documents:    None

Status: This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 as set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered.

2. "Twenty-Eighth Omnibus Objection" Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 5976]

Pending Responses:

A. Meredith Corporation's Response to the Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims (ECF 5976) [Docket No. 6380]

B. Ebates Performance Marketing Inc.'s Response to Debtors' Twenty-Eight Omnibus Objection to Certain (A) Amended Priority Claims (B) Amended Claim, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6642]

Related Documents:    None

Status: This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered by the Court.

3. "Fifty-First Omnibus Objection" Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6272]

   Pending Responses:

   A. C&T International's Response to Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6474]

   Related Documents:   None

   Status:  This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

4. "Fifty-Fifth Omnibus Objection" Debtors' Fifty-Fifth Omnibus Objection to Certain (A) Reduced Amount Claims, (B) No Liability Claims, (C) Satisfied Claims, (D) Incorrect Debtors Claims, and (E) Late-Filed Claims [Docket No. 6276]

   Pending Responses:

   A. Dell Financial Services L.L.C.'s Response to Debtors' Fifty-Fifth Omnibus Objection to Certain (A) Reduced Amount Claims, (B) No Liability Claims, (C) Satisfied Claims, (D) Incorrect Debtors Claims, and (E) Late-Filed Claims [Docket No. 6436]

   B. Response of the Travelers Indemnity Company to the Debtors' Fifty-Fifth Omnibus Objection to Claim [Docket No. 6671]

   Related Documents:   None

   Status:  With respect to The Travelers Indemnity Company and its property casualty insurance affiliates, the final hearing is being adjourned until May 15, 2019 or to such other date as may be agreed upon by the parties.

   This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

5. "Fifty-Ninth Omnibus Objection" Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims [Docket No. 6495]

   Pending Responses:

   A. High Ridge LLC's Response and Reservation of Rights to Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims [Docket No. 6575]

   B. Response to Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims and Request for Additional Time [Docket No. 6640]

   Related Documents: None

   Status: This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

6. "Sixtieth Omnibus Objection" Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, and (G) Satisfied Claims [Docket No. 6787]

   Pending Responses:

   A. Response of RPT Realty LLC, Successor-in-Interest to Ramco-Gershenson Properties, L.P. to Notice of Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Claims [Docket No. 6855]

   Related Documents: None

   Status: This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

7. "Sixty-First Omnibus Objection" TRU Inc. Trust's Sixty-First Omnibus Objection to Certain (A) Incorrect Debtor Claims, (B) No Liability Claims, (C) Amended Claims, (D) Exact Duplicate Claims, (E) Substantive Duplicate Claims, and (F) Insufficient Documentation Claims [Docket No. 6795]

   Pending Responses:   None

   Related Documents:

   A.   Amended Schedule 2 (No Liability Claims) [Docket No. 6818]

   Status:   This matter is adjourned to the omnibus hearing scheduled for May 15, 2019 with respect to the parties set forth on Exhibit A attached hereto.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

## II.   CONTESTED MATTERS

8. "Motion for Relief" Motion for an Order Granting Relief From Automatic Stay [Docket No. 6558]

   Responses:

   A.   Objection of Wayne Services Legacy Inc. to Motion for an Order Granting Relief from the Automatic Stay [Docket No. 6852]

   Related Documents:   None

   Status:   This matter is going forward.

## III.   ADJOURNED MATTERS

9. "First Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 1859, 1866 and 1874]

   Responses Received:

   A.   Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2301]

   B.   Joinder of MAM USA and MAM Canada to Kids II, Inc. Kids II Far East Limited, and Just Play LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2330]

   C.   SquareTrade, Inc. JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2362]

    D.    Munchkin, Inc.'s JOINDER in Kids II, Inc., Kids II Far East Limited and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2363]

    E.    Funrise, Inc. (USA)'s Notice of Joinder in Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2394]

    F.    ShopperTrak RCT Corporation's Joinder in Kids II, Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2406]

    G.    Joinder of the Artsana Companies to Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2474]

    H.    Joinder of The Step2 Holding Company, LLC, The Step2 Company, LLC, Step2 Direct, Step2 Discovery, and Backyard Discovery to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2554]

    I.    Joinder by Kent International Inc., USA Helmet Sub Kent Intl, Inc., and Kazam, LLC to Kids II, Inc., Kids II Far East Limited, and Just Play, LLC's Omnibus Objection to Interim Applications for Compensation and Reimbursement of Expenses [Docket No. 2569]

Related Documents:

    A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 2925]

Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled for May 29, 2019.

10.    "Second Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 3377, 3354, 3371, 3373, 3399 and 3344]

Responses Received: None

Related Documents:

    A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 3965]

Status: With respect to the above-referenced applications, this matter is being adjourned to the omnibus hearing scheduled for May 29, 2019.

11. "Third Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 4276, 4344, 4689, 4703, 4844, 4905, 4956, 4957, 4962, 4963, 4964, 4967, 4968, 4969, 4970, 4980, 4981, 4986, 4987, 4988, 4992, 5063, 5084, 5085, 5090, 5091, 5094, 5096, 5107, 5119, 5120, 5265, 5266, 5381, and 5704]

   Responses Received:  None

   Related Documents:

   A.    Amended Exhibit F [Docket No. 5258]

   B.    Amended Exhibit F [Docket No. 5259]

   C.    Amended Exhibit G [Docket No. 5260]

   D.    Amended Exhibit F [Docket No. 5262]

   E.    Notice of Filing of Amended Exhibits in Connection with Multiple Interim Applications for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses Filed by Professionals Retained by the Official Committee of Unsecured Creditors [Docket No. 5264]

   F.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 5468]

   Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested is being adjourned to the omnibus hearing scheduled for May 29, 2019.

12. "Fourth Interim Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 5723, 5827, 6036, 6040, 6060, 6066, 6068, 6069, 6070, 6072, 6077, 6078, 6079, 6080, 6081, 6082, 6083, 6084, 6085, 6087, 6092, 6095, 6096, 6141]

   Responses Received:  None

   Related Documents:

   A.    Agreed Order Authorizing Payment on an Interim Basis of Certain Professional Fees [Docket No. 6316]

   Status: An order granting the relief requested in part has been entered by the Court. The remainder of the relief requested is being adjourned to the hearing scheduled for May 29, 2019.

13. "Interim and Final Applications for Compensation" Various Applications for Interim Compensation [Docket Nos. 6635, 6660, 6666, 6672, 6679, 6680, 6681, 6687, 6688, 6691, 6693, 6695, 6696, 6698, 6699, 6700, 6701, 6702, 6703, 6704, 6705, 6706, 6709, 6710, 6711, 6713, 6714, 6715, 6716, 6717, 6718, 6720, 6723, 6725, 6727, 6728, 6729, 6730, 6731, 6733, and 6807]

<u>Responses Received</u>:  None

<u>Related Documents</u>:  None

<u>Status</u>: This matter is being adjourned to the hearing scheduled for May 29, 2019.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated: April 16, 2019

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone:  (804) 644-1700 | New York, New York 10022 |
| Facsimile:  (804) 783-6192 | Telephone:  (212) 446-4800 |
| Email:  Michael.Condyles@KutakRock.com | Facsimile:  (212) 446-4900 |
|   Peter.Barrett@KutakRock.com | Email:  edward.sassower@kirkland.com |
|   Jeremy.Williams@KutakRock.com |   joshua.sussberg@kirkland.com |
| |   emily.geier@kirkland.com |

*Co-Counsel to Wayne Services Legacy Inc.*
*and the Tru Inc. Trust*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
  anup.sathy@kirkland.com
  chad.husnick@kirkland.com

*Co-Counsel to Wayne Services Legacy Inc.*
*and the Tru Inc. Trust*

**EXHIBIT A**

| Claimant | Claim Number | Claim Objection No. | Status |
|---|---|---|---|
| FW CA Pleasant Hill Shopping Ctr. LLC | 4389 | 26 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| KRG Evan Mullins LLC | 22183 | 26 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Accuen Media | 16756 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| eBates Performance Marketing, Inc. | 15538 | 28 | Hearing adjourned to May 15, 2019 |
| Facebook | 12789, 22698, 22695 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Meredith Corporation | 16310 | 28 | Hearing adjourned to May 15, 2019 |
| Resolution Media | 16773 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| RetailMeNot, Inc. | 13150 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| WeddingChannel.com Inc. | 4233 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| XO Group Inc. | 4382 | 28 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Hain Capital Investors, LLC as Transferee of C&T International Inc. | 16441 | 51 | Hearing adjourned to May 15, 2019 |
| Oath Holdings Inc. | 16350 | 51 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Oliver Wyman, Inc., through its Lippincott Division | 19260 | 51 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| RPAI Fort Myers Page Field, L.L.C. | 4417 | 51 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Dell Financial Services L.L.C. | 15831 | 55 | Hearing adjourned to May 15, 2019 |
| The Travelers Indemnity Company and its property casualty insurance affiliates | 2811 | 55 | Final hearing adjourned to May 15, 2019 |
| The Travelers Indemnity Company and its property casualty insurance affiliates | 22542 | 55 | Final hearing adjourned to May 15, 2019 |
| 3309-3139 Oak View Drive Holdings, LLC | 22164 | 59 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| CSFB 2005-C3 Retail 8801, LLC, an Iowa Limited Liability Company | 17833 | 59 | Hearing adjourned to May 15, 2019 |
| High Ridge LLC | 16916 | 59 | Hearing adjourned to May 15, 2019 |
| KRG White Plains City Center LLC | 17456 | 59 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| UE 675 Route I LLC | 22471 | 59 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |

| Claimant | Claim Number | Claim Objection No. | Status |
| --- | --- | --- | --- |
| ARC SPSANTX001, LLC | 20630 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Bre Skyview Retail Owner LLC | 17055 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Bre Skyview Retail Owner LLC | 2838 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Hawthorn, L.P. | 4564 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Hines Global REIT San Antonio Retail I, LP | 16890 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Hines Global REIT San Antonio Retail I, LP | 22559 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| RPT Realty LLC, Successor-in-Interest to Ramco Gershenson Properties, L.P. | 16804 | 60 | Hearing adjourned to May 15, 2019 |
| SM Eastland Mall, LLC | 21711 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| VCG-Whitney Field, LLC | 21732, 20584 | 60 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| IRC Stone Creek, L.L.C. | 3770 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3756 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3428 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3490 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3494 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3497 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3510 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |
| Young, James | 3656 | 61 | Response deadline extend to May 8, 2019 and hearing adjourned to May 15, 2019 |