Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

-and-

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192

*Co-Counsel to Wayne Services Legacy Inc.*
*and the Tru Inc. Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING ON**
**MOTIONS SCHEDULED FOR MAY 15, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on May 15, 2019 at 1:00 p.m. (prevailing Eastern Time):

**I.     OMNIBUS OBJECTIONS**

1.  "Twenty-Sixth Omnibus Objection" Debtors' Twenty-Sixth Omnibus Objection to Certain (A) Exact Duplicate Claims, (B) Substantive Duplicate Claims, (C) No Liability Claims, (D) Satisfied Claims, (E) Amended Claims, (F) Amended Priority

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

Claims, (G) Insufficient Documentation Claims, (H) Reduced Amount Claims and (I) Incorrect Debtor Claims [Docket No. 5570]

Pending Responses:   None

Related Documents:   None

Status:   This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered.

2. "Twenty-Eighth Omnibus Objection" Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 5976]

Pending Responses:

A. Ebates Performance Marketing Inc.'s Response to Debtors' Twenty-Eight Omnibus Objection to Certain (A) Amended Priority Claims (B) Amended Claim, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6642]

Related Documents:   None

Status:   This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered by the Court.

3. "Fifty-First Omnibus Objection" Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6272]

Pending Responses:

A. C&T International's Response to Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E)

> Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6474]
>
> Related Documents:   None
>
> Status:   This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.
>
> With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

4. "Fifty-Fifth Omnibus Objection" Debtors' Fifty-Fifth Omnibus Objection to Certain (A) Reduced Amount Claims, (B) No Liability Claims, (C) Satisfied Claims, (D) Incorrect Debtors Claims, and (E) Late-Filed Claims [Docket No. 6276]

> Pending Responses:
>
> A.   Response of the Travelers Indemnity Company to the Debtors' Fifty-Fifth Omnibus Objection to Claim [Docket No. 6671]
>
> Related Documents:   None
>
> Status:   With respect to The Travelers Indemnity Company and its property casualty insurance affiliates, the final hearing is being adjourned until June 27, 2019 or to such other date as may be agreed upon by the parties.
>
> This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.
>
> With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

5. "Fifty-Ninth Omnibus Objection" Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims [Docket No. 6495]

> Pending Responses:
>
> A.   Response to Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims and Request for Additional Time [Docket No. 6640]
>
> Related Documents:   None

      Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

      With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

6. "Sixtieth Omnibus Objection" Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, and (G) Satisfied Claims [Docket No. 6787]

    Pending Responses:

      A. Response of RPT Realty LLC, Successor-in-Interest to Ramco-Gershenson Properties, L.P. to Notice of Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Claims [Docket No. 6855]

    Related Documents: None

    Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

7. "Sixty-First Omnibus Objection" TRU Inc. Trust's Sixty-First Omnibus Objection to Certain (A) Incorrect Debtor Claims, (B) No Liability Claims, (C) Amended Claims, (D) Exact Duplicate Claims, (E) Substantive Duplicate Claims, and (F) Insufficient Documentation Claims [Docket No. 6795]

    Pending Responses: None

    Related Documents: None

    Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

8. "Sixty-Second Omnibus Objection" TRU Inc. Trust's Sixty-Second Omnibus Objection to Certain (A) No Liability Claims and (B) Reduced Claim [Docket No. 6869]

    Pending Responses:

    A. Response of Collin County Tax Assessor /Collector to TRU Inc. Trust's Sixty-Second Omnibus Objection to Certain (A) No Liability Claims and (B) Reduce Claim [Docket No 6922]

    Related Documents:   None

    Status: This matter is going forward with respect to the response filed by Collin County [Docket No 6922].

    This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

9. "Sixty-Third Omnibus Objection" TRU Inc. Trust's Sixty-Third Omnibus Objection to Certain (A) No Liability Claims and (B) Exact Duplicate Claim [Docket No. 6870]

    Pending Responses:   None

    Related Documents:   None

    Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

10. "Sixty-Fourth Omnibus Objection" Wayne Services Legacy Inc.'s Sixty-Fourth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6887]

    Pending Responses:

    A. Response filed by Jacqueline Morgan [Docket No. 6936]

    B. Response filed by Janice Bell [Docket No. 6937]

    C. Response filed by John Maguire [Docket No. 6938]

Related Documents:  None

Status: This matter is going forward with respect to the responses filed by Jacqueline Morgan [Docket No. 6936], Janice Belle [Docket No. 6937] and John Maguire [Docketing No. 6938].

This matter is adjourned to the omnibus hearing scheduled for June 27, 2019 with respect to the parties set forth on Exhibit A attached hereto.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

## II.    ADJOURNED MATTERS

11. "Kaufman Fee Application" Amended Fourth Interim and Final Fee Application of Kaufman & Canoles for Allowance of Compensation and Expenses Incurred for the Period Commencing on October 1, 2018 Through and Including November 20, 2018 and January 19, 2019 to November 20, 2018 Respectively, as Local Counsel for the Debtors and Debtors-in-Possession- Geoffrey, LLC and Geoffrey Holdings, LLC [Docket No. 6822]

    Responses Received:  None

    Related Documents:  None

    Status: This matter is being adjourned to the hearing scheduled for May 29, 2019.

## III.    OTHER UNCONTESTED MATTERS

12. "Motion for Contempt" Wayne Services Legacy Inc.'s Motion for Entry of an Order Holding Lequita Erickson in Contempt of Court and Enjoining Her and Her Counsel from Further Action in Contravention of the Confirmation Order [Docket No. 6873]

    Responses:    None

    Related Documents:  None

    Status:  This matter is going forward.

13. "Motion to Withdraw" Motion for Leave to Withdraw the Appearance of G. David Dean, Esquire [Docket No. 6863]

    Pending Responses:   None

    Related Documents:  None

    Status:  With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered.

6

Richmond, Virginia
Dated:  May 13, 2019

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. |
| Jeremy S. Williams (VA 77469) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| 901 East Byrd Street, Suite 1000 | Emily E. Geier (admitted *pro hac vice*) |
| Richmond, Virginia 23219-4071 | 601 Lexington Avenue |
| Telephone:   (804) 644-1700 | New York, New York 10022 |
| Facsimile:    (804) 783-6192 | Telephone:    (212) 446-4800 |
| Email:          Michael.Condyles@KutakRock.com | Facsimile:    (212) 446-4900 |
|                     Peter.Barrett@KutakRock.com | Email:          edward.sassower@kirkland.com |
|                     Jeremy.Williams@KutakRock.com |                     joshua.sussberg@kirkland.com |
| |                     emily.geier@kirkland.com |

*Co-Counsel to Wayne Services Legacy Inc.
and the Tru Inc. Trust*

-and-

James H.M. Sprayregen, P.C.
Anup Sathy, P.C.
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     anup.sathy@kirkland.com
                     chad.husnick@kirkland.com

*Co-Counsel to Wayne Services Legacy Inc.
and the Tru Inc. Trust*

**EXHIBIT A**

| Claimant | Claim Number | Claim Objection No. | Status |
| --- | --- | --- | --- |
| FW CA Pleasant Hill Shopping Ctr. LLC | 4389 | 26 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| KRG Evan Mullins LLC | 22183 | 26 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Accuen Media | 16756 | 28 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| eBates Performance Marketing, Inc. | 15538 | 28 | Hearing adjourned to June 27, 2019 |
| Resolution Media | 16773 | 28 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| RetailMeNot, Inc. | 13150 | 28 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Hain Capital Investors, LLC as Transferee of C&T International Inc. | 16441 | 51 | Hearing adjourned to June 27, 2019 |
| Oath Holdings Inc. | 16350 | 51 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Oliver Wyman, Inc., through its Lippincott Division | 19260 | 51 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| RPAI Fort Myers Page Field, L.L.C. | 4417 | 51 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| The Travelers Indemnity Company and its property casualty insurance affiliates | 2811 | 55 | Final hearing adjourned to June 27, 2019 |
| The Travelers Indemnity Company and its property casualty insurance affiliates | 22542 | 55 | Final hearing adjourned to June 27, 2019 |
| 3309-3139 Oak View Drive Holdings, LLC | 22164 | 59 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| CSFB 2005-C3 Retail 8801, LLC, an Iowa Limited Liability Company | 17833 | 59 | Hearing adjourned to June 27, 2019 |
| KRG White Plains City Center LLC | 17456 | 59 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| UE 675 Route I LLC | 22471 | 59 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| ARC SPSANTX001, LLC | 20630 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Bre Skyview Retail Owner LLC | 17055 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Bre Skyview Retail Owner LLC | 2838 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Castle & Cook Corona Crossings, LLC | 17044 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Hawthorn, L.P. | 4564 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Hines Global REIT San Antonio Retail I, LP | 16890 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |

| Claimant | Claim Number | Claim Objection No. | Status |
|---|---|---|---|
| Hines Global REIT San Antonio Retail I, LP | 22559 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| RPT Realty LLC, Successor-in-Interest to Ramco Gershenson Properties, L.P. | 16804 | 60 | Hearing adjourned to June 27, 2019 |
| SM Eastland Mall, LLC | 21711 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| VCG-Whitney Field, LLC | 21732, 20584 | 60 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3756 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3428 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3490 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3494 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3497 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3510 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Young, James | 3656 | 61 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Cypress-Fairbanks ISD | 22864 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Fort Bend County | 22878 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Harris County | 22859 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Jefferson County | 22615 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Lewisville ISD | 17296 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Tarrant County | 16117 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| YAH Investments, LLC | 17512 | 62 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Mongtomery County | 22637, 22861 | 63 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Zurich Services | 22333 | 63 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Broadstone 02 LP | 16392 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| BTM Development Partners, LLC | 18303 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |

| Claimant | Claim Number | Claim Objection No. | Status |
| --- | --- | --- | --- |
| Carolina Premium Outlets, LLC | 22835 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Centerpoint Owner, LLC | 16395 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| DG Retail LeaseCo, LLC | 22655 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Excel Ft. Union LLC | 2839 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Gateway Properties III, L.L.C. | 18352 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Hickory Ridge Owner, LLC | 17199 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| IN Retail Fund Woodfield Commons, LLC | 16946 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| IRC University Corssings, LLC | 17234 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Lasership, Inc. | 7034 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Lozier Corporation | 3056 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Meridian CenterCal, L.L.C. | 17091 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| PBA II, LLC | 17398 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Premium Outlet Partners, LP | 16461 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Sunrise Mills (MLP) Limited Partnership | 16582 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| The Honest Company | 14472 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Weingarten Nostat, Inc. | 17514 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| Weingarten Realty Investors | 17462 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| WMAP, L.L.C. (The Shops at Atlas Park) | 17712 | 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |
| AREP III BT, LLC | 16813 | 62, 64 | Response deadline extend to June 20, 2019 and hearing adjourned to June 27, 2019 |