Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:          (804) 644-1700
Facsimile:           (804) 783-6192

*Co-Counsel to Wayne Services Legacy Inc.,
the TRU Inc. Trust, Toys "R" Us Property II, LLC and
Giraffe Junior Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) ) ) | Case No. 17-34665 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR JUNE 27, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on June 27, 2019 at 11:00 a.m. (prevailing Eastern Time):

**I.    OMNIBUS OBJECTIONS**

1.  "Twenty-Eighth Omnibus Objection" Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 5976]

    Pending Responses:

    A.   Ebates Performance Marketing Inc.'s Response to Debtors' Twenty-Eight Omnibus Objection to Certain (A) Amended Priority Claims (B) Amended Claim, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I)

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

        Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6642]

    Related Documents:  None

    Status:  With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered by the Court.

2. "Fifty-First Omnibus Objection" Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6272]

    Pending Responses:

        A.    C&T International's Response to Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6474]

    Related Documents:  None

    Status:  This matter is resolved with respect to C&T International [Docket No. 6474].

    This matter is going forward with respect to RPAI Fort Myers Page Field, L.L.C.

    With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

3. "Fifty-Fifth Omnibus Objection" Debtors' Fifty-Fifth Omnibus Objection to Certain (A) Reduced Amount Claims, (B) No Liability Claims, (C) Satisfied Claims, (D) Incorrect Debtors Claims, and (E) Late-Filed Claims [Docket No. 6276]

   Pending Responses:

   A. Response of the Travelers Indemnity Company to the Debtors' Fifty-Fifth Omnibus Objection to Claim [Docket No. 6671]

   Related Documents: None

   Status: With respect to The Travelers Indemnity Company and its property casualty insurance affiliates, this matter is being adjourned to a hearing date to be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

4. "Fifty-Ninth Omnibus Objection" Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims [Docket No. 6495]

   Pending Responses:

   A. Response to Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims and Request for Additional Time [Docket No. 6640]

   Related Documents: None

   Status: This matter is resolved with respect to CSFB 2005-C3 Retail 8801, LLC [Docket No. 6640].

   This matter is going forward with respect to 3309-3139 Oak View Drive Holdings, LLC.

   With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

5. "Sixtieth Omnibus Objection" Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, and (G) Satisfied Claims [Docket No. 6787]

   Pending Responses:

   A. Response of RPT Realty LLC, Successor-in-Interest to Ramco-Gershenson Properties, L.P. to Notice of Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Claims [Docket No. 6855]

   Related Documents: None

   Status: This matter is going forward with respect to Ramco-Gershenson Properties, L.P. [Docket No. 6855]

   With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

6. "Sixty-Third Omnibus Objection" TRU Inc. Trust's Sixty-Third Omnibus Objection to Certain (A) No Liability Claims and (B) Exact Duplicate Claim [Docket No. 6870]

   Pending Responses: None

   Related Documents: None

   Status: With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

7. "Sixty-Fourth Omnibus Objection" Wayne Services Legacy Inc.'s Sixty-Fourth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6887]

    Pending Responses:   None

    Related Documents:   None

    Status:  This matter is going forward with respect to Meridian CenterCal, L.L.C.

    With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

8. "Sixty-Fifth Omnibus Objection" TRU Inc. Trust's Sixty-Fifth Omnibus Objection to Certain (A) No Liability Claims and (B) Late-Filed Claims [Docket No. 6984]

    Pending Responses:

    A.    Response by FTC Commercial Corp., as Assignee of PBC International Inc. to the TRU Inc. Trust's Sixty-Fifth Omnibus Objection to Certain (A) No Liability Claims and (B) Late-Filed Claims [Docket No. 7060]

    Related Documents:

    Status: This matter is going forward with respect to FTC Commercial Corp. [Docket No. 7060]

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

9. "Sixty-Sixth Omnibus Objection" Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6986]

    Pending Responses:

    A.    Response of Claimant HCL Goodyear Centerpointe LLC to Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A)

    Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 7055]

  B. Response of The Trustees of Vickerry Realty Co. Trust to Objection to Claim [Docket No. 7065]

  C. Response of Epoch Everlasting Play LLC f/k/a International Playthings LLC to Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 7072]

 Related Documents: None

 Status: With respect to HCL Goodyear Centerpointe LLC [Docket No. 7055] this matter has been resolved.

  With respect to the claimants set forth on **Exhibit A**, this matter is being set for final hearing on August 22, 2019 or such other day as may be agreed upon by the parties, with additional briefing and/or discovery deadlines to be set by the agreement of the parties or ordered by the Court where necessary.

  With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

10. "<u>Sixty-Seventh Omnibus Objection</u>" Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6988]

 Pending Responses: None

 Related Documents: None

 Status: With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

11. "<u>Sixty-Eighth Omnibus Objection</u>" Toys "R" Us Property Company II, LLC's Sixty-Eighth Omnibus Objection to Certain (A) Satisfied Claims, and (B) No Liability Claims [Docket No. 6996]

6

    Pending Responses:   None

    Related Documents:

        A.    Amended Schedule 1 (Satisfied Claims) [Docket No. 7006]

    Status:  This matter is going forward with respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agree to.

## II.    UNCONTESTED MATTERS

12.    "Motion to Close Certain Cases" Joint Motion to Close Certain Chapter 11 Cases Pursuant to 11 U.S.C. § 350(A) and Federal Rule of Bankruptcy Procedure 3022 [Docket No. 7028]

    Responses:   None

    Related Documents:   None

    Status:  An amended order resolving certain informal responses has been or will be submitted to the Court for entry.

13.    "Motion to Extend" Joint Motion for Entry of an Order Extending the Claims Objection Bar Date [Docket No. 7049]

    Pending Responses:   None

    Related Documents:   None

    Status:  An order granting the relief requested has been or will be submitted to the Court for entry.

## III.    CONTESTED MATTERS

14.    "Motion to Approve Settlement" Joint Motion for Entry of an Order (I) Approving the Settlement Agreement, (II) Certifying A Class of Former Employees for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representative, (IV) Approving the Form and Manner of Notice of the Class Certification and Settlement, (V) Setting the Aggregate Recovery of the Class Under the Global Settlement Agreement, and (VI) Granting Related Relief [Docket No. 7056]

    Responses:

        A.    Response filed by Claressa Rodriguez [Docket No. 7079]

        B.    Response filed by Kym Zatterberg [Docket No. 7080]

    Related Documents:   None

<u>Status</u>:   This matter is going forward.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated:  June 25, 2019

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192
Email:         Michael.Condyles@KutakRock.com
                   Peter.Barrett@KutakRock.com
                   Jeremy.Williams@KutakRock.com

*Co-Counsel to Wayne Services Legacy Inc.,*
*the TRU Inc. Trust, Toys "R" Us Property II,*
*LLC and Giraffe Junior Holdings, LLC*

**EXHIBIT A**

| Claimant | Claim Number | Claim Objection No. | Status |
|---|---|---|---|
| Accuen Media | 16756 | 28 | Final hearing set for August 22, 2019 |
| eBates Performance Marketing, Inc. | 15538 | 28 | Final hearing set for August 22, 2019 |
| Resolution Media | 16773 | 28 | Final hearing set for August 22, 2019 |
| RetailMeNot, Inc. | 13150 | 28 | Final hearing set for August 22, 2019 |
| Oath Holdings Inc. | 16350 | 51 | Final hearing set for August 22, 2019 |
| The Travelers Indemnity Company | 2811 | 55 | This matter is being adjourned to a date to be determined |
| The Travelers Indemnity Company | 22542 | 55 | This matter is being adjourned to a date to be determined |
| UE 675 Route I LLC | 22471 | 59 | Final hearing set for August 22, 2019 |
| ARC SPSANTX001, LLC | 20630 | 60 | Final hearing set for August 22, 2019 |
| Zurich Services Corporation | 22333 | 63 | Final hearing set for August 22, 2019 |
| Centerpoint Owner, LLC | 16395 | 64 | Final hearing set for August 22, 2019 |
| Hickory Ridge Owner, LLC | 17199 | 64 | Final hearing set for August 22, 2019 |
| IN Retail Fund Woodfield Commons, LLC | 16946 | 64 | Final hearing set for August 22, 2019 |
| IRC University Corssings, LLC | 17234 | 64 | Final hearing set for August 22, 2019 |
| Lozier Corporation | 3056 | 64 | Final hearing set for August 22, 2019 |
| 360i, LLC | 16423 | 66 | Final hearing set for August 22, 2019 |
| Epoch Everlastying Play | 1123, 22176 | 66 | Final hearing set for August 22, 2019 |

| Claimant | Claim Number | Claim Objection No. | Status |
|---|---|---|---|
| G&I VIII Riverchase, L.P. | 22700 | 66 | Final hearing set for August 22, 2019 |
| Smart Trike MNF, PTE, Ltd. | 16604 | 66 | Final hearing set for August 22, 2019 |
| The Trustees of Vickerry Realty Co. Trust | 16650 | 66 | Final hearing set for August 22, 2019 |