Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:         (804) 644-1700
Facsimile:         (804) 783-6192

*Co-Counsel to Wayne Services Legacy Inc.,
the TRU Inc. Trust, Toys "R" Us Property II, LLC and
Giraffe Junior Holdings, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

## AGENDA FOR HEARING ON
## MOTIONS SCHEDULED FOR AUGUST 22, 2019

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on August 22, 2019 at 11:00 a.m. (prevailing Eastern Time):

**I.     OMNIBUS OBJECTIONS**

1. "Twenty-Eighth Omnibus Objection" Debtors' Twenty-Eighth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I) Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 5976]

    Pending Responses:

    A.   Ebates Performance Marketing Inc.'s Response to Debtors' Twenty-Eight Omnibus Objection to Certain (A) Amended Priority Claims (B) Amended Claim, (C) Reduced Amount Claims, (D) Exact Duplicate Claims, (E) Incorrect Debtor Claims, (F) Reduced Amount and Incorrect Debtor Claims, (G) No Liability Claims, (H) Reclassified Claims, (I)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

        Satisfied Claims, and (J) Substantive Duplicate Claims [Docket No. 6642]

    Related Documents: None

    Status: With respect to Ebates Performance Marketing Inc. [Docket No. 6642] and all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has previously been entered by the Court.

2. "Fifty-First Omnibus Objection" Debtors' Fifty-First Omnibus Objection to Certain (A) Amended Priority Claims, (B) Amended Claims, (C) Reduced Amount Claims, (D) Substantive Duplicate Claims, (E) Insufficient Documentation Claims, (F) No Liability Claims, (G) Satisfied Claims, (H) Late-Filed Claims, and (I) Incorrect Debtors Claims [Docket No. 6272]

    Pending Responses: None

    Related Documents: None

    Status: With respect to all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

3. "Fifty-Fifth Omnibus Objection" Debtors' Fifty-Fifth Omnibus Objection to Certain (A) Reduced Amount Claims, (B) No Liability Claims, (C) Satisfied Claims, (D) Incorrect Debtors Claims, and (E) Late-Filed Claims [Docket No. 6276]

    Pending Responses:

        A. Response of the Travelers Indemnity Company to the Debtors' Fifty-Fifth Omnibus Objection to Claim [Docket No. 6671]

    Related Documents: None

    Status: With respect to The Travelers Indemnity Company and its property casualty insurance affiliates [Docket No. 6671] this matter has been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

4. "Fifty-Ninth Omnibus Objection" Wayne Services Legacy Inc.'s Fifty-Ninth Omnibus Objection to Certain (A) Amended Priority Claims, (B) Reduced Amount Claims, (C) Reduced and Reclassified Claims, (D) No Liability Claims, (E) Amended Claims, and (F) Insufficient Documentation Claims [Docket No. 6495]

    Pending Responses:   None

    Related Documents:   None

    Status:  With respect to all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

5. "Sixtieth Omnibus Objection" Wayne Services Legacy Inc.'s Sixtieth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, and (G) Satisfied Claims [Docket No. 6787]

    Pending Responses:   None

    Related Documents:   None

    Status:  With respect to all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

6. "Sixty-Third Omnibus Objection" TRU Inc. Trust's Sixty-Third Omnibus Objection to Certain (A) No Liability Claims and (B) Exact Duplicate Claim [Docket No. 6870]

    Pending Responses:   None

    Related Documents:   None

    Status:  With respect to all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

7. "Sixty-Fourth Omnibus Objection" Wayne Services Legacy Inc.'s Sixty-Fourth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6887]

    Pending Responses:   None

    Related Documents:   None

    Status:   With respect to all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been previously entered by the Court.

8. "Sixty-Sixth Omnibus Objection" Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6986]

    Pending Responses:

    A.  Response of The Trustees of Vickerry Realty Co. Trust to Objection to Claim [Docket No. 7065]

    B.  Response of Epoch Everlasting Play LLC f/k/a International Playthings LLC to Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 7072]

    Related Documents:   None

    Status:   With respect to The Trustees of Vickerry Realty Co. Trust [Docket No. 7065], Epoch Everlasting Play LLC f/k/a International Playthings LLC Claims [Docket No. 7072] and all previously adjourned informal responses, all such matters have been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

9. "<u>Sixty-Seventh Omnibus Objection</u>" Wayne Services Legacy Inc.'s Sixty-Sixth Omnibus Objection to Certain (A) Reclassified Claims, (B) Reduced and Reclassified Claims, (C) Amended Claims, (D) Reduced Claims, (E) No Liability Claims, (F) Insufficient Documentation Claims, (G) Duplicate Claims, and (H) Late-Filed Claims [Docket No. 6988]

   <u>Pending Responses</u>:   None

   <u>Related Documents</u>:   None

   <u>Status</u>:   With respect to all previously adjourned informal responses, all such matters have been resolved.

   With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

10. "<u>Sixty-Ninth Omnibus Objection</u>" Wayne Services Legacy Inc.'s Sixty-Ninth Omnibus Objection to Certain (A) Late-Filed Claims, (B) No Liability Claims, (C) Reduced and Reclassified Claims, and (D) Reduced Claims [Docket No. 7161]

   <u>Pending Responses</u>:   None

   <u>Related Documents</u>:   None

   <u>Status</u>:   With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

11. "<u>Seventieth Omnibus Objection</u>" Wayne Services Legacy Inc.'s Seventieth Omnibus Objection to Certain No Liability Claims [Docket No. 7162]

   <u>Pending Responses</u>:   None

   <u>Related Documents</u>:   None

   <u>Status</u>:   With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

12. "<u>Seventy-First Omnibus Objection</u>" The TRU Taj Trust's Seventy-First Omnibus Objection to Certain No Liability Claims [Docket No. 7178]

   <u>Pending Responses</u>:   None

   <u>Related Documents</u>:   None

   <u>Status</u>:   With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

13. "Seventy-Second Omnibus Objection" TRU Inc. Trust's Seventy-Second Omnibus Objection to Certain No Liability Claims [Docket No. 7179]

    Pending Responses: None

    Related Documents: None

    Status: With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

14. "Seventy-Third Omnibus Objection" TRU Inc. Trust's Seventy-Third Omnibus Objection to Certain (A) No Liability Claims and (B) Reduced Claims [Docket No. 7180]

    Pending Responses: None

    Related Documents: None

    Status: With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

## II. UNCONTESTED MATTERS

15. "Motion to Close Certain Cases" Joint Motion to Close Certain Chapter 11 Cases Pursuant to 11 U.S.C. § 350(A) and Federal Rule of Bankruptcy Procedure 3022 [Docket No. 7195]

    Responses: None

    Related Documents: None

    Status: An amended order resolving certain informal responses has been or will be submitted to the Court for entry.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated: August 20, 2019

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192
Email:          Michael.Condyles@KutakRock.com
                    Peter.Barrett@KutakRock.com
                    Jeremy.Williams@KutakRock.com

*Co-Counsel to Wayne Services Legacy Inc.,*
*the TRU Inc. Trust, Toys "R" Us Property II,*
*LLC and Giraffe Junior Holdings, LLC*