Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to Wayne Services Legacy Inc.,
the TRU Inc. Trust, and the TRU Taj Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | Case No. 17-34665 (KLP) |
| Debtors. | (Jointly Administered) |

**AMENDED AGENDA FOR HEARING ON
MOTIONS SCHEDULED FOR OCTOBER 17, 2019**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on October 17, 2019 at 2:00 p.m. (prevailing Eastern Time):

**I.    OMNIBUS OBJECTIONS**

1.    "Seventy-Fourth Omnibus Objection" TRU Inc. Trust's Seventy-Fourth Omnibus Objection to Certain (A) No Liability Claims, (B) Reduced Claims and (C) Late-Filed Claims [Docket No. 7259]

    Pending Responses:

    A.    Creditor Y.K., a Minor Child, by Zinnie Kohli, Natural Mother's Response to TRU, Inc. Trust's Seventy-Fourth Omnibus Objection to Certain (A) No Liability Claims, (B) Reduced Claims and (C) Late-Filed Claims, and Motion to Deem Late-Filed Proof of Claim as Timely Filed [Docket No. 7286]

    Related Documents:    None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 78]. The location of the Debtors' service address is One Geoffrey Way, Wayne, New Jersey 07470.

    Status:  With respect to the response filed by Y.K., a Minor Child, by Zinnie Kohli, Natural Mother [Docket No. 7286], this matter has been resolved.

    With respect to all other claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested was previously entered by the Court.

2. "Seventy-Sixth Omnibus Objection" *TRU Inc. Trust's Seventy-Sixth Omnibus Objection to Certain Late-Filed Claims* [Docket No. 7285]

    Pending Responses:  None

    Related Documents:  None

    Status:  With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

3. "Seventy-Seventh Omnibus Objection" *TRU Inc. Trust's Seventy-Seventh Omnibus Objection to Certain No-Liability Claims* [Docket No. 7289]

    Pending Responses:  None

    Related Documents:  None

    Status:  With respect to all claimants for which a response was not timely filed or alternative treatment was not otherwise agreed to, an order granting the relief requested has been or will submitted to the Court for entry.

**II.  UNCONTESTED MATTERS**

4. "Motion to Close Certain Cases" Motion to Close Certain Chapter 11 Cases Pursuant to 11 U.S.C. § 350(A) and Federal Rule of Bankruptcy Procedure 3022 [Docket No. 7269]

    Responses:  None

    Related Documents:  None

    Status:  An order granting the relief requested has been or will be submitted to the Court for entry.

5. "<u>Motion to Close Certain Cases</u>" Motion for Entry of an Order (I) Granting a Final Decree and Closing the Chapter 11 Case of Toys Delaware; and (II) Granting Related Relief [Docket No. 7290]

   <u>Responses</u>:    None

   <u>Related Documents</u>:

   A.   Amended Motion for Entry of an Order (I) Granting a Final Decree and Closing the Chapter 11 Case of Toys Delaware; and (II) Granting Related Relief [Docket No. 7293]

   <u>Status</u>:    An amended order granting the relief requested has been or will be submitted to the Court for entry.

**III.   RHODE ISLAND ADVERSARY PROCEEDING [ADV. PROC. NO. 19-03078]**

6. "<u>Pretrial Conference</u>" Pretrial Conference [Docket No. 3]

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:  None

   <u>Status</u>: This matter is going forward.

Richmond, Virginia
Dated: October 16, 2019

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
Email:    Michael.Condyles@KutakRock.com
    Peter.Barrett@KutakRock.com
    Jeremy.Williams@KutakRock.com

*Co-Counsel to Wayne Services Legacy Inc.,*
*the TRU Inc. Trust, and the TRU Taj Trust*