Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192

*Counsel to the TRU Taj Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

**FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES PURSUANT TO**
**11 U.S.C. § 350(A) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022**

Upon the motion (the "Motion")[2] of the TRU Taj Trust (the "Trust"), for entry of a final decree (this "Final Decree") closing the Chapter 11 case of *In re TRU Taj LLC* [Case No. 17-34682] (the "TRU Taj Case") and granting related relief, all as more fully set forth in the Motion; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

1  The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed on September 19, 2017 [Doc. No. 10]. The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

2  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1409; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED:

1. The Motion is granted.

2. The TRU Taj Case, as identified on **Schedule 1** attached to this Final Decree, is hereby closed.

3. The Lead Case, *In re Toys "R" Us, Inc.*, Case No. 17-34665, will remain open pending the entry of a final decree or order by this Court.

4. The Affiliate Case, *In re Toys "R" Us – Delaware Inc.* [Case No. 17-34669] will also remain open pending the entry of a final decree or order by this Court.

5. Entry of this Final Decree is without prejudice to the rights of the Trust or any other party in interest to seek to reopen the TRU Taj Case for good cause shown in accordance with section 350(b) of the Bankruptcy Code.

6. The Bankruptcy Court will retain jurisdiction to enforce or interpret its own orders pertaining to the Chapter 11 Cases. Furthermore, the Bankruptcy Court will retain jurisdiction over any matter pending in the Chapter 11 Cases.

7. For the purposes of calculating quarterly fees payable to the Office of the United States Trustee for the Eastern District of Virginia in accordance with 28 U.S.C. § 1930(a)(6), all disbursements made by the Debtors identified on **Schedule 1,** through October 17, 2019, will be included in the calculation, and the Taj Debtors shall pay these amounts within fourteen days of the entry of this Order. No disbursements made by any of the Taj Debtors after the effective date of entry of this Final Decree will be included in subsequent calculations, and no minimum quarterly fees will be payable in respect to the TRU Taj Case for periods after entry of this Final Decree.

8. For the avoidance of doubt, nothing in the Motion or in this Final Decree shall impair or modify the rights of the Non-Released Claims Trust in any respect, including any rights relating to or duties provided under the Plan, the Confirmation Order, or the Non-Released Claims Trust Agreement, or the pursuit or prosecution of any Non-Released Claims in any court of competent jurisdiction, which shall remain unaffected by the closing of the TRU Taj Case.

9. The Trust is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

Dated: Oct 22 2019 /s/ Keith L. Phillips

Richmond, Virginia UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Oct 24 2019

WE ASK FOR THIS:

/s/ *Jeremy S. Williams*
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Counsel to Wayne Services Legacy Inc.*


SEEN AND NO OBJECTION:

/s/ Lynn A. Kohen
Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone: (804) 771-2319

- and –

Lynn A. Kohen, Esq.
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
Telephone: (301) 344-6216

*Office of the Unites States Trustee*


**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Jeremy S. Williams*

## Schedule 1

**TRU Taj Case**

**Chapter 11 Case to Be Closed Effective October 17, 2019**

| Name | Case No. |
| --- | --- |
| TRU Taj LLC | 17-34682 |