Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192

*Counsel to Wayne Services Legacy Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TOYS "R" US, INC., *et al.*,[1] | ) Case No. 17-34665 (KLP) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF UNCLAIMED FUNDS**

**PLEASE TAKE NOTICE THAT** on December 21, 2017, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") entered the *Amended Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief* [Docket No. 1332] (the "General Bar Date Order"), which, among other things, established the following deadline for filing proofs of claim (collectively, the "General Bar Dates"):  (a) April 6, 2018, as the deadline for all persons and entities holding or wishing to assert a "claim" (as defined in section 101(5) of the Bankruptcy Code)[2] against any of the Debtors that arose before the Petition Date (each, a "Claim"), including any claim arising under section 503(b)(9) of the Bankruptcy Code, to file proof of such Claim in writing; (b) June 18, 2018, as the deadline for all governmental units holding or wishing to assert a Claim against any of the Debtors that arose before the Petition Date to file proof of such Claim in writing; and (c) the later of (i) the General Claims Bar Date or the Governmental Bar Date (each as defined in the General Bar Date Order), as applicable, or  (ii) 5:00 p.m., prevailing Eastern time, on the date that is 30 days following entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors, as the deadline for all entities holding claims against

---

[1]  The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed on September 19, 2017 [Doc. No. 10].

[2]  Capitalized terms not otherwise defined in this paragraph shall be ascribes the meaning set for the in the General Bar Date Order and related motion.

the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors, to file proof of such Claim in writing.

**PLEASE TAKE FURTHER NOTICE THAT** on May 25, 2018, the Court entered the *Amended Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims Against Certain Debtors, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claim Bar Date, and (V) Granting Related Relief* [Docket No. 3260] (the "Admin Claims Bar Date Order" and together with the General Bar Date Order, the "Bar Date Orders"), which, among other things, established: (a) July 16, 2018, as the deadline to file proof of such claim in writing for all persons and entities holding or wishing to assert a claim entitled to administrative priority under 11 U.S.C. § 503 (other than § 503(b)(9)) (each, an "Administrative Claim") against any of the Debtors that arose between the Petition Date[3] and on or prior to June 30, 2018; and (b) the earlier of: (i) the 15th day of the month at 5:00 p.m., prevailing Eastern Time following the month in which the claim arose; or (ii) 14 days following any hearing on a plan of liquidation, structured settlement, or other proposed resolution to the Debtors' chapter 11 cases, at 5:00 p.m., prevailing Eastern Time, for any Administrative Claim arising after June 30, 2018 (collectively, the "Admin Bar Dates" and together with the General Bar Dates, the "Bar Dates") as the deadline to file proof of such Administrative Claim in writing. As a result of the passing of the Bar Dates, the deadline for filing a Claim has passed for all claimants.

**PLEASE TAKE FURTHER NOTICE THAT** on November 21, 2018, the Court entered the *Order Confirming the Fourth Amended Chapter 11 Plans of the Toys Delaware Debtors and Geoffrey Debtors* [Docket No. 5746] confirming the *Fourth Amended Joint Chapter 11 Plan of the Toys Delaware Debtors and Geoffrey Debtors* [Docket No. 5602] (the "Plan"). Pursuant to the *Notice of (I) Entry of the Order Confirming the Fourth Amended Chapter 11 Plans of the Toys Delaware Debtors and Geoffrey Debtors and (II) Occurrence of Effective Date* [Docket No. 6247], the Effective Date (as defined in the Plan) occurred on January 20, 2019. Wayne Services Legacy Inc. ("Wayne Services") is the successor to Toys "R" Us – Delaware, Inc. pursuant to and for the limited purposes set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** Wayne Services has completed reconciling all Administrative Claims[4] and has made one or more distributions, through the Disbursing Agent, to the Holders of Claims entitled to distribution, other than with respect to those Holders entitled to a distribution by virtue of holding a Claim arising from the "Endless Earnings" program. Notwithstanding such distributions, distributions made to those Holders set forth in **Exhibit A** were either returned to the Disbursing Agent or have not been negotiated and remain outstanding (the "Unclaimed Funds").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article VI(F)(4) of the Plan (the "Unclaimed Funds Provision"):

---

[3] Capitalized terms used but not otherwise defined in this paragraph have the meanings given to them in the Administrative Claims Bar Date Order.

[4] Hereinafter, capitalized terms not otherwise defined herein, shall be ascribed the meaning set forth in the Plan.

4831-6962-1177.1

>In the event that any distribution to any Holder is returned as undeliverable, no distribution to such Holder shall be made unless and until the Disbursing Agent has determined the then current address of such Holder, at which time such distribution shall be made to such Holder without interest; provided, however, such distributions shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code at the expiration of six months from the date the distribution is made. After such date, all unclaimed property or interests in property shall be (notwithstanding any applicable federal or state escheat, abandoned, or unclaimed property laws to the contrary) distributed, pro rata, to holders of Administrative Settlement Claims that do not affirmatively opted [*sic*] out of participation in the Administrative Claims Distribution Pool until such Administrative Settlement Claims are paid in full and then to other holders of Claims as provided herein in accordance with the priorities set forth in the Bankruptcy Code, and the Claim of any Holder to such property or interest in property shall be released, settled, compromised, and forever barred.

**PLEASE TAKE FURTHER NOTICE THAT** the Holders of Unclaimed Funds set forth on **Exhibit A** attached hereto have until **June 17, 2020** (the "Termination Date"), which date is six months after the date of last distribution made to such Holders, to advise the Disbursing Agent and Wayne Services of the appropriate address to which to send such distribution or to negotiate any distribution made to such Holder.  Pursuant to the Unclaimed Funds Provision, unless a Holder of Unclaimed Funds has otherwise advised the Disbursing Agent and Wayne Services of the appropriate address for such distribution or negotiated such distribution prior to the Termination Date, such Unclaimed Funds shall be deemed unclaimed under the Plan and section 347(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** any Holder of Unclaimed Funds which has not otherwise advised the Disbursing Agent and Wayne Services of the appropriate address for such distribution or negotiated such distribution prior to the Termination Date, shall be deemed to have released the Disbursing Agent, Wayne Services and the Debtors from any liability in connection therewith.

**PLEASE TAKE FURTHER NOTICE THAT** to the extent a Holder of Unclaimed Funds has not otherwise advised the Disbursing Agent and Wayne Services of the appropriate address for such distribution or negotiated such distribution prior to the Termination Date, the Claim of such Holder, as set forth on **Exhibit A**, shall be deemed settled, compromised, and forever barred and no additional distributions will be made to such Holder.  After the Termination Date, any checks issued on behalf of the Unclaimed Funds shall no longer be negotiable and all Unclaimed Funds previously returned to the Disbursing Agent or Wayne Services and all outstanding distributions which have not been negotiated, shall be returned to the Administrative Claims Distribution Pool for further distribution, *pro rata*, to the remaining Holders of Administrative Settlement Claims.

4831-6962-1177.1

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and other documents in this case are available: (a) upon request to Prime Clerk LLC (the notice and claims agent retained in these chapter 11 cases) by calling (844) 794-3476 (toll free) or, for international callers, (917) 962-8499; (b) by visiting the website maintained in these chapter 11 cases at http://www.cases.primeclerk.com/toysrus; or (c) for a fee via PACER by visiting http://www.vaeb.uscourts.gov.

Richmond, Virginia
Dated:  April 22, 2020

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192
Email:         Michael.Condyles@KutakRock.com
                   Peter.Barrett@KutakRock.com
                   Jeremy.Williams@KutakRock.com

*Counsel to Wayne Services Legacy Inc.*

4831-6962-1177.1

## **EXHIBIT A**

| DISTRIBUTION DATE | UNCASHED DISTRIBUTION | CREDITOR NAME/PAYEE |
|---|---:|---|
| 12/17/2019 | $ 170.92 | Admitad GmbH (via Impact Radius Inc) |
| 8/30/2019 | $ 360.87 | AI Friedman LP |
| 12/17/2019 | $ 105.99 | AI Friedman LP |
| 12/17/2019 | $ 89.17 | Anderson Forklift Supply, Inc. |
| 12/17/2019 | $ 15,384.77 | Applied Predictive Technologies, Inc |
| 12/17/2019 | $ 2,266.09 | Avenue Code, LLC |
| 12/17/2019 | $ 449.75 | Bookingbug Limited |
| 12/17/2019 | $ 617.41 | Branded Group Inc. |
| 12/17/2019 | $ 2,260.45 | BROWNIE BRITTLE LLC |
| 12/17/2019 | $ 3,588.13 | Burt's Bees Inc |
| 12/17/2019 | $ 2,729.40 | Camp Planner Int'l Co., Ltd. |
| 12/21/2018 | $ 1,821.40 | Capital Brands, LLC |
| 12/17/2019 | $ 10.28 | City of Fayetteville NC |
| 4/12/2019 | $ 29.39 | CITY OF JOLIET |
| 8/30/2019 | $ 26.25 | City of Springfield Massachusetts |
| 12/21/2018 | $ 18,983.47 | Comotomo, Inc. |
| 12/17/2019 | $ 5,575.72 | Comotomo, Inc. |
| 12/17/2019 | $ 1,880.62 | Corolle S.A.S. |
| 12/17/2019 | $ 19,019.77 | Costa Rica Contact Center CRCC S.A. |
| 12/17/2019 | $ 20,632.36 | Crown Equipment Corporation |
| 12/21/2018 | $ 19.61 | Elmasri, Nesrine |
| 12/17/2019 | $ 39,578.00 | Facebook, Inc. |
| 12/17/2019 | $ 1,652.57 | FILO IMPORT INC |
| 12/17/2019 | $ 5,738.07 | FOOTSTEPS TECHNOLOGY LTD. |
| 12/21/2018 | $ 97,896.02 | Fridababy, LLC |
| 12/21/2018 | $ 11,500.65 | Fridababy, LLC |
| 12/17/2019 | $ 28,753.46 | Fridababy, LLC |
| 12/17/2019 | $ 3,377.91 | Fridababy, LLC |
| 12/17/2019 | $ 102.80 | GARCIA, ANTHONY AND CHRISTINA |
| 12/17/2019 | $ 1,270.83 | GEOREX ASIA LTD |
| 12/17/2019 | $ 11,642.90 | Groupe Dutailier, Inc. |
| 12/17/2019 | $ 7.86 | Gulino, Gregory |
| 10/12/2018 | $ 7,952.89 | H2W, Inc (FKA Worldwide Dynasty Inc) |
| 12/21/2018 | $ 1,026.18 | H2W, Inc (FKA Worldwide Dynasty Inc) |
| 10/12/2018 | $ 6,993.60 | H2W, Inc. |
| 12/21/2018 | $ 902.40 | H2W, Inc. |
| 12/17/2019 | $ 2,319.17 | H2W, Inc. |
| 12/17/2019 | $ 1,598.54 | Hapag-Lloyd (America) LLC |
| 12/17/2019 | $ 1,070.22 | HORI (U.S.A.), Inc. |
| 12/17/2019 | $ 5.60 | Howard, Valerie Grace |
| 12/17/2019 | $ 81,143.20 | IBM Corporation |
| 12/21/2018 | $ 21,903.00 | IMAGINE TOY CO LLC |
| 12/21/2018 | $ 25,642.66 | INGLESINA USA, INC |

| DISTRIBUTION DATE | UNCASHED DISTRIBUTION | CREDITOR NAME/PAYEE |
|---|---|---|
| 4/12/2019 | $ 319.76 | Intertek Testing Services Ltd. Shang |
| 12/17/2019 | $ 93.92 | Intertek Testing Services Ltd. Shang |
| 4/12/2019 | $ 211.69 | Intertek Testing Services Shenzhen |
| 12/17/2019 | $ 62.18 | Intertek Testing Srvics Shenzhen Ltd |
| 12/21/2018 | $ 1,776.80 | Jiangsu Guotai Bochuang Indus Co Ltd |
| 12/21/2018 | $ 185.14 | JNJ International Inc. |
| 12/21/2018 | $ 471.88 | JNJ International, Inc. |
| 12/21/2018 | $ 84.42 | JNJ International, Inc. |
| 12/21/2018 | $ 20.00 | KENNEDY, ANDREW |
| 12/17/2019 | $ 51.40 | KENNEDY, ANDREW |
| 12/17/2019 | $ 967.70 | LION SPORTS INC |
| 12/17/2019 | $ 711.12 | LNE ASIA LTD |
| 8/30/2019 | $ 18.90 | MARKET SOLUTIONS GROUP LLC |
| 12/21/2018 | $ 9.77 | MARTELLOR LLC |
| 12/17/2019 | $ 25.11 | MARTELLOR LLC |
| 12/17/2019 | $ 28,999.57 | Medela LLC |
| 12/17/2019 | $ 499.03 | MEGA SOFT CHINA CO LTD XMN |
| 12/21/2018 | $ 709.41 | New Donghai(Nantong)Tex Prod Co Ltd |
| 12/17/2019 | $ 1,823.19 | New Donghai(Nantong)Text Prod Co Ltd |
| 10/12/2018 | $ 5,497.96 | New Donghai(Nantong)Textile |
| 10/12/2018 | $ 3,423.64 | NOODLE & BOO LLC |
| 12/21/2018 | $ 441.76 | NOODLE & BOO LLC |
| 12/17/2019 | $ 1,135.32 | NOODLE & BOO LLC |
| 12/17/2019 | $ 7.96 | NORTHAMPTON BOROUGH MUNICIPAL AUTHOR |
| 12/21/2018 | $ 14.52 | O2 COOL, LLC |
| 12/17/2019 | $ 37.32 | O2 COOL, LLC |
| 8/30/2019 | $ 99.60 | Outdoor Concepts, Inc. |
| 12/17/2019 | $ 29.25 | Outdoor Concepts, Inc. |
| 4/12/2019 | $ 51,762.55 | PepsiCo, Inc., on its own behalf |
| 4/12/2019 | $ 45,071.08 | PepsiCo, Inc., on its own behalf |
| 8/30/2019 | $ 12.62 | Pier Pass LLC |
| 12/17/2019 | $ 20,920.12 | Qingdao Tangbuy Int Imp & Exp Co Ltd |
| 10/12/2018 | $ 2,677.79 | S.P. Toys Industrial Co., Ltd. |
| 12/21/2018 | $ 345.52 | S.P. Toys Industrial Co., Ltd. |
| 12/17/2019 | $ 887.99 | S.P. Toys Industrial Co., Ltd. |
| 12/17/2019 | $ 8,352.50 | SDX ACQUISITION LLC |
| 12/17/2019 | $ 106.80 | Sensible Object Inc |
| 4/12/2019 | $ 3,109.29 | SHANGHAI EWE BABY PRODUCT CO.,LTD |
| 12/17/2019 | $ 913.24 | SHANGHAI EWE BABY PRODUCT CO.,LTD |
| 12/21/2018 | $ 8.09 | SHELLEY, MICHELLE |
| 12/21/2018 | $ 636.07 | Shenzhen Wingart Art Supplies Co Ltd |
| 12/17/2019 | $ 1,634.68 | Shenzhen Wingart Art Supplies Co Ltd |
| 12/17/2019 | $ 3,037.73 | Snuza Inc. |
| 12/17/2019 | $ 4,391.03 | Softvision, LLC |

| DISTRIBUTION DATE | UNCASHED DISTRIBUTION | CREDITOR NAME/PAYEE |
|---|---|---|
| 12/17/2019 | $ 282.70 | Sorrells, Jessica |
| 12/17/2019 | $ 27.45 | SPACESCOOTER INC. |
| 12/17/2019 | $ 7,727.33 | Super Leader Industrial Limited |
| 12/17/2019 | $ 24.61 | SWIM 'N' PLAY |
| 12/17/2019 | $ 39.79 | THE SHRUNKS FAMILY TOY CO INC |
| 4/12/2019 | $ 2,970.10 | TIMBERWOLFF CONSTRUCTION INC |
| 12/17/2019 | $ 60.87 | TMG ACQUISITION LLC |
| 12/17/2019 | $ 190.22 | TNG GP f/k/a The News Group, L.P. |
| 12/17/2019 | $ 6,164.25 | TREND LAB LLC |
| 12/17/2019 | $ 43,272.92 | Tri Great International LTD. |
| 12/17/2019 | $ 4,347.45 | Tri Great USA Corp. |
| 4/12/2019 | $ 35,200.87 | TRIORCA LIMITED |
| 12/17/2019 | $ 10,339.00 | TRIORCA LIMITED |
| 12/17/2019 | $ 3,327.51 | USAopoly, Inc. |
| 12/17/2019 | $ 952.96 | USAopoly, Inc. |
| 12/17/2019 | $ 11,457.52 | WINDSOR MARKETING GROUP INC |
| 12/17/2019 | $ 12,103.06 | WINDSOR MARKETING GROUP, INC |
| 12/17/2019 | $ 14,191.21 | Winner Ford Products Ltd |
| 12/17/2019 | $ 34,197.60 | WISH FACTORY TRADING LTD |
| 10/12/2018 | $ 8,896.47 | XI FU TOYS CO LTD YTN |
| 12/21/2018 | $ 1,147.93 | XI FU TOYS CO LTD YTN |
| 12/17/2019 | $ 2,950.19 | XI FU TOYS CO LTD YTN |
| 10/12/2018 | $ 2,615.62 | Xiamen Good Forever |
| 12/17/2019 | $ 867.38 | Xiamen Good Forever Indust Co Ltd |
| 12/21/2018 | $ 337.50 | Xiamen Good Forever Industrial C Ltd |
| 12/17/2019 | $ 301.00 | XPO Drayage, Inc. |
| 4/12/2019 | $ 770.74 | XPO Intermodal Solutions, Inc |
| 12/17/2019 | $ 226.38 | XPO Intermodal Solutions, Inc |
| 12/17/2019 | $ 3,965.86 | XPO Logistics, LLC |
| 12/17/2019 | $ 61,731.88 | Yvolve Sports Limited |
|  | $ 910,384.14 | < TOTAL UNCASHED DISTRIBUTIONS |

Case 17-34665-KLP    Doc 7396    Filed 04/22/20    Entered 04/22/20 09:44:22    Desc Main
Document      Page 8 of 8