James C. Cosby (VSB No. 25992)
J. Brandon Sieg (VSB No. 84446) O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
jcosby@ohaganmeyer.com
bsieg@ohaganmeyer.com

*Counsel for David A. Brandon, Joshua Bekenstein, Matthew S. Levin,*
*Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein,*
*Richard Goodman, Michael Short, and Richard Barry*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| TOYS "R" US, INC., *et al.*[1] | ) Case No. 17-34665-KLP |
| | ) |
| **Debtors** | ) |
| | ) |

**MOTION FOR ORDER AUTHORIZING *PRO HAC VICE*** 
**ADMISSION OF KERIME SULE AKOGLU**

J. Brandon Sieg ("Movant"), a member in good standing of the Virginia State Bar, and an attorney admitted to practice before the United States Bankruptcy Court for Eastern District of Virginia and the United States District Court for the Eastern District of Virginia, and an associate in the firm O'Hagan Meyer PLLC, hereby moves the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, authorizing Kerime Sule Akoglu, an attorney in the law firm of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., to appear and practice *pro hac vice*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' Motion for Entry of an Order (I) Directing Joint Administration of chapter 11 Cases and (II) Granting Related Relief (Docket No. 10). The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

before the United States Bankruptcy Court for the Eastern District of Virginia to represent David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry (collectively, the "Defendants"), pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion").  In support of the Motion, Movant states as follows:

1. Kerime Sule Akoglu is a member in good standing of the federal bars of the United States District Court for the Southern District of New York, Eastern District of New York, and the District of Massachusetts.  There are no disciplinary proceedings pending against Kerime Sule Akoglu.

2. Kerime Sule Akoglu understands that if she is admitted *pro hac vice* to practice before this Court, she will be subject to the disciplinary jurisdiction of this Court.

3. A copy of Kerime Sule Akoglu's written application required by Local Bankruptcy Rule 2090-(E)(3) is attached as **Exhibit B** and incorporated by reference in this Motion.

4. Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia and counsel for the Debtors.  Because of the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

5. No prior request to the relief sought herein has been made to this Court in these bankruptcy cases.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**, (i) permitting Kerime Sule Akoglu to appear *pro hac vice* in association with Movant as counsel for the Defendants, in this bankruptcy case and in any related adversary proceedings, and (ii) granting such other relief as is just.

Dated: May 18, 2020
Richmond, Virginia

By: */s/* J. Brandon Sieg
James C. Cosby (VSB No. 25992)
J. Brandon Sieg (VSB No. 84446)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
jcosby@ohaganmeyer.com
bsieg@ohaganmeyer.com

*Counsel for David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2020, I caused a true and correct copy of the foregoing to be electronically served by the Court's CM/ECF system, and it was therefore served electronically on those entities that have registered for electronic service in this case.

                                                /s/ J. Brandon Sieg
                                                          Counsel

# EXHIBIT A

## Proposed Order

James C. Cosby (VSB No. 25992)
J. Brandon Sieg (VSB No. 84446)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
jcosby@ohaganmeyer.com
bsieg@ohaganmeyer.com

*Counsel for David A. Brandon, Joshua Bekenstein, Matthew S. Levin,*
*Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein,*
*Richard Goodman, Michael Short, and Richard Barry*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **TOYS "R" US, INC.,** *et al.*[2] | ) Case No. 17-34665-KLP |
| | ) |
| **Debtors** | ) |
| | ) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**OF KERIME SULE AKOGLU**

Upon consideration of the motion of J. Brandon Sieg, an associate of the law firm of O'Hagan Meyer, PLLC, for the admission *pro hac vice* of Kerime Sule Akoglu (the "Motion"), and it appearing that notice of the Motion was given to the Office of the United States Trustee for the Eastern District of Virginia and counsel for the Debtors, and it appearing that no other or further notice need be given, and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing thereof;

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' Motion for Entry of an Order (I) Directing Joint Administration of chapter 11 Cases and (II) Granting Related Relief (Docket No. 10).  The location of the Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

2. Kerime Sule Akoglu is authorized to appear and practice *pro hac vice* as counsel for David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry in these chapter 11 cases and any related adversary proceedings.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

By: _____*/s/* J. Brandon Sieg_____
James C. Cosby (VSB No. 25992)
J. Brandon Sieg (VSB No. 84446)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
jcosby@ohaganmeyer.com
bsieg@ohaganmeyer.com

## CERTIFICATION PURSUANT TO
## LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C) of the Local Rules of Bankruptcy Procedure, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____*/s/* J. Brandon Sieg_____

**EXHIBIT B**

**Application**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  17-34665-KLP  , Case Name  Toys "R" Us, Inc.
Party Represented by Applicant: All Defendants in Adv. Proc. No. 20-03038-KLP

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Kerime Sule Akoglu
Bar Identification Number  5680806        State  New York
Firm Name  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Firm Phone #  212-935-3000        Direct Dial #  212-692-8141        FAX #  212-983-3115
E-Mail Address  KSAkoglu@mintz.com
Office **Mailing** Address  Chrysler Center, 666 Third Avenue, New York, NY 10017

Name(s) of federal court(s) in which I have been admitted  S.D.N.Y.; E.D.N.Y.; D. Mass.; Bankr. D. Mass.; 1st Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Kerime S. Akoglu
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ J. Brandon Sieg                                  05/18/20
(Signature)                                           (Date)
J. Brandon Sieg                                       84446
(Typed or Printed Name)                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)                                   (Date)