# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TOYS 'R' US, INC., *et al.*, | Case No. 17-34665 |
| Debtors. | |

### ORDER GRANTING MOTION PURSUANT TO LOCAL
### BANKRUPTCY RULE 2090-1(E)(2) FOR PRO HAC VICE ADMISSION

Upon the *Motion Pursuant to Local Bankruptcy Rule 2090-1(E)(2) for Pro Hac Vice Admission*[1]; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. Mr. Van Dyke is authorized to appear and practice *pro hac vice* as an attorney for the Trust in the above-captioned chapter 11 cases and any related proceedings in accordance with Local Bankruptcy Rule 2090-1(E)(2).

3. The Application attached to the Motion as Exhibit B is approved.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Date: January 10, 2022
Richmond, Virginia

Jan 13 2022

/s/ Keith L Phillips
_____
HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jan 18 2022

WE ASK FOR THIS:

/s/ Michael G. Wilson
Michael Wilson (VSB No. 48927)
**MICHAEL WILSON PLC**
12733 Storrow Rd.
Henrico, VA 23233
Telephone: (804) 614-8301

Greg Dovel, Esq.
Sean Luner, Esq.
Christin Cho, Esq.
**DOVEL & LUNER**
201 Santa Monica Blvd, Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
greg@dovel.com
sean@dovel.com
christin@dovel.com

*Co-Counsel for TRU Litigation Trust*