

February 24, 2025

Case Administrator
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

Dear Dolores Jones:

    Per the last Final Decree and Order Closing Chapter 11 Cases and Terminating Claims and Noticing Services for **Toys "R" Us Inc., Case No. 17-34665 (KPL)**, Docket No. 7700, enclosed please find a USB containing an electronic version of all filed claims and a copy of the matrix.

    Per company rules, due to the sensitivity of the documents the USB was encrypted, and the password was sent to your attention via email.

    Should you have any questions or need anything else, please feel free to contact me or Adrian Pierce at elcida.salguero@kroll.com or adrian.pierce@kroll.com.

Sincerely,

*[signature]*

**Elcida Salguero**

T +1 212 277 0178

# KROLL

Kroll, LLC | www.kroll.com



RICHMOND DIVISION
FILED FEB 26 2025
CLERK
U.S. BANKRUPTCY COURT